UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1 - 11, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CIVIL ACTION No.

# 05 - 10731 NG

MAGISTRATE JUDGE ꞏ)ein

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs assert the following claims against Defendants.

### JURISDICTION AND VENUE

1.    This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

2.    This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.    Venue in this District is proper under 28 U.S.C. § 1391(b) and/or 28 U.S.C. §

1400(a).  Although the true identity of each Defendant is unknown to Plaintiffs at this time, on

information and belief, each Defendant may be found in this District and/or a substantial part of

the acts of infringement complained of herein occurred in this District.  On information and

belief, personal jurisdiction in this District is proper because each Defendant, without consent or

permission of the copyright owner, disseminated over the Internet copyrighted works owned

and/or controlled by the Plaintiffs.  On information and belief, such illegal dissemination

occurred in every jurisdiction in the United States, including this one.  In addition, each

Defendant uses an online service provider found in this District to access the Internet, which

facilitated Defendants' infringing activities.

## PARTIES

4.    Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under

the laws of the State of Delaware, with its principal place of business in the State of New York.

5.    Plaintiff Virgin Records America, Inc. is a corporation duly organized and

existing under the laws of the State of California, with its principal place of business in the State

of New York.

6.    Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and

existing under the laws of the State of Delaware, with its principal place of business in the State

of New York.

7.      Plaintiff Sony BMG Music Entertainment is a Delaware general partnership, with its principal place of business in the State of New York.

8.      Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

9.      Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

10.     Plaintiff Atlantic Recording Corporation is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

11.     Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

12.     The true names and capacities of the Defendants are unknown to Plaintiffs at this time. Each Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address assigned to that Defendant by his or her online service provider on the date and time at which the infringing activity of each Defendant was observed. See Exhibit A. Plaintiffs believe that information obtained in discovery will lead to the identification of each Defendant's true name.

## COUNT I

### INFRINGEMENT OF COPYRIGHTS

13.    Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

14.    Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright law with respect to certain copyrighted sound recordings, including, but not limited to, all of the copyrighted sound recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted Recordings"). Each of the Copyrighted Recordings is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of Exhibit A.

15.    Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

16.    Plaintiffs are informed and believe that each Defendant, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to download, distribute to the public, and/or make available for distribution to others, certain of the Copyrighted Recordings. Exhibit A identifies on a Defendant-by-Defendant basis (one Defendant per page) a list of copyrighted recordings that each Defendant has, without the permission or consent of Plaintiffs, downloaded, distributed to the public, and/or made available

4

for distribution to others. In doing so, each Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Each Defendant's actions constitute infringement of Plaintiffs' copyrights and/or exclusive rights under copyright. (In addition to the sound recordings listed for each Defendant on Exhibit A, Plaintiffs are informed and believe that each Defendant has, without the permission or consent of Plaintiffs, downloaded, distributed to the public, and/or made available for distribution to others additional sound recordings owned by or exclusively licensed to the Plaintiffs or Plaintiffs' affiliate record labels.)

17.    Plaintiffs are informed and believe that the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

18.    As a result of each Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against each Defendant for each infringement by the Defendant of each copyrighted recording. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

19.    The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiffs' copyrights, and ordering that each Defendant destroy all copies of copyrighted sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against each Defendant as follows:

1.    For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.,* download) any of Plaintiffs' Recordings, to distribute (*i.e.,* upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.    For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. § 504.

3.    For Plaintiffs' costs in this action.

6

4.    For Plaintiffs' reasonable attorneys' fees incurred herein.


5.    For such other and further relief as the Court may deem just and proper.

CAPITOL RECORDS, INC.; VIRGIN
RECORDS AMERICA, INC.; ELEKTRA
ENTERTAINMENT GROUP INC.; SONY
BMG MUSIC ENTERTAINMENT; ARISTA
RECORDS LLC; BMG MUSIC; ATLANTIC
RECORDING CORP.; and UMG
RECORDINGS, INC.

By their attorneys,

DATED: _4.13.05_____    By: _Gabriel M. Helmer_____
                                       Colin J. Zick (BBO No. 556538)
                                       Gabriel M. Helmer (BBO No. 652640)
                                       FOLEY HOAG LLP
                                       155 Seaport Boulevard
                                       Boston, MA 02210-2600
                                       Phone: (617) 832-1000
                                       Fax:    (617) 832-7000

Of Counsel:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:    (310) 312-3100

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

CAPITOL RECORDS, INC.; VIRGIN RECORDS AMERICA, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; BMG MUSIC; ATLANTIC RECORDING CORP.; and UMG RECORDINGS, INC.

**DEFENDANTS**
DOES 1 - 11
County of Residence of First Listed Defendant _____

(IN U.S. PLAINTIFF CASES ONLY)
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(b)** County of Residence of First Listed Plaintiff **NEW YORK, NEW YORK**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
COLIN J. ZICK (BBO No. 556538)     Phone: (617) 832-1000
GABRIEL M. HELMER (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600

Attorneys (If Known)

**05-10731 NG**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an 'X' in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| Judgment | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☒ 820 Copyrights | Corrupt Organizations |
| ☐ 151 Medicare Act | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 480 Consumer Credit |
| ☐ 152 Recovery of Defaulted | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| Student Loans | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| (Excl. Veterans) | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| ☐ 153 Recovery of Overpayment | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| of Veteran's Benefits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 160 Stockholders' Suits | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW | 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | 405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | Injury | | & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 791 Empl. Ret. Inc. | **FEDERAL TAX SUITS** | ☐ 895 Freedom of |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | Security Act | | Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff | ☐ 900 Appeal of Fee |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | or Defendant) | Determination Under |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party | Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities- | ☐ 540 Mandamus & Other | | 26 USC 7609 | ☐ 950 Constitutionality of |
| | Employment | ☐ 550 Civil Rights | | | State Statutes |
| | ☐ 446 Amer. w/Disabilities- | ☐ 555 Prison Condition | | | ☐ 890 Other Statutory Actions |
| | Other | | | | |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity)
*17 U.S.C. § 501 et seq.*

Brief description of the cause: *copyright infringement*

## VII. REQUESTED IN COMPLAINT

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $
Statutory damages; injunction

CHECK YES only if demanded in complaint
JURY DEMAND:    ☐ Yes    ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions)     *SEE ATTACHMENT A*
JUDGE _____     DOCKET NUMBER _____

DATE    4.13.05

SIGNATURE OF ATTORNEY OF RECORD    *Gabriel M. Helmer*

**FOR OFFICE USE ONLY**

RECEIPT# _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

# 05 - 10731 NG

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

## **ATTACHMENT A**

This lawsuit is related to the following cases pending or closed within the past two (2) years in the United States District Court for the District of Massachusetts, Eastern Division:

Capitol Records, Inc., et al. v. Alaujan, Lead Docket No. 03-11661 NG

London-Sire Records Inc., et al. v. Does, Docket No. 04-12434 NG

Interscope Records, et al. v. Does, Docket No. 04-12435 NG

Maverick Recording Company, et al. v. Doe, Docket No. 04-12436 NG

Atlantic Recording Corp., et al. v. Does, Docket No. 04-12437 NG

Capitol Records, Inc., et al. v. Doe, Docket No. 04-12438 NG

Loud Records, LLC, et al. v. Does, Docket No. 04-12439 NG

BMG Music, et al. v. Does, Docket No. 05-10168 NG

Interscope Records, et al. v. Does, Docket No. 05-10160 NG

Motown Record Company, L.P., et al. v. Does, Docket No. 05-10159 NG

UMG Recordings, Inc., et al. v. Does, Docket No. 05-10169 NG

Virgin Records America, Inc., et al. v. Dubrock, Docket No. 05-10158 NG

Capitol Records Inc., et al. v. Does, Docket No. 05CV10565 NG

Virgin Records America, Inc. et al. v. Does, Docket No. 05CV10566 NG

Sony BMG Music Entertainment et al. v. Doe, Docket No. 05CV10567 NG

Interscope Records et al. v. Doe, Docket No. 05CV10569 NG

Atlantic Recording Corp. et al. v. Does, Docket No. 05CV10568 NG

This lawsuit is related to the following cases pending or closed within the past two (2) years in the United States District Court for the District of Massachusetts, Central Division:

Warner Bros. Records Inc., et al. v. Duteau, Docket No. 04-40165 FDS

Sony Music Entertainment Inc., et al. v. D'Mato, Docket No. 04-40166 FDS

Capitol Records, Inc, et al. v. Fitzpatrick, Docket No. 04-40168 FDS

Arista Records Inc., et al. v. Doe, Docket No. 04-40240 FDS

Maverick Recording Company, et al. v. Hagerty, Docket No. 04-40167 FDS

London-Sire Records Inc., et al. v. Totolos, Docket No. 05-40016 FDS

BMG Music et al. v. Doe, Docket No. 05-40055 FDS

This lawsuit is also related to the following cases pending or closed within the past two (2) years in the United States District Court for the District of Massachusetts, Western Division:

Motown Record Company, L.P., et al. v. Adams, Docket No. 04-30134 MAP

Arista Records Inc., et al. v. Skowyra, Docket No. 04-30135 MAP

Loud Records, LLC, et al. v. Thurston, Docket No. 04-30136 MAP

Arista Records Inc., et al. v. Aberdale, Docket No. 04-30164 MAP

Virgin Records America, Inc., et al. v. Doe, Docket No. 04-30223 KPN

Sony BMG Music Entertainment, et al. v. Doe, Docket No. 04-30224 MAP

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

1.  TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) _____

    <u>CAPITOL RECORDS v. DOES 1 - 11</u>

2.  CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET.
    (SEE LOCAL RULE 40.1(A)(1)).

    ____  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    _X_  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
               740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.         for patent, trademark or copyright cases

    ____  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
               315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
               380, 385, 450, 891.

    ____  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
               690, 810, 861-865, 870, 871, 875, 900.

    ____  V.   150, 152, 153.                    **05 - 10731 NG**

3.  TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN
    FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

    <u>SEE ATTACHMENT A</u> _____

4.  HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

                                             YES ☐        NO ☒

5.  DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC
    INTEREST?   (SEE 28 USC §2403)

                                             YES ☐        NO ☒

    IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

                                             YES ☐        NO ☒

6.  IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC
    §2284?

                                             YES ☐        NO ☒

7.  DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE
    COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME
    DIVISION? - (SEE LOCAL RULE 40.1(D)).

                                             YES ☒        NO ☐

    A.   IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

         EASTERN DIVISION  ☒          CENTRAL DIVISION ☐          WESTERN DIVISION ☐

    B.   IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES,
         EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

         EASTERN DIVISION  ☐          CENTRAL DIVISION ☐          WESTERN DIVISION ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME  <u>COLIN J. ZICK (BBO No. 556538), GABRIEL M. HELMER (BBO No. 652640)</u>

ADDRESS ___ <u>FOLEY HOAG LLP, 155 Seaport Boulevard, Boston, MA 02210-2600</u>

TELEPHONE NO. <u>(617) 832-1000/fax (617) 832-7000</u>

(Cover Sheet local.wpd-11/27/00)

05 - 10 - 31 NG

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

## ATTACHMENT A

This lawsuit is related to the following cases pending or closed within the past two (2) years in the United States District Court for the District of Massachusetts, Eastern Division:

Capitol Records, Inc., et al. v. Alaujan, Lead Docket No. 03-11661 NG

London-Sire Records Inc., et al. v. Does, Docket No. 04-12434 NG

Interscope Records, et al. v. Does, Docket No. 04-12435 NG

Maverick Recording Company, et al. v. Doe, Docket No. 04-12436 NG

Atlantic Recording Corp., et al. v. Does, Docket No. 04-12437 NG

Capitol Records, Inc., et al. v. Doe, Docket No. 04-12438 NG

Loud Records, LLC, et al. v. Does, Docket No. 04-12439 NG

BMG Music, et al. v. Does, Docket No. 05-10168 NG

Interscope Records, et al. v. Does, Docket No. 05-10160 NG

Motown Record Company, L.P., et al. v. Does, Docket No. 05-10159 NG

UMG Recordings, Inc., et al. v. Does, Docket No. 05-10169 NG

Virgin Records America, Inc., et al. v. Dubrock, Docket No. 05-10158 NG

Capitol Records Inc., et al. v. Does, Docket No. 05CV10565 NG

Virgin Records America, Inc. et al. v. Does, Docket No. 05CV10566 NG

Sony BMG Music Entertainment et al. v. Doe, Docket No. 05CV10567 NG

Interscope Records et al. v. Doe, Docket No. 05CV10569 NG

Atlantic Recording Corp. et al. v. Does, Docket No. 05CV10568 NG

This lawsuit is related to the following cases pending or closed within the past two (2) years in the United States District Court for the District of Massachusetts, Central Division:

Warner Bros. Records Inc., et al. v. Duteau, Docket No. 04-40165 FDS

Sony Music Entertainment Inc., et al. v. D'Mato, Docket No. 04-40166 FDS

Capitol Records, Inc, et al. v. Fitzpatrick, Docket No. 04-40168 FDS

Arista Records Inc., et al. v. Doe, Docket No. 04-40240 FDS

Maverick Recording Company, et al. v. Hagerty, Docket No. 04-40167 FDS

London-Sire Records Inc., et al. v. Totolos, Docket No. 05-40016 FDS

BMG Music et al. v. Doe, Docket No. 05-40055 FDS

This lawsuit is also related to the following cases pending or closed within the past two (2) years in the United States District Court for the District of Massachusetts, Western Division:

Motown Record Company, L.P., et al. v. Adams, Docket No. 04-30134 MAP

Arista Records Inc., et al. v. Skowyra, Docket No. 04-30135 MAP

Loud Records, LLC, et al. v. Thurston, Docket No. 04-30136 MAP

Arista Records Inc., et al. v. Aberdale, Docket No. 04-30164 MAP

Virgin Records America, Inc., et al. v. Doe, Docket No. 04-30223 KPN

Sony BMG Music Entertainment, et al. v. Doe, Docket No. 04-30224 MAP

**Exhibit A**

## Doe #1 (140.247.181.146 2005-03-06 11:45:03 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Phish | Heavy Things | Farmhouse | 281-388 |
| UMG Recordings, Inc. | U2 | Like A Song... | War | 42-944 |
| UMG Recordings, Inc. | U2 | I Will Follow | Under A Blood Red Sky | 49-959 |

# Exhibit A

## Doe #2 (128.103.187.204 2005-03-13 08:03:33 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Norah Jones | The Nearness of You | Come Away With Me | 320-120 |
| UMG Recordings, Inc. | Elton John | Sorry Seems To Be The Hardest Word | To Be Continued | 127-149 |
| Arista Records LLC | Whitney Houston | Saving All My Love For You | Whitney Houston | 60-716 |

## Exhibit A

## Doe #3 (128.103.187.44 2005-03-08 07:41:14 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Moby | James Bond Theme | I Like To Score | 252-365 |
| UMG Recordings, Inc. | DMX | Party Up | ...And Then There Was X | 279-017 |
| UMG Recordings, Inc. | Vanessa Williams | Save the Best for Last | Comfort Zone | 141-365 |
| Capitol Records, Inc. | Norah Jones | Lonestar | Come Away With Me | 320-120 |
| Arista Records LLC | Avril Lavigne | I'm With You | Let Go | 312-786 |

**Exhibit A**

## Doe #4 (140.247.143.105 2005-03-07 23:08:48 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Koffee Brown | After Party | Mars/Venus | 294-728 |
| Sony BMG Music Entertainment | Babyface | Every Time I Close My Eyes | The Day | 231-025 |
| Virgin Records America, Inc. | D'Angelo | Devil's Pie | Voodoo | 280-480 |

**Exhibit A**

## Doe #5 (140.247.143.160 2005-03-17 14:38:27 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Dru Hill | These Are The Times | Enter the Dru | 290-402 |
| Arista Records LLC | Whitney Houston | I Believe In You And Me | Preacher's Wife Soundtrack | 242-260 |
| Sony BMG Music Entertainment | Mariah Carey | Music Box | Music Box | 178-631 |

**Exhibit A**

## Doe #6 (140.247.161.179 2005-03-07 22:31:12 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |
| BMG Music | Republica | Ready to Go | Republica | 224-451 |
| Sony BMG Music Entertainment | Bonnie Tyler | Total Eclipse of the Heart | Faster than the Speed of Night | 50-641 |
| Atlantic Recording Corporation | Bad Religion | New America | The New America | 284-353 |
| UMG Recordings, Inc. | U2 | Where The Streets Have No Name | The Joshua Tree | 78-949 |

**Exhibit A**

## Doe #7 (140.247.173.68 2005-03-24 22:55:12 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Berlin | Take My Breath Away | Count Three and Pray | 72-521 |
| Arista Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| Sony BMG Music Entertainment | Michael Jackson | The Way You Make Me Feel | Bad | 84-256 |
| Arista Records LLC | Whitney Houston | My Love Is Your Love | My Love is Your Love | 298-453 |
| Arista Records LLC | TLC | No Scrubs | Fanmail | 298-454 |

**Exhibit A**

## Doe #8 (140.247.237.108 2005-03-03 00:20:07 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Snap | Rhythm is a Dancer | The Madman's Return | 144-133 |
| UMG Recordings, Inc. | Live | Lakini's Juice | Secret Samadhi | 233-098 |
| UMG Recordings, Inc. | Guns N Roses | Sweet Child O' Mine | Appetite for Destruction | 85-358 |
| Sony BMG Music Entertainment | Earth, Wind & Fire | Boogie Wonderland | I Am | 10-250 |
| Sony BMG Music Entertainment | Michael Jackson | In The Closet | Dangerous | 178-165 |

**Exhibit A**

## Doe #9 (140.247.243.78 2005-03-18 15:55:01 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Alan Jackson | Where I Come From | When Somebody Loves You | 289-367 |
| BMG Music | Aterciopelados | Luz Azul | Gozo Poderoso | 295-625 |
| UMG Recordings, Inc. | George Strait | The Best Day | Latest Greatest Straitest Hits | 278-184 |
| Atlantic Recording Corporation | Matchbox 20 | Back 2 Good | Yourself or Someone Like You | 227-755 |
| BMG Music | Vertical Horizon | You're a God | Everything You Want | 277-868 |

**Exhibit A**

## Doe #10 (140.247.244.110 2005-03-24 19:46:35 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Elton John | Believe | Made In England | 198-748 |
| UMG Recordings, Inc. | DMX | Ruff Ryders' Anthem | It's Dark And Hell Is Hot | 252-613 |
| Sony BMG Music Entertainment | Mariah Carey | Without You | Music Box | 178-631 |

**Exhibit A**

## Doe #11 (140.247.79.197 2005-03-16 14:02:55 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Counting Crows | Hangin' Around | This Desert Life | 271-316 |
| BMG Music | Eve 6 | Inside Out | Eve 6 | 257-983 |
| UMG Recordings, Inc. | Counting Crows | Colorblind | This Desert Life | 271-316 |