UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

| | | |
|---|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation, | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION No.: |
| Plaintiffs, | ) ) | **05-10731 NG** |
| v. | ) ) | |
| DOES 1-11, | ) ) | |
| Defendants. | ) ) ) | |

## DECLARATION OF JONATHAN WHITEHEAD IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

I, Jonathan Whitehead, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1.    I am Vice President and Counsel for Online Copyright Protection for the Recording Industry Association of America, Inc. ("RIAA"), where I have been employed for over 6 years. My office is located at 1330 Connecticut Avenue, N.W., Washington, DC 20036. I submit this declaration in support of Plaintiffs' Motion for Leave to Take Immediate Discovery.

2.    This declaration is based on my personal knowledge, and if called upon to do so, I would be prepared to testify as to its truth and accuracy.

## The RIAA's Role in Protecting Its Member Recording Industry Companies From Copyright Infringement

3.    The RIAA is a not-for-profit trade association whose member record companies create, manufacture, and/or distribute approximately ninety percent of all legitimate sound recordings produced and sold in the United States. The RIAA's member record companies comprise the most vibrant national music industry in the world. A critical part of the RIAA's mission is to assist its member companies in protecting their intellectual property in the United States and in fighting against online and other forms of piracy. All of the Plaintiffs in this action are members of the RIAA.

4.    The RIAA investigates the unauthorized reproduction and distribution of copyrighted sound recordings online. As Vice President and Counsel for Online Copyright Protection, I am responsible for formulating and implementing online strategies for the RIAA, including investigations into the online infringement of copyrighted sound recordings of all kinds.

## The Internet and Music Piracy

5.    The Internet is a vast collection of interconnected computers and computer networks that communicate with each other. It allows hundreds of millions of people around the world to communicate freely and easily and to exchange ideas and information, including academic research, literary works, financial data, music, movies, graphics, and an unending and ever-changing array of other data. The Internet2 is a consortium led by more than 200

universities to develop advanced network applications, network technologies, and an ultra-high speed network. A user connected to the Internet2's backbone network is able to transfer files at a significantly higher rate that a typical broadband Internet user. Unfortunately, the Internet and Internet2 also have afforded opportunities for the wide-scale piracy of copyrighted sound recordings and musical compositions. Once a sound recording has been transformed into an unsecured digital format, it can be copied further and distributed an unlimited number of times online, without significant degradation in sound quality.

6.     Much of the unlawful distribution of copyrighted sound recordings online occurs via "peer-to-peer" ("P2P") file copying networks or so-called online media distribution systems. The most notorious example of such a system was Napster, which was enjoined by a federal court. In addition, there are many other P2P networks, including KaZaA, eDonkey, iMesh, Grokster, i2hub and Gnutella, that continue to operate and to facilitate widespread copyright piracy. The major recording companies are currently engaged in litigation against KaZaA and Grokster. At any given moment, millions of people illegally use online media distribution systems to upload or download copyrighted material.

7.     P2P networks, at least in their most popular form, refer to computer systems or processes that enable individuals using the network to: (1) make files (including audio recordings) stored on a computer available for copying by other users; (2) search for files stored on other users' computers; and (3) transfer exact copies of files from one computer to another online. P2P networks enable users who otherwise would have no connection with, or knowledge of, each other to offer to each other for distribution and copying files off of their PCs, to provide a sophisticated search mechanism by which users can locate these files for downloading, and to provide a means of effecting downloads.

3

8.    The major record companies generally have not authorized their copyrighted sound recordings to be copied or distributed in unsecured formats by means of P2P networks. Thus, the vast majority of the content that is copied and distributed on P2P networks is unauthorized by the copyright owner – that is, the distribution violates the copyright laws.

9.    The scope of online piracy of copyrighted works cannot be underestimated. Retail sales – the principal revenue source for most record companies – declined 7% in 2000, 10% in 2001, and 11% in 2002. The RIAA member companies lose significant revenues on an annual basis due to the millions of unauthorized downloads and uploads of well-known recordings that are made available on the Internet by infringers who, in virtually all cases, have the ability to maintain their anonymity to all but the Internet Service Provider ("ISP") they use to supply them with access to the Internet.

10.    In contrast to the terrible harm to copyright owners, ISPs likely benefit from P2P networks. Those who would unlawfully upload and download copyrighted music often use large amounts of bandwidth (because music files are so large). The infringers thus tend to subscribe to services, such as DSL and cable modems, that are far more expensive than ordinary telephone services. One publication recently estimated that 50-70 percent of the bandwidth of cable broadband network was being used for P2P file copying. See Alan Brezneck, "Service Control Vendors vie for MSO Business," *Cable Datacom News* (March 1, 2003).

11.    The persons who commit infringements by using the P2P networks are, by and large, anonymous to Plaintiffs. A person who logs on to a P2P network is free to use any alias (or computer name) whatsoever, without revealing his or her true identity to other users.

Thus, Plaintiffs can observe the infringement occurring online, but do not know the true names or mailing addresses of those individuals who are committing the infringement.

### The RIAA's Identification of Copyright Infringers

12.    In order to assist its members in combating copyright piracy, the RIAA conducts searches of file-copying services, for infringing copies of sound recordings whose copyrights are owned by RIAA members. A search can be as simple as logging onto a P2P network and examining what files are being offered by others logged onto the network. These searches generally result in the identification of specific Internet Protocol ("IP") addresses from which infringers are making unauthorized copies of sound recordings available to the public. An IP address is a unique identifier that, along with the date and time, specifically identifies a particular computer or server using the Internet. An IP address also allows the RIAA to use publicly available databases to ascertain, in general terms, the infringer's ISP.

13.    The RIAA engages in a painstaking process to determine whether a person is infringing. That process relies on human review of evidence supporting the allegation of infringement. For each suspected infringer, the RIAA reviews a listing of the music files that the user has offered for upload by others from his or her computer in order to determine whether they appear to be copyrighted sound recordings. The RIAA also downloads copyrighted sound recordings from these users, and listens to them in order to confirm that they are, indeed, illegal copies of sound recordings whose copyrights are owned by RIAA members. The RIAA also downloads and stores other evidence that demonstrates that the user is engaged in copyright infringement.

14.    The RIAA frequently has used the subpoena processes of Federal Rule of Civil Procedure 45 and the Digital Millennium Copyright Act ("DMCA") to obtain the names of

5

infringers from ISPs. (Individuals only can gain access to the Internet after setting up an account with, or subscribing to, an ISP.) The RIAA typically has included in their subpoenas to ISPs an IP address and a date and time on which the RIAA observed use of the IP address in connection with allegedly infringing activity. In some instances, providing the IP address alone to the ISP has been enough to enable the ISP to identify the infringer. Providing the date and time further assists some ISPs in identifying infringers, especially ISPs that use "dynamic IP addressing" such that a single computer may be assigned different IP addresses at different times, including, for example, each time it logs into the Internet.[4] Once provided with the IP address, plus the date and time of the infringing activity, the infringer's ISP quickly and easily can identify the computer from which the infringement occurred (and the name and address of the subscriber that controls that computer), sometimes within a matter of minutes.

15.    Since 1998, the RIAA and others have used subpoenas thousands of times to learn the names, addresses, telephone numbers, and e-mail addresses of infringers for the purpose of bringing legal actions against those infringers. During a recent litigation with Verizon (an ISP) relating to the DMCA subpoena process, Verizon conceded that, as an alternative to the DMCA process, Plaintiffs could file "John Doe" lawsuits and issue Rule 45 subpoenas to ISPs to obtain the true identities of infringing subscribers.

### The RIAA's Identification of the Infringers in This Case

16.    In the ordinary course of investigating online copyright infringement, the RIAA became aware that Defendants were offering files for download on various P2P networks.

---

[4] ISPs own or are assigned certain blocks or ranges of IP addresses. An ISP assigns a particular IP address in its block or range to a subscriber when that subscriber goes "online."

The user-defined author and title of the files offered for download by each Defendant suggested that many were copyrighted sound recordings being disseminated without the authorization of the copyright owners. The RIAA downloaded and listened to a representative sample of the music files being offered for download by each Defendant and was able to confirm that the files each Defendant was offering for distribution were illegal copies of sound recordings whose copyrights are owned by RIAA members. The RIAA also recorded the time and date at which the infringing activity was observed and the IP address assigned to each defendant at the time. See Complaint Exhibit A. The RIAA could not, however, determine the physical location of the users or their identities. The RIAA could determine that the Defendants were using Harvard University's service to distribute and make available for distribution the copyrighted files.

17.     The RIAA also has collected for each Defendant a list of the files each Defendant has made available for distribution to the public. Exhibit 1 to this Declaration contains such lists for the first three Defendants referred to in the Complaint. These lists often show thousands of files, many of which are sound recording (MP3) files that are owned by, or exclusively licensed to, Plaintiffs. Because of the voluminous nature of the lists, and in an effort not to overburden the Court with paper, I have not attached to this Declaration the lists for all Defendants. Such lists will be made available to the Court upon request.

### The Importance of Expedited Discovery in This Case

18.     Obtaining the identity of copyright infringers on an expedited basis is critical to stopping the piracy of RIAA members' copyrighted works.

19.     First, every day that copyrighted material is disseminated without the authorization of the copyright owner, the copyright owner is economically harmed. Prompt

identification of infringers is necessary in order for copyright owners to take quick action to stop unlawful dissemination of their works and minimize their economic losses.

20.    Second, infringement often occurs with respect to sound recordings that have not yet been distributed publicly. Such infringement inflicts great harm on the initial market for new works. New recordings generally earn a significant portion of their revenue when they are first released, and copyright piracy during a recording's pre-release or early release period therefore deprives copyright owners of an important opportunity to reap the benefits of their labor.

21.    Third, without expedited discovery Plaintiffs have no way of serving Defendants with the complaint and summons in this case. Plaintiffs do not have the Defendants' names or addresses, nor do they have an e-mail address for Defendants.

22.    Fourth, and perhaps most critically, service providers have different policies pertaining to the length of time they preserve "logs" which identify their users. ISPs keep log files of their user activities for only limited periods of time – which can range from as short as a few days, to a few months – before erasing the data they contain. If an ISP does not respond expeditiously to a discovery request, the identification information in the ISP's logs may be erased, making it impossible for the ISP to determine the identity of the infringer and eliminating the copyright owner's ability to take action to stop the infringement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April ___/___, 2005 in ___Washington, DC___.

Jonathan Whitehead

```
                              ShareListing.txt
music
        Muse
                Origin of Symmetry
                        11 Megalomania.mp3|6632417
                        10 Feeling Good.mp3|4799249
                        09 Darkshines.mp3|6957797
                        08 Screenager.mp3|6296377
                        07 Micro Cuts.mp3|5292021
                        06 Citizen Erased.mp3|10589658
                        05 Plug In Baby.mp3|5292023
                        04 Hyper Music.mp3|4872600
                        03 Space Dementia.mp3|9189703
                        02 Bliss.mp3|6112052
                        01 New Born.mp3|8774037
                Absolution Advance
                        14 TSP.mp3|4965113
                Absolution
                        13 Thoughts of a Dying Atheist.mp3|4587579
                        12 Ruled by Secrecy.mp3|7017143
                        11 Endlessly.mp3|5496182
                        10 Butterflies and Hurricanes.mp3|7243463
                        09 Blackout.mp3|6288580
                        08 Hysteria.mp3|5471729
                        07 Interlude.mp3|919528
                        06 Falling Away With You.mp3|6742547
                        05 Stockholm Syndrome.mp3|7166982
                        04 Sing for Absolution.mp3|7082347
                        03 Time Is Running Out.mp3|5637828
                        02 Apocalypse Please.mp3|6075480
                        01 Intro.mp3|535650
        The Modern Lovers
                Modern Lovers
                        12 Government Center.mp3|2943724
                        11 Modern World.mp3|5376874
                        10 Girl Friend.mp3|5637053
                        09 Someone I Care About.mp3|5269039
                        08 Hospital.mp3|8055782
                        07 She Cracked.mp3|4233336
                        06 Dignified And Old.mp3|3584455
                        05 I'm Straight.mp3|6208193
                        04 Pablo Picasso.mp3|6280291
                        03 Old World.mp3|5842061
                        02 Astral Plane.mp3|4344304
                        01 Roadrunner.mp3|5904128
        Sigur Ros
                Untitled #1
                        Sigur Rós - Untitled #1 - 04 - Untitled #9 Part
C.mp3|6301657
                        Sigur Rós - Untitled #1 - 03 - Untitled #9 Part
B.mp3|4030885
                        Sigur Rós - Untitled #1 - 02 - Untitled #9 Part
A.mp3|6675939
                        Sigur Rós - Untitled #1 - 01 - Untitled #1.mp3|9694649
                Hlemmur
                        Sigur Rós - 19 - óskabörn þjóðarinnar (model
citizens).mp3|6864072
                        Sigur Rós - 18 - Hannes (A Male Name) .mp3|3821538
                        Sigur Rós - 17 - Allt tekur sinn tíma! (All in Due Time!)
.mp3|4008992
                        Sigur Rós - 16 - áfram ísland (Go Iceland) .mp3|1994011
                        Sigur Rós - 15 - Byrgið (The Shelter) .mp3|2310615
                        Sigur Rós - 14 - 23 20.mp3|2461707
                        Sigur Rós - 13 - Síðasta ferð (The Last Trip).mp3|3808999
                                      Page 1
```

```
                       ShareListing.txt
            Sigur Rós - 12 - Hlemmur 3.mp3|1921913
            Sigur Rós - 11 - 1993.mp3|1749505
            Sigur Rós - 10 - ég mun læknast! (I will
Recover!).mp3|2755115
            Sigur Rós - 09 - Jósef tekur fimmuna í vinnuna 2.mp3|2577691
            Sigur Rós - 08 - 1970.mp3|1782106
            Sigur Rós - 07 - þversögns (Paradox).mp3|3115605
            Sigur Rós - 06 - Hlemmur 2.mp3|1041691
            Sigur Rós - 05 - Hvalir í útrýmingarhættus (Endangered
Whales).mp3|4326850
            Sigur Rós - 04 - Vetur (Winter).mp3|2595245
            Sigur Rós - 03 - Fyrsta Ferð (The First Trip).mp3|3738155
            Sigur Rós - 02 - Hlemmur 1.mp3|2362651
            Sigur Rós - 01 - Jósef tekur fimmuna í vinnuna (Jósef Takes
the Nr. 5 to Work).mp3|4424026
            00-sigur_ros-hlemmur_ost-2003-inside_3-nuhs.jpg|423059
            00-sigur_ros-hlemmur_ost-2003-inside_2-nuhs.jpg|177011
            00-sigur_ros-hlemmur_ost-2003-inside_1-nuhs.jpg|151333
            00-sigur_ros-hlemmur_ost-2003-front_back-nuhs.jpg|174437
            00-sigur_ros-hlemmur_ost-2003-cd-nuhs.jpg|278044
         ( )
            Sigur Ros - Track 08.mp3|11284148
            Sigur Ros - Track 07.mp3|12481601
            Sigur Ros - Track 06.mp3|8459162
            Sigur Ros - Track 05.mp3|9555051
            Sigur Ros - Track 04.mp3|7250006
            Sigur Ros - Track 03.mp3|6297477
            Sigur Ros - Track 02.mp3|7263799
            Sigur Ros - Track 01.mp3|6376054
      Agaetis Byrjun
            10 - Avalon.mp3|3861478
            09 - Agaetis Byrjun.mp3|7615592
            08 - Olsen olsen.mp3|7702464
            07 - Vidrar vel til loftarasa.mp3|9895378
            06 - Hjartad hamast.mp3|6890025
            05 - Ny batteri.mp3|7853411
            04 - Flugufrelsarinn.mp3|7474420
            03 - Staralfur.mp3|6516596
            02 - Svefn-g-englar.mp3|9644842
            01 - Intro.mp3|1574538
      Live At Leeds 23.04.01
            Disc 1

107-sigur_ros_-untitled_2_with_steindor_anderson-just.mp3|10318452

106-sigur_ros_-untitled_with_steindor_anderson-just.mp3|8692173
            105-sigur_ros_-svefn_g_englar-just.mp3|15977828
            104-sigur_ros_-syndir_guds-just.mp3|8856431
            103-sigur_ros_-ny_batteri-just.mp3|11511517
            102-sigur_ros_-nyja_lagid-just.mp3|16253682
            101-sigur_ros_-intro-just.mp3|5055928
            Disc 2
            203-sigur_ros_-dauda_lagid-just.mp3|1484769
            202-sigur_ros_-untitled_-_svahuit-just.mp3|16481887
            201-sigur_ros_-untitled-just.mp3|9489012
         Von
            12 - Rukrym.mp3|12955984
            11 - Syndir Guðs (Opinberun Frelsarans).mp3|11105888
            10 - Mistur.mp3|3279184
            09 - Von.mp3|7495975
            08 - Veröld Ný Og Óð.mp3|5031478
            07 - Hafsól.mp3|17882469
            06 - 18 Sekúndur Fyrir Sólaruprás.mp3|455452
                       Page 2
```

```
                              ShareListing.txt
                  05 - Myrkur.mp3|8984954
                  04 - Leit Að Lífi.mp3|3701114
                  03 - Hún Jörð.mp3|10519700
                  02 - Dögun.mp3|8405663
                  01 - Sigur Rós.mp3|14091998
         Englar Alheimsins(Angels Of The Universe Soundtrack)
                  13-Sigur Ros-Englar Alheimsins-Schiller i Kina.mp3|1034184
                  12-Sigur Ros-Englar Alheimsins-Mok.mp3|489372
                  11-Sigur Ros-Englar Alheimsins-Bakslag.mp3|2013396
                  10-Sigur Ros-Englar Alheimsins-Onnur minning.mp3|2580148
                  09-Sigur Ros-Englar Alheimsins-Fer.mp3|3568204
                  08-Sigur Ros-Englar Alheimsins-Sno.mp3|862336
                  07-Sigur Ros-Englar Alheimsins-Stigi niur til
heljar.mp3|2555071
                  06-Sigur Ros-Englar Alheimsins-Litbrigi.mp3|2791427
                  05-Sigur Ros-Englar Alheimsins-Yfirum.mp3|6204481
                  04-Sigur Ros-Englar Alheimsins-Niurlging.mp3|1916220
                  03-Sigur Ros-Englar Alheimsins-Svarti hundurinn og skoska
lei.mp3|2000230
                  02-Sigur Ros-Englar Alheimsins-Minning.mp3|2798323
                  01-Sigur Ros-Englar Alheimsins-Aflug - Draumur.mp3|1529399
         sigur_ros_japan_tour_2001_10.ogg|10213096
         sigur_ros_japan_tour_2001_09.ogg|16635990
         sigur_ros_japan_tour_2001_08.ogg|6631476
         sigur_ros_japan_tour_2001_07.ogg|150214
         sigur_ros_japan_tour_2001_06.ogg|145588
         sigur_ros_japan_tour_2001_05.ogg|8061816
         sigur_ros_japan_tour_2001_04.ogg|17124313
         sigur_ros_japan_tour_2001_03.ogg|14717429
         sigur_ros_japan_tour_2001_02.ogg|10662834
         sigur_ros_japan_tour_2001_01.ogg|9636452
     Young, Neil - Rust Never Sleeps
             09 - neil young - hey hey my my (into the black).mp3|6715392
             08 - neil young - sedan delivery.mp3|6410246
             07 - neil young - welfare mothers.mp3|5138432
             06 - neil young - powderfinger.mp3|6969344
             05 - neil young - sail away.mp3|4352000
             04 - neil young - pocahontas.mp3|4421932
             03 - neil young - ride my llama.mp3|2959360
             02 - neil young - thrasher.mp3|6582272
             01 - neil young - my my hey hey (out of the blue).mp3|4550656
     The Weakerthans
             The Weakerthans - Without Mythologies.m4a|3092376
             The Weakerthans - Watermark.m4a|2554409
             The Weakerthans - Uncorrected Proofs.m4a|2648754
             The Weakerthans - Times Arrow.m4a|2819488
             The Weakerthans - This Is A Fire Door Never Leave Open.m4a|4945167
             The Weakerthans - The Reasons.m4a|2772488
             The Weakerthans - The Precience Of Dawn.m4a|4459023
             The Weakerthans - Slips And Tangles.m4a|2829846
             The Weakerthans - Reconstruction Site.m4a|2688754
             The Weakerthans - Psalm For The Elks Lodge Last Call.m4a|2661026
             The Weakerthans - Plea From A Cat Named Virtue.m4a|3716972
             The Weakerthans - Past Due.m4a|2099457
             The Weakerthans - Pamphleteer.m4a|5110797
             The Weakerthans - Over Retired Explorer Dines With Michel Foucault
In Paris 1961.m4a|2349970
             The Weakerthans - One Great City.m4a|2821793
             The Weakerthans - My Favourite Chords.m4a|3894389
             The Weakerthans - Manifest.m4a|1724227
             The Weakerthans - Left  Leaving.m4a|4602502
             The Weakerthans - Hospital Vespers.m4a|1659222
             The Weakerthans - History Of The Defeated.m4a|3819325
                              Page 3
```

```
                            ShareListing.txt
          The Weakerthans - Exiles Among You.m4a|5004840
          The Weakerthans - Everything Must Go.m4a|4439025
          The Weakerthans - Elegy For Elsabet.m4a|6137091
          The Weakerthans - Benediction.m4a|3377677
          The Weakerthans - Aside.m4a|3251104
          The Weakerthans - A New Name For Everything.m4a|3932554
   Dream Theater
          A Change Of Seasons
                  dream theater - a change of.mp3|22234679
          Demo_
                  Dream Theater- Medley - Led.mp3|12182329
          No album info
                  DreamTheater - Hey You _Pin.mp3|4336891
                  Dream Theater - Master Of P.mp3|12611167
                  98_DreamTheater_Glass Moon.mp3|6776040
          _Cleaning Out The Closet_ Chri
                  dream theater - cover my ey.mp3|3222552
          NEW SIX DEGREES
                  Dream Theater - Six Degrees.mp3|11140788
                  dream theater - Blind Faith.mp3|7454388
          Seanes From A Memory
                  Dream Theater - The Dance o.mp3|5967072
          Six Degrees Of Inner Turbulence CD1
                  Dream Theater - Disappear.mp3|6436239
          B Side from Silent Man Single
                  DreamTheater-Eve.mp3|4976726
          Images And Words
                  DreamTheater - AnotherDay.mp3|4208038
          Dream Theatre _ Bruce Dicki.mp3|3811456
          dream theater - scenes from.mp3|5256752
          Dream Theater - Purple Rain.mp3|4263434
          Dream Theater - Cover - Aut.mp3|997754
   Alice In Chains
          Jar Of Flies
                  No Excuses.mp3|5116261
                  Don't Follow.mp3|4199267
          Dirt
                  Them Bones.mp3|2402875
                  13 Would_.m4a|4205822
                  12 Angry Chair.m4a|5812963
                  11 Hate To Feel.m4a|6385141
                  10 Intro (Dream Sequence).m4a|892745
                  09 God Smack.m4a|4668415
                  06 Rooster.m4a|7573131
                  03 Rain When I Die.m4a|7303424
          Last Action Hero soundtrack
                  What The Hell Have I.mp3|3840093
          Unplugged
                  Heaven Beside You (Acoustic).mp3|5397228
          Alice in Chains
                  Heaven Beside You.mp3|5248639
                  Again.mp3|3931321
          Unreleased
                  Foolish.mp3|4167303
          Nothing Safe (The Best Of The Box)
                  07 Down In A Hole.mp3|6759172
   Kraftwerk
          Computerwelt
                  07 It's More Fun To Compute.mp3|6084389
                  06 Heimcomputer.mp3|9135061
                  05 Computerliebe.mp3|10548809
                  04 Computerwelt .2.mp3|4808560
                  03 Nummern.mp3|4864349
                            Page 4
```

```
                          ShareListing.txt
            02 Taschenrechner.mp3|7182149
            01 Computerwelt.mp3|7412860
    Trans-Europe Express
            07 Endless Endless.m4a|1091615
            06 Franz Schubert.m4a|4445320
            05 Metal On Metal.m4a|6655399
            04 Trans-Europe Express.m4a|6834241
            03 Showroom Dummies.m4a|6218073
            02 The Hall Of Mirrors.m4a|7767881
            01 Europe Endless.m4a|9487108
    Tour De France Soundtracks
            12 Tour De France.m4a|5155544
            10 La Forme.m4a|8538903
            09 Elektro Kardiogramm.m4a|5214533
            08 Titanium.m4a|3365274
            06 Vitamin.m4a|8020763
            05 Chrono.m4a|3341864
            01 Prologue.m4a|648931
    Autobahn
            05 Morgenspaziergang.mp3|3975014
            04 Mitternacht.mp3|3669781
            03 Kometenmelodie 2.mp3|5693962
            02 Kometenmelodie 1.mp3|6237843
            01 Autobahn.mp3|21860755
Santana
    Nuclei
            Santana - Soul Sacrifice.mp3|4772470
            Santana - Santana Jam.mp3|14197951
            Santana - Persuasion.mp3|5133544
            Santana - La Puesta del Sol.mp3|10118335
            Santana - Jingo.mp3|9555009
            Santana - Fried Neck Bones.mp3|10291328
            Santana - El Corazon Manda.mp3|11493253
            Santana - As the Years Go B.mp3|3763641
    No album info
            Carlos Santana - Shaman - 0.mp3|4223981
    Greatest Hits
            Santana - Se a Cab_.mp3|2765639
            Santana - Samba Pa Ti.mp3|4555131
            Santana - Persuasion.mp3|2528280
            Santana - Jingo.mp3|2781939
            Santana - Hope You_re Feeli.mp3|4096253
            Santana - Evil Ways.mp3|2951212
            Santana - Everything_s Comi.mp3|3198602
            Santana - Everybody_s Every.mp3|3418825
            Santana - Black Magic Woman.mp3|3199020
    The Best Of
            09 Oye Como Va.mp3|5150720
Dresden Dolls
    The Dresden Dolls-The Dresden Dolls-12 - Truce.mp3|16456852
    The Dresden Dolls-The Dresden Dolls-10 - The Jeep Song.mp3|9293867
    The Dresden Dolls-The Dresden Dolls-08 - Bad Habit.mp3|2905038
    The Dresden Dolls-The Dresden Dolls-03 - Missed Me.mp3|5866143
    The Dresden Dolls-The Dresden Dolls-01 - Good Day.mp3|8429568
    The Dresden Dolls-The Dresden Dolls-0 - Colorblind.mp3|3973158
    The Dresden Dolls--0 - The Perfect Fit.mp3|11059367
    The Dresden Dolls--0 - girl anachronism.mp3|5797262
    The Dresden Dolls--0 - coin operated boy.mp3|11127079
Open Your Eyes
    Open Your Eyes (2).sub|27670
    Open Your Eyes (2).avi|732213248
    Open Your Eyes (1).sub|27262
    Open Your Eyes (1).avi|727760896
                          Page 5
```

```
                              ShareListing.txt
Phil Ochs
        Phil Ochs
                All the News That's Fit to Sing
                        Phil Ochs - The Thresher.mp3|2773537
                A Toast to those who are Gone
                        15_ Phil Ochs - I_m Tired.mp3|2240597
                Farewells & Fantasies (Disk 2)
                        Vietnam-Phil Ochs - Song Of.mp3|3947627
                No album info
                        Phil Ochs-The Highwayman.mp3|6521503
                        Phil Ochs-I Kill Therefore.mp3|1601462
                        Phil Ochs - When I_m Gone _.mp3|4176334
                        Phil Ochs - United Fruit.MP3|2905405
                        Phil Ochs - Too Many Martyr.mp3|2027304
                        Phil Ochs - The Party.mp3|7892242
                        Phil Ochs - The Men Behind.mp3|3041701
                        Phil Ochs - The Highway Man.mp3|5429376
                        Phil Ochs - That Was The Pr.mp3|3321189
                        Phil Ochs - Love Me Im A Li.mp3|4417664
                        Phil Ochs - I_ve Had Her _1.mp3|7617379
                        Phil Ochs - I Ain_t Marchin.mp3|2533155
                        Phil Ochs - Flower Lady.mp3|6203218
                        phil ochs - crucifixion.mp3|7363273
                        phil ochs - Cops of the Wor.mp3|4878912
                        Phil Ochs - Broadside - wha.mp3|2970941
                        Phil Ochs - Broadside - Rin.mp3|5080799
                        Phil Ochs - Bound for Glory.mp3|3207296
                        Phil Ochs - Ballad Of US St.mp3|1700553
                        Phil Ochs  - Automation Son.mp3|2149726
                Farewells & Fantasies (Disk 3)
                        phil ochs - pleasures of th.mp3|3918035
                        Phil Ochs - Doesn_t Lenny L.mp3|5989441
                The War Is Over (The Best of P
                        Phil Ochs - Outside of a Sm.mp3|3509271
                Tape From California
                        Ochs_ Phil - White Boots Ma.mp3|3411719
                Montreal, Canada - 22 October 1966
                        phil ochs - joe hill.mp3|4758518
                In Concert
                        Phil Ochs - Changes.mp3|4527294
                The Broadside Tapes 1
                        Rivers of The Blood.mp3|1985973
                        Phil Ochs - Ballad of John.mp3|3002030
                        Phil Ochs - Ballad of Alfer.mp3|2174222
                Freedom Is A Constant Struggle
                        Phil Ochs - Here_s to the S.mp3|5736926
                Napster_Ochs
                        Phil Ochs - Here_s to the S.mp3|3057457
                Farewells & Fantasies
                        Phil Ochs - William Butler.mp3|4939212
                        Phil Ochs - We Seek No Wide.mp3|4219051
                        Phil Ochs - Power and the G.mp3|2218026
                With  Joan Baez
                        Joan Baez _ Phil Ochs _ Joa.mp3|1469238
                20th Century Masters - The Millennium Collection_ The Best
of Phil Ochs
                        The War Is Over.m4p|4754949
                        Rehearsals for Retirement.m4p|4594533
                        No More Songs.m4p|4665157
                        Cross My Heart.m4p|3711605
                Phil Ochs - There But For F.mp3|2817334
        Phil Ochs - White Boots Marching In A Yellow Land.m4a|4277986
        Phil Ochs - When Im Gone.m4a|5120406
                              Page 6
```

```
                         ShareListing.txt
         Phil Ochs - whats that I hear.m4a|2489120
         Phil Ochs - Too Many Martyrs.m4a|3426742
         Phil Ochs - There but for fortune.m4a|3375658
         Phil Ochs - The War Is Over.m4a|5539885
         Phil Ochs - The Scorpion Departs But Never Returns.m4a|5179384
         Phil Ochs - The Power and the Glory.m4a|2793302
         Phil Ochs - The Men Behind The Guns.m4a|3870708
         Phil Ochs - The Highwayman.m4a|6853087
         Phil Ochs - Thats What I Want To Hear.m4a|3902751
         Phil Ochs - That Was The President.m4a|4201824
         Phil Ochs - Tape From California.m4a|8233198
         Phil Ochs - Talking Birmingham Jam.m4a|3972411
         Phil Ochs - Spanish Civil War Song.mp3|2176186
         Phil Ochs - Santo Domingo.m4a|7205463
         Phil Ochs - Ringing of Revolution.m4a|8769154
         Phil Ochs - Rehearsals For Retirement.m4a|5112975
         Phil Ochs - Pleasures Of The Harbor.m4a|9858269
         Phil Ochs - Outside Of A Small Circle Of Friends.m4a|4491609
         Phil Ochs - One Way Ticket Home.m4a|3344674
         Phil Ochs - One More Parade.m4a|4026281
         Phil Ochs - No More Songs.m4a|5216072
         Phil Ochs - Love me Im a Liberal.m4a|5576656
         Phil Ochs - Links On The Chain.m4a|5402339
         Phil Ochs - Kansas City Bomber.m4a|3004139
         Phil Ochs - Jim Dean Of Indiana.m4a|6112827
         Phil Ochs - Is there anybody here.m4a|4225509
         Phil Ochs - Iron Lady.m4a|4441454
         Phil Ochs - In The Heat Of The Summer.m4a|3856776
         Phil Ochs - Im going to say it now.m4a|3555381
         Phil Ochs - I Aint Marching Anymore.m4a|3301486
         Phil Ochs - I Aint Marchin Anymore Live Version.m4a|5481657
         Phil Ochs - Hills Of West Virginia.m4a|4243156
         Phil Ochs - Heres To The State Of Mississippi.m4a|7130512
         Phil Ochs - Half A Century High.m4a|3505690
         Phil Ochs - Gas Station Women.m4a|4277521
         Phil Ochs - Flower Lady.m4a|7373797
         Phil Ochs - Elvis Presley medley.mp3|1474920
         Phil Ochs - Days Of Decision.m4a|3981699
         Phil Ochs - Cops of the World.m4a|6159107
         Phil Ochs - Chords Of Fame.m4a|4305385
         Phil Ochs - Changes.m4a|5670814
         Phil Ochs - Bracero.m4a|5068393
         Phil Ochs - Ballad Of The Carpenter.m4a|4802757
Jean-Michel Jarre
      Equinoxe
             08 Equinoxe Part 8.m4a|11934401
             07 Equinoxe Part 7.m4a|17129752
             06 Equinoxe Part 6.m4a|8408032
             05 Equinoxe Part 5.m4a|9455230
             04 Equinoxe Part 4.m4a|16638819
             03 Equinoxe Part 3.m4a|12460631
             02 Equinoxe Part 2.m4a|12076090
             01 Equinoxe Part 1.m4a|5888952
Green Day
      Kerplunk
             Green Day - Kerplunk - 16 -.mp3|2238464
             Green Day - Kerplunk - 15 -.mp3|2052096
             Green Day - Kerplunk - 14 -.mp3|1974272
             Green Day - Kerplunk - 13 -.mp3|1626112
             Green Day - Kerplunk - 12 -.mp3|2441216
             Green Day - Kerplunk - 11 -.mp3|2625590
             Green Day - Kerplunk - 10 -.mp3|3518464
             Green Day - Kerplunk - 09 -.mp3|2893824
                         Page 7
```

```
                           ShareListing.txt
              Green Day - Kerplunk - 08 -.mp3|3514368
              Green Day - Kerplunk - 07 -.mp3|2232320
              Green Day - Kerplunk - 06 -.mp3|1630208
              Green Day - Kerplunk - 05 -.mp3|2340864
              Green Day - Kerplunk - 04 -.mp3|3416064
              Green Day - Kerplunk - 03 -.mp3|3371008
              Green Day - Kerplunk - 02 -.mp3|2402304
              Green Day - Kerplunk - 01 -.mp3|2312192
         Nimrod
              Green Day - Nimrod - 18 - P.mp3|4360320
              Green Day - Nimrod - 17 - G.mp3|3086464
              Green Day - Nimrod - 16 - K.mp3|3864704
              Green Day - Nimrod - 15 - T.mp3|1380480
              Green Day - Nimrod - 14 - R.mp3|2508928
              Green Day - Nimrod - 13 - W.mp3|3299456
              Green Day - Nimrod - 12 - H.mp3|4102272
              Green Day - Nimrod - 11 - J.mp3|2644096
              Green Day - Nimrod - 10 - L.mp3|4550784
              Green Day - Nimrod - 09 - U.mp3|3680384
              Green Day - Nimrod - 08 - P.mp3|2828416
              Green Day - Nimrod - 07 - W.mp3|2934912
              Green Day - Nimrod - 06 - A.mp3|2607232
              Green Day - Nimrod - 05 - S.mp3|3643520
              Green Day - Nimrod - 04 - R.mp3|3950720
              Green Day - Nimrod - 03 - T.mp3|2640000
              Green Day - Nimrod - 02 - H.mp3|3430528
              Green Day - Nimrod - 01 - N.mp3|3377280
         Green Day-American Idiot-13 - Whatsername.mp3|6161608
         Green Day-American Idiot-12 - Homecoming.mp3|16395185
         Green Day-American Idiot-12 - Homecoming _ The Death Of St_ Jimmy _
East 12th St_ _ Nobody Likes You _ Rock And Roll Girlfriend _ We're Coming Home
Again.mp3|11173857
         Green Day-American Idiot-11 - Wake Me Up When September
Ends.mp3|7943085
         Green Day-American Idiot-10 - Letterbomb.mp3|7450914
         Green Day-American Idiot-09 - Extraordinary Girl.mp3|5928204
         Green Day-American Idiot-08 - She's A Rebel.mp3|3879466
         Green Day-American Idiot-07 - Give Me Novacaine.mp3|6224745
         Green Day-American Idiot-06 - St_ Jimmy.mp3|5953499
         Green Day-American Idiot-05 - Are We The Waiting.mp3|4173851
         Green Day-American Idiot-04 - Boulevard Of Broken Dreams.mp3|8000776
         Green Day-American Idiot-03 - Holiday.mp3|7248000
         Green Day-American Idiot-02 - Jesus Of Suburbia.mp3|16600427
         Green Day-American Idiot-02 - Jesus Of Suburbia _ City Of The Damned
_ I Don't Care _ Dearly Beloved _ Tales Of Another Broken Home.mp3|10968512
         Green Day-American Idiot-01 - American Idiot.mp3|5547537
    Ibrahim Ferrer
         Buena Vista Social Club Presents Ibrahim
              11 Como Fue.mp3|2986531
              10 Que Bueno Baila Usted.mp3|3911801
              09 Aquellos Ojos Verdes.mp3|4120988
              08 Silencio.mp3|3902644
              07 Cienfuegos Tiene Su Guaguancó.mp3|4518894
              06 Nuestra Ultima Cita.mp3|3317147
              05 Mamí Te Gutó.mp3|4263608
              04 Guateque Campesino.mp3|4331271
              03 Marieta.mp3|4971626
              02 Herido De Sombras.mp3|3518287
              01 Bruca Maniguá.mp3|3972135
    Enya
         No album info
              Enya - Only Time.mp3|3528915
         A Day Without Rain
                           Page 8
```

```
                      ShareListing.txt
        11 Lazy Days.m4a|8908788
        10 One By One.m4a|9376891
        09 Pilgrim.m4a|7671740
        08 Silver Inches.m4a|3887145
        07 Fallen Embers.m4a|6010121
        06 Flora's Secret.m4a|9864763
        05 Deora Ar Mo Chroi.m4a|6756454
        04 Tempus Vernum.m4a|5826868
        03 Only Time.m4a|8753232
        02 wild Child.m4a|9120006
        01 A Day Without Rain.m4a|6335023
    Paint The Sky With Stars_ The Best Of En
        16 Boadicea.m4a|8407002
        15 The Memory Of Trees.m4a|10321206
        14 On My Way Home.m4a|8660836
        13 Marble Halls.m4a|9405802
        12 Paint The Sky With Stars.m4a|10143673
        11 Watermark.m4a|5831741
        10 Storms In Africa.m4a|10049552
        09 Ebudæ.m4a|4573018
        08 Shepherd Moons.m4a|8825730
        07 China Roses.m4a|11260243
        06 The Celts.m4a|7077000
        05 Only If....m4a|7954178
        04 Anywhere Is.m4a|8993829
        03 Book Of Days.m4a|7009157
        02 Caribbean Blue.m4a|9510230
        01 Orinoco Flow.m4a|10685488
   Young, Neil - Everybody Knows This Is Nowhere
        07 Cowgirl in the Sand.mp3|16791552
        06 Running Dry (Requiem for the Rockets).mp3|8960000
        05 The Loosing End (When Your On).mp3|7776256
        04 Down by the River.mp3|15435776
        03 Round & Round (It wont Be Long).mp3|8613888
        02 Everybody Knows This Is Nowhere.mp3|4677632
        01 Cinnamon Girl.mp3|5642346
   Sea and Cake, The - The Fawn
        the sea and cake - 10 - do now fairly well.mp3|4702208
        the sea and cake - 07 - civilise.mp3|3239936
        the sea and cake - 06 - there you are.mp3|4286464
        the sea and cake - 05 - rossignol.mp3|4229120
        the sea and cake - 04 - the ravine.mp3|3985408
        the sea and cake - 03 - the fawn.mp3|3768320
        the sea and cake - 02 - the argument.mp3|4855808
        the sea and cake - 01 - sporting life.mp3|5904384
        cover.gif|35187
   Mellowdrone
        2002 - a demonstration of intellectual property
                mellowdrone - a demonstration of intellectual property - 06
 - bitelip.mp3|4765722
                mellowdrone - a demonstration of intellectual property - 05
 - beautiful day.mp3|3430976
                mellowdrone - a demonstration of intellectual property - 04
 - no more options.mp3|5889831
                mellowdrone - a demonstration of intellectual property - 03
 - and repeat.mp3|5114303
                mellowdrone - a demonstration of intellectual property - 02
 - fashionably uninvited.mp3|5595803
                mellowdrone - a demonstration of intellectual property - 01
 - tinylittle.mp3|2151391
        2004 - go get 'em tiger
            06 - anglophile.mp3|2674570
            05 - pretty boy.mp3|6832010
                      Page 9
```

```
                         ShareListing.txt
                 04 - i'm too young.mp3|3520394
                 03 - motivation.mp3|5883786
                 02 - worst song ever.mp3|7526282
                 01 - bonemarrow.mp3|6786954
      The Mountain Goats - We Shall All Be Healed
           The Mountain Goats - We Shall All Be Healed.m3u|1114
           13 - Pigs That Ran Straightaway Into The Water, Triumph Of
.mp3|4792333
               12 - Against Pollution .mp3|5981671
               11 - Cotton .mp3|4818831
               10 - Quito .mp3|3568105
               09 - All Up The Seething .mp3|5379154
               08 - Home Again Garden Grove .mp3|5268432
               07 - Mole .mp3|6607136
               06 - Your Belgian Things .mp3|5659827
               05 - The Young Thousands .mp3|7440850
               04 - Letter From Belgium .mp3|5501757
               03 - Linda Blair Was Born Innocent .mp3|4182626
               02 - Palmcorder Yajna .mp3|6293365
               01 - Slow West Vultures .mp3|4705387
      The Lawrence Arms
           The Greatest Story Ever Told
                 13 The Disaster March.mp3|5570702
                 12 A Wishful Puppeteer.mp3|4597067
                 11 The Ramblin_ Boys Of Ple.mp3|3951957
                 10 The Revisionist.mp3|4790160
                 09 Hesitation Station.mp3|2485535
                 08 Chapter 13_ The Hero App.mp3|4089881
                 07 The March Of The Elephan.mp3|2117530
                 06 Fireflies.mp3|5634012
                 05 Alert The Audience_.mp3|3280494
                 04 Drunk Mouth Hitchen Smil.mp3|3530649
                 03 On With The Show.mp3|2143851
                 02 The Raw And Searing Fles.mp3|4511181
           Guided Tour of Chicago
                 Lawrence Arms - Uptown Free.mp3|4147294
                 Lawrence Arms - Untitled Tr.mp3|11527192
                 Lawrence Arms - Take One Do.mp3|5260312
                 Lawrence Arms - Someday Wer.mp3|3437174
                 Lawrence Arms - Smokestacks.mp3|6182329
                 Lawrence Arms - North Side.mp3|3850240
                 Lawrence Arms - Kevin Costn.mp3|5702256
                 Lawrence Arms - Eighteen In.mp3|3343551
                 Lawrence Arms - Dentention.mp3|4314888
                 Lawrence Arms - An Evening.mp3|142819
                 Lawrence Arms - A Guided To.mp3|3391778
           Ghost Stories
                 Lawrence Arms - Turnstyles.mp3|4771675
                 Lawrence Arms - The OldTime.mp3|4197400
                 Lawrence Arms - The Last On.mp3|36846699
                 Lawrence Arms - Sixteen Hou.mp3|2163610
                 Lawrence Arms - Minute.mp3|2132681
                 Lawrence Arms - Light Breat.mp3|5696201
                 Lawrence Arms - Here Comes.mp3|3715911
                 Lawrence Arms - Ghost Stori.mp3|4954742
                 Lawrence Arms - Chicago Is.mp3|3369840
                 Lawrence Arms - Asa Phelps.mp3|5501432
                 Lawrence Arms - All the Wee.mp3|2881664
                 Lawrence Arms - 106 South.mp3|4155604
           Present Day Memories
                 Lawrence Arms - Theres No P.mp3|6556737
                 Lawrence Arms - Quincentupl.mp3|6487356
                 Lawrence Arms - Hey What Ti.mp3|8348946
                         Page 10
```

```
                         ShareListing.txt
              Lawrence Arms - 100 Resolut.mp3|6769896
       Apathy and Exhaustion
              Lawrence Arms - Your Graves.mp3|8320609
              Lawrence Arms - The First E.mp3|5122385
              Lawrence Arms - The Corpses.mp3|6349513
              Lawrence Arms - Right as Ra.mp3|5059691
              Lawrence Arms - Porno and S.mp3|4925108
              Lawrence Arms - Navigating.mp3|6523384
              Lawrence Arms - Ill Take Wh.mp3|7666085
              Lawrence Arms - Brick Wall.mp3|8095747
              Lawrence Arms - Boat Less B.mp3|6661311
              Lawrence Arms - Abracadaver.mp3|5175048
              Lawrence Arms - 3am QVC Sho.mp3|4833993
Bob Marley
       Legend Remastered
              16 - Bob Marley - Punky Reg.mp3|8243200
              15 - Bob Marley - Jamming.mp3|4276224
              14 - Bob Marley - Exodus.mp3|9209856
              13 - Bob Marley - Satisfy M.mp3|5464064
              12 - Bob Marley - Redemptio.mp3|4569088
              11 - Bob Marley - Waiting I.mp3|5148673
              10 - Bob Marley - I Shot Th.mp3|5634048
              09 - Bob Marley - One Love.mp3|3471360
              08 - Bob Marley - Easy Skan.mp3|3573760
              07 - Bob Marley - Stir It U.mp3|6692864
              06 - Bob Marley - Get Up St.mp3|3993600
              05 - Bob Marley - Buffalo S.mp3|5175296
              04 - Bob Marley - Three Lit.mp3|3633152
              03 - Bob Marley - Could You.mp3|4761600
              02 - Bob Marley - No Woman.mp3|8587264
              01 - Bob Marley - Is This L.mp3|4638720
Metric
       One World Underground, Where Are You Now_
              Combat Baby.m4p|3600340
Donnie Darko
       No album info
              Donnie Darko - Under The Mi.mp3|4776064
              Donnie Darko - The Killing.mp3|8550528
              Donnie Darko - Mad World _f.mp3|7588021
Sting
       All This Time (Live)
              15 Every Breath You Take.m4a|12229129
              14 If I Ever Loose My Faith In You.m4a|10900837
              13 Moon Over Bourbon Street.m4a|7074720
              12 Fields Of Gold.m4a|9262764
              11 Brand New Day.m4a|11520708
              10 (If You Love Somebody) Set Them F.m4a|11944417
              09 Roxanne.m4a|8721179
              08 Dienda.m4a|7753857
              07 When We Dance.m4a|11742947
              06 Don't Stand So Close To Me.m4a|5481067
              05 Hounds Of Winter.m4a|10850725
              04 All This Time.m4a|12891771
              03 Perfect Love Gone Wrong.m4a|10102790
              02 1000 Years.m4a|7344741
              01 Fragile.m4a|11094154
       Sting
              No album info
                     Police - Message In A Bottl.mp3|4651008
              The Thomas Crown Affair-Soundtrack
                     Sting - Windmills Of Your M.mp3|6170719
Interpol
       Interpol
```

```
                              ShareListing.txt
                  Precipitate EP
                          Interpol - Precipitate.mp3|8027452
                          Interpol - A Time To Be So.mp3|6738466
                  Fukd I.D.3
                          Interpol - 5.mp3|5458737
                  Interlude - Single
                          Interlude.m4p|1590244
          Interpol - Take You On A Cruise.mp3|7068726
          Interpol - Specialist.m4a|6509942
          Interpol - Slow Hands.mp3|4422398
          Interpol - Public Pervert.mp3|6725152
          Interpol - Obstacle 1 Arthur Baker mix.mp3|7108608
          Interpol - Not Even Jail.mp3|8321963
          Interpol - Next Exit.mp3|4803575
          Interpol - Narc.mp3|5952743
          Interpol - Length Of Love.mp3|5923297
          Interpol - Evil.mp3|5182863
          Interpol - Cmere.mp3|4590409
          Interpol - A Time To Be So Small.mp3|6968422
          11 Leif Erikson.mp3|5825799
          10 The New.mp3|8878359
          09 Roland.mp3|5236468
          08 Stella was a diver and she was al.mp3|9373673
          07 Obstacle 2.mp3|5517968
          06 Hands Away.mp3|4519254
          05 Say Hello to the Angels.mp3|6503528
          04 PDA.mp3|7257716
          03 NYC.mp3|6296619
          02 Obstacle 1.mp3|6094124
          01 Untitled.mp3|5744291
      André 3000 (OutKast)
          Speakerboxxx_The Love Below
                  Andr_ 3000 OutKast - unknow.mp3|5026463
                  Andr_ 3000 OutKast - Hey Ya.mp3|3766316
      Gastr Del Sol
          1998 - Camoufleur
                  Gastr Del Sol - 07 - Bauchredner.mp3|6856704
                  Gastr Del Sol - 06 - A Puff of Dew.mp3|6072372
                  Gastr Del Sol - 05 - Mouth Canyon.mp3|3635200
                  Gastr Del Sol - 04 - Each Dream Is an Example.mp3|5453824
                  Gastr Del Sol - 03 - Black Horse.mp3|5181440
                  Gastr Del Sol - 02 - Blues Subtitled No Sense of
Wonder.mp3|6258688
                  Gastr Del Sol - 01 - The Seasons Reverse.mp3|5613571
      The Clash
          The Clash-Sandinista! (Disc 2 of 2)-18 - Shepherds
Delight.m4a|3367931
          The Clash-Sandinista! (Disc 2 of 2)-17 - Career
Opportunities.m4a|2487059
          The Clash-Sandinista! (Disc 2 of 2)-16 - Version Pardner.m4a|5267690
          The Clash-Sandinista! (Disc 2 of 2)-15 - Silicone On
Sapphire.m4a|4150722
          The Clash-Sandinista! (Disc 2 of 2)-14 - Living In Fame.m4a|4774386
          The Clash-Sandinista! (Disc 2 of 2)-13 - Version City.m4a|4287441
          The Clash-Sandinista! (Disc 2 of 2)-12 - The Street
Parade.m4a|3408427
          The Clash-Sandinista! (Disc 2 of 2)-11 - Kingston Advice.m4a|2602601
          The Clash-Sandinista! (Disc 2 of 2)-10 - Junkie Slip.m4a|2780931
          The Clash-Sandinista! (Disc 2 of 2)-09 - Mensforth Hill.m4a|3634682
          The Clash-Sandinista! (Disc 2 of 2)-08 - Charlie Don't
Surf.m4a|4797678
          The Clash-Sandinista! (Disc 2 of 2)-07 - Lose This Skin.m4a|5027985
          The Clash-Sandinista! (Disc 2 of 2)-06 - Broadway.m4a|5692235
                              Page 12
```

```
                              ShareListing.txt
                The Clash-Sandinista! (Disc 2 of 2)-05 - Washington
Bullets.m4a|3791092
                The Clash-Sandinista! (Disc 2 of 2)-04 - The Call Up.m4a|5344316
                The Clash-Sandinista! (Disc 2 of 2)-03 - The Equaliser.m4a|5650158
                The Clash-Sandinista! (Disc 2 of 2)-02 - Midnight Log.m4a|2167924
                The Clash-Sandinista! (Disc 2 of 2)-01 - Police On My
Back.m4a|3243472
                The Clash-Sandinista! (Disc 1 of 2)-18 - The Sound of the
Sinners.m4a|3911464
                The Clash-Sandinista! (Disc 1 of 2)-17 - If Music Could
Talk.m4a|4515892
                The Clash-Sandinista! (Disc 1 of 2)-16 - Let's Go Crazy.m4a|4314191
                The Clash-Sandinista! (Disc 1 of 2)-15 - Corner Soul.m4a|2686193
                The Clash-Sandinista! (Disc 1 of 2)-14 - Up In Heaven (Not Only
Here).m4a|4436254
                The Clash-Sandinista! (Disc 1 of 2)-13 - Lighting Strikes (Not Once
But Twice).m4a|4748104
                The Clash-Sandinista! (Disc 1 of 2)-12 - One More Dub.m4a|3546260
                The Clash-Sandinista! (Disc 1 of 2)-11 - One More Time.m4a|3478272
                The Clash-Sandinista! (Disc 1 of 2)-10 - Somebody Got
Murdered.m4a|3509480
                The Clash-Sandinista! (Disc 1 of 2)-09 - The Crooked
Beat.m4a|5352602
                The Clash-Sandinista! (Disc 1 of 2)-08 - Look Here.m4a|2725574
                The Clash-Sandinista! (Disc 1 of 2)-07 - Rebel Waltz.m4a|3387993
                The Clash-Sandinista! (Disc 1 of 2)-06 - Something About
England.m4a|3646942
                The Clash-Sandinista! (Disc 1 of 2)-05 - The Leader.m4a|1716528
                The Clash-Sandinista! (Disc 1 of 2)-04 - Ivan Meets G_I_
Joe.m4a|3054369
                The Clash-Sandinista! (Disc 1 of 2)-03 - Junco Partner.m4a|4766120
                The Clash-Sandinista! (Disc 1 of 2)-02 - Hitsville UK.m4a|4273695
                The Clash-Sandinista! (Disc 1 of 2)-01 - The Magnificient
Seven.m4a|5428874
                The Clash-London Calling-19 - Train in Vain (Stand by
Me).m4a|3086691
                The Clash-London Calling-18 - Revolution Rock.m4a|5398216
                The Clash-London Calling-17 - I'm Not Down.m4a|3029350
                The Clash-London Calling-16 - Four Horsemen.m4a|2865040
                The Clash-London Calling-15 - Lover's Rock.m4a|3941557
                The Clash-London Calling-14 - The Card Cheat.m4a|3724218
                The Clash-London Calling-13 - Koka Kola.m4a|1778943
                The Clash-London Calling-12 - Death or Glory.m4a|3813297
                The Clash-London Calling-11 - Wrong 'Em Boyo.m4a|3104895
                The Clash-London Calling-10 - The Guns of Brixton.m4a|3086691
                The Clash-London Calling-09 - Clampdown.m4a|3717902
                The Clash-London Calling-08 - Lost in the Supermarket.m4a|3685952
                The Clash-London Calling-07 - The Right Profile.m4a|3807067
                The Clash-London Calling-06 - Spanish Bombs.m4a|3234318
                The Clash-London Calling-05 - Rudie Can't Fail.m4a|3398024
                The Clash-London Calling-04 - Hateful.m4a|2676534
                The Clash-London Calling-03 - Jimmy Jazz.m4a|3810782
                The Clash-London Calling-02 - Brand New Cadillac.m4a|2103698
                The Clash-London Calling-01 - London Calling.m4a|3253132
                The Clash-Combat Rock-12 - Death Is a Star.m4a|3149911
                The Clash-Combat Rock-11 - Inoculated City.m4a|2621348
                The Clash-Combat Rock-10 - Ghetto Defendant.m4a|4601082
                The Clash-Combat Rock-09 - Sean Flynn.m4a|4399679
                The Clash-Combat Rock-08 - Atom Tan.m4a|2420543
                The Clash-Combat Rock-07 - Overpowered By Funk.m4a|4713605
                The Clash-Combat Rock-06 - Straight To Hell.m4a|5336464
                The Clash-Combat Rock-05 - Red Angel Dragnet.m4a|3659838
                The Clash-Combat Rock-04 - Rock The Casbah.m4a|3498567
                                     Page 13
```

```
                           ShareListing.txt
        The Clash-Combat Rock-03 - Should I Stay Or Should I Go_.m4a|3019919
        The Clash-Combat Rock-02 - Car Jamming.m4a|3803984
        The Clash-Combat Rock-01 - Know Your Rights.m4a|3564843
        02 English Civil War.mp3|3745835
        01 Safe European Home.mp3|5538880
Drake, Nick - Five Leaves Left
        Nick Drake - Five Leaves Left - 10 - Saturday Sun.mp3|5844992
        Nick Drake - Five Leaves Left - 09 - Fruit Tree.mp3|4655104
        Nick Drake - Five Leaves Left - 08 - Man In A Shed.mp3|3772416
        Nick Drake - Five Leaves Left - 06 - 'Cello Song.mp3|4634624
        Nick Drake - Five Leaves Left - 05 - Day Is Done.mp3|2394112
        Nick Drake - Five Leaves Left - 04 - Way To Blue.mp3|3065856
        Nick Drake - Five Leaves Left - 03 - 3 Hours.mp3|6021130
        Nick Drake - Five Leaves Left - 02 - River Man.mp3|4186112
        Nick Drake - Five Leaves Left - 01 - Time Has Told Me.mp3|4282368
        07_-_Thoughts_Of_Mary_Jane.mp3|3622912
Weezer
        Weezer-Weezer-10 - Only In Dreams.m4a|7755045
        Weezer-Weezer-09 - Holiday.m4a|3330779
        Weezer-Weezer-08 - In The Garage.m4a|3823042
        Weezer-Weezer-07 - Say It Ain't So.m4a|4193447
        Weezer-Weezer-06 - Surf Wax America.m4a|3034678
        Weezer-Weezer-05 - Undone (The Sweater Song).m4a|4947365
        Weezer-Weezer-04 - Buddy Holly.m4a|2599727
        Weezer-Weezer-03 - The World Has Turned And Left Me Here.m4a|4203478
        Weezer-Weezer-02 - No One Else.m4a|3003989
        Weezer-Weezer-01 - My Name Is Jonas.m4a|3320748
        Weezer-Pinkerton-10 - Butterfly.m4a|2823655
        Weezer-Pinkerton-09 - Falling For You.m4a|3695611
        Weezer-Pinkerton-08 - Pink Triangle.m4a|3869725
        Weezer-Pinkerton-07 - El Scorcho.m4a|3947851
        Weezer-Pinkerton-06 - The Good Life.m4a|4164899
        Weezer-Pinkerton-05 - Across The Sea.m4a|4412115
        Weezer-Pinkerton-04 - Why Bother.m4a|2106604
        Weezer-Pinkerton-03 - No Other One.m4a|2959302
        Weezer-Pinkerton-02 - Getchoo.m4a|2814088
        Weezer-Pinkerton-01 - Tired of Sex.m4a|2956457
        Weezer-Maladroit-13 - December.m4a|2916149
        Weezer-Maladroit-12 - Love Explosion.m4a|2529785
        Weezer-Maladroit-11 - Possibilities.m4a|1969936
        Weezer-Maladroit-10 - Fall Together.m4a|1982633
        Weezer-Maladroit-09 - Slave.m4a|2825494
        Weezer-Maladroit-08 - Space Rock.m4a|1863041
        Weezer-Maladroit-07 - Burndt Jamb.m4a|2590121
        Weezer-Maladroit-06 - Slob.m4a|3072574
        Weezer-Maladroit-05 - Death And Destruction.m4a|2589025
        Weezer-Maladroit-04 - Take Control.m4a|3005317
        Weezer-Maladroit-03 - Keep Fishin'.m4a|2808052
        Weezer-Maladroit-02 - Dope Nose.m4a|2250407
        Weezer-Maladroit-01 - American Gigolo.m4a|2643968
French Kicks
        2004 - the trial of the century
                French Kicks - 11 - Better Time.mp3|7541533
                French Kicks - 10 - Only So Long.mp3|7933370
                French Kicks - 09 - Yes, I Guess.mp3|3612508
                French Kicks - 08 - You Could Not Decide.mp3|5878265
                French Kicks - 07 - Following Waves.mp3|6222454
                French Kicks - 06 - Was It a Crime-.mp3|4381762
                French Kicks - 05 - The Falls.mp3|5100861
                French Kicks - 04 - Oh Fine.mp3|6181703
                French Kicks - 03 - The Trial of the Century.mp3|6155999
                French Kicks - 02 - Don't Thank Me.mp3|4349161
                French Kicks - 01 - One More Time.mp3|4795541
                               Page 14
```

```
                                ShareListing.txt
         TV on the Radio - New Health Rock EP
                 TV on the Radio - 03 - Modern Romance.mp3|6038191
                 TV on the Radio - 02 - The Wrong Way.mp3|6706508
                 TV on the Radio - 01 - New Health Rock.mp3|5843840
         The Management
                 Climbing To New Lows
                         The Management - 10 - We Don't Care.mp3|4740379
                         The Management - 09 - Grutu.mp3|4216876
                         The Management - 08 - greyhoundredux.mp3|5483824
                         The Management - 07 - Honey Bunny.mp3|5225731
                         The Management - 06 - Kids.mp3|7341642
                         The Management - 05 - The Kids Quartet.mp3|1627630
                         The Management - 04 - Hot Love Drama.mp3|5002648
                         The Management - 03 - Money To Burn.mp3|4082614
                         The Management - 02 - We Care.mp3|6048584
                         The Management - 01 - Intro (Christmas From
Space).mp3|661111
                         The Management -  - Closer (NIN cover - live fall
'02).mp3|11844126
                 To Japan With Love
                         01 kids.mp3|6146646
         Frou Frou
                 11 The Dumbing Down of Love.mp3|6768203
                 10 Flicks.mp3|3815216
                 09 Maddening Shroud.mp3|3490044
                 08 Hear Me Out.mp3|4152091
                 07 Shh.mp3|5356650
                 06 Only Got One.mp3|3999536
                 05 Psychobabble.mp3|5347692
                 04 Must Be Dreaming.mp3|3876226
                 03 It's Good to Be in Love.mp3|4468486
                 02 Breathe In.mp3|6433768
                 01 Let Go.mp3|4065574
         Show
                 The Cure - Trust.mp3|5031936
                 The Cure - Pictures Of You.mp3|7342080
                 The Cure - Open.mp3|7051264
         Deep Purple
                 No album info
                         Deep Purple - Smoke On The.mp3|7198934
                         Deep Purple - Made In Japan.mp3|11805343
         Tristeza
                 Dream Signals in Full Circles
                         10 Opiate Slope.mp3|5396946
                         08 Are We People.mp3|5869941
                         07 Chiaroscuro.mp3|9163371
                         06 I Am A Cheet.mp3|7855034
                         05 Aurora Borealis.mp3|4494430
                         04 Shifty Drift.mp3|5423609
                         03 City of the Future.mp3|8467243
                         02 Respira.mp3|6648103
                         01 Building Pea.mp3|6983631
         The Zombies
                 More Music from the Motion Picture Austin Powers_ The Spy Who
Shagged Me
                         The Zombies - Time of the S.mp3|6135463
         Schubert
                 No album info
                         Schubert_Moments musicaux_.mp3|5652566
                 Schubert_ Symphony No. 8 _Unfinished_
                         Schubert_Symphony No 8_I__U.mp3|5484998
         Led Zeppelin
                 Led Zeppelin I
                                Page 15
```

```
                    ShareListing.txt
         09 How Many More Times.mp3|10167995
         06 Black Mountain Side.mp3|2652567
         01 Good Times Bad Times.mp3|3326004
IV
         07 Going To California.mp3|5019565
         06 Four Sticks.mp3|6847710
         05 Misty Mounatin Hop.mp3|6697252
         04 Stairway To Heaven.mp3|11595524
         04 Stairway To Heaven.aif|85213347
         03 The Battle Of Evermore.mp3|8458954
         02 Rock & Roll.mp3|5300425
         01 Black Dog.mp3|7131711
Box Set CD 2
         13 Rock and Roll.mp3|3526410
Box Set - (Disc 1)
         15 White Summer_Black Mountain Side.mp3|9635183
         14 Hey Hey What Can I Do.mp3|4717882
         13 Celebration Day.mp3|4173483
         12 Friends.mp3|4692268
         11 Travelling Riverside Blues.mp3|6194849
         10 Ramble On.mp3|5275323
         08 Dazed And Confused.mp3|7725093
         07 I Can't Quit You Baby.mp3|5119122
         06 Thank You.mp3|5739778
         05 What Is And What Should Never Be.mp3|5677631
         04 Babe I'm Gonna Leave You.mp3|8020284
         03 Communication Breakdown.mp3|2971336
         02 Heartbreaker.mp3|5085152
         01 Whole Lotta Love.mp3|6696389
BBC Sessions
         How Many More Times (BBC).mp3|13250422
Led Zeppelin II
         09 Bring It On Home.mp3|5199503
         08 Moby Dick.mp3|5217782
         03 The Lemon Song.mp3|7583958
BBC Sessions (Disc 1)
         01 Dazed And Confused (BBC).mp3|6430113
Box Set (Disc 3)
         10 In My Time Of Dying.mp3|13300146
         07 Achilles Last Stand.mp3|12463704
         06 When The Levee Breaks.mp3|8549520
         05 Dancing Days.mp3|4457689
         04 No Quarter.mp3|8423075
         03 For Your Life.mp3|7619029
         02 Trampled Underfoot.mp3|6712064
         01 Kashmir.mp3|10260525
BBC Sessions (Disc 2)
         02 Heartbreaker.mp3|5056303
Box Set - (Disk 2)
         15 Stairway To Heaven.mp3|9628898
         14 The Rain Song.mp3|9191603
         12 Misty Mountain Hop.mp3|5580441
         11 Custard Pie.mp3|5065823
         10 Gallows Pole.mp3|5971749
         09 D'yer Mak'er.mp3|5269577
         08 Since I've Been Loving You.mp3|8881282
         07 Going To California.mp3|4246106
         06 Tangerine.mp3|3559076
         05 Bron-Y-Aur Stomp.mp3|5145762
         04 The Battle Of Evermore.mp3|7031807
         03 Immigrant Song.mp3|2867360
         02 Over The Hills And Far Away.mp3|5739796
         01 Black Dog.mp3|5902782
                    Page 16
```

```
                              ShareListing.txt
            Box Set (Disc 4)
                    14 All My Love.mp3|7029707
                    13 I'm Gonna Crawl.mp3|6636305
                    12 Moby Dick_Bonzo's Montreux.mp3|4609738
                    11 The Wanton Song.mp3|4931032
                    10 In The Light.mp3|10521757
                    09 Fool In The Rain.mp3|7470134
                    08 Nobody's Fault But Mine.mp3|7758534
                    07 Poor Tom.mp3|3645801
                    06 Wearing And Tearing.mp3|6588243
                    05 Houses Of The Holy.mp3|4867819
                    04 Ozone Baby.mp3|4319762
                    03 The Ocean.mp3|5416904
                    02 Candy Store Rock.mp3|4955587
                    01 In The Evening.mp3|8210966
            Unknown Album
                    Your Time Is Gonna Come.mp3|4434489
                    Whole Lotta Love (Live with Pink Floyd).mp3|5363895
                    Stairway To Heaven Unplugged.mp3|8474716
                    Stairway To Heaven (live sometime).mp3|8454196
                    Hey Joe (Live)(Hendrix).mp3|6094968
                    Going to California (Live).mp3|4120770
                    03 You Shook Me.mp3|7766290
      CSNY
            Crosby, Stills, Nash & Young-So Far-07 - Woodstock.m4a|3835704
            Crosby, Stills, Nash & Young-So Far-06 - Find The Cost Of
Freedom.m4a|1996238
            Crosby, Stills, Nash & Young-So Far-05 - Ohio.m4a|3013187
            Crosby, Stills, Nash & Young-So Far-04 - Teach Your
Children.m4a|2916156
            Crosby, Stills, Nash & Young-So Far-03 - Wooden Ships.m4a|5350484
            Crosby, Stills, Nash & Young-So Far-02 - Helplessly
Hoping.m4a|2640435
            Crosby, Stills, Nash & Young-So Far-01 - Deja  Vu.m4a|4117686
         Ladybug Transistor
            1999 - The Albemarle Sound
                    Ladybug Transistor - 10 - Oceans in the Hall.mp3|5269504
                    Ladybug Transistor - 07 - The Swimmer.mp3|5593088
                    Ladybug Transistor - 05 - The Great British
Spring.mp3|3065844
                    Ladybug Transistor - 04 - Today Knows.mp3|4400689
                    Ladybug Transistor - 03 - Meadowport Arch.mp3|3598211
                    Ladybug Transistor - 02 - Six Times.mp3|5027103
                    Ladybug Transistor - 01 - Oriental Boulevard.mp3|465609
      Zwan
            Zwan-Mary Star Of The Sea-14 - Come With Me.m4a|3908120
            Zwan-Mary Star Of The Sea-13 - Jesus, I _ Mary Star Of The
Sea.m4a|13666461
            Zwan-Mary Star Of The Sea-12 - Desire.m4a|4130289
            Zwan-Mary Star Of The Sea-11 - Yeah!.m4a|3029105
            Zwan-Mary Star Of The Sea-10 - Baby Let's Rock!.m4a|3588242
            Zwan-Mary Star Of The Sea-09 - Endless Summer.m4a|4245507
            Zwan-Mary Star Of The Sea-08 - Heartsong.m4a|3065588
            Zwan-Mary Star Of The Sea-07 - Ride A Black Swan.m4a|4757256
            Zwan-Mary Star Of The Sea-06 - Of A Broken Heart.m4a|3802237
            Zwan-Mary Star Of The Sea-05 - El Sol.m4a|3548489
            Zwan-Mary Star Of The Sea-04 - Honestly.m4a|3652562
            Zwan-Mary Star Of The Sea-03 - Declarations Of Faith.m4a|4177203
            Zwan-Mary Star Of The Sea-02 - Settle Down.m4a|5273859
            Zwan-Mary Star Of The Sea-01 - Lyric.m4a|3215980
      Bonnie Prince Billy
            Bonnie 'Prince' Billy-I See A Darkness-11 - Raining In
Darling.m4a|1853618
                              Page 17
```

```
                            ShareListing.txt
            Bonnie 'Prince' Billy-I See A Darkness-10 - Black.m4a|3666261
            Bonnie 'Prince' Billy-I See A Darkness-09 - Today I Was An Evil
One.m4a|3768057
            Bonnie 'Prince' Billy-I See A Darkness-08 - Song For The New
Breed.m4a|3311832
            Bonnie 'Prince' Billy-I See A Darkness-07 -
Madeleine-Mary.m4a|2474962
            Bonnie 'Prince' Billy-I See A Darkness-06 - Knockturne.m4a|2247429
            Bonnie 'Prince' Billy-I See A Darkness-05 - Death To
Everyone.m4a|4393945
            Bonnie 'Prince' Billy-I See A Darkness-04 - Another Day Full Of
Dread.m4a|3103781
            Bonnie 'Prince' Billy-I See A Darkness-03 - I See A
Darkness.m4a|4692635
            Bonnie 'Prince' Billy-I See A Darkness-02 - Nomadic Revery (All
Around).m4a|3860937
            Bonnie 'Prince' Billy-I See A Darkness-01 - A Minor
Place.m4a|3624279
        Delgados
            2004 - Universal Audio
                The Delgados - 11 - Now and Forever.mp3|7321600
                The Delgados - 10 - Keep on Breathing.mp3|5920768
                The Delgados - 09 - Girls of Valour.mp3|5689344
                The Delgados - 08 - The City Consumes Us.mp3|6103040
                The Delgados - 07 - Bits of Bone.mp3|3969024
                The Delgados - 06 - Sink Or Swim.mp3|4261888
                The Delgados - 05 - Get Action!.mp3|6240256
                The Delgados - 04 - Come Undone.mp3|5085184
                The Delgados - 03 - Everybody Come Down.mp3|4681728
                The Delgados - 02 - Is This All That I Came For-.mp3|4720640
                The Delgados - 01 - I Fought the Angels.mp3|4827136
        Depeche Mode
            A Broken Frame
                11 The Sun & The Rainfall.mp3|7064029
                10 Shouldn't Have Done That.mp3|4879149
                09 A Photograph Of You.mp3|4453452
                08 Further Excerpts From_ My Secret Garden.mp3|6335542
                07 The Meaning Of Love.mp3|4496084
                06 Satellite.mp3|6837690
                05 See You.mp3|6606975
                04 Nothing To Fear.mp3|6223296
                03 Monument.mp3|4711740
                02 My Secret Garden.mp3|6899137
                01 Leave In Silence.mp3|9428208
            Violator
                09 Clean.mp3|6580840
                08 Blue Dress.mp3|6843115
                07 Policy Of Truth.mp3|5906891
                06 Enjoy The Silence.mp3|7461701
                05 Waiting For The Night.mp3|7351469
                04 Halo.mp3|5406374
                02 Sweetest Perfection.mp3|5679630
                01 World In My Eyes.mp3|5327496
            Music For The Masses
                14 Pleasure, Little Pleasure.mp3|6718279
                13 To Have And To Hold (Spanish Taster).mp3|3131155
                12 Never Let Me Down Again (Aggro Mix).mp3|5957603
                11 Agent Orange.mp3|6107523
                10 Pimpf.mp3|6512414
                09 Nothing.mp3|5168153
                08 To Have And To Hold.mp3|3436770
                07 I Want You Now.mp3|4491067
                06 Behind The Wheel.mp3|6364571
                            Page 18
```

```
                         ShareListing.txt
        05 Little 15.mp3|5181217
        04 Sacred.mp3|5783597
        03 Strangelove.mp3|5912125
        02 The Things You Said.mp3|4859921
        01 Never Let Me Down Again.mp3|5754880
   Black Celebration
        12 But Not Tonight.mp3|4080632
        11 New Dress.mp3|3584926
        10 Dressed In Black.mp3|2473580
        09 World Full Of Nothing.mp3|2700118
        08 Here Is The House.mp3|4163389
        07 Stripped.mp3|4056382
        06 A Question Of Time.mp3|4043854
        05 It Doesn't Matter Two.mp3|2762812
        04 Sometimes.mp3|1829915
        03 A Question Of Lust.mp3|4206022
        02 Fly On The Windscreen-Final.mp3|5142259
        01 Black Celebration.mp3|4712587
   Unknown Album
        Personal Jesus.mp3|4735138
   People Are People
        02 People Are People (mp3 re-rip).mp3|5488524
The Sundays
   Blind
        Wild Horses.mp3|5715175
        What Do You Think_.mp3|4763278
        On Earth.mp3|2891334
        More.mp3|3319738
        Medicine.mp3|4475923
        Love.mp3|5493648
        Life & Soul.mp3|3207418
        I Feel.mp3|4873503
        Goodbye.mp3|5728231
        God Made Me.mp3|5829590
        Blood On My Hands.mp3|4439360
        24 Hours.mp3|4223579
TV on the Radio
   2003 - Young Liars
        Tv on the Radio - 05 - Mr. Grieves.mp3|5620985
        Tv on the Radio - 04 - Young Liars.mp3|9254414
        Tv on the Radio - 03 - Blind.mp3|10822266
        Tv on the Radio - 02 - Staring at the Sun.mp3|6963692
        Tv on the Radio - 01 - Satellite.mp3|8094518
   Desperate Youth, Blood Thirsty Babes
        09 Wear You Out.mp3|10586240
        08 Bomb Yourself.mp3|7962752
        07 Don't Love You.mp3|7948416
        06 Poppy.mp3|8814720
        05 Ambulance.mp3|7080064
        04 King Eternal.mp3|6428800
        03 Dreams.mp3|7426176
        02 Staring At the Sun.mp3|4972672
        01 The Wrong Way.mp3|6676608
   New Health Rock
        03 Modern Romance.mp3|6057662
        02 The Wrong Way.mp3|6508951
        01 New Health Rock.mp3|6672595
   TV on the Radio2
        TV on the Radio
             09 - wear you out.mp3|7034501
             08 - bomb yourself.mp3|5290607
             07 - don't love you.mp3|5281850
             06 - poppy.mp3|5857727
                  Page 19
```

```
                          ShareListing.txt
                    05 - ambulance.mp3|4701386
                    04 - king eternal.mp3|4267706
                    03 - dreams.mp3|4932821
                    02 - staring at the sun.mp3|3302351
                    01 - the wrong way.mp3|4434506
        Mozart
               Marriage of Figaro
                      opera-Mozart - Le Nozze Di.mp3|3439476
               Shawshank Redemption
                      classical_Mozart - Shawshan.mp3|3424384
        Sigur Ros - Ba Ba Ti Ki Di Do
               Ti Ki.mp3|10596724
               Di Do.mp3|6850242
               Ba Ba.mp3|7443222
        The Cure
               The Cure - Mixed Up
                    11 Never Enough [Big Mix].mp3|5878461
                    10 In Between Days [Shiver Mix].mp3|6153484
                    09 The Caterpiller [Flicker Mix].mp3|5468031
                    08 Hot Hot Hot!!! [Extended Mix].mp3|6752837
                    07 Pictures Of You [Extended Dub Mix].mp3|6451076
                    06 A Forest [Tree Mix].mp3|6662548
                    05 Lovesong [Extended Mix].mp3|6092874
                    04 The Walk [Everything Mix].mp3|5248598
                    03 Fascination Street [Extended Mix].mp3|8459787
                    02 Close To Me [Closer Mix].mp3|5544512
                    01 Lullaby [Extended Mix].mp3|7444553
               The Cure - The Top
                      Cure 1984 - The Top - 03 - Wailing Wall.mp3|2168805
                      Cure 1984 - The Top - 02 - Birdmad Girl.mp3|5889780
                      Cure 1984 - The Top - 01 - Shake Dog Shake.mp3|7082208
               The Top
                    10 The Top.mp3|9840848
                    09 Bananafishbones.mp3|4605610
                    08 The Empty World.mp3|3740478
                    07 Piggy In The Mirror.mp3|5296714
                    06 The Caterpillar.mp3|5288576
                    05 Dressing Up.mp3|4122338
                    04 Give Me It.mp3|5343664
                    02 Bird Mad Girl.mp3|5878268
               Seventeen Seconds
                      The Cure - 10 - Seventeen Seconds.mp3|4324935
                      The Cure - 09 - At Night.mp3|5941783
                      The Cure - 08 - M.mp3|3905166
                      The Cure - 07 - A Forest.mp3|6239679
                      The Cure - 06 - The Final Sound.mp3|981774
                      The Cure - 05 - Three.mp3|3036896
                      The Cure - 04 - In Your House.mp3|1108096
                      The Cure - 03 - Secrets.mp3|4100500
                      The Cure - 02 - Play For Today.mp3|4388957
                      The Cure - 01 - A Reflection.mp3|2257910
               Faith
                      The Cure - Faith
                            Cure 1981 - Faith - 08 - Faith.mp3|9620692
                            Cure 1981 - Faith - 07 - The Drowning
Man.mp3|7006368
                            Cure 1981 - Faith - 06 - Doubt.mp3|4526815
                            Cure 1981 - Faith - 05 - The Funeral
Party.mp3|6096054
                            Cure 1981 - Faith - 04 - All Cats Are
Grey.mp3|7840825
                            Cure 1981 - Faith - 02 - Primary.mp3|5156263
                            Cure 1981 - Faith - 01 - The Holy Hour.mp3|6375665
                                 Page 20
```

```
                           ShareListing.txt
        Show
                The Cure - Open.mp3|3589807
                The Cure - Never Enough.mp3|4564992
                The Cure - Lullaby.mp3|4085760
                The Cure - Just Like Heaven.mp3|3426304
                The Cure - Inbetween Days.mp3|2805760
                The Cure - High.mp3|3383296
                The Cure - From The Edge Of The Deep Green Sea.mp3|7600143
                The Cure - Friday I'm In Love.mp3|3438592
                The Cure - End.mp3|7749741
                The Cure - Doing The Unstuck.mp3|3852288
                The Cure - Cut.mp3|5320704
                The Cure - A Night Like This.mp3|4567040
        Japanese Whispers
                08 The Lovecats.mp3|4403200
                07 La Ment.mp3|5175296
                06 Speak My Language.mp3|3170304
                05 The Walk.mp3|4167680
                04 The Upstairs Room.mp3|4161536
                03 Just One Kiss.mp3|4952064
                02 The Dream.mp3|3815424
                01 Let's Go To Bed.mp3|4241408
        Paris
                12 Close To Me.mp3|3799040
                11 Charlotte Sometimes.mp3|3811328
                10 Dressing Up.mp3|2711552
                09 A Letter to Elise.mp3|4653056
                08 Catch.mp3|2584576
                07 Lovesong.mp3|3393536
                06 In Your House.mp3|3827712
                05 Apart.mp3|6359040
                04 Play For Today.mp3|3688448
                03 At Night.mp3|6393856
                02 One Hundred Years.mp3|6975488
                01 The Figurehead.mp3|7151651
        The Cure-Kiss Me, Kiss Me, Kiss Me-16 - Shiver And Shake.mp3|3355601
        The Cure-Kiss Me, Kiss Me, Kiss Me-15 - A Thousand Hours.mp3|3264904
        The Cure-Kiss Me, Kiss Me, Kiss Me-12 - Like Cockatoos.mp3|3526962
        The Cure-Kiss Me, Kiss Me, Kiss Me-11 - One More Time.mp3|4358282
        The Cure-Kiss Me, Kiss Me, Kiss Me-10 - Hot Hot Hot !!!.mp3|3448805
        The Cure-Kiss Me, Kiss Me, Kiss Me-09 - All I Want.mp3|5158252
        The Cure-Kiss Me, Kiss Me, Kiss Me-08 - Just Like Heaven.mp3|3440281
        The Cure-Kiss Me, Kiss Me, Kiss Me-05 - Why Can't I Be
You_.mp3|3112769
        The Cure-Kiss Me, Kiss Me, Kiss Me-04 - If Only Tonight We Could
Sleep.mp3|4691411
        The Cure-Kiss Me, Kiss Me, Kiss Me-02 - Catch.mp3|2624578
        The Cure-Greatest Hits-18 - Just Say Yes.mp3|4156275
        The Cure-Greatest Hits-17 - Cut Here.mp3|5021969
        The Cure-Greatest Hits-16 - Wrong Number.mp3|7240725
        The Cure-Greatest Hits-15 - Mint Car.mp3|4198067
        The Cure-Greatest Hits-14 - Friday I'm In Love.mp3|4309360
        The Cure-Greatest Hits-13 - High.mp3|4310914
        The Cure-Greatest Hits-12 - Never Enough.mp3|5367816
        The Cure-Greatest Hits-11 - Lovesong.mp3|4170405
        The Cure-Greatest Hits-10 - Lullaby.mp3|5016249
        The Cure-Greatest Hits-09 - Just Like Heaven.mp3|4246143
        The Cure-Greatest Hits-08 - Why Can't I Be With You_.mp3|3893498
        The Cure-Greatest Hits-07 - Close To Me.mp3|4439352
        The Cure-Greatest Hits-06 - Inbetween Days.mp3|3564776
        The Cure-Greatest Hits-05 - The Lovecats.mp3|4412186
        The Cure-Greatest Hits-04 - The Walk.mp3|4235624
        The Cure-Greatest Hits-03 - Let's Go To Bed.mp3|4284219
                             Page 21
```

```
                        ShareListing.txt
        The Cure-Greatest Hits-02 - A Forest.mp3|5687548
        The Cure-Greatest Hits-01 - Boys Don't Cry.mp3|3236205
        The Cure-Disintegration-12 - Untitled.mp3|7725675
        The Cure-Disintegration-11 - Homesick.mp3|8572565
        The Cure-Disintegration-10 - Disintegration.mp3|10072522
        The Cure-Disintegration-09 - The Same Deep Water As You.mp3|11263717
        The Cure-Disintegration-08 - Prayers For Rain.mp3|7355788
        The Cure-Disintegration-07 - Fascination Street.mp3|6300966
        The Cure-Disintegration-06 - Lullaby.mp3|4990653
        The Cure-Disintegration-05 - Last Dance.mp3|5719995
        The Cure-Disintegration-04 - Love Song.mp3|4187651
        The Cure-Disintegration-03 - Closedown.mp3|5199112
        The Cure-Disintegration-02 - Pictures Of You.mp3|8992098
        The Cure-Disintegration-01 - Plainsong.mp3|6347455
        The Cure-Boys Don't Cry-12 - Three Imaginary Boys.m4a|3117527
        The Cure-Boys Don't Cry-11 - Grinding Halt.m4a|2797277
        The Cure-Boys Don't Cry-10 - Another Day.m4a|3656230
        The Cure-Boys Don't Cry-09 - Fire In Cairo.m4a|3316661
        The Cure-Boys Don't Cry-08 - Killing An Arab.m4a|2376718
        The Cure-Boys Don't Cry-07 - Subway Song.m4a|1924950
        The Cure-Boys Don't Cry-06 - Jumping Someone Else's
Train.m4a|2916164
        The Cure-Boys Don't Cry-05 - So What.m4a|2488916
        The Cure-Boys Don't Cry-04 - Accuracy.m4a|2294983
        The Cure-Boys Don't Cry-03 - 10_15 Saturday Night.m4a|3607933
        The Cure-Boys Don't Cry-02 - Plastic Passion.m4a|2243714
        The Cure-Boys Don't Cry-01 - Boys Don't Cry.m4a|2562477
        The Cure-Bloodflowers-09 - Bloodflowers.mp3|8964397
        The Cure-Bloodflowers-08 - 39.mp3|8830640
        The Cure-Bloodflowers-07 - The Loudest Song.mp3|6248188
        The Cure-Bloodflowers-06 - There Is No If ___.mp3|4502688
        The Cure-Bloodflowers-05 - The Last Day Of Summer.mp3|6759672
        The Cure-Bloodflowers-04 - Maybe Someday.mp3|6205345
        The Cure-Bloodflowers-03 - Where The Birds Always Sing.mp3|6921114
        The Cure-Bloodflowers-02 - Watching Me Fall.mp3|13534784
        The Cure-Bloodflowers-01 - Out Of This World.mp3|8116989
        the cure - young americans.mp3|9197487
        The Cure - Wendy Time.mp3|6309701
        The Cure - Want.mp3|4915537
        The Cure - Trust.mp3|6641974
        The Cure - Treasure.mp3|3616520
        The Cure - Trap.mp3|3489878
        The Cure - To Wish Impossible Things.mp3|5709946
        the cure - three imaginary boys.mp3|3174636
        the cure - this twilight garden.mp3|6861513
        The Cure - This Is a Lie.mp3|4327886
        The Cure - The Walk.m4a|3356276
        The Cure - The Love Cats.m4a|3348154
        The Cure - The Hanging Garden.mp3|7626958
        The Cure - The Hanging Garden.m4a|4236104
        The Cure - The Figurehead.mp3|10483186
        The Cure - The Caterpillar.m4a|3557736
        the cure - the big hand.mp3|7040190
        The Cure - The 13th.mp3|3982234
        the cure - subway song.mp3|1941646
        The Cure - Strange Attraction.mp3|4160285
        the cure - so what.mp3|2543085
        The Cure - Siamese Twins.mp3|9195140
        the cure - scared as you.mp3|6054016
        The Cure - Round  Round  Round.mp3|2552814
        The Cure - Return.mp3|3340249
        the cure - purple haze.mp3|7738600
        the cure - purple haze virgin radio version.mp3|4775138
                        Page 22
```

```
                         ShareListing.txt
        The Cure - Primary.m4a|3485336
        The Cure - Pornography.mp3|10818912
        the cure - play.mp3|6637696
        The Cure - Play For Today.m4a|3543856
        The Cure - Other Voices.m4a|4223696
        The Cure - Open.mp3|8281418
        The Cure - One Hundred Years.mp3|11210958
        the cure - ocean.mp3|5025836
        the cure - object.mp3|2943907
        The Cure - Numb.mp3|4643446
        The Cure - Mint Car.mp3|3412138
        the cure - meathook.mp3|2256366
        The Cure - Lets Go To Bed.m4a|3471032
        The Cure - Jupiter Crash.mp3|4100099
        the cure - its not you.mp3|2765864
        the cure - it used to be me.mp3|9850130
        The Cure - In Between Days.m4a|2866616
        The Cure - High.mp3|4324389
        the cure - halo.mp3|5455289
        the cure - grinding halt.mp3|2763774
        The Cure - Gone.mp3|4357144
        The Cure - From The Edge Of The Deep Green Sea.mp3|9338886
        The Cure - Friday Im In Love.mp3|4333807
        the cure - foxy lady.mp3|2439015
        the cure - fire in cairo.mp3|3279954
        The Cure - End.mp3|8144536
        the cure - dredd song.mp3|6384412
        The Cure - Doing The Unstuck.mp3|5289888
        the cure - doing the unstuck saunders 12 remix.mp3|8524236
        The Cure - Cut.mp3|7152406
        The Cure - Cold.mp3|7458729
        The Cure - Club America.mp3|4834453
        The Cure - Close To Me.m4a|3505184
        The Cure - Charlotte Sometimes.m4a|4106384
        the cure - burn.mp3|9549199
        The Cure - Bare.mp3|7631436
        The Cure - Apart.mp3|7989370
        the cure - another day.mp3|3603870
        the cure - adonais.mp3|6045238
        the cure - accuracy.mp3|2245917
        The Cure - A Strange Day.mp3|8522958
        The Cure - A Short Term Effect.mp3|7346820
        The Cure - A Letter To Elise.mp3|6326949
        The Cure - A Forest.m4a|4763552
        the cure - a foolish arrangement.mp3|5549957
        the cure - 1015 saturday night.mp3|3592176
        the cure - .mp3|1085239
        Cure - The Blood.mp3|4472080
        Cure - Six Different Ways.mp3|3981704
        Cure - Sinking.mp3|5846048
        Cure - Screw.mp3|3180432
        Cure - Push.mp3|5473040
        Cure - Kyoto Song.mp3|5135208
        Cure - In Between Days.mp3|3548566
        Cure - Close To Me.mp3|4081460
        Cure - Baby Screams.mp3|4497440
        Cure - A Night Like This.mp3|5119128
Sebadoh - Bakesale
        Together Or Alone.mp3|7730324
        Temptation Tide.mp3|3616562
        Skull.mp3|4312474
        S. Soup.mp3|6659304
        Rebound.mp3|4258718
                         Page 23
```

```
                            ShareListing.txt
        Not Too Amused.mp3|8407471
        Not A Friend.mp3|6972399
        Mystery Man.mp3|5624901
        Magnet's Coil.mp3|5084419
        License To Confuse.mp3|3311168
        Got It.mp3|4225902
        Give Up.mp3|4774032
        Dreams.mp3|4878647
        Drama Mine.mp3|5324335
        Careful.mp3|5914782
At the Drive-In
        Acrobatic Tenement
                Cover.jpg|12574
                11 - Porfirio Diaz.mp3|4310248
                10 - Coating of Arms.mp3|2675610
                09 - Blue Tag.mp3|3170056
                08 - Ticklish.mp3|4415574
                07 - Paid Vacation Time.mp3|3430444
                06 - Skips on the Record.mp3|3017083
                05 - Communication Drive-In.mp3|1689226
                04 - Initiation.mp3|3319267
                03 - Embroglio.mp3|2700688
                02 - Schaffino.mp3|2716988
                01 - Star Slight.mp3|1264580
        El Gran Orgo
                Cover.jpg|5934
                06 - Speechless.mp3|3362261
                05 - Picket Fence Cartel.mp3|2337338
                04 - Fahrenheit.mp3|2339278
                03 - Winter Month Novelty.mp3|3537980
                02 - Honest to a Fault.mp3|1436627
                01 - Give It a Name.mp3|2505328
        Relationship of Command
                Cover.jpg|25492
                Cover.bmp|23878
                13 - Catacombs.mp3|4158388
                12 - Extracurricular.mp3|3874484
                11 - Non Zero Possibility.mp3|5436022
                10 - Cosmonaut.mp3|3273501
                09 - Quarantined.mp3|5221608
                08 - Rolodex Propaganda.mp3|2831718
                07 - Enfilade.mp3|4841266
                06 - Mannequin Republic.mp3|2950836
                05 - Invalid Litter Dept..mp3|5867773
                04 - Sleepwalk Capsules.mp3|3343300
                03 - One Armed Scissor.mp3|4183398
                02 - Pattern Against User.mp3|3188655
                01 - Arcarsenal.mp3|2825031
        in CASINO OUT
                Cover.jpg|5823
                13 - Doorman's Placebo.mp3|5030320
                11 - Transatlantic Foe.mp3|3479095
                10 - Hourglass.mp3|3293103
                09 - Lopsided.mp3|4507692
                08 - Shaking Hand Incision.mp3|3475751
                07 - A Devil Among the Tailors.mp3|3090815
                06 - For Now, We Toast.mp3|2924463
                05 - Pickpocket.mp3|2539105
                04 - Napoleon Solo.mp3|4614272
                03 - Hulahoop Wounds.mp3|3284326
                02 - Chanbara.mp3|2875938
                01 - Alpha Centauri.mp3|3095408
        Vaya
```

```
                          ShareListing.txt
                Cover.jpg|11914
                07 - 198d.mp3|2942968
                06 - 300 Mhz.mp3|2940220
                05 - Metronome Arthritis.mp3|3857577
                04 - Heliotrope.mp3|3088595
                03 - Ursa Minor.mp3|3250838
                02 - Proxima Centauri.mp3|2666874
                01 - Rascuache.mp3|3230659
        at the drive-in - untitled.mp3|3349611
        At the Drive-In - Chanbara - Live.mov|5991288
        at the drive in - incetardis.mp3|3300598
War
        The Best of War... and More
                War - Spill the Wine.mp3|3930844
Vivaldi
        The Four Seasons
                VCD_275_6_Summer.mp3|4241778
                VCD_275_3_Spring.mp3|5905712
                VCD_275_11_Winter.mp3|2385367
                VCD_275_11_Autumn.mp3|4507766
        German Music for Trombones
                TTCD644_24.mp3|5160001
Oasis
        Some Might Say (Single)
                Oasis - Talk Tonight.mp3|8396468
                Oasis - Some Might Say.mp3|10458679
                Oasis - Acquiesce.mp3|8466685
        Roll With It
                Oasis - Roll With It.mp3|7665040
                Oasis - Rockin Chair.mp3|8829474
                Oasis - Live Forever Live.mp3|8946503
                Oasis - Its Better People.mp3|7659188
        (What's The Story) Morning Glory_
                Oasis - Wonderwall.mp3|8281947
                Oasis - Untitled.mp3|1274444
                Oasis - Morning Glory.mp3|9706352
                Oasis - Hey Now.mp3|10932645
                Oasis - Hello.mp3|6469676
                Oasis - Dont Look Back in A.mp3|9218176
                Oasis - Champagne Supernova.mp3|14330653
                Oasis - Cast No Shadow.mp3|9336876
        Don't Look Back In Anger [Single] [UK]
                Oasis - Underneath The Sky.mp3|6427880
        Wonderwall
                Oasis - Round are Way.mp3|10956886
                Oasis - Masterplan.mp3|10319080
        Be Here Now
                Oasis - Stand by Me.mp3|11411375
                Oasis - Magic Pie.mp3|14076283
                Oasis - I Hope I Think I Kn.mp3|8431326
Heart
        No album info
                Heart - Baracuda.mp3|4200576
                Heart - Alone.mp3|3508435
        Dreamboat Annie
                Heart - Crazy On You.mp3|4696317
        Heart
                Heart - These Dreams.mp3|4090898
Malcolm McLaren
        Paris
                13 Anthem.mp3|5553739
                12 In the Absence of the Pa.mp3|6402013
                11 Revenge of the Flowers.mp3|5871007
                          Page 25
```

```
                           ShareListing.txt
             10 Driving into Delirium.mp3|3669176
             09 La Main Parisienne.mp3|7243977
             08 Club Le Narcisse.mp3|4815214
             07 Paris Paris.mp3|7765607
             06 Rue Dauphine.mp3|4936837
             05 Jazz is Paris.mp3|7605089
             04 Miles of Miles of Miles.mp3|2983306
             03 Pere Lachaise.mp3|5371933
             02 Walking with Satie.mp3|5838381
             01 Mon Die Senie.mp3|6492273
    Béla Fleck And The Flecktones
         Left Of Cool
             Bela Fleck   The Flecktones.m4a|3930835
         Sea Brazil
             Bela Fleck   The Flecktones.m4a|3413999
             Bela Fleck   The Flecktone 1.m4a|4889282
    Sea and Cake, The - Nassau
         The World Is Against You.mp3|5537650
         The Cantina.mp3|7622806
         Soft and Sleep.mp3|6545476
         Parasol.mp3|8959265
         Nature Boy.mp3|9039835
         Lamonts Lament.mp3|6744084
         I Will Hold the Tea Bag.mp3|13755849
         Earth Star.mp3|9164220
         Alone for the Moment.mp3|7808029
         A Man Who Never Sees a Pretty Girl That He Doesn't Love Her a
Little.mp3|5050273
    Devo
         Greatest Misses
             14 Speed Racer.MP3|465180
         Greatest Hits
             (I Can_t Get No) Satisfaction.mp3|1921090
         Whip It
             Whip it.mp3|2560000
         Devo - Live SF 1978
             07 Mongoloid.mp3|3975092
         Powerpuff Girls - Heroes & Villians
             Go Monkey Go!.mp3|4544974
    Loretta Lynn
         2004 - Van Lear Rose
             Loretta Lynn - 13 - Story of My Life.mp3|3240392
             Loretta Lynn - 12 - Miss Being Mrs..mp3|3489992
             Loretta Lynn - 11 - Mrs. Leroy Brown.mp3|5985992
             Loretta Lynn - 10 - This Old House.mp3|2918926
             Loretta Lynn - 09 - Women's Prison.mp3|5985992
             Loretta Lynn - 08 - God Makes No Mistakes.mp3|2241992
             Loretta Lynn - 07 - Little Red Shoes.mp3|4238792
             Loretta Lynn - 06 - High on a Mountain Top.mp3|3989192
             Loretta Lynn - 05 - Have Mercy.mp3|3489992
             Loretta Lynn - 04 - Family Tree.mp3|3989192
             Loretta Lynn - 03 - Trouble on the Line.mp3|2741192
             Loretta Lynn - 02 - Portland Oregon.mp3|5736364
             Loretta Lynn - 01 - Van Lear Rose.mp3|4737992
    Manu Chao
         Clandestino_ Esperando La Ultima Ola.._
             12 Malegria.mp3|3631594
             11 Dia Luna... Dia Pena.mp3|2008358
             10 Welcome to Tijuana.mp3|5082445
             09 Por el Suelo.mp3|3041753
             08 Luna y Sol.mp3|3938795
             07 Mama Call.mp3|3027121
             06 Lagrimas de Oro.mp3|3754376
                           Page 26
```

```
                          ShareListing.txt
              05 Mentira.mp3|5743331
              04 Je Ne T'Aime Plus.mp3|2405937
              03 Bongo Bong.mp3|3655628
              02 Desaparecido.mp3|4764789
              01 Clandestino.mp3|3134747
Camera Obscura
        Underachievers Please Try Harder
                11 Lunar Sea.mp3|9491434
                10 Knee Deep at the NPL.mp3|9952057
                09 Books Written for Girls.mp3|10042377
                07 Number One Son.mp3|7914118
                06 Your Picture.mp3|6041659
                05 Before You Cry.mp3|5739058
                03 Your Sister's Social Agony.mp3|7659175
                02 Keep it Clean.mp3|6284076
                01 Suspended from Class.mp3|7243717
        Peel Session, 07-Oct-03
                04 San Francisco Song.mp3|2466955
                03 Phil and Don.mp3|4517712
                02 Return To Send Her.mp3|3381348
                01 Greyhound Going Somewhere.mp3|2589104
Mahler, Gustave
        Mahler 9
                Mahler_ Gustave - Im Tempo.mp3|17104648
                Mahler_ Gustave - Andantete.mp3|29123900
                Mahler - Rondo-Burleske.mp3|12043162
                Mahler - Adagio.mp3|23652396
Melon Galia
        Les Embarras Du Quotidien
                12 Repos M_rit_.m4a|4386851
                11 Au Risque De Te Plaire.m4a|4980436
                10 L__paisseur D_un Cheveu.m4a|3311561
                09 En Moins D_une Seconde.m4a|2750236
                08 N_en Parlons Plus.m4a|3410440
                07 Les Lendemains Qui Chant.m4a|1130788
                06 Il Fallait Bien.m4a|4609843
                05 Soumission De Fait.m4a|2608533
                04 Il Ne M_en Aura Rien Co_.m4a|5072680
                03 Tout Le Monde D_Accord.m4a|3978571
                02 Jamais Je Ne Mens 1.m4a|2222882
                01 Une Affaire Importante 1.m4a|3216861
Bad Company
        Bad Company
                Bad Company.mp3|4651907
        Straight Shooter
                Feel Like Making Love.mp3|4931120
Pizzicato Five
        pizzicato five - twiggy vs james bond.mp3|3902626
        pizzicato five - twiggy twiggy.mp3|3901440
        pizzicato five - such a beautiful girl like you.mp3|4814492
        pizzicato five - porno 3003 (thievery corporation mix).mp3|3317878
        pizzicato five - love's theme (saint etienne mix).mp3|4652497
        pizzicato five - it's a beautiful day.mp3|4255788
        pizzicato five - happy sad.mp3|4945005
        pizzicato five - go go dancer.mp3|4384261
        pizzicato five - cha-cha-cha.mp3|2715790
        Pizzicato Five - 08 - Mon Amour Tokyo.mp3|4726784
        Pizzicato Five - 01 - Magic Carpet Ride.mp3|7531533
Concrete Blonde
        Mojave
                11 My Tornado At Rest.m4a|11726087
                10 Someone's Calling Me.m4a|10461089
                09 Jim Needs An Animal.m4a|8338397
                          Page 27
```

```
                        ShareListing.txt
                08 Snakes.m4a|11367190
                07 Mojave.m4a|12065671
                06 Himalayan Motorcycle.m4a|9166990
                05 Hey Coyote.m4a|9442081
                04 Ghost Riders In The Sky.m4a|12565282
                03 Through With This.m4a|8350204
                02 Because I Can.m4a|10837369
                01 _A_ Road.m4a|10505538
        Mexican Moon
                CONCRETE - RAIN.mp3|3821134
                09 Close To Home.mp3|4249840
                08 When You Smile.mp3|5233613
                01 - Jenny I Read.mp3|7699103
        Walking in London
                Concrete Blonde - Walking i.mp3|6459352
                Concrete Blonde - Someday.mp3|3368710
        No album info
                Concrete Blonde - Sweet Jan.mp3|3485824
                Concrete Blonde - Joey _Bet.mp3|3799597
                concrete blonde - everybody.mp3|4556008
                concrete blonde - Crystal B.mp3|4127396
                CONCRETE - DANCING BAREFOOT.mp3|4796167
        Still in Hollywood
                Simple Twist of Fate - Conc.mp3|5518819
                Concrete Blonde - Joey _Aco.mp3|3987856
                Concrete Blond-The Vampire.mp3|6848765
                Concrete Blond - Still in H.mp3|3595882
        Free
                Concrete blonde - Little Co.mp3|2690489
                Concrete Blonde - Carry Me.mp3|3569876
        Recollection_ The Best of Concrete Blonde
                Concrete Blonde - Walking I.mp3|4636352
                CONCRETE - MERCEDES BENZ _L.mp3|2903815
        Caroline
                Concrete_Blond-Little_Wing.mp3|4077696
        Concrete Blonde
                concrete blonde - your haun.mp3|2708165
        Point Break
                CONCRETE - I WANT YOU.mp3|3343032
        Group Therapy
                CONCRETE - ROXY.mp3|6671549
        The Real Thing (Exclusive Track)
                The Real Thing.m4p|4552099
        Concrete Blonde - Whats Going On.mp3|4746999
        Concrete Blonde - Lullabye.mp3|2404265
        Concrete Blonde - Castles M.mp3|4638848
        Concrete Blonde - Caroline.mp3|6678528
Metallica
        No album info
                Metallica - Sanatarium _Wel.mp3|6194659
                metallica - one _full versi.mp3|7506048
                Metallica - Fade To Black.mp3|6609981
                Metallica  - One.mp3|7411338
        S&M (Disc 1)
                1-11 Bleeding Me.mp3|13003046
                1-10 Devil_s Dance.mp3|7827660
                1-09 Hero Of The Day.mp3|6834598
                1-08 No Leaf Clover.mp3|8240813
                1-07 The Memory Remains.mp3|6780676
                1-06 Fuel.mp3|6625190
                1-05 The Thing That Should.mp3|10723512
                1-04 Of Wolf And Man.mp3|6216437
                1-03 Master Of Puppets.mp3|12838166
                        Page 28
```

```
                        ShareListing.txt
                1-02 The Call Of The Ktulu.mp3|13786102
                1-01 The Ecstasy Of Gold.mp3|3618398
        Kill'em All
                Metallica - The Four Horsem.mp3|6934427
    Comedy - Jerry Butler
        Up on Love
                Im Telling You.mp3|60082053
    Bela Fleck
                Béla Fleck & The Flecktones-Outbound-16 - Reprise.m4a|756894
                Béla Fleck & The Flecktones-Outbound-15 - That Old Thing.m4a|3278917
                Béla Fleck & The Flecktones-Outbound-14 - Shuba Yatra.m4a|4568196
                Béla Fleck & The Flecktones-Outbound-13 - Scratch &
Sniff.m4a|4868742
                Béla Fleck & The Flecktones-Outbound-12 - Outbound.m4a|4740208
                Béla Fleck & The Flecktones-Outbound-11 - Lover's Leap.m4a|4153706
                Béla Fleck & The Flecktones-Outbound-10 - Prelude.m4a|720675
                Béla Fleck & The Flecktones-Outbound-09 - Aimum.m4a|5675825
                Béla Fleck & The Flecktones-Outbound-08 - Ovombo Summit.m4a|691880
                Béla Fleck & The Flecktones-Outbound-07 - Something She
Said.m4a|3516965
                Béla Fleck & The Flecktones-Outbound-06 - Earth Jam.m4a|5754312
                Béla Fleck & The Flecktones-Outbound-05 - Hall Of
Mirrors.m4a|4759602
                Béla Fleck & The Flecktones-Outbound-04 - Zona Mona.m4a|4876688
                Béla Fleck & The Flecktones-Outbound-03 - A Moment So
Close.m4a|4663966
                Béla Fleck & The Flecktones-Outbound-02 - Hoe Down.m4a|4771741
                Béla Fleck & The Flecktones-Outbound-01 - Intro.m4a|711911
                Béla Fleck & The Flecktones-Live At The Quick-14 -
Hoedown.m4a|8734895
                Béla Fleck & The Flecktones-Live At The Quick-13 - Intro.m4a|1117639
                Béla Fleck & The Flecktones-Live At The Quick-12 - Improv_Prelude
From Bach Violin Partitia #3.m4a|5821933
                Béla Fleck & The Flecktones-Live At The Quick-11 - A Moment So
Close.m4a|6729357
                Béla Fleck & The Flecktones-Live At The Quick-10 - Alash Khem (Alash
River Song).m4a|2402524
                Béla Fleck & The Flecktones-Live At The Quick-09 - Lover's
Leap.m4a|6053345
                Béla Fleck & The Flecktones-Live At The Quick-08 -
Interlude.m4a|1435288
                Béla Fleck & The Flecktones-Live At The Quick-07 - Big
Country.m4a|8126075
                Béla Fleck & The Flecktones-Live At The Quick-06 - Improv_Amazing
Grace.m4a|5150871
                Béla Fleck & The Flecktones-Live At The Quick-05 - Scratch &
Sniff.m4a|6535475
                Béla Fleck & The Flecktones-Live At The Quick-04 - Hall Of
Mirrors.m4a|5541542
                Béla Fleck & The Flecktones-Live At The Quick-03 - Ovombo
Summit.m4a|2740789
                Béla Fleck & The Flecktones-Live At The Quick-02 - Zona
Mona.m4a|6380171
                Béla Fleck & The Flecktones-Live At The Quick-01 - That Old Thing
(Intro)_Earth Jam.m4a|7699367
                Béla Fleck & The Flecktones-Live Art (Disc 2)-10 - Flight Of The
Cosmic Hippo.m4a|4776420
                Béla Fleck & The Flecktones-Live Art (Disc 2)-09 - The Sinister
Minister.m4a|7292364
                Béla Fleck & The Flecktones-Live Art (Disc 2)-08 - Cheeseballs In
Cowtown.m4a|5479395
                Béla Fleck & The Flecktones-Live Art (Disc 2)-07 - Early Reflection
_ Bach _ The Ballad Of Jed Clampett.m4a|5982430
                                Page 29
```

```
                              ShareListing.txt
             Béla Fleck & The Flecktones-Live Art (Disc 2)-06 - More
Luv.m4a|7497688
             Béla Fleck & The Flecktones-Live Art (Disc 2)-05 - Sunset
Road.m4a|5770900
             Béla Fleck & The Flecktones-Live Art (Disc 2)-04 -
Blu-Bop.m4a|7388179
             Béla Fleck & The Flecktones-Live Art (Disc 2)-03 - Oh
Darling.m4a|6169563
             Béla Fleck & The Flecktones-Live Art (Disc 2)-02 - Shubbee's
Doobie.m4a|4539187
             Béla Fleck & The Flecktones-Live Art (Disc 2)-01 - Improv _ Amazing
Grace.m4a|6577992
             Béla Fleck & The Flecktones-Live Art (Disc 1)-11 - The
Message.m4a|9005784
             Béla Fleck & The Flecktones-Live Art (Disc 1)-10 - Vix 9.m4a|5868139
             Béla Fleck & The Flecktones-Live Art (Disc 1)-09 -
Interlude-Libation, The Water Ritual.m4a|3033811
             Béla Fleck & The Flecktones-Live Art (Disc 1)-08 - UFO
Tofu.m4a|3540918
             Béla Fleck & The Flecktones-Live Art (Disc 1)-07 - Flying Saucer
Dudes.m4a|5431177
             Béla Fleck & The Flecktones-Live Art (Disc 1)-06 - Far East
Medley.m4a|7142618
             Béla Fleck & The Flecktones-Live Art (Disc 1)-05 -
Bigfoot.m4a|7326722
             Béla Fleck & The Flecktones-Live Art (Disc 1)-04 - Lochs Of
Dread.m4a|5598339
             Béla Fleck & The Flecktones-Live Art (Disc 1)-03 - Stomping
Grounds.m4a|5282447
             Béla Fleck & The Flecktones-Live Art (Disc 1)-02 - New South
Africa.m4a|4589315
             Béla Fleck & The Flecktones-Live Art (Disc 1)-01 - Intro.m4a|679289
             Béla Fleck & The Flecktones-Flight Of The Cosmic Hippo-10 - Flight
Of The Cosmic Hippo (Reprise).m4a|2222909
             Béla Fleck & The Flecktones-Flight Of The Cosmic Hippo-09 - Hole In
The Wall.m4a|4520324
             Béla Fleck & The Flecktones-Flight Of The Cosmic Hippo-08 -
Michelle.m4a|5018353
             Béla Fleck & The Flecktones-Flight Of The Cosmic Hippo-07 - Jekyll
And Hyde (And Ted And Alice).m4a|6887307
             Béla Fleck & The Flecktones-Flight Of The Cosmic Hippo-06 - Star Of
The County Down.m4a|4246866
             Béla Fleck & The Flecktones-Flight Of The Cosmic Hippo-05 - The Star
Spangled Banner.m4a|2532380
             Béla Fleck & The Flecktones-Flight Of The Cosmic Hippo-04 - Flight
Of The Cosmic Hippo.m4a|4334096
             Béla Fleck & The Flecktones-Flight Of The Cosmic Hippo-03 - Turtle
Rock.m4a|4102343
             Béla Fleck & The Flecktones-Flight Of The Cosmic Hippo-02 - Flying
Saucer Dudes.m4a|4709629
             Béla Fleck & The Flecktones-Flight Of The Cosmic Hippo-01 -
Blu-Bop.m4a|4249729
             bella fleck and the fleckto.mp3|3250972
        Flaming Lips
             Clouds Taste Metallic
                   13 Bad Days.mp3|5591418
                   12 Evil Will Prevail.mp3|4548097
                   11 Christmas At The Zoo.mp3|3762336
                   10 Lightning Strikes The Postman.mp3|3442084
                   09 They Punctured My Yolk.mp3|5263333
                   08 Kim's Watermelon Gun.mp3|4067446
                   07 When You Smile.mp3|3902346
                   06 Guy Who Got a Headache and Accidentally.mp3|5414860
                              Page 30
```

```
                        ShareListing.txt
                05 Brainville.mp3|3907566
                04 This Here Giraffe.mp3|4560634
                03 Placebo Headwound.mp3|4449875
                02 Psychiatric Explorations Of The Fetus With
Needles.mp3|4178235
                01 The Abandoned Hospital Ship.mp3|4400775
        Yoshimi Battles The Pink Robots
                Flaming Lips - Yoshimi Batt.mp3|8615655
                Flaming Lips - One More Rob.mp3|7530198
                Flaming Lips - Morning Of T.mp3|4918556
                Flaming Lips - Fight Test.mp3|6718604
                Flaming Lips - Ego Tripping.mp3|9058992
                Flaming Lips - Do You Reali.mp3|6438728
                Flaming Lips - Are You A Hy.mp3|7695577
                Flaming Lips - Approaching.mp3|4830610
                Flaming Lips - All We Have.mp3|5552817
    DJ Revolution
        R2K Version 1.0
                14 Scary Movies [Bad Meets Evil].mp3|6333316
    Viva la Muerte
        Viva la Muerte.sub|24897
        Viva la Muerte.avi|724977664
    Béla Fleck
        Tales From The Acoustic Planet
                B_la Fleck - Three Bridges.m4a|4120072
                B_la Fleck - System Seven.m4a|3025103
                B_la Fleck - In Your Eyes.m4a|3849721
                B_la Fleck - For Sascha.m4a|4267952
                B_la Fleck - First Light.m4a|4305499
                B_la Fleck - Circus Of Regr.m4a|4222054
                B_la Fleck - Backwoods Gala.m4a|5169936
                Bela Fleck  The Flecktones.m4a|5020792
    Björk and Thom York
        Selmasongs_ Music from the Motion Pictur
                03 I've Seen It All.mp3|7895040
    Thelonious Monk
        Brilliant Corners
                05 Bemsha Swing.mp3|7374333
                04 I Surrender, Dear.mp3|5231462
                03 Pannonica.mp3|8479832
                02 Ba-lue Bolivar Ba-lues-are.mp3|12592149
                01 Brilliant Corners.mp3|7447063
        Monk In France
                08 Crepuscule With Nellie.mp3|3238332
                07 Body And Soul (Solo).mp3|3537546
                06 I'm Getting Sentimental Over You.mp3|8647338
                05 Hackensack.mp3|11878192
                04 I Mean You.mp3|12977644
                03 Just A Gigolo.mp3|1812085
                02 Off Minor.mp3|14155644
                01 Well, You Needn't.mp3|14774614
    Orbital
        Orbital - Way Out.mp3|7696512
        Orbital - The Box Single Version.m4a|4133261
        Orbital - Style Single Version.m4a|3983167
        Orbital - Spare Parts Express.mp3|9721984
        Orbital - Satan Spawn Rerecorded for the movie Spawn with Metallicas
Kirk Hammett.m4a|3663660
        Orbital - Nothing Left Short Version.m4a|3630224
        Orbital - Lush 31 Original Version.m4a|5757584
        Orbital - Know Where To Run.mp3|9318528
        Orbital - Impact USA Version.m4a|11047193
        Orbital - Illuminate Short Version.m4a|3709357
                            Page 31
```

```
                        ShareListing.txt
        Orbital - Halcyon 7 Version.m4a|3779203
        Orbital – Funny Break Single Version.m4a|3849792
        Orbital – Frenetic Previously unreleased.m4a|4015118
        Orbital - Choice Orginal Version.m4a|5399906
        Orbital - Chime 7 Single Version.m4a|3166568
        Orbital - Belfast Original Version.m4a|7916788
        Orbital - Are We Here Industry Standard Version.m4a|3710100
Belle & Sebastian
        Tigermilk
                10 Mary Jo.mp3|3356672
                09 I Don't Love Anyone.mp3|5685491
                08 My Wandering Days Are Over.mp3|7871634
                07 We Rule the School.mp3|5029086
                06 I Could Be Dreaming.mp3|5701632
                05 Electronic Renaissance.mp3|7037801
                04 You're Just a Baby.mp3|3553353
                02 She's Losing It.mp3|3465497
                02 Expectations.mp3|5200234
                01 The State I Am In.mp3|4770871
        2004 – Books EP
                Belle and Sebastian - 04 - Cover (Version).mp3|6086733
                Belle and Sebastian - 03 - Your Secrets.mp3|5283754
                Belle and Sebastian - 02 - Wrapped Up in Books.mp3|5303654
                Belle and Sebastian - 01 - Your Cover's Blown.mp3|9949880
        Dear Catastrophe Waitress
                13 Stay Loose.mp3|6433343
                11 I'm A Cuckoo.mp3|5129730
                10 If You Find Yourself Caught In Lo.mp3|4137936
                09 Lord Anthony.mp3|4095280
                08 Wrapped Up In Books.mp3|3439927
                07 You Don't Send Me.mp3|3046625
                05 (I Believe In) Travellin' Light.mp3|2522518
                04 Roy Walker.mp3|2873293
                03 If She Wants Me.mp3|4922006
                02 Dear Catastrophe Waitress.mp3|2318548
                01 Step Into My Office, Baby.mp3|4073141
        This is Just a Modern RockSong
                Paper Boat.mp3|3037593
        Dog on Wheels
                11 Dog On wheels.mp3|4648534
        Unknown Album
                The Wrong Girl.mp3|2891987
                The Flowers She Sent.mp3|2361472
                Legal Man.mp3|2460688
                Girlfriend in a Coma.mp3|1477989
                Fiction.mp3|3263971
                Bell.mp3|4401045
                Beautiful.mp3|5011456
                17 You're No Use to Anyone.mp3|7206305
                15 She's Got Miraculous Technique.mp3|6400696
        3.. 6.. 9.. Seconds Of Light
                14 A Century of Fakers.mp3|6425171
        Storytelling
                I Don't Want To Play Football,.mp3|2388764
                18 Wandering Alone.mp3|3635901
                12 Consuelo.mp3|4275998
                10 Storytelling.mp3|4364914
                09 Toby Dialogue.mp3|807663
                07 In the Summer.mp3|5693511
                05 Night Walk.mp3|3048969
        I'm Waking Up to Us
                03 Marx and Engels.mp3|3723658
                02 I Love My Car.mp3|5040126
                        Page 32
```

```
                          ShareListing.txt
                 01 I'm waking up to us.mp3|5604780
         This I Just A Modern Rock Song
                 20 This Is Just A Modern Rock Song.mp3|10474084
         Fold Your Hands Child, You Walk Like  a
                 16 Don't Leave the Lights On.mp3|6479113
                 13 I Fought In A War.mp3|6035859
                 10 The Model.mp3|5771910
                 09 Nice Day For A Sulk.mp3|3724337
                 08 Theres Too Much Love.mp3|5044044
       Grateful Dead
            Grateful Dead-The Best Of Skeletons From The Closet-11 - Friend of
The Devil.m4a|3283225
            Grateful Dead-The Best Of Skeletons From The Closet-10 - One More
Saturday Night.m4a|4710668
            Grateful Dead-The Best Of Skeletons From The Closet-09 - Turn on
Your Love Light.m4a|6496419
            Grateful Dead-The Best Of Skeletons From The Closet-08 - Mexicali
Blues.m4a|3444464
            Grateful Dead-The Best Of Skeletons From The Closet-07 - Casey
Jones.m4a|4349930
            Grateful Dead-The Best Of Skeletons From The Closet-06 - Uncle
John's Band.m4a|4641536
            Grateful Dead-The Best Of Skeletons From The Closet-05 - St_
Stephen.m4a|4370276
            Grateful Dead-The Best Of Skeletons From The Closet-04 - Sugar
Magnolia.m4a|3268637
            Grateful Dead-The Best Of Skeletons From The Closet-03 -
Rosemary.m4a|1966610
            Grateful Dead-The Best Of Skeletons From The Closet-02 -
Truckin'.m4a|4969119
            Grateful Dead-The Best Of Skeletons From The Closet-01 - The Golden
Road.m4a|2170486
            Grateful Dead-Grateful Dead-11 - Not Fade Away_Goin' Down the Road
Feeling Bad.m4a|8936653
            Grateful Dead-Grateful Dead-10 - Wharf Rat.m4a|8263758
            Grateful Dead-Grateful Dead-09 - Johnny B_ Goode.m4a|3635053
            Grateful Dead-Grateful Dead-08 - Me & Bobby McGee.m4a|5528214
            Grateful Dead-Grateful Dead-07 - Big Boss Man.m4a|5082996
            Grateful Dead-Grateful Dead-06 - Me & My Uncle.m4a|3001985
            Grateful Dead-Grateful Dead-05 - Other One.m4a|17558817
            Grateful Dead-Grateful Dead-04 - Playing in the Band.m4a|4534086
            Grateful Dead-Grateful Dead-03 - Big Railroad Blues.m4a|3505393
            Grateful Dead-Grateful Dead-02 - Mama Tried.m4a|2674305
            Grateful Dead-Grateful Dead-01 - Bertha.m4a|5542116
            Grateful Dead-American Beauty-10 - Truckin'.m4a|4909042
            Grateful Dead-American Beauty-09 - Attics Of My Life.m4a|5065338
            Grateful Dead-American Beauty-08 - Till The Morning
Comes.m4a|3074059
            Grateful Dead-American Beauty-07 - Brokedown Palace.m4a|4042239
            Grateful Dead-American Beauty-06 - Ripple.m4a|4047279
            Grateful Dead-American Beauty-05 - Candy Man.m4a|6058340
            Grateful Dead-American Beauty-04 - Operator.m4a|2381547
            Grateful Dead-American Beauty-03 - Sugar Magnolia.m4a|3236413
            Grateful Dead-American Beauty-02 - Friend Of The Devil.m4a|3327807
            Grateful Dead-American Beauty-01 - Box Of Rain.m4a|5161519
            Grateful Dead - Dark Star Exclusive Band Edit.m4a|8335949
       Spoon
            Girls Can Tell
                 11 Chicago At Night.m4a|4066836
                 10 This Book Is A Movie.m4a|5185998
                 09 Take The Fifth.m4a|5728777
                 08 1020 AM.m4a|3173478
                 07 Take A Walk.m4a|3579177
                          Page 33
```

```
                    ShareListing.txt
           06 Anything You Want.m4a|3335089
           05 The Fitted Shirt.m4a|4663084
           04 Lines In The Suit.m4a|5509280
           03 Me and the Bean.m4a|5183583
           02 Believing Is Art.m4a|6281980
           01 Everything Hits At Once.m4a|5914176
     A Series Of Sneaks
           17 I Could Be Underground.m4a|3099917
           16 Shake It Off.m4a|3991006
           15 Revenge!.m4a|3479424
           14 Advance Cassette.m4a|4345436
           13 Quincy Punk Episode.m4a|3364194
           12 No You're Not.m4a|2488255
           11 Staring At The Board.m4a|1370740
           10 Metal School.m4a|4202497
           09 Chloroform.m4a|1722399
           08 June's Foreign Spell.m4a|4402554
           07 Metal Detektor.m4a|5299237
           06 Car Radio.m4a|2204370
           05 30 Gallon Tank.m4a|5842439
           04 Reservations.m4a|3791698
           03 Execution.m4a|3016415
           02 The Minor Tough.m4a|3959616
           01 Utilitarian.m4a|1836651
     Kill The Moonlight
           You Gotta Feel It.mp3|1802025
           Vittorio E.mp3|4412696
           The Way We Get By.mp3|3217339
           Stay Don't Go.mp3|4322314
           Something To Look Forward To.mp3|2754982
           Someone Something.mp3|3392359
           Small Stakes.mp3|3626934
           Paper Tiger.mp3|3766949
           Jonathon Fisk.mp3|3928388
           Don't Let It Get You Down.mp3|4203208
           Back To The Life.mp3|2844832
           All The Pretty Girls Go To The City.mp3|3864671
     Telephono
           14 Plastic Mylar.mp3|4517616
           13 The Government Darling.mp3|3229684
           12 Primary.mp3|1874645
           11 Theme to Wendel Stivers.mp3|2599402
           10 Wanted To Be Your.mp3|2472441
           09 Towner.mp3|4124204
           08 Idiot Driver.mp3|2131903
           07 Dismember.mp3|2347253
           06 Claws Tracking.mp3|3297384
           05 Nefarious.mp3|3701128
           04 Cvantez.mp3|3606771
           03 All the Negatives Have Been Destroyed.mp3|3473681
           02 Not Turning Off.mp3|4231837
           01 Don't Buy the Realistic.mp3|5148639
Rachmaninoff
     Plays Rachmaninov
           Rachmaninoff _David Helfgot.mp3|2548801
           07 - Four Preludes - Prelud.mp3|4104863
     Vladimir Horowitz
           Rachmaninov - Prelude In G.mp3|2900677
     Rachmaninoff_ Piano Concerto No. 2
           04 Rhapsody on a Theme of P.mp3|33133487
           03 Piano Concerto No. 2 in.mp3|17022441
           02 Piano Concerto No. 2 in.mp3|16295189
           01 Piano Concerto No. 2 in.mp3|16068229
                    Page 34
```

```
                        ShareListing.txt
        No album info
                Rachmaninov_ Listz - Hungar.mp3|4577916
                Rachmaninov _Van Cliburn_ -.mp3|2695191
                Rachmaninov - SYMPHONY NO..mp3|13182100
                Rachmaninov - Prelude Op.3_.mp3|4376118
                Rachmaninov - Piano Concert.mp3|23121461
                Piano by candlelight _disc.mp3|3077749
        Most Relaxing Classical Album In The World...ever! - Vol 1
                Various Artists - Rachmanin.mp3|2914516
        The Bells_Three Russian Songs
                Rachmaninoff - Three Russia.mp3|3385138
                Rachmaninoff - The Bells_ P.mp3|8058590
                Rachmaninoff - The Bells_ L.mp3|10347460
                Rachmaninoff - The Bells_ A.mp3|6071863
        Complete Solo Piano Music V. 1
                rachmaninov - Nocturne in A.mp3|4515920
        Piano Concerto No. 3
                Rachmaninov - 03 - Piano Co.mp3|21424046
                Rachmaninov - 02 - Piano Co.mp3|16820434
                Rachmaninov - 01 - Piano Co.mp3|24260317
        Agnus Dei (music of inner harmony)
                Ave Maria -   The Choir of N.mp3|3332475
        Somewhere In Time (soundtrack)
                Soundtrack - _Somewhere in.mp3|5181332
        Somewhere In Time.mp3|2928552
Wrens, The - Secaucus
        19 It's Not Getting Any Good.mp3|4667392
        18 I'll Mind You.mp3|2756711
        17 I Married Sonja.mp3|5251072
        16 Destruction_Drawn.mp3|2859008
        15 Safe and Comfortable.mp3|6649856
        14 Indie 500.mp3|6051897
        13 Luxury.mp3|4990976
        12 I've Made Enough Friends.mp3|5408768
        11 Counted on Sweetness.mp3|5601348
        10 Jane Fakes a Hug.mp3|9797654
        09 Hats off to Marriage, Baby.mp3|5056512
        08 Still Complaining.mp3|5238784
        07 Dance the Midwest.mp3|3385344
        06 Joneses Rule of Sport.mp3|5459968
        04 Rest Your Head.mp3|6557696
        03 Surprise, Honeycomb.mp3|7657472
        02 Built In Girls.mp3|5801984
        01 Yellow Number Three.mp3|2078786
June of 44
        Four Great Points
                08 Air #17.mp3|9810759
                07 Shadow Pugilist.mp3|5713722
                06 Lifted Bells.mp3|9259057
                05 Does Your Heart Beat Slower.mp3|6299921
                04 Doomsday.mp3|6244105
                03 Cut Your Face.mp3|5513099
                02 The Dexterity of Luck.mp3|8874753
                01 Of Information & Belief.mp3|10012649
        Tropics and Meridians
                06 Sanctioned in a Birdcage.mp3|7513676
                05 Arms over Arteries.mp3|9392605
                04 June Leaf.mp3|7444698
                03 Lawn Bowler.mp3|11183763
                02 Lusitania.mp3|4086187
                01 Anisette.mp3|13394973
Joan Baez
        Greatest Hits
                        Page 35
```

ShareListing.txt
```
                    20 Less Than The Song.m4a|8383092
                    19 Oh Happy Day.m4a|8825978
                    18 The Ballad Of Sacco & Vanzetti.m4a|11028730
                    17 Amazing Grace.m4a|10654713
                    16 Dida.m4a|8346568
                    15 Love Song For A Stranger.m4a|9368691
                    14 Sweeter For Me.m4a|10859769
                    13 Gracias A La Vida.m4a|8690358
                    12 Never Dreamed You'd Leave In Summ.m4a|6685962
                    11 Please Come To Boston.m4a|10206876
                    10 Children And All That Jazz.m4a|7542938
                    09 Jesse.m4a|10453055
                    08 Prison Trilogy (Billy Rose).m4a|10643610
                    07 Forever Young.m4a|8927265
                    06 Best Of Friends.m4a|7391380
                    05 In The Quiet Morning (For Janis J.m4a|7111564
                    04 Imagine.m4a|8340014
                    03 Simple Twist Of Fate.m4a|11407653
                    02 Night They Drove Old Dixie Down.m4a|8874386
                    01 Diamonds And Rust.m4a|11540210
          The Decemberists
                Her Majesty
                    11 As I Rise.mp3|3400798
                    10 I Was Meant for the Stage.mp3|10307155
                    09 The Chimney Sweep.mp3|4342459
                    08 Red Right Ankle.mp3|5200111
                    07 The Soldiering Life.mp3|5655895
                    06 Song for Myla Goldberg.mp3|5303556
                    05 The Bachelor and the Bride.mp3|6248979
                    04 The Gymnast, High Above the Gr.mp3|10577407
                    03 Los Angeles, I'm Yours.mp3|6360575
                    02 Billy Liar.mp3|6138638
                    01 Shany for Arethusa.mp3|8286530
                The Decemberists-Castaways And Cutouts-10 - California One_Youth And
Beauty Brigade.m4a|9562208
                The Decemberists-Castaways And Cutouts-09 - Clementine.m4a|4028864
                The Decemberists-Castaways And Cutouts-08 - The Legionnaire's
Lament.m4a|4630642
                The Decemberists-Castaways And Cutouts-07 - Grace Cathedral
Hill.m4a|4366520
                The Decemberists-Castaways And Cutouts-06 - Cocoon.m4a|6633552
                The Decemberists-Castaways And Cutouts-05 - Odalisque.m4a|5210740
                The Decemberists-Castaways And Cutouts-04 - A Cautionary
Song.m4a|3091521
                The Decemberists-Castaways And Cutouts-03 - July, July!.m4a|2838145
                The Decemberists-Castaways And Cutouts-02 - Here I Dreamt I Was An
Architect.m4a|4376288
                The Decemberists-Castaways And Cutouts-01 - Leslie Anne
Levine.m4a|4113199
          Nick Drake
                Pink Moon
                        Pink Moon.mp3|3023853
                    11 From the Morning.mp3|3340121
                    10 Harvest Breed.mp3|2289473
                    09 Ride.mp3|4077806
                    08 Parasite.mp3|4669222
                    07 Know.mp3|3256516
                    06 Things Behind the Sun.mp3|5086672
                    05 Horn.mp3|2009953
                    04 Which Will.mp3|3908539
                    03 Road.mp3|2789447
                    02 Place to Be.mp3|3605519
                Way To Blue (An Introduction To Nick Drake)
                                Page 36
```

```
                        ShareListing.txt
        16 Fruit Tree.m4a|4629536
        15 Black Eyed Dog.m4a|3319712
        14 Pink Moon.m4a|2003270
        13 Time Has Told Me.m4a|4280391
        12 Hazey Jane II.m4a|3475039
        11 Which Will.m4a|2872810
        10 Northern Sky.m4a|3633286
        09 One Of These Things First.m4a|4687424
        08 From The Morning.m4a|2457901
        07 Time Of No Reply.m4a|2407933
        06 Poor Boy.m4a|5937069
        05 River Man.m4a|4165636
        04 Things Behind The Sun.m4a|3800289
        03 Way To Blue.m4a|3059737
        02 Hazey Jane I.m4a|4330237
        01 Cello Song.m4a|4627463
Live KAOS
        Live_KAOS_23-Brain_Damage-Eclipse.mp3|3214300
        Live_KAOS_22-Four_Minutes.mp3|2921937
        Live_KAOS_21-Home.mp3|3026218
        Live_KAOS_20-Nobody_Nome.mp3|1940569
        Live_KAOS_19-Another_Brick_In_The_Wall_(Part_2).mp3|2206182
        Live_KAOS_18-Happiest_Days_Of_Our_Lives.mp3|747505
        Live_KAOS_16-Not_Now_John.mp3|2093960
        Live_KAOS_15-Every_Stranger's_Eyes.mp3|2099185
        Live_KAOS_14-If.mp3|1759802
        Live_KAOS_13-Arnold_Layne.mp3|991175
        Live_KAOS_12-The_Pros_&_Cons_Of_Hitch_Hitchiking.mp3|2106917
        Live_KAOS_11-Sunset_Strip.mp3|1884354
        Live_KAOS_10-The_Powers_That_Be.mp3|1820824
        Live_KAOS_09-Me_Or_Him.mp3|2358319
        Live_KAOS_08-Molly's_Song.mp3|1474545
        Live_KAOS_07-Mother.mp3|3036667
        Live_KAOS_06-Wish_You_Were_Here.mp3|2332824
        Live_KAOS_05-In_The_Flesh.mp3|1905878
        Live_KAOS_04-Money.mp3|2863632
        Live_KAOS_03-Who_Needs_Information.mp3|2928416
        Live_KAOS_02-Welcome_To_The_Machine.mp3|3794427
        Live_KAOS_01-Radio_Waves.mp3|2116530
U2
        War
                U2 - Two Hearts Beat As One.mp3|5887879
                U2 - The Refugee.mp3|5353089
                U2 - Surrender.mp3|8079017
                U2 - Sunday Bloody Sunday.mp3|6776249
                U2 - Seconds.mp3|4625209
                U2 - Red Light.mp3|5484744
                U2 - Like A Song.mp3|8109115
                U2 - Drowning Man.mp3|6171872
                U2 - 40.mp3|3743731
        How to Dismantle an Atomic Bomb
                11-Yahweh.mp3|4195143
                10-Original Of The Species.mp3|4506104
                09-One Step Closer.mp3|3709474
                08-Crumbs From Your Table.mp3|4859698
                07-A Man And A Woman.mp3|4324710
                06-All Because Of You.mp3|3509272
                05-City Of Blinding Lights.mp3|5570228
                04-Love And Peace Or Else.mp3|4654062
                03-Sometimes You Cant Make It On Your Own.mp3|4946633
                02-Miracle Drug.mp3|3828592
                01-Vertigo.mp3|3116390
        Best of 1980-1990
```

```
                        ShareListing.txt
        U2 - With or Without You.mp3|4817149
        U2 - Where the Streets Have.mp3|4464434
        U2 - When Love Comes to Tow.mp3|4165217
        U2 - The Unforgettable Fire.mp3|4766225
        U2 - Sweetest Thing _The Si.mp3|2957900
        U2 - Sunday Bloody Sunday.mp3|4548025
        U2 - Pride _In the Name of.mp3|3706799
        U2 - New Year_s Day.mp3|4177337
        U2 - I Will Follow.mp3|3513702
        U2 - I Still Haven_t Found.mp3|4532979
        U2 - Desire.mp3|2903565
        U2 - Bad.mp3|5663433
        U2 - Angel of Harlem.mp3|3712232
        U2 - All I Want Is You.mp3|9537413
    Best of 1980-1990_B-Sides (2 of 2)
        U2 - Walk to the Water.mp3|4664218
        U2 - Unchained Melody.mp3|4742794
        U2 - Trash_ Trampoline and.mp3|2485272
        U2 - The Three Sunrises.mp3|3786629
        U2 - Sweetest Thing.mp3|2987575
        U2 - Spanish Eyes.mp3|3173149
        U2 - Silver and Gold.mp3|4512123
        U2 - Luminous Times _Hold o.mp3|4478268
        U2 - Love Comes Tumbling.mp3|4558892
        U2 - Hallelujah Here She Co.mp3|3909885
        U2 - Everlasting Love.mp3|3270073
        U2 - Endless Deep.mp3|2903983
        U2 - Dancing Barefoot.mp3|4642484
        U2 - Bass Trap.mp3|3440601
        U2 - A Room at the Heartbre.mp3|4426859
    Joshua Tree
        U2 - With Or Without You.mp3|7160071
        U2 - Where The Streets Have.mp3|8134971
        U2 - Trip Through Your Wire.mp3|5147601
        U2 - Running To Stand Still.mp3|6259162
        U2 - Red Hill Mining Town.mp3|7099258
        U2 - One Tree Hill.mp3|6849730
        U2 - Mothers Of The Disappe.mp3|7491601
        U2 - In Gods Country.mp3|4301854
        U2 - I Still Havent Found W.mp3|6737537
        U2 - Exit.mp3|7084069
        U2 - Bullet The Blue Sky.mp3|6581406
All That You Can't Leave Behind
        11 Grace.mp3|7937367
        10 New York.mp3|7930473
        09 When I Look At The World.mp3|6188231
        08 Peace On Earth.mp3|6925495
        07 Wild Honey.mp3|5444035
        06 In A Little While.mp3|5264111
        05 Kite.mp3|6407013
        04 Walk On.mp3|7112316
        03 Elevation.mp3|5462842
        02 Stuck In A Moment You Ca.mp3|6538704
        01 Beautiful Day.mp3|5957501
The Darkness
    How Dare You Call This Love__The Best of
        The Best of Me.m4p|3627700
        How Dare You Call This Love_.m4p|4013380
    The Darkness-Permission To Land-10 - Holding My Own.m4a|4797832
    The Darkness-Permission To Land-09 - Love On The Rocks With No
Ice.m4a|5767164
    The Darkness-Permission To Land-08 - Friday Night.m4a|2868610
    The Darkness-Permission To Land-07 - Stuck In A Rut.m4a|3218570
                        Page 38
```

```
                            ShareListing.txt
              The Darkness-Permission To Land-06 - Givin' Up.m4a|3491539
              The Darkness-Permission To Land-05 - Love Is Only A
Feeling.m4a|4201207
              The Darkness-Permission To Land-04 - I Believe In A Thing Called
Love.m4a|3520906
              The Darkness-Permission To Land-03 - Growing On Me.m4a|3399510
              The Darkness-Permission To Land-02 - Get Your Hands Off My
Woman.m4a|2709512
              The Darkness-Permission To Land-01 - Black Shuck.m4a|3254246
        Modest Mouse
              The Lonesome Crowded West
                    15 Styrofoam Boots_It's All Nice On Ice, Alright.mp3|9918592
                    14 Bankrupt On Selling.mp3|4173952
                    13 Polar Opposites.mp3|5042304
                    12 Truckers Atlas.mp3|15784064
                    11 Shit Luck.mp3|3426432
                    10 Long Distance Drunk.mp3|5345408
                    09 Out Of Gas.mp3|3631232
                    08 Trailer Trash.mp3|8392832
                    07 Cowboy Dan.mp3|8999040
                    06 Doin' The Cockroach.mp3|6213760
                    05 Jesus Christ Was An Only Child.mp3|3754112
                    04 Lounge (Closing Time).mp3|10174592
                    03 Convenient Parking.mp3|5963904
                    02 Heart Cooks Brain.mp3|5832832
                    01 Teeth Like God's Shoeshine.mp3|9922688
              The Fruit That Ate Itself
                    The Fruit that Ate Itself.mp3|3148399
                    Summer.mp3|3078427
                    Dirty Fingernails.mp3|3200141
              The Good Times are Killing Me (Alternate
                    I've Got It All(most).m4p|3107357
              Building Nothing Out of Something
                    12 Other People's Lives.mp3|10332288
                    11 Whenever You Breathe Out, I Breathe In (Positive
Negative).mp3|7645312
                    10 Grey Ice Water.mp3|7325824
                    09 Sleepwalking.mp3|4894880
                    08 A Life of Artic Sounds.mp3|3586176
                    07 Baby Blue Sedan.mp3|5879936
                    06 All Night Diner.mp3|6826112
                    05 Workin' on Leavin' the Livin'.mp3|9609344
                    04 Medication.mp3|7245952
                    03 Broke.mp3|4786304
                    02 Interstate 8.mp3|6703232
                    01 Never Ending Math Equation.mp3|4890752
              Sad Sappy Sucker
                    Wood Grain.mp3|485504
                    Path Of Least Resistance.mp3|452768
                    It Always Rains On A Picnic.mp3|2912384
                    Dukes Up.mp3|2316416
                    Classy Plastic Lumber.mp3|1972352
                    BMX Crash.mp3|456832
                    Blue Cadet-3 Do You Connect.mp3|1112192
                    Black Blood And Old New Agers.mp3|471168
                    Australopithecus.mp3|477422
              This Is A Long Drive For Someone With No
                    16 Space Travel Is Boring.mp3|1826816
                    12 Ohio.mp3|5793792
              The Moon and Antarctica
                    wild packs of family dogs.mp3|1687598
                    What People Are Made Of.mp3|2149634
                    Tiny Cities Made of Ash.mp3|3582038
                            Page 39
```

```
                        ShareListing.txt
            the stars are projectors.mp3|8435380
            the cold part.mp3|4847618
            Perfect Disguise.mp3|2615716
            Lives.mp3|3171700
            Life Like Weeds.mp3|6237902
            Gravity Rides Everything.mp3|4191840
            dark center of the universe.mp3|4873114
            Alone Down There.mp3|2302665
            A Different City.mp3|3040363
            12 I Came As A Rat.mp3|4569088
            01 Third Planet.mp3|3852288
    The Moon And Antarctica [Remastered]
            19 Tiny Cities Made Of Ashes [BBC Ra.mp3|5152899
            18 Custom Concern (Instrumental) [BB.mp3|3078327
            17 Perfect Disguise [BBC Radio 1 Ses.mp3|4540202
            16 3rd Planet [BBC Radio 1 Session].mp3|6167849
    Sad Sappy Sucker2
            24 Sin Gun Chaser.mp3|444416
            22 SWY.mp3|477184
            20 Sucker Bet.mp3|1275904
            17 5-4-3-2-1 Lipsoff.mp3|487424
            16 Call to Dial-a-Song.mp3|512000
            14 Secret Agent X-9.mp3|1161327
            13 Red Hand Cage.mp3|2516992
            12 Race Car Grin You Ain't No Landma.mp3|1181696
            11 Mice Eat Cheese.mp3|2349056
            10 Every Penny Fed Car.mp3|2988032
            09 Think Long.mp3|1122304
            06 Path of Least Resistance.mp3|452608
            05 From Point A to Point B.mp3|2822144
            04 Classy Plastic Lumber.mp3|1970176
            03 Wagon Ride Return.mp3|776192
            02 Four Fingered Fisherman.mp3|2367488
            01 Worms vs. Birds.mp3|2136192
    Interstate 8
            Sleepwalking (couples only).mp3|3248351
    2004 - Baron Von Bullshit Rides Again
            Modest Mouse - 10 - The Good Times Are Killing
Me.mp3|8223633
            Modest Mouse - 09 - Interstate 8.mp3|7200487
            Modest Mouse - 08 - Bankrupt on Selling.mp3|4665574
            Modest Mouse - 07 - Doin' the Cockroach.mp3|13848500
            Modest Mouse - 06 - I Came as a Rat.mp3|11384820
            Modest Mouse - 05 - Paper Thin Walls.mp3|7806936
            Modest Mouse - 04 - Broke.mp3|6238446
            Modest Mouse - 03 - Wild Packs of Family Dogs.mp3|3574722
            Modest Mouse - 02 - Never Ending Math Equation.mp3|6472199
            Modest Mouse - 01 - 3rd Planet.mp3|9756407
    Unknown Album
            paper thin walls.mp3|2893871
            Heart Cooks Brain.mp3|3334144
            Float on.mp3|5487179
    Good News For People Who Love Bad News
            16 The Good Times Are Killing Me.mp3|5185706
            15 One Chance.mp3|3682601
            14 Black Cadillacs.mp3|3318459
            13 Blame It On The Tetons.mp3|6555038
            11 Satin In A Coffin.mp3|3209269
            10 The View.mp3|5053505
            09 The Devil's Work Day.mp3|2824749
            08 Bukowski.mp3|5165308
            07 Dancehall.mp3|3603187
            06 Burymewithit.mp3|4627712
                        Page 40
```

ShareListing.txt
05 Dig Your Grave.mp3|311241
04 The Ocean Breathes Salty.mp3|4570777
03 Float On.mp3|4214974
02 World At Large.mp3|5495502
01 Horn Intro.mp3|245408
This Is a Long Drive for Someone With Nothing to Think About
16 Space Travel Is Boring Modest Mouse This Is a Long Drive
for Someone With Nothing to Think About.mp3|1825780
15 Make Everyone Happy-Mechanical Birds Modest Mouse This Is
a Long Drive for Someone With Nothing to Think About.mp3|5832741
14 Talking Shit About a Pretty Sunset Modest Mouse This Is a
Long Drive for Someone With Nothing to Think About.mp3|5610807
13 Exit Does Not Exist Modest Mouse This Is a Long Drive for
Someone With Nothing to Think About.mp3|4765708
12 Ohio Modest Mouse This Is a Long Drive for Someone With
Nothing to Think About.mp3|5794177
11 Tundra-Desert Modest Mouse This Is a Long Drive for
Someone With Nothing to Think About.mp3|5201228
10 Novocain Stain Modest Mouse This Is a Long Drive for
Someone With Nothing to Think About.mp3|3570350
09 Dog Paddle Modest Mouse This Is a Long Drive for Someone
With Nothing to Think About.mp3|1966228
08 Head South Modest Mouse This Is a Long Drive for Someone
With Nothing to Think About.mp3|4195204
07 The Ionizes & Atomizes Modest Mouse This Is a Long Drive
for Someone With Nothing to Think About.mp3|4183907
06 Beach Side Property Modest Mouse This Is a Long Drive for
Someone With Nothing to Think About.mp3|6714235
05 Lounge Modest Mouse This Is a Long Drive for Someone With
Nothing to Think About.mp3|6292802
04 Might Modest Mouse This Is a Long Drive for Someone With
Nothing to Think About.mp3|1463702
03 Custom Concern Modest Mouse This Is a Long Drive for
Someone With Nothing to Think About.mp3|4291749
02 Breakthrough Modest Mouse This Is a Long Drive for
Someone With Nothing to Think About.mp3|3952368
01 Dramamine Modest Mouse This Is a Long Drive for Someone
With Nothing to Think About.mp3|5474578
1996 - interstate 8
modest mouse - interstate 8.sfv.sfv|1586
Modest Mouse - 11 - Edit the Sad Parts.mp3|10098688
Modest Mouse - 10 - Whenever You Breathe Out, I Breathe in
(Positive Negative).mp3|6301877
Modest Mouse - 09 - Broke.mp3|4237941
Modest Mouse - 08 - Novocain Stain.mp3|5024131
Modest Mouse - 07 - Buttons to Push the Buttons.mp3|3440640
Modest Mouse - 06 - Beach Side Property.mp3|12144907
Modest Mouse - 05 - Edit the Sad Parts.mp3|13758464
Modest Mouse - 04 - Tundra-Desert.mp3|7755702
Modest Mouse - 03 - Sleepwalking.mp3|4863006
Modest Mouse - 02 - All Night Diner.mp3|6837239
Modest Mouse - 01 - Interstate 8.mp3|6680501
Talking Heads - Stop Making Sense
Talking Heads-Stop Making Sense [Special Edition]-16 - Crosseyed and
Painless.mp3|5939286
Talking Heads-Stop Making Sense [Special Edition]-15 - Take Me to
the River.mp3|5330320
Talking Heads-Stop Making Sense [Special Edition]-14 - Girlfriend Is
Better.mp3|4905673
Talking Heads-Stop Making Sense [Special Edition]-13 - Genius of
Love [Tom Tom Club].mp3|4335577
Talking Heads-Stop Making Sense [Special Edition]-12 - Once in a
Lifetime.mp3|5212037

ShareListing.txt

           Talking Heads-Stop Making Sense [Special Edition]-11 - This Must Be
the Place (Naive Melody).mp3|4758552
           Talking Heads-Stop Making Sense [Special Edition]-10 - What a Day
That Was.mp3|5772938
           Talking Heads-Stop Making Sense [Special Edition]-09 -
Swamp.mp3|4325964
           Talking Heads-Stop Making Sense [Special Edition]-08 - Making Flippy
Floppy.mp3|4487296
           Talking Heads-Stop Making Sense [Special Edition]-07 - Life During
Wartime.mp3|5624145
           Talking Heads-Stop Making Sense [Special Edition]-06 - Burning Down
the House.mp3|3943531
           Talking Heads-Stop Making Sense [Special Edition]-05 - Slippery
People.mp3|3858267
           Talking Heads-Stop Making Sense [Special Edition]-04 - Found a
Job.mp3|3128929
           Talking Heads-Stop Making Sense [Special Edition]-03 - Thank You for
Sending Me an Angel.mp3|2079433
           Talking Heads-Stop Making Sense [Special Edition]-02 -
Heaven.mp3|3538947
           Talking Heads-Stop Making Sense [Special Edition]-01 - Psycho
Killer.mp3|4241536
       Frank Zappa
           Zappa Frank   The Mothers of Invention - Youre Probably Wondering Why
Im Here.mp3|5239090
           Zappa Frank   The Mothers of Invention - You Didnt Try to Call
Me.mp3|4775141
           Zappa Frank   The Mothers of Invention - Wowie Zowie.mp3|4164489
           Zappa Frank   The Mothers of Invention - Why Dontcha Do Me
Right.mp3|3773925
           Zappa Frank   The Mothers of Invention - Who Are the Brain
Police.mp3|5129989
           Zappa Frank   The Mothers of Invention - Uncle Bernies
Farm.mp3|3143220
           Zappa Frank   The Mothers of Invention - Trouble Every
Day.mp3|8404483
           Zappa Frank   The Mothers of Invention - The Return of the Son of
Monster Magnet.mp3|17697619
           Zappa Frank   The Mothers of Invention - The Duke Regains His
Chops.mp3|2714400
           Zappa Frank   The Mothers of Invention - The Duke of
Prunes.mp3|3204031
           Zappa Frank   The Mothers of Invention - Status Back Baby.mp3|4182054
           Zappa Frank   The Mothers of Invention - Son of Suzy
Creamcheese.mp3|2263002
           Zappa Frank   The Mothers of Invention - SoftSell
Conclusion.mp3|2418479
           Zappa Frank   The Mothers of Invention - Plastic People.mp3|5343769
           Zappa Frank   The Mothers of Invention - Motherly Love.mp3|3977036
           Zappa Frank   The Mothers of Invention - It Cant Happen
Here.mp3|5681064
           Zappa Frank   The Mothers of Invention - Invocation  Ritual Dance of
the Young Pumpkin.mp3|10090981
           Zappa Frank   The Mothers of Invention - Im Not Satisfied.mp3|3816545
           Zappa Frank   The Mothers of Invention - I Aint Got No
Heart.mp3|3731910
           Zappa Frank   The Mothers of Invention - Hungry Freaks
Daddy.mp3|5030927
           Zappa Frank   The Mothers of Invention - How Could I Be Such a
Fool.mp3|3203407
           Zappa Frank   The Mothers of Invention - Help Im a Rock.mp3|6800773
           Zappa Frank   The Mothers of Invention - Go Cry on Somebody Elses
Shoulder.mp3|5299898

```
                                    ShareListing.txt
              Zappa Frank  The Mothers of Invention - Call Any
Vegetable.mp3|3248543
              Zappa Frank  The Mothers of Invention - Brown Shoes Dont Make
It.mp3|10806925
              Zappa Frank  The Mothers of Invention - Big Leg Emma.mp3|3635359
              Zappa Frank  The Mothers of Invention - Any Way the Wind
Blows.mp3|4222805
              Zappa Frank  The Mothers of Invention - Amnesia Vivace.mp3|1476810
              Zappa Frank  The Mothers of Invention - America Drinks.mp3|2718150
              Zappa Frank  The Mothers of Invention - America Drinks  Goes
Home.mp3|3967024
              Frank Zappa-Joe's Garage (Disc 2)-07 - A Little Green
Rosetta.m4a|8008648
              Frank Zappa-Joe's Garage (Disc 2)-06 - Watermelon In Easter
Hay.m4a|8826194
              Frank Zappa-Joe's Garage (Disc 2)-05 - Packard Goose.m4a|11191013
              Frank Zappa-Joe's Garage (Disc 2)-04 - He Used To Cut The
Grass.m4a|8339902
              Frank Zappa-Joe's Garage (Disc 2)-03 - Outside Now.m4a|5661095
              Frank Zappa-Joe's Garage (Disc 2)-02 - Keep It Greasey.m4a|8123877
              Frank Zappa-Joe's Garage (Disc 2)-01 - Dong Work For
Yuda.m4a|4917513
              Frank Zappa-Joe's Garage (Disc 1)-12 - Sy Borg.m4a|8674784
              Frank Zappa-Joe's Garage (Disc 1)-11 - Stick It Out.m4a|4438281
              Frank Zappa-Joe's Garage (Disc 1)-10 - A Token Of My
Extreme.m4a|5336737
              Frank Zappa-Joe's Garage (Disc 1)-09 - Scrutinizer
Postlude.m4a|1570951
              Frank Zappa-Joe's Garage (Disc 1)-08 - Lucille Has Messed My Mind
Up.m4a|5552422
              Frank Zappa-Joe's Garage (Disc 1)-07 - Why Does It Hurt When I
Pee_.m4a|2342540
              Frank Zappa-Joe's Garage (Disc 1)-06 - On The Bus.m4a|4401775
              Frank Zappa-Joe's Garage (Disc 1)-05 - Fembot In A Wet
T-Shirt.m4a|4607592
              Frank Zappa-Joe's Garage (Disc 1)-04 - Crew Slut.m4a|6443951
              Frank Zappa-Joe's Garage (Disc 1)-03 - Catholic Girls.m4a|4205073
              Frank Zappa-Joe's Garage (Disc 1)-02 - Joe's Garage.m4a|5990439
              Frank Zappa-Joe's Garage (Disc 1)-01 - The Central
Scrutinizer.m4a|3387638
              Frank Zappa and The Mothers of Invention - Who Needs The Peace
Corps.mp3|3700736
              Frank Zappa and The Mothers of Invention - Whats The Ugliest Part Of
Your Body.mp3|1515520
              Frank Zappa and The Mothers of Invention - Whats The Ugliest Part Of
Your Body reprise.mp3|1499136
              Frank Zappa and The Mothers of Invention - The Idiot Bastard
Son.mp3|4773888
              Frank Zappa and The Mothers of Invention - The Chrome Plated
Megaphone Of Destiny.mp3|9244672
              Frank Zappa and The Mothers of Invention - Telephone
Conversation.mp3|1175552
              Frank Zappa and The Mothers of Invention - Take Your Clothes Off
When You Dance.mp3|2228224
              Frank Zappa and The Mothers of Invention - Nasal Retentive Calliope
Music.mp3|2953216
              Frank Zappa and The Mothers of Invention - Mother People.mp3|3510272
              Frank Zappa and The Mothers of Invention - Mom  Dad.mp3|3274752
              Frank Zappa and The Mothers of Invention - Lonely Little
Girl.mp3|1677354
              Frank Zappa and The Mothers of Invention - Lets Make The Water Turn
Black.mp3|2914304
              Frank Zappa and The Mothers of Invention - Hot Poop.mp3|643072
                                       Page 43
```

```
                              ShareListing.txt
              Frank Zappa and The Mothers of Invention - Harry Youre A
Beast.mp3|1951744
              Frank Zappa and The Mothers of Invention - Flower Punk.mp3|4407296
              Frank Zappa and The Mothers of Invention - Concentration
Moon.mp3|3414016
              Frank Zappa and The Mothers of Invention - Bow Tie Daddy.mp3|800768
              Frank Zappa and The Mothers of Invention - Are You Hung
Up.mp3|2029568
              Frank Zappa and The Mothers of Invention - Absolutely
Free.mp3|4909056
              Frank Zappa - Zig Zag Wanderer.mp3|2562216
              Frank Zappa - Yellow Brick Road.mp3|2374135
              Frank Zappa - While You Were Art II.mp3|7027681
              Frank Zappa - Where Theres Woman.mp3|2073622
              Frank Zappa - Valley Girl.m4a|4700882
              Frank Zappa - Uncle Remus.mp3|2642257
              Frank Zappa - Trust Us Take 9.mp3|7079937
              Frank Zappa - Trouble Every Day.m4a|5655134
              Frank Zappa - The Beltway Bandits.mp3|3328323
              Frank Zappa - Tell Me You Love Me.m4a|2500374
              Frank Zappa - Sure Nuff N Yes I Do.mp3|2168880
              Frank Zappa - StinkFoot.mp3|6294384
              Frank Zappa - St Etienne.mp3|6191335
              Frank Zappa - St Alphonzos Pancake Breakfast.mp3|1782933
              Frank Zappa - Sexual Harassment In The Workplace.m4a|3614126
              Frank Zappa - San Berdino.m4a|5783762
              Frank Zappa - Safe as Milk Take 5.mp3|4058055
              Frank Zappa - Plastic Factory.mp3|3018584
              Frank Zappa - Peaches En Regalia.m4a|3524162
              Frank Zappa - On Tomorrow.mp3|6671591
              Frank Zappa - Night School.mp3|4690027
              Frank Zappa - Nanook Rubs It.mp3|4458708
              Frank Zappa - My Guitar Wants To Kill Your Mama.m4a|3437224
              Frank Zappa - Muffin Man.m4a|5402155
              Frank Zappa - Montana Single Version.m4a|4664067
              Frank Zappa - Massaggio Galore.mp3|2447313
              Frank Zappa - Lets Make The Water Turn Black.m4a|1993586
              Frank Zappa - Korn Ring Finger.mp3|7145557
              Frank Zappa - Joes Garage Single Version.m4a|4035666
              Frank Zappa - Jazz From Hell.mp3|2883609
              Frank Zappa - Im The Slime.m4a|3486609
              Frank Zappa - Im Glad.mp3|3382670
              Frank Zappa - GSpot Tornado.mp3|3164896
              Frank Zappa - Grown So Ugly.mp3|2358625
              Frank Zappa - Flower Pot.mp3|3771790
              Frank Zappa - Fine Girl.m4a|3410386
              Frank Zappa - Father OBlivion.mp3|2220118
              Frank Zappa - Excentrifugal Forz.mp3|1869966
              Frank Zappa - Electricity.mp3|3000656
              Frank Zappa - Dropout Boogie.mp3|2436411
              Frank Zappa - Dont Eat the Yellow Snow.mp3|913160
              Frank Zappa - Dont Eat The Yellow Snow Single Version.m4a|3484171
              Frank Zappa - Disco Boy.m4a|4995520
              Frank Zappa - Dirty Love.m4a|2898219
              Frank Zappa - Dirty Blue Gene.mp3|2619477
              Frank Zappa - Dancin Fool.m4a|3627253
              Frank Zappa - Damp Ankles.mp3|3605004
              Frank Zappa - Cosmik Debris.mp3|4077529
              Frank Zappa - Cosmik Debris.m4a|4118772
              Frank Zappa - Catholic Girls Live.mp3|3916498
              Frank Zappa - Call on Me.mp3|2513733
              Frank Zappa - Big Black Baby Shoes.mp3|4649505
              Frank Zappa - Be In My Video.m4a|3559486
                                 Page 44
```

```
                              ShareListing.txt
              Frank Zappa - Autumns Child.mp3|3878370
              Frank Zappa - Apostrophe.mp3|5643053
              Frank Zappa - Advance Romance.mp3|10842918
              Frank Zappa - Abba Zaba.mp3|2630344
              Frank Zappa                    - Zomby Woof Live
.mp3|5425195
              Frank Zappa                    - You Are What You Is
.mp3|4343517
              Frank Zappa                    - We Are Not Alone
.mp3|3185770
              Frank Zappa                    - The Mudshark Interview
.mp3|2552562
              Frank Zappa                    - Muffin Man
.mp3|5343693
              Frank Zappa                    - Man With The Woman Head
.mp3|1424490
              Frank Zappa                    - Joes Garage Live
.mp3|2249541
              Frank Zappa                    - I Could Be A Star Now
.mp3|563494
              Frank Zappa                    - Going For The Money
.mp3|228290
              Frank Zappa                    - Debra Kadabra
.mp3|3752522
              Frank Zappa                    - Cucamonga
.mp3|2313489
              Frank Zappa                    - Cheap Thrills
.mp3|2377855
              Frank Zappa                    - Carolina Hard Core Ecstasy
.mp3|5756637
              Frank Zappa                    - Bobby Brown Goes Down Live
.mp3|2547128
              Frank Zappa                    - 200 Years Old
.mp3|4363161
              Frank Zappa                    -
.mp3|3234671
        Rage Against the Machine
              Evil Empire
                    11 Year of tha Boomerang.mp3|9610118
                    10 Roll Right.mp3|10504707
                    09 Wind Below.mp3|14033158
                    08 Without a Face.mp3|8682407
                    07 Down Rodeo.mp3|12836917
                    06 Tire Me.mp3|7216408
                    05 Snake Charmer.mp3|9437867
                    04 Revolver.mp3|13210989
                    03 Vietnow.mp3|11188943
                    02 Bulls on Parade.mp3|9263204
                    01 People of the Sun.mp3|6020010
              Renegades [Australia Bonus Tracks]
                    02 Pistol Grip Pump.mp3|7952964
              Renegades
                    14 How I Could Just Kill A.mp3|10826510
                    13 Kick Out The Jams _Live_.mp3|10877768
                    12 Maggie_s Farm.mp3|16589170
                    11 Street Fighting Man.mp3|11301992
                    10 Down on the Street.mp3|8768113
                    09 The Ghost of Tom Joad.mp3|13548523
                    08 How I Could Just Kill a.mp3|9806624
                    07 In My Eyes.mp3|6989687
                    06 I_m Housin_.mp3|11882945
                    05 Beautiful World.mp3|6216468
                    04 Renegades of Funk.mp3|11031234
                              Page 45
```

```
                    ShareListing.txt
           03 Kick out the Jams.mp3|7681417
           01 Microphone_Fiend.mp3|12084616
        Rage Against The Machine-The Battle Of Los Angeles-12 - War Within A
Breath.m4a|3523361
        Rage Against The Machine-The Battle Of Los Angeles-11 - Ashes In The
Fall.m4a|4483439
        Rage Against The Machine-The Battle Of Los Angeles-10 - New
Millenium Homes.m4a|3650395
        Rage Against The Machine-The Battle Of Los Angeles-09 - Voice Of The
Voiceless.m4a|2477773
        Rage Against The Machine-The Battle Of Los Angeles-08 -
Maria.m4a|3701184
        Rage Against The Machine-The Battle Of Los Angeles-07 - Born As
Ghosts.m4a|3284128
        Rage Against The Machine-The Battle Of Los Angeles-06 - Born Of A
Broken Man.m4a|4551061
        Rage Against The Machine-The Battle Of Los Angeles-05 - Sleep Now In
The Fire.m4a|3341734
        Rage Against The Machine-The Battle Of Los Angeles-04 - Mic
Check.m4a|3472534
        Rage Against The Machine-The Battle Of Los Angeles-03 - Calm Like A
Bomb.m4a|4840145
        Rage Against The Machine-The Battle Of Los Angeles-02 - Guerilla
Radio.m4a|3349050
        Rage Against The Machine-The Battle Of Los Angeles-01 -
Testify.m4a|3418844
        Rage Against The Machine-Rage Against The Machine-10 -
Freedom.m4a|5931322
        Rage Against The Machine-Rage Against The Machine-09 - Township
Rebellion.m4a|5253176
        Rage Against The Machine-Rage Against The Machine-08 - Fistful Of
Steel.m4a|5361270
        Rage Against The Machine-Rage Against The Machine-07 - Wake
Up.m4a|5897125
        Rage Against The Machine-Rage Against The Machine-06 - Know Your
Enemy.m4a|4786187
        Rage Against The Machine-Rage Against The Machine-05 - Bullet In The
Head.m4a|5014244
        Rage Against The Machine-Rage Against The Machine-04 - Settle For
Nothing.m4a|4671925
        Rage Against The Machine-Rage Against The Machine-03 - Take The
Power Back.m4a|5458707
        Rage Against The Machine-Rage Against The Machine-02 - Killing In
The Name.m4a|5087366
        Rage Against The Machine-Rage Against The Machine-01 -
Bombtrack.m4a|3966449
        House of the Rising Sun.mp3|4351372
   Hey
        Fire
           17. Teksanski.mp3|2531328
   Fairport Convention
        1969 - unhalfbricking
             fairport convention - unhalfbricking front.jpg|3646679
             Fairport Convention - 08 - Million Dollar Bash.mp3|4243876
             Fairport Convention - 07 - Percy's Song.mp3|9984128
             Fairport Convention - 06 - Who Knows Where the Time
Goes.mp3|7532797
             Fairport Convention - 05 - Cajun Woman.mp3|3967396
             Fairport Convention - 04 - A Sailor's Life.mp3|16339406
             Fairport Convention - 03 - Autopsy.mp3|6409950
             Fairport Convention - 02 - Si Tu Dois Partir.mp3|3500327
             Fairport Convention - 01 - Genesis Hall.mp3|5313434
   Tchaikovsky
```

```
                              ShareListing.txt
            BSO
                    Tchaikovsky - Violin Concer.mp3|17615269
                    Tchaikovsky - Finale _Alleg.mp3|9556765
                    Tchaikovsky - Canzonetta _A.mp3|5855402
        Ace of Base
            Ace Of Base-The Sign-12 - All That She Wants (Banghra
Version).m4a|4129174
                Ace Of Base-The Sign-11 - My Mind (Mindless Mix).m4a|4077161
                Ace Of Base-The Sign-10 - Voulez-Vous Danser.m4a|3252389
                Ace Of Base-The Sign-09 - Happy Nation.m4a|4156295
                Ace Of Base-The Sign-08 - Waiting For Magic (Total Remix
7_).m4a|3781804
                Ace Of Base-The Sign-07 - Wheel Of Fortune.m4a|3798150
                Ace Of Base-The Sign-06 - Dancer In A Daydream.m4a|3561121
                Ace Of Base-The Sign-05 - Living In Danger.m4a|3632081
                Ace Of Base-The Sign-04 - The Sign.m4a|3130902
                Ace Of Base-The Sign-03 - Young And Proud.m4a|3841618
                Ace Of Base-The Sign-02 - Don't Turn Around.m4a|3759512
                Ace Of Base-The Sign-01 - All That She Wants.m4a|3487932
                Ace Of Base - Its A Beautif.mp3|3663261
        Migala
            2004 - la increible aventura
                    Migala - 10 - Lecciones De Vuelo Con Mathias
Rust.mp3|12427586
                    Migala - 09 - Tucson, Game-Over.mp3|5425474
                    Migala - 08 - Sonnenwende.mp3|3166530
                    Migala - 07 - El Gran Miercoles.mp3|8239426
                    Migala - 06 - You Star, Strangled.mp3|4608322
                    Migala - 05 - Mp3.mp3|1132979
                    Migala - 04 - Www (Searching For the Wicked with of the
West).mp3|5763394
                    Migala - 03 - El Tigre Que Hay En Ti.mp3|5186154
                    Migala - 02 - Dear Fear-.mp3|5414975
                    Migala - 01 - El Imperio Del Mal.mp3|5787385
        The Lord Of The Rings
            Fellowship Of The Ring
                    18 17-the_breaking_of_the_fell.m4a|17729355
                    17 16-amon_hen.m4a|12156995
                    16 15-the_great_river.m4a|6568778
                    15 14-lothlorien.m4a|11020204
                    13 12-a_journey_in_the_dark.m4a|10471637
                    12 11-the_ring_goes_south.m4a|4978050
                    11 10-the_council_of_elrond_-_.m4a|9224640
                    10 09-many_meetings.m4a|7477539
                    09 08-flight_to_the_ford.m4a|10257962
                    08 07-a_knife_in_the_dark.m4a|8633374
                    07 06-at_the_sign_of_the_pranc.m4a|7820652
                    06 05-the_black_rider.m4a|6781859
                    05 04-the_treason_of_isengard.m4a|9685495
                    04 03-the_shadow_of_the_past.m4a|8579805
                    03 02-concerning_hobbits.m4a|7060511
                    02 01-the_prophecy.m4a|9417517
        The Charlie Daniel's Band
            No album info
                    Daniel_s Band_ Charlie - De.mp3|3439511
        Black Rebel Motorcycle Club
            B.R.M.C_
                    11 Salvation.mp3|7327110
                    10 Head Up High.mp3|6715847
                    09 Spread Your Love.mp3|4510593
                    08 Too Real.mp3|5911793
                    07 Rifles.mp3|6598812
                    06 As Sure As The Sun.mp3|8949844
                              Page 47
```

```
                        ShareListing.txt
          05 White Palms.mp3|5913364
          04 Awake.mp3|7444656
          03 Whatever Happened To My Rock & Roll.mp3|5567004
          02 Red Eyes And Tears.mp3|4805779
          01 Love Burns.mp3|4913395
   The Avalanches
        Since I Left You
          18 Extra Kings.mp3|11992722
          17 Live At Dominoes.mp3|10834980
          16 Little Journey.mp3|3099389
          15 Summer Crane.mp3|8924902
          14 Etoh.mp3|9697283
          13 Frontier Psychiatrist.mp3|9234201
          12 Pablo's Cruise.mp3|1680000
          10 Electricity.mp3|6707210
          09 A Different Feeling.mp3|8424193
          08 Diners Only.mp3|3021645
          07 Close To You.mp3|7549816
          06 Flight Tonight.mp3|7453687
          05 Avalanche Rock.mp3|755473
          04 Two Hearts In 3_4 Time.mp3|6477342
          03 Radio.mp3|8382383
          02 Stay Another Season.mp3|4504572
          01 Since I Left You.mp3|8335583
   paul oakenfold
        Essential Selection '98
          Liquid Child - Diving Faces.mp3|5433597
        Tranceport
          11 Transa - Enervate (Original Mix).m4a|6856328
          10 Lost Tribe - Gamemaster (Original Mix).m4a|7084339
          09 Paul Van Dyk - Words (For Love) (Original
Mix).m4a|5268589
          08 Binary Finary - 1998 (Original Mix - PVD Mix).m4a|4698382
          07 Energy 52 - Cafe Del Mar (Three N One Remix).m4a|7001376
          06 Agnelli + Nelson - El Nino (Matt Darey 12in.
Mix).m4a|7813828
          05 Ascension - Someone (Slacker And Original Vocal
Mix).m4a|8069499
          04 Gus Gus - Purple (Sasha V. The Light).m4a|8006891
          03 Tilt V. Paul Van Dyk - Rendezvous (Quadraphonic
Mix).m4a|3874901
          02 Three Drives On A Vinyl - Greece 2000 (Original
Mix).m4a|6321781
          01 The Dream Traveler - Time (Original Mix).m4a|6415325
        Unknown Album
          zoo york.mp3|7811626
          southern sun [solar stone's chill-o mix].mp3|12375223
          southern sun [gabriel & dresden's unplugged
mix].mp3|11942021
          southern sun [dj tiesto mix].mp3|14049060
          01 01 01 Paul Oakenfold - BT - Lovin.mp3|6588000
   Daedelus
        2004 - of snowdonia
          Daedelus - 13 - Hiraethus.mp3|3058311
          Daedelus - 12 - Was Waiting.mp3|5799707
          Daedelus - 11 - Overdressed.mp3|8751753
          Daedelus - 10 - Pocket Watch Pulse.mp3|3217040
          Daedelus - 09 - Dumbfound.mp3|3544711
          Daedelus - 08 - .mp3|8492375
          Daedelus - 07 - Telling Meaning.mp3|6163963
          Daedelus - 06 - Scaling Snowdon.mp3|6099951
          Daedelus - 05 - Shinkansen.mp3|3948920
          Daedelus - 04 - Taking Wing.mp3|2841746
                        Page 48
```

```
                            ShareListing.txt
                Daedelus - 03 - Aim True.mp3|4005968
                Daedelus - 02 - A Sneaking Suspicion.mp3|5997765
                Daedelus - 01 - Snowed in.mp3|3904405
        Sultans Of Swing (The Very Best Of Dire Straits) [UK]
            09 Money For Nothing Dire Straits Sultans Of Swing (The Very Best Of
Dire Straits) [UK].mp3|3997004
        Atmosphere
                God Loves Ugly
                    18 Shrapnel.mp3|8281567
                    17 Blamegame.mp3|5762319
                    16 One Of A Kind.mp3|4179303
                    15 Modern Man's Hustle.mp3|4507929
                    14 Godlovesugly (Reprise).mp3|2144373
                    13 A Girl Named Hope.mp3|2548743
                    12 Vampires.mp3|5159412
                    11 Breathing.mp3|3620278
                    10 Lovelife.mp3|4277518
                    09 Saves The Day.mp3|4444706
                    08 Flesh.mp3|4959832
                    07 A Song About A Friend.mp3|5325040
                    06 Godlovesugly.mp3|4607709
                    05 Hair.mp3|4040844
                    04 F_@K You Lucy.mp3|6630110
                    03 Give Me.mp3|4809369
                    02 The Bass And The Movement.mp3|4856407
                    01 Onemosphere.mp3|2745700
                Seven's Travels
                    19 Always Coming Back Home To You.mp3|11024255
                    18 In My Continental.mp3|5378149
                    17 Good Times (Sick Pimpin').mp3|5942394
                    16 Liquor Lyles Cool July.mp3|2901741
                    15 Denvermolorado.mp3|3835880
                    14 National Disgrace.mp3|6043749
                    13 Shoes.mp3|3641006
                    12 Lift Her Pull Her.mp3|7578182
                    11 Los Angeles.mp3|2690671
                    10 Cats Van Bags.mp3|4832712
                    09 Jason.mp3|946736
                    08 Suicidegirls.mp3|3220434
                    07 Apple.mp3|2391830
                    06 The Keys To Life Vs. 15 Minutes Of Fame.mp3|3170279
                    05 Gotta Lotta Walls.mp3|5728189
                    04 Reflections.mp3|5189021
                    03 Bird Sings Why The Caged I Know.mp3|3523454
                    02 Trying To Find A Balance.mp3|5149838
                    01 History.mp3|1692270
        Constantines
                Nighttime_Anytime (It's All Right)
                    01 Nighttime_Anytime (It's All Right).mp3|5121173
                Shine A Light
                    12 sub-domestic.mp3|5203245
                    11 tank commander (hung up in a warehouse town).mp3|5825200
                    10 tiger & crane.mp3|4650286
                    09 scoundrel babes.mp3|3940592
                    08 poison.mp3|5208880
                    07 On To You.mp3|5527213
                    07 on to you 1.mp3|6632034
                    06 goodbye baby & amen.mp3|7153030
                    05 young lions.mp3|5531132
                    04 insectivora.mp3|5684105
                    03 nighttime_anytime (it's alright).mp3|6082791
                    02 Shine a Light.mp3|6892232
                    01 national hum.mp3|4077821
                            Page 49
```

ShareListing.txt

The Constantines
            Young Offenders.mp3|3590161
            Hyacinth Blues.mp3|3277389
            Arizona.mp3|4078882
            12 To The Lullabies.mp3|2402432
            03 Some Party.mp3|3197056
The Modern Sinner Nervous Man
            03 Blind Luck.mp3|1566701
The Constantines (2001)
            08 Hyacinth Blues.mp3|4954156
Unknown Album
            Young offenders.mp3|3632987
            the constantines - Arizona.mp3|3016832
            Hyacinth blues.mp3|3356283
    ‾
            Steal This Sound.mp3|2739386
The Constantines - To The Lullabies.mp3|3620362
The Constantines - The McKnight Life.mp3|4016128
The Constantines - St You.mp3|4863913
The Constantines - Seven AM.mp3|5895732
The Constantines - No Ecstasy.mp3|3113304
The Constantines - Long Distance Four.mp3|3449357
The Constantines - Little Instruments.mp3|4801849
The Constantines - Justice.mp3|6119768
The Constantines - Arizona.mp3|4524546
Suzanne Vega
      Pretty In Pink
            Suzanne Vega - Left of Cent.mp3|3420160
      No album info
            Tom_s Diner.mp3|3712930
      tried and true the best of
            10 Gypsy.mp3|3905536
      Songs In Red and Gray
            Penitent.mp3|4113034
      99.9 F°
            Suzanne Vega - Blood Makes.mp3|2363267
Leonard Cohen
      Leonard CohenNick Cave - where the wild roses grow.mp3|3798830
      leonard cohen - you know who i am.mp3|4967704
      Leonard Cohen - Who By Fire.mp3|3093570
      Leonard Cohen - Who By Fire.m4a|2472470
      Leonard Cohen - Tower Of Song.mp3|6747580
      Leonard Cohen - The Stranger Song.mp3|6013019
      leonard cohen - the partisan.mp3|4111829
      Leonard Cohen - The Partisan.m4a|3325167
      leonard cohen - the old revolution.mp3|6821454
      Leonard Cohen - The Guests.mp3|8021830
      leonard cohen - the butcher.mp3|4664778
      Leonard Cohen - Take This Longing.mp3|4932596
      Leonard Cohen - Take This Longing.m4a|3804432
      Leonard Cohen - Suzanne.mp3|4572095
      leonard cohen - story of isaac.mp3|5115073
      Leonard Cohen - So Long Marianne.mp3|6794081
      Leonard Cohen - So Long Marianne.m4a|5507671
      Leonard Cohen - Sisters Of Mercy.mp3|4283190
      Leonard Cohen - Sisters Of Mercy.m4a|3491048
      leonard cohen - seems so long ago nancy.mp3|5212849
      Leonard Cohen - Night Comes On.mp3|5615434
      Leonard Cohen - Last Years Man.m4a|5809925
      leonard cohen - lady midnight.mp3|4170752
      Leonard Cohen - Lady Midnight.m4a|2886696
      Leonard Cohen - Im Your Man.mp3|5319726
      Leonard Cohen - If It Be Your Will.mp3|4459258

```
                     ShareListing.txt
        Leonard Cohen - Hey Thats No Way To Say Goodbye.mp3|3499011
        Leonard Cohen - Hey Thats No Way To Say Goodbye.m4a|2879817
        Leonard Cohen - Halleluljah.mp3|5574680
        Leonard Cohen - Famous Blue Raincoat.mp3|6194835
        Leonard Cohen - Famous Blue Raincoat.m4a|5007323
        Leonard Cohen - Everybody Knows.mp3|6745506
        Leonard Cohen - Chelsea Hotel No 2.m4a|2729742
        Leonard Cohen - Chelsea Hotel 2.mp3|3725214
        leonard cohen - bird on the wire.mp3|4911949
        Leonard Cohen - Bird On The Wire.m4a|3355537
        Leonard Cohen - Bird On A Wire.mp3|4109735
        leonard cohen - a bunch of lonesome heroes.mp3|4592842
Steppenwolf
        Easy Rider
                02 Born to be wild.mp3|2643968
                01 Pusher.mp3|4241408
The Who
        No album info
                The Who- Magic Bus.mp3|3159838
                The Who with the London Sym.mp3|2721836
                The Who - Who Are You.mp3|4896896
        Tommy
                24 We_re Not Gonna Take It.mp3|10284007
                23 Tommy_s Holiday Camp.mp3|1384604
                22 Welcome.mp3|6583799
                21 I_m Free.mp3|3847839
                20 Sally Simpson.mp3|6054041
                19 Miracle Cure.mp3|303131
                18 Sensation.mp3|3543775
                17 Smash The Mirror.mp3|2293039
                16 Tommy Can You Hear Me_.mp3|2307464
                15 Go To The Mirror Boy_.mp3|5514255
                14 There_s A Doctor.mp3|573973
                13 Pinball Wizard.mp3|4363816
                12 Fiddle About.mp3|2158871
                11 Do You Think It_s Alrigh.mp3|592791
                10 Undertune.mp3|14620529
                09 The Acid Queen.mp3|5158773
                08 Cousin Kevin.mp3|5938057
                07 Christmas.mp3|6580038
                06 Eyesight To The Blind _T.mp3|3211527
                05 Sparks.mp3|5440887
                04 Amazing Journey.mp3|4925553
                03 1921.mp3|4078547
                02 It_s A Boy.mp3|930067
                01 Overture.mp3|7711662
        The Who's Greatest Hits
                The Who - Substitute.mp3|3690160
        American Beauty Soundtrack
                The Who Collection - The Se.mp3|3272706
        Baba O'Reiley
                The Who - Teenage Wasteland.mp3|4971808
        Austin Powers_ The Spy  who Shagged Me Sound Track
                The Who - My Generation.mp3|3278064
        The Who-Who's Next-15 - I Don't Even Know Myself.m4a|4795204
        The Who-Who's Next-14 - Too Much Of Anything.m4a|4325708
        The Who-Who's Next-13 - Water.m4a|6276253
        The Who-Who's Next-12 - Naked Eye.m4a|5396339
        The Who-Who's Next-11 - Baby Don't You Do It.m4a|5127331
        The Who-Who's Next-10 - Pure And Easy.m4a|4275553
        The Who-Who's Next-09 - Won;T Get Fooled Again.m4a|8337396
        The Who-Who's Next-08 - Behind Blue Eyes.m4a|3644713
        The Who-Who's Next-07 - Going Mobile.m4a|3652886
                          Page 51
```

```
                              ShareListing.txt
         The Who-Who's Next-06 - Getting In Tune.m4a|4736215
         The Who-Who's Next-05 - The Song Is Over.m4a|6099291
         The Who-Who's Next-04 - My Wife.m4a|3634682
         The Who-Who's Next-03 - Love Ain't For Keeping.m4a|2170153
         The Who-Who's Next-02 - Bargain.m4a|5444054
         The Who-Who's Next-01 - Baba O'Riley.m4a|5031901
         The Who-Tommy-24 - We're Not Gonna Take It.m4a|6934119
         The Who-Tommy-23 - Tommy's Holiday Camp.m4a|972417
         The Who-Tommy-22 - Welcome.m4a|4440076
         The Who-Tommy-21 - I'm Free.m4a|2614692
         The Who-Tommy-20 - Sally Simpson.m4a|4085706
         The Who-Tommy-19 - Miracle Cure.m4a|251302
         The Who-Tommy-18 - Sensation.m4a|2412012
         The Who-Tommy-17 - Smash The Mirror.m4a|1577951
         The Who-Tommy-16 - Tommy Can You Hear Me_.m4a|1587982
         The Who-Tommy-15 - Go To The Mirror Boy!.m4a|3725892
         The Who-Tommy-14 - There's A Doctor.m4a|432186
         The Who-Tommy-13 - Pinball Wizard.m4a|2958517
         The Who-Tommy-12 - Fiddle About.m4a|1488787
         The Who-Tommy-11 - Do You Think It's Alright_.m4a|444758
         The Who-Tommy-10 - Underture.m4a|9858270
         The Who-Tommy-09 - The Acid Queen.m4a|3488856
         The Who-Tommy-08 - Cousin Kevin.m4a|4008211
         The Who-Tommy-07 - Christmas.m4a|4437337
         The Who-Tommy-06 - Eyesight To The Blind (The Hawker).m4a|2190606
         The Who-Tommy-05 - Sparks.m4a|3677229
         The Who-Tommy-04 - Amazing Journey.m4a|3333187
         The Who-Tommy-03 - 1921.m4a|2768302
         The Who-Tommy-02 - It's A Boy.m4a|669587
         The Who-Tommy-01 - Overture.m4a|5200326
         The Who-Quadrophenia (Disc 1)-10 - I've Had Enough.m4a|6058715
         The Who-Quadrophenia (Disc 1)-09 - Is It In My Head.m4a|3627007
         The Who-Quadrophenia (Disc 1)-08 - Helpless Dancer.m4a|2508814
         The Who-Quadrophenia (Disc 1)-07 - The Dirty Jobs.m4a|4357215
         The Who-Quadrophenia (Disc 1)-06 - I'm One.m4a|2574768
         The Who-Quadrophenia (Disc 1)-05 - The Punk And The
Godfather.m4a|5031150
         The Who-Quadrophenia (Disc 1)-04 - Cut My Hair.m4a|3650289
         The Who-Quadrophenia (Disc 1)-03 - Quadrophenia.m4a|6042163
         The Who-Quadrophenia (Disc 1)-02 - The Real Me.m4a|3262440
         The Who-Quadrophenia (Disc 1)-01 - I Am The Sea.m4a|2115140
         The Who-My Generation - The Very Best Of The Who-20 - You Better You
Bet (Full Length Version).m4a|5475238
         The Who-My Generation - The Very Best Of The Who-19 - Who Are You
(Single Edit Version).m4a|4843475
         The Who-My Generation - The Very Best Of The Who-18 - Squeeze
Box.m4a|2632706
         The Who-My Generation - The Very Best Of The Who-17 - Join
Together.m4a|4249229
         The Who-My Generation - The Very Best Of The Who-16 -
5_15.m4a|4688876
         The Who-My Generation - The Very Best Of The Who-15 - Let's See
Action.m4a|3946758
         The Who-My Generation - The Very Best Of The Who-14 - Won't Get
Fooled Again (Full Length Version).m4a|8314483
         The Who-My Generation - The Very Best Of The Who-13 - Baba
O'Riley.m4a|5009738
         The Who-My Generation - The Very Best Of The Who-12 - The
Seeker.m4a|3325024
         The Who-My Generation - The Very Best Of The Who-11 - Pinball
Wizard.m4a|2960383
         The Who-My Generation - The Very Best Of The Who-10 - Magic
Bus.m4a|3205585
```

```
                              ShareListing.txt
          The Who-My Generation - The Very Best Of The Who-09 - I Can See For
Miles.m4a|4256234
          The Who-My Generation - The Very Best Of The Who-08 - Pictures Of
Lily.m4a|2681465
          The Who-My Generation - The Very Best Of The Who-07 - Happy
Jack.m4a|2168295
          The Who-My Generation - The Very Best Of The Who-06 - Boris The
Spider.m4a|2443005
          The Who-My Generation - The Very Best Of The Who-05 - I'm A
Boy.m4a|2563963
          The Who-My Generation - The Very Best Of The Who-04 -
Substitute.m4a|3697469
          The Who-My Generation - The Very Best Of The Who-03 - My
Generation.m4a|3216723
          The Who-My Generation - The Very Best Of The Who-02 - Anyway,
Anyhow, Anywhere.m4a|2630094
          The Who-My Generation - The Very Best Of The Who-01 - I Can't
Explain.m4a|2051267
        Boards of Canada
          Boards Of Canada - You Could Feel the Sky.mp3|7544299
          Boards Of Canada - The Smallest Weird Number.mp3|1854832
          Boards Of Canada - The Devil Is in the Details.mp3|5603928
          Boards Of Canada - The Beach at Redpoint.mp3|6208918
          Boards Of Canada - Sunshine Recorder.mp3|8948009
          Boards Of Canada - Ready Lets Go.mp3|1419775
          Boards Of Canada - Over the Horizon Radar.mp3|1648567
          Boards Of Canada - Opening the Mouth.mp3|1720033
          Boards Of Canada - Music Is Math.mp3|7717951
          Boards Of Canada - Magic Window.mp3|2558245
          Boards Of Canada - Julie and Candy.mp3|7931112
          Boards Of Canada - In the Annexe.mp3|1973938
          Boards Of Canada - I Saw Drones.mp3|655486
          Boards Of Canada - Gyroscope.mp3|5161918
          Boards Of Canada - Energy Warning.mp3|849839
          Boards Of Canada - Diving Station.mp3|2083654
          Boards Of Canada - Dawn Chorus.mp3|5654067
          Boards Of Canada - Dandelion.mp3|1809049
          Boards Of Canada - Corsair.mp3|4131229
          Boards Of Canada - Beware the Friendly Stranger.mp3|905649
          Boards Of Canada - Alpha and Omega.mp3|10144834
          Boards Of Canada - A Is to B as B Is to C.mp3|2420328
          Boards Of Canada - 1969.mp3|6253414
        Spymob
          Sitting Around Keeping Score
              German Test Drive.m4p|4702711
        Johnny Cash
          At Folsom Prison
              Johnny Cash - The Wall.mp3|1934199
          American IV_ The Man Comes Around
              14 Streets of Laredo.m4a|3463783
              11 Desperado.m4a|3147249
              10 Danny Boy.m4a|3248673
              08 In My Life.m4a|2898702
              05 Hung My Head.m4a|3792578
              02 Hurt.m4a|3548489
              01 The Man Comes Around.m4a|4319938
          Greatest Hits
              Johnny Cash-Greatest Hits-0.mp3|2194903
          American III_ Solitary Man
              14 Wayfaring Stranger.mp3|4053713
              10 Before My Time.mp3|3558428
              08 Would You Lay With Me _I.mp3|3283125
              06 I See A Darkness.mp3|4507196
                              Page 53
```

```
                    ShareListing.txt
            04 One.mp3|4715640
            02 Solitary Man.mp3|2965967
            01 I Won_t Back Down.mp3|2644144
      American Recordings
            12 Like A Soldier.mp3|4151838
Sergei Rachmaninoff
      Piano Concertos 3 & 4
            Sergei Rachmaninoff - 06 - No. 4_ 3. Allegro
vivace.mp3|8849408
            Sergei Rachmaninoff - 05 - No. 4_ 2. Largo.mp3|6625280
            Sergei Rachmaninoff - 04 - No. 4_ 1. Allegro vivace (Alla
breve).mp3|9656320
            Sergei Rachmaninoff - 03 - No. 3_ 3. Finale (Alla
breve).mp3|14614528
            Sergei Rachmaninoff - 02 - No. 3_ 2. Intermezzo_
Adagio.mp3|11644928
            Sergei Rachmaninoff - 01 - No. 3_ 1. Allegro ma non
tanto.mp3|18018304
      Etude-Tableaux
            Vladimir Ashkenazy - Etudes-tableaux, op.39 no.9.mp3|3471360
            Vladimir Ashkenazy - Etudes-tableaux, op.39 no.8.mp3|2891776
            Vladimir Ashkenazy - Etudes-tableaux, op.39 no.7.mp3|5373952
            Vladimir Ashkenazy - Etudes-tableaux, op.39 no.6.mp3|2369536
            Vladimir Ashkenazy - Etudes-tableaux, op.39 no.5.mp3|5048320
            Vladimir Ashkenazy - Etudes-tableaux, op.39 no.4.mp3|3563520
            Vladimir Ashkenazy - Etudes-tableaux, op.39 no.3.mp3|2682880
            Vladimir Ashkenazy - Etudes-tableaux, op.39 no.2.mp3|6406144
            Vladimir Ashkenazy - Etudes-tableaux, op.39 no.1.mp3|2836480
            Richter, Sviatoslav - Rachmaninov Etude Op.33
No.4.mp3|3067948
      24 Preludes - V. Ashkenazy
            Disc 1
                  Rachmaninoff - 15 - No.4 In E Minor.mp3|5042176
                  Rachmaninoff - 14 - No.3 In E Major.mp3|2201600
                  Rachmaninoff - 13 - No.2 In B Flat Minor.mp3|2803712
                  Rachmaninoff - 12 - No.1 In C Major.mp3|1304576
                  Rachmaninoff - 11 - No.10 In G Flat
Major.mp3|3776609
                  Rachmaninoff - 10 - No.9 In E Flat Minor.mp3|1789952
                  Rachmaninoff - 09 - No.8 In A Flat Major.mp3|3108864
                  Rachmaninoff - 08 - No.7 In C Minor.mp3|2357248
                  Rachmaninoff - 07 - No.6 In E Flat Major.mp3|2899968
                  Rachmaninoff - 06 - No.5 In G Minor.mp3|3764224
                  Rachmaninoff - 05 - No.4 In D Major.mp3|5347328
                  Rachmaninoff - 04 - No.3 In D Minor.mp3|3964928
                  Rachmaninoff - 03 - No.2 In B Flat Major.mp3|3379200
                  Rachmaninoff - 02 - No.1 In F Sharp
Minor.mp3|4165632
                  Rachmaninoff - 01 - Prelude, Op.3 No.2 In C Sharp
Minor.mp3|4378624
            Disc 2
                  Sergei Rachmaninoff - 12 - Iii Allegro
Molto.mp3|6866944
                  Sergei Rachmaninoff - 11 - Ii Non
Allegro.mp3|7682048
                  Sergei Rachmaninoff - 10 - I Allegro
Agitato.mp3|10043392
                  Sergei Rachmaninoff - 09 - No. 13 In D Flat
Major.mp3|5732352
                  Sergei Rachmaninoff - 08 - No. 12 In G Sharp
Minor.mp3|2400256
                  Sergei Rachmaninoff - 07 - No. 11 In B
Major.mp3|2043904
                            Page 54
```

```
                            ShareListing.txt
                         Sergei Rachmaninoff - 06 - No. 10 In B
Minor.mp3|5769226
                         Sergei Rachmaninoff - 05 - No. 9 In A
Major.mp3|2785280
                         Sergei Rachmaninoff - 04 - No. 8 In A
Minor.mp3|1712128
                         Sergei Rachmaninoff - 03 - No. 7 In F
Major.mp3|2109440
                         Sergei Rachmaninoff - 02 - No. 6 In F
Minor.mp3|1337344
                         Sergei Rachmaninoff - 01 - No. 5 In G
Major.mp3|3246080
             Piano Concerto 2
                    06 - Richter, Sviatoslav -- Piano Concerto No. 2 Mov
3.mp3|11188224
                    05 - Richter, Sviatoslav -- Piano Concerto No. 2 Mov
2.mp3|11270144
                    04 - Richter, Sviatoslav -- Piano Concerto No. 2 Mov
1.mp3|10903552
                    03 - Concerto No. 2 in C Minor, Op. 18 (III) - Sergei
Rachman.mp3|10573824
                    02 - Concerto No. 2 in C Minor, Op. 18 (II) - Sergei
Rachmani.mp3|10412032
                    01 - Concerto No. 2 in C Minor, Op. 18 (I) - Sergei
Rachmanin.mp3|9414656
       Cream
             The Very Best Of Cream
                    18 Crossroads.mp3|5176025
                    17 Deserted Cities Of The Heart.mp3|4433650
                    16 Born Under A Bad Sign.mp3|3878809
                    15 Those Were The Days.mp3|3543391
                    14 Politician.mp3|5134236
                    13 Sitting On Top Of The World.mp3|6013526
                    12 White Room.mp3|6064718
                    11 We're Going Wrong.mp3|4195914
                    10 Swlabr.mp3|3088845
                    06 Spoonful.mp3|7844690
                    05 I'm So Glad.mp3|4805082
                    04 Sweet Wine.mp3|4016722
                    03 N.S.U..mp3|3328637
                    02 I Feel Free.mp3|3465534
                    01 Wrapping Paper.mp3|2892933
       Death From Above 1979
             2004 - you're a woman, i'm a machine
                    Death From Above 1979 - 11 - Sexy Results.mp3|8474752
                    Death From Above 1979 - 10 - Pull Out.mp3|2646144
                    Death From Above 1979 - 09 - You're a Woman, I'm a
Machine.mp3|4161421
                    Death From Above 1979 - 08 - Cold War.mp3|3696839
                    Death From Above 1979 - 07 - Little Girl.mp3|5765740
                    Death From Above 1979 - 06 - Black History Month.mp3|5482998
                    Death From Above 1979 - 05 - Blood on Our Hands.mp3|4321280
                    Death From Above 1979 - 04 - Go Home, Get Down.mp3|3354752
                    Death From Above 1979 - 03 - Going Steady.mp3|4073633
                    Death From Above 1979 - 02 - Romantic Rights.mp3|4685952
                    Death From Above 1979 - 01 - Turn It Out.mp3|3805302
       Saves the Day
             Can't Slow Down
                    Saves the Day - Three Miles Down.m4a|1597819
                    Saves the Day - The Choke.m4a|2486673
                    Saves the Day - Sometimes New Jersey.m4a|1155894
                    Saves the Day - Seeing It This Way.m4a|1494846
                    Saves the Day - Obsolete.m4a|1928759
                              Page 55
```

```
                          ShareListing.txt
            Saves the Day - Nebraska Bricks.m4a|2033434
            Saves the Day - Houses and Billboards.m4a|3153477
            Saves the Day - Hot Time in Delaware.m4a|1712417
            Saves the Day - Handsome Boy.m4a|1008035
            Saves the Day - Collision.m4a|1405474
            Saves the Day - Blindfolded.m4a|3123588
            Saves the Day - Always Ten Feet Tall.m4a|3324641
            Save The Day - Deciding _1_.mp3|1845278
            jodie.mp3|4812318
      Stay What You Are
            Saves the Day - This Is Not.mp3|3469312
            Saves the Day - See You.mp3|2641920
            Saves the Day - Jukebox Bre.mp3|2357248
            Saves the Day - Freakish.mp3|2959360
            Saves the Day - Cars  Calor.mp3|2054144
            Saves The Day - At Your Fun.mp3|3778560
            Saves the Day - As Your Gho.mp3|3635200
            Saves the Day - All Im Losi.mp3|3245539
            Saves The Day - - Certain T.mp3|1799944
      Through Being Cool
            Saves The Day - You Vandal.mp3|2376184
            Saves The Day - Through Bei.mp3|1989154
            Saves The Day - Third Engin.mp3|3526826
            Saves The Day - The Vast Sp.mp3|3016916
            Saves The Day - The Last Li.mp3|2299280
            Saves The Day - Shoulder To.mp3|3195802
            Saves The Day - Rocks Tonic.mp3|3326205
            Saves The Day - My Sweet Fr.mp3|3719923
            Saves The Day - Holly Hox_.mp3|2528321
            Saves The Day - Do You Know.mp3|1517696
            Saves The Day - Banned From.mp3|2879407
            Saves The Day - All-Star Me.mp3|1665236
      In Reverie
            Saves The Day - Where Are Y.m4a|1753308
            Saves The Day - What Went W.m4a|2767969
            Saves The Day - Wednesday T.m4a|3563722
            Saves The Day - Tomorrow To.m4a|3428117
            Saves The Day - She.m4a|2519010
            Saves The Day - Rise.m4a|3131273
            Saves The Day - Morning In.m4a|1885198
            Saves The Day - Monkey.m4a|3295485
            Saves The Day - In Reverie.m4a|2413870
            Saves The Day - In My Wakin.m4a|2767927
            Saves The Day - Driving In.m4a|3160252
            Saves The Day - Anywhere Wi.m4a|2484458
      Another Year on the Streets
            Saves The Day - A Drag In D.mp3|2572832
Everclear
Dispatch
      Gut The Van (wimpy)
            2-11 Time Served.mp3|6556837
            2-10 Mission.mp3|9010045
            2-09 Carry You.mp3|5256563
            2-08 Water Stop.mp3|10171764
            2-07 Questioned Apocalypse.mp3|8226384
            2-06 Railway.mp3|8891552
            2-05 Bang Bang.mp3|11838794
            2-04 Two Coins.mp3|6492260
            2-03 Steeples.mp3|11432536
            2-02 Cover This.mp3|7557430
            2-01 Elias.mp3|9827570
      Bang Bang
            Dispatch - Mission.mp3|2960532
                          Page 56
```

```
                              ShareListing.txt
              No album info
                      Dispatch - Two Coins.mp3|2984732
                      Dispatch - The General _1_.mp3|3949375
                      Dispatch - Open Up.mp3|4507817
                      Dispatch - Flying Horses.mp3|3883604
              Who Are We Living For
                      10 Lightning _128_.mp3|4595840
              Unknown
                      Dispatch - Prince of Spades.mp3|3741824
                      dispatch - passerby.mp3|3745920
                      Dispatch - Carry You.mp3|3061888
              Silent Steeples
                      Dispatch - Elias.mp3|4766116
                      10 Bridges _Strength in Num.mp3|3005102
              Gut The Van (peg)
                      1-12 The General.mp3|7723568
                      1-11 Bats In The Belfry.mp3|7767461
                      1-10 Bullet Holes.mp3|12029385
                      1-09 5_4 Here We Go.mp3|12035028
                      1-08 Flying Horses.mp3|8727298
                      1-07 Prince Of Spades.mp3|12626861
                      1-06 Even.mp3|6706794
                      1-05 Outloud.mp3|4995254
                      1-04 Lightning.mp3|10237718
                      1-03 Cut It Ya Match It.mp3|8058360
                      1-02 Passerby.mp3|8415206
                      1-01 Open Up.mp3|7070421
        Various Artists
              Billboard Top Modern Rock Trac
                      Concrete Blonde - Joey _1_.mp3|6201227
        Tegan & Sara - This Business Of Art
              Tegan & Sara - 11 - Superstar.mp3|5330315
              Tegan & Sara - 06 - All You Got.mp3|5772358
        Buena Vista Social Club
              Buena Vista Social Club-Buena Vista Social Club-14 - La
Bayamesa.m4a|2830700
              Buena Vista Social Club-Buena Vista Social Club-13 - Buena Vista
Social Club.m4a|4731035
              Buena Vista Social Club-Buena Vista Social Club-12 -
Murmullo.m4a|3744389
              Buena Vista Social Club-Buena Vista Social Club-11 -
Orgullecida.m4a|3227431
              Buena Vista Social Club-Buena Vista Social Club-10 - Amor De Loca
Juventud.m4a|3280915
              Buena Vista Social Club-Buena Vista Social Club-09 -
Candela.m4a|5314913
              Buena Vista Social Club-Buena Vista Social Club-08 - El
Carretero.m4a|3394683
              Buena Vista Social Club-Buena Vista Social Club-07 - Veinte
Anos.m4a|3420729
              Buena Vista Social Club-Buena Vista Social Club-06 - Y Tu Que Has
Hecho.m4a|3154770
              Buena Vista Social Club-Buena Vista Social Club-05 - Dos
Gardenias.m4a|2980993
              Buena Vista Social Club-Buena Vista Social Club-04 - Pueblo
Neuvo.m4a|5925580
              Buena Vista Social Club-Buena Vista Social Club-03 - El Cuarto De
Tula.m4a|7198986
              Buena Vista Social Club-Buena Vista Social Club-02 - De Camino a La
Vereda.m4a|4911609
              Buena Vista Social Club-Buena Vista Social Club-01 - Chan
Chan.mp3|4147061
        Violent Femmes
                              Page 57
```

```
                              ShareListing.txt
              Violent Femmes-Add It Up (1981-1993)-23 - Johnny.m4a|5293394
              Violent Femmes-Add It Up (1981-1993)-22 - Vancouver.m4a|2199874
              Violent Femmes-Add It Up (1981-1993)-21 - Add It Up.m4a|6057589
              Violent Femmes-Add It Up (1981-1993)-20 - Kiss Off.m4a|4857290
              Violent Femmes-Add It Up (1981-1993)-19 - Out of the
Window.m4a|2808795
              Violent Femmes-Add It Up (1981-1993)-18 - American Music.m4a|3732391
              Violent Femmes-Add It Up (1981-1993)-17 - Lies.m4a|5655203
              Violent Femmes-Add It Up (1981-1993)-16 - Dance, Motherfucker,
Dance!.m4a|3208178
              Violent Femmes-Add It Up (1981-1993)-15 - Degradation.m4a|619441
              Violent Femmes-Add It Up (1981-1993)-14 - Old Mother
Reagan.m4a|557016
              Violent Femmes-Add It Up (1981-1993)-13 - America Is.m4a|2141917
              Violent Femmes-Add It Up (1981-1993)-12 - I Hate the TV.m4a|2137282
              Violent Femmes-Add It Up (1981-1993)-11 - I Held Her in My
Arms.m4a|2953316
              Violent Femmes-Add It Up (1981-1993)-10 - 36-24-36.m4a|1786370
              Violent Femmes-Add It Up (1981-1993)-09 - Jesus Walking on the
Water.m4a|3040251
              Violent Femmes-Add It Up (1981-1993)-08 - Black Girls.m4a|5527087
              Violent Femmes-Add It Up (1981-1993)-07 - Country Death
Song.m4a|4900777
              Violent Femmes-Add It Up (1981-1993)-06 - Gimme the Car.m4a|4945112
              Violent Femmes-Add It Up (1981-1993)-05 - Gordon's
Message.m4a|498730
              Violent Femmes-Add It Up (1981-1993)-04 - Gone Daddy
Gone.m4a|3016128
              Violent Femmes-Add It Up (1981-1993)-03 - Blister in the
Sun.m4a|2361877
              Violent Femmes-Add It Up (1981-1993)-02 - Waiting for the
Bus.m4a|2097341
              Violent Femmes-Add It Up (1981-1993)-01 - Intro.m4a|295838
        Gypsy Kings
              No album info
                    Gypsy Kings - Hotel Califor.mp3|5556352
        Afghan Whigs
              Time For A Bavarian Death Waltz
                    01 Debonair (Live).mp3|4151700
              Burning London_ Clash Tribute
                    Lost In the Supermarket.mp3|4516129
              Congregation
                    01 Conjure Me.mp3|3906688
              Gentlemen
                    11 Brother Woodrow _ Closing Prayer.m4a|5501826
                    10 I Keep Coming Back.m4a|4726740
                    09 Now You Know.m4a|4058688
                    08 My Curse.m4a|5602306
                    07 What Jail Is Like.m4a|3422779
                    06 Fountain And Fairfax.m4a|4238042
                    05 When We Two Parted.m4a|5628886
                    04 Debonair.m4a|4125452
                    03 Be Sweet.m4a|51750
                    02 Gentlemen.mp3|4679813
                    01 If I Were Going.m4a|3014045
              1965
                    Somethin' Hot.mp3|2850638
                    66.mp3|3251042
                    11 The Vampire Lanois.m4a|3283225
                    10 Omerta.m4a|5516063
                    09 Neglekted.m4a|3923352
                    08 The Slide Song.m4a|3801123
                    07 John The Baptist.m4a|5419430
                              Page 58
```

```
                        ShareListing.txt
            06 Cito Soleil.m4a|4956174
            04 Sweet Son Of A Bitch.m4a|422737
            03 Uptown Again.m4a|3112697
            02 Crazy.m4a|3957918
    Honky's Ladder
            10 If I Only Had A Heart (Wizard Of Oz).mp3|4808514
    The Afghan Whigs - Faded.mp3|8085398
    Afghan Whigs -- Rebirth of the Cool.mp3|5718183
    Afghan Whigs - my world is empty without you.mp3|6686270
Jem
    Finally Woken
            They.m4p|3533676
DJ Phantasy
    DJ Phantasy Presents Elements of Freedom
            12 Da Pope's Dope.mp3|10294808
            11 The Crow.mp3|9019254
            10 Rhythm.mp3|10711242
            09 Serious.mp3|8142927
            08 Sounds Mean Somethin'.mp3|9006666
            07 Mission.mp3|9455189
            05 Orders.mp3|9151343
            01 Legalize.mp3|6198080
    DJ Shadow vs. Depeche Mode
            Unknown Album
                    01 Painkiller.mp3|6243686
Joy Division
    Heart and Soul (Disc 1)
            20 Autosuggestion.mp3|5929638
            19 Something must break.mp3|2785337
            18 The only mistake.mp3|4147880
            17 The kill.mp3|2190987
            16 Novelty.mp3|3872018
            15 Transmission.mp3|3477887
            14 Excercise one.mp3|3011446
            13 Ice age.mp3|2327658
            11 Interzone.mp3|2181375
            10 Wilderness.mp3|2544164
            09 Shadowplay.mp3|3772127
            08 She's lost control.mp3|3795959
            07 New dawn fades.mp3|4609722
            06 Insight.mp3|4304186
            02 Glass.mp3|3783825
    Heart and Soul (Disc 2)
            17 These days.mp3|3310283
            16 Love will tear us apart.mp3|3317402
            15 Decades.mp3|5971009
            14 The eternal.mp3|5884913
            13 Twenty four hours.mp3|4259894
            11 Means to an end.mp3|3966484
            10 Colony.mp3|3772124
            09 Passover.mp3|4588818
            08 Isolation.mp3|2777383
            06 Incubation.mp3|2766518
            05 Komakino.mp3|3752899
            04 Dead souls.mp3|4756421
            02 Sound of music.mp3|3778401
            01 She's lost control 12inch.mp3|4752675
    Substance 1977-1980
            15 Novelty.mp3|4804540
            12 Failures.mp3|4500998
            11 No Love Lost.mp3|4465476
            10 Love Will Tear Us Apart.mp3|4121715
            09 Atmosphere.mp3|5006207
                    Page 59
```

```
                        ShareListing.txt
            08 Dead Souls.mp3|5923628
            07 Incubation.mp3|3450877
            06 She's Lost Control.mp3|5721970
            05 Transmission.mp3|4327026
            04 Auto-Suggestion.mp3|7381265
            03 Digital.mp3|3422139
            02 Leaders Of Men.mp3|3107109
            01 Warsaw.mp3|2919542
    Substance
            Love Will Tear Us Apart.mp3|3303865
    Closer
            08 Eternal.mp3|7348865
            07 Twenty Four Hours.mp3|5330133
            06 Heart And Soul.mp3|7024954
            05 Means To An End.mp3|4960237
            04 Colony.mp3|4716766
            03 Passover.mp3|5737634
            02 Isolation.mp3|3471774
            01 Atrocity Exhibition.mp3|7307082
    Unknown Pleasures
            10 I Remember Nothing.mp3|7049526
            09 Interzone.mp3|2730953
            08 Wilderness.mp3|3180783
            07 Shadowplay.mp3|4674987
            06 She's Lost Control.mp3|4745525
            05 New Dawn Fades.mp3|5771611
            04 Insight.mp3|5388126
            03 Candidate.mp3|3657255
            02 Day Of The Lords.mp3|5745491
    Joy Division - Twenty Four Hours.mp3|5330261
    Joy Division - These Days.mp3|4920001
    Joy Division - The Eternal.mp3|6692156
    joy division - passover.mp3|4560896
    Joy Division - Love Will Tear Us Apart.mp3|4120641
    Joy Division - Komakino.mp3|4658241
    Joy Division - Isolation.mp3|2775794
    Joy Division - Incubation.mp3|3450339
    Joy Division - Heart and Soul.mp3|6394215
    Joy Division - Glass.mp3|5600852
    Joy Division - From Safety To Where.mp3|2943041
    Joy Division - Disorder.mp3|5026489
    Joy Division - Digital.mp3|4104941
    Joy Division - decades.mp3|8868399
    Joy Division - Dead Souls.mp3|5923090
    Joy Division - Colony.mp3|5650432
    Joy Division - Autosuggestion.mp3|7381245
    Joy Division - Atrocity Exhibition.mp3|8789899
    Joy Division - Atmosphere.mp3|6005270
    Joy Division - A Means to an End.mp3|5842876
Franz Ferdinand
    This Fffire - Single
            This Fffire.m4p|3474434
    Franz Ferdinand-Franz Ferdinand-11 - 40'.m4a|3320377
    Franz Ferdinand-Franz Ferdinand-10 - Come On Home.m4a|3674434
    Franz Ferdinand-Franz Ferdinand-09 - Michael.m4a|3272822
    Franz Ferdinand-Franz Ferdinand-08 - Darts Of Pleasure.m4a|2926820
    Franz Ferdinand-Franz Ferdinand-07 - This Fire.m4a|4127059
    Franz Ferdinand-Franz Ferdinand-06 - Cheating On You.m4a|2559505
    Franz Ferdinand-Franz Ferdinand-05 - Auf Achse.m4a|4208308
    Franz Ferdinand-Franz Ferdinand-04 - The Dark Of The
Matinée.m4a|3947501
    Franz Ferdinand-Franz Ferdinand-03 - Take Me Out.m4a|3844443
    Franz Ferdinand-Franz Ferdinand-02 - Tell Her Tonight.m4a|2253069
                        Page 60
```

```
                         ShareListing.txt
        Franz Ferdinand-Franz Ferdinand-01 - Jacqueline.m4a|3716510
        Franz Ferdinand-Dope (Demo)-02 - Van Tango.mp3|4120652
        Franz Ferdinand-Demos-14 - truck stop.mp3|6217618
        Franz Ferdinand-Demos-11 - matinee.mp3|6147525
        Franz Ferdinand-Demos-10 - love and destroy.mp3|5773116
        Franz Ferdinand - Words So Leisured.m4a|2146157
        Franz Ferdinand - Tell Her Tonight Demo.mp3|3396566
        Franz Ferdinand - Love and Destroy.mp3|3730091
        Franz Ferdinand - Darts of Pleasure Demo.mp3|4931063
        Franz Ferdinand - Cant Stop Feeling.mp3|5425791
        Franz Ferdinand - All for You Sophia.m4a|2929249
Powderfinger
        Vulture Street
                Stumblin'.m4p|3907531
The Wrens
        The Meadowlands
                11 Everyone Choose Sides.mp3|7803923
                10 Per Second Second.mp3|6658318
                05 Hopeless.mp3|8043269
Daft Punk
        Daft Punk - Voyager.mp3|5472988
        Daft Punk - Veridis Quo.mp3|8281051
        Daft Punk - Too Long.mp3|14410628
        Daft Punk - Superheroes.mp3|5711228
        Daft Punk - Something About Us.mp3|5549485
        Daft Punk - Short Circuit.mp3|4968935
        Daft Punk - One More Time.mp3|7704268
        Daft Punk - Nightvision.mp3|2511332
        Daft Punk - Homework - 16 - Funk Ad.mp3|815358
        Daft Punk - Homework - 15 - Alive.mp3|5032056
        Daft Punk - Homework - 14 - Indo Silver Club.mp3|4385314
        Daft Punk - Homework - 13 - Burnin'.mp3|6602924
        Daft Punk - Homework - 12 - Oh Yeah.mp3|1934166
        Daft Punk - Homework - 11 - Rock And Roll.mp3|7244246
        Daft Punk - Homework - 10 - Hi Fidelity.mp3|5786428
        Daft Punk - Homework - 09 - Teachers.mp3|2768991
        Daft Punk - Homework - 08 - Rollin' and Scratchin'.mp3|7143766
        Daft Punk - Homework - 07 - Around The World.mp3|6856475
        Daft Punk - Homework - 06 - Fresh.mp3|3901224
        Daft Punk - Homework - 05 - Phoenix.mp3|4743124
        Daft Punk - Homework - 04 - Da Funk.mp3|5260627
        Daft Punk - Homework - 03 - Revolution.mp3|5212028
        Daft Punk - Homework - 03 - Revolution 909.mp3|5213140
        Daft Punk - Homework - 02 - Wdpk 83.7FM.mp3|451812
        Daft Punk - High Life.mp3|4847304
        Daft Punk - Harder Better Faster Stronger.mp3|5387122
        Daft Punk - Face To Face.mp3|5768281
        Daft Punk - Digital Love.mp3|7163846
        Daft Punk - Crescendolls.mp3|5083036
        Daft Punk - Aerodynamic.mp3|4984606
Blink 182
        Enema Of The State
                Blink 182 - Adam_s Song.mp3|5983436
Praxis
        Metatron
                14 Space After (The Consciousness That Dances And
Kills).mp3|2797293
                13 Triad (The Saw Is Family).mp3|3091509
                12 Warcraft (Bruce Lee's Black Hour Of Chaos).mp3|3007516
                11 Armed (TSA Agent #5).mp3|2180353
                10 Double Vision.mp3|3069345
                09 Warm Time Machine _ Low End Transmission _ Over The
Foaming Deep.mp3|4075423
                         Page 61
```

```
                        ShareListing.txt
                08 Inferno _ Heatseeker _ Exploded_Heart.mp3|8988088
                07 Cannibal (Heart Shape Of Iron Blade).mp3|3000404
                06 Vacuum-Mass.mp3|992921
                05 Turbine.mp3|2513033
                04 Cathedral Space (Soft Hail Of Electrons).mp3|1290955
                03 Meta-Matic.mp3|2407294
                02 Skull Crack (We Are Not Sick Men).mp3|5071806
                01 Wake The Dead.mp3|3552087
        Transmutation (Mutatis Mutandis)
                09 After Shock (Chaos Never Died).mp3|23208368
                08 Giant Robot _ Machines In The Modern City _
Godzilla.mp3|9522317
                07 The Interworld And The New Innocence.mp3|9306007
                06 Seven Laws Of Woo.mp3|7215774
                05 Dead Man Walking.mp3|7503538
                04 Animal Behavior.mp3|10283384
                03 Crash Victim _ Black Science Navigator.mp3|5245953
                02 Interface _ Stimulation Loop.mp3|3274848
                01 Blast _ War Machine Dub.mp3|5561916
        Sacrifist
                08 Crossing.mp3|9311565
                07 Nine Secrets.mp3|3148761
                06 The Hook.mp3|6045632
                05 Deathstar.mp3|9402681
                04 Rivet.mp3|5168333
                03 Suspension.mp3|2248056
                02 Cold Rolled_Iron Dub.mp3|6107920
                01 Stonghold.mp3|1514956
    DJ Tiesto
        In My Memory
                Suburban Train.mp3|12106954
                In My Memory.mp3|112125952
                Close To You (Magik Muzik Mix).mp3|9800446
                02 Close To You.mp3|4812510
        In My Memory (Japanese Retail)
                01 Magik Journey.mp3|12349501
        summerbreeze
                summerbreeze.mp3|106448689
        Unknown Album
                Forbidden Paradise 7 - Deep Forest.mp3|48820617
        Essential Mix 09-08
                Essential Mix 09-08-2001.mp3|173011072
    The Cardigans
        First Band on the Moon
                11 Choke.mp3|3290679
                10 Great Divide.mp3|3146065
                09 Iron Man.mp3|4155436
                08 Losers.mp3|3160694
                07 Lovefool.mp3|3105941
                06 Step on Me.mp3|3742075
                05 Never Recover.mp3|3215864
                04 Happy Meal II.mp3|2501990
                03 Heartbreaker.mp3|3559845
                02 Been It.mp3|3917618
                01 Your New Cuckoo.mp3|3757957
        Gran Turismo
                01 Paralyzed.mp3|4749398
    Tegan and Sara - If It Was You
            12 Don't Confess (This Thing That Breaks My Heart).mp3|8727325
            11 Want to Be Bad.mp3|7459237
            10 And Darling.mp3|3352370
            09 Terrible Storm.mp3|6598241
            08 Living Room.mp3|5383651
                        Page 62
```

ShareListing.txt
                07 I Hear Noises.mp3|6818087
                06 Underwater.mp3|5378636
                05 Not Tonight.mp3|4955661
                04 City Girl.mp3|7678247
                03 Monday Monday Monday.mp3|6258858
                02 You Went Away.mp3|3777016
                01 Time Running.mp3|4128938
        Catch 22
                Catch 22 - Walking Away.mp3|7896238
                Catch 22 - This One Goes Out To.mp3|4993940
                Catch 22 - Supernothing.mp3|5423592
                Catch 22 - Sick And Sad.mp3|4528323
                Catch 22 - Riding The Fourth Wave.mp3|3526902
                Catch 22 - On  On  On.mp3|6216042
                Catch 22 - Kristina She Dont Know I Exist.mp3|9940032
                Catch 22 - Keasbey Nights.mp3|5854927
                Catch 22 - Giving Up Giving In.mp3|5392669
                Catch 22 - Dear Sergio.mp3|4842627
                Catch 22 - Day In Day Out.mp3|6496912
                Catch 22 - As The Footsteps Die Out Forever.mp3|6124901
                Catch 22 - 9mm And A Three Piece Suit.mp3|3745082
                Catch 22 - 12341234.mp3|13756858
        Libertines
                New Folder
                The Libertines
                        Up The Bracket (Single #2)
                                The Libertines - Plan A.mp3|4048559
                        The Libertines - Chicken Shack Sessions
                                The Libertines
                                        Chicken Shack Sessions
                                                The Libertines - The Man Who Came To
Stay.mp3|2195594
                                                The Libertines - Stix &
Stones.mp3|2211884
                                                The Libertines - Pay The
Lay.mp3|1704897
                                                The Libertines - My Darling
Clementine.mp3|1982432
                                                The Libertines - Don't Look Back
Into The Sun.mp3|1704496
                                                The Libertines - Curtain
Call.mp3|1851184
                                                The Libertines - Curtain Call (Gaks
& Enob Mix).mp3|1494683
                                                The Libertines - Chicken Shack
Sessions.m3u|403
                                                The Libertines - Campaign Of
Hate.mp3|1883789
                                                The Libertines - Bucket
Shop.mp3|2218569
                                                The Libertines - Begging.mp3|2916557
                                The Babyshambles Sessionsa
                                        disc 2
                                                Libertines, The -15- Lots and Lots of
Songs.mp3|27764864
                                        disc 3
                                                Libertines, The -04- untitled.mp3|3395712
                                                Libertines, The -03- The Libertines Do the
Coral.mp3|10137728
                                                Libertines, The -02- I Got
Sweets.mp3|3913869
                                                Libertines, The -01- Playing Around with a
Piano.mp3|5300352
                                        Page 63

```
                         ShareListing.txt
                  Can't Stand Me Now - EP
                         Never Never.m4p|2609171
                         Dilly Boys.m4p|3266528
                         Cyclops.m4p|4976864
                         All At Sea.m4p|3071907
                  The Libertines - The French Sessions
                         The French Sessions
                                 The Libertines - Through The Looking
Glass.mp3|2096441
                                 The Libertines - The Ha Ha Wall.mp3|3667132
                                 The Libertines - The French Sessions.m3u|353
                                 The Libertines - Narcissist.mp3|2490577
                                 The Libertines - Half-Cocked Boy.mp3|3747798
                  libertines [babyshambles]
                         22 libertines [babyshambles] - albion 1.mp3|3591744
                         13 libertines [babyshambles] - the road to ruin
2.mp3|2151039
                         12 libertines [babyshambles] - the road to ruin
1.mp3|2781321
                         08 libertines [babyshambles] - untitled
108.mp3|1941641
                         07 libertines [babyshambles] - last post on the
bugle.mp3|2012694
                         06 libertines [babyshambles] - dont look back into
the sun 2.mp3|2498781
                         05 libertines [babyshambles] - what katie
did.mp3|2181968
                         04 libertines [babyshambles] - dont look back into
the sun.mp3|2867064
                         03 libertines [babyshambles] - babyshambles
2.mp3|1753559
                         02 libertines [babyshambles] - untitled
102.mp3|2512155
                         01 libertines [babyshambles] - babyshambles
1.mp3|2510066
                  disc 1
                         Libertines, The -21- That Bowery Song.mp3|5468288
                         Libertines, The -20- I Love You .mp3|2152576
                         Libertines, The -19- In Love with a Feeling
2.mp3|2148480
                         Libertines, The -18- instrumental.mp3|2218112
                         Libertines, The -17- In Love with a Feeling
1.mp3|1876096
                         Libertines, The -16- untitled.mp3|2136192
                         Libertines, The -15- untitled.mp3|2013312
                         Libertines, The -14- Do You Know Me.mp3|2453632
                         Libertines, The -13- The Road to Ruin 2.mp3|2152576
                         Libertines, The -12- The Road to Ruin 1.mp3|2781312
                         Libertines, The -11- instrumental.mp3|1423488
                         Libertines, The -10- The Man Who Would Be
King.mp3|3186816
                         Libertines, The -09- Back From the Dead.mp3|2607232
                         Libertines, The -08- untitled.mp3|1941632
                         Libertines, The -07- Last Post on the
Bugle.mp3|2013312
                         Libertines, The -06- Dont Look Back into the
Sun2.mp3|2498688
                         Libertines, The -05- What Katie Did.mp3|2183296
                         Libertines, The -04- Dont Look Back into the Sun
1.mp3|2867328
                         Libertines, The -03- Babyshambles 2.mp3|1755264
                         Libertines, The -02- untitled.mp3|2513024
                         Libertines, The -01- Babyshambles 1.mp3|2510976
                                 Page 64
```

```
                        ShareListing.txt
              Up The Bracket
                     Untitled.m4p|3382378
                     The Libertines - Time For H.mp3|3848904
                     The Libertines - Radio Amer.mp3|5393054
                     The Libertines - Mayday.mp3|1257663
              The Babyshambles Sessions
                     disc 1
                                   Libertines, The -09- Back From the
Dead.mp3|2607232
                                   Libertines, The -08- untitled.mp3|1941632
                                   Libertines, The -07- Last Post on the
Bugle.mp3|2013312
                                   Libertines, The -06- Dont Look Back into the
Sun2.mp3|2498688
                                   Libertines, The -05- What Katie
Did.mp3|2183296
                                   Libertines, The -04- Dont Look Back into the
Sun 1.mp3|2867328
                                   Libertines, The -03- Babyshambles
2.mp3|1755264
                                   Libertines, The -02- untitled.mp3|2513024
                                   Libertines, The -01- Babyshambles
1.mp3|2510976
                     22 libertines [babyshambles] - albion 1.mp3|3591744
                     21 libertines [babyshambles] - that bowery
song.mp3|5467963
                     20 libertines [babyshambles] - i loveyou but youre
green.mp3|2151039
                     16 libertines [babyshambles] - untitled
116.mp3|2135156
                     15 libertines [babyshambles] - untitled
115.mp3|2011858
              Chicken Shack Sessions
                     The Libertines - Begging.mp3|0
              The Libertines - Legs 11
                     The Libertines
                            Legs 11
                                   The Libertines - Sister Sister
(Demo).mp3|2910080
                                   The Libertines - Music When The
Lights Go Out (Demo).mp3|3080064
                                   The Libertines - Love On The Dole
(Demo).mp3|3258240
                                   The Libertines - Legs 11.m3u|824
                                   The Libertines - Hooray For The 21st
Century (Demo).mp3|2143132
                                   The Libertines - Bucket Shop
(Demo).mp3|2803584
                                   The Libertines - Anything But Love
(Demo).mp3|3360641
                                   The Libertines - 7 Deadly Frenchmen
(Demo).mp3|999296
              The Libertines - The Sailor Sessions
                     The Libertines
                            The Sailor Sessions
                                   The Libertines - What Katie
Did.mp3|2373504
                                   The Libertines - The Whole World Is
Our Playground.mp3|2751904
                                   The Libertines - The Sailor
Sessions.m3u|345
                                   The Libertines - Music When The
Lights Go Out  Never Never.mp3|4543704
                            Page 65
```

```
                              ShareListing.txt
                                          The Libertines - Kill A Man For His
Giro.mp3|3379669
                                          The Libertines - Hooligans On
E.mp3|3291805
                                          The Libertines - Hate
Campaign.mp3|2779887
                                          The Libertines - Ha Ha
Wall.mp3|2074787
                                          The Libertines - Blackboy
Lane.mp3|3631270
                    The Libertines - What A Waster.mp3|3564895
                    The Libertines - Skint And Minted (demo).mp3|3433149
                    The Libertines - Dont Look Back Into the Sun.mp3|4321845
                    The Libertines - Breck Road Lover.mp3|4460416
                    Libertines, The -06- France 3.mp3|2580608
                    Libertines, The -05- France 2.mp3|2162816
                    Libertines, The -04- France 1.mp3|3082503
                    35 libertines [babyshambles] - lots of songs.mp3|7585762
                    34 libertines [babyshambles] - whos got the
crack.mp3|2673132
                    30 libertines [babyshambles] - 209.mp3|1740185
                    25 libertines [babyshambles] - france 1.mp3|3080580
                    24 libertines [babyshambles] - albion 2.mp3|3791589
                    23 libertines [babyshambles] - albion (intro).mp3|1456869
              2004 - The Libertines
                    the libertines.jpg|73651
                    Libertines - 14 -What Became Of The Likely Lads.mp3|4865958
                    Libertines - 13 -Road To Ruin.mp3|6283264
                    Libertines - 12 -The Saga.mp3|2734470
                    Libertines - 11 -Tomblands.mp3|3026944
                    Libertines - 10 -What Katie Did.mp3|5520631
                    Libertines - 09 -Campaign Of Hate.mp3|3190301
                    Libertines - 08 -Arbeit Macht Frei.mp3|1818624
                    Libertines - 07 -The Ha Ha Wall.mp3|3592192
                    Libertines - 06 -Narcisst.mp3|3137536
                    Libertines - 05 -Music When The Lights Go Out.mp3|4380869
                    Libertines - 04 -The Man Who Would Be King.mp3|5740697
                    Libertines - 03 -Don't Be Shy.mp3|4454832
                    Libertines - 02 -Last Post On The Bugle.mp3|3723264
                    Libertines - 01 -Can't Stand Me Now.mp3|5070848
              The Babyshambles Sessions
                    disc 1
                          Libertines, The -21- That Bowery Song.mp3|5468288
                          Libertines, The -20- I Love You .mp3|2152576
                          Libertines, The -19- In Love with a Feeling
2.mp3|2148480
                          Libertines, The -18- instrumental.mp3|2218112
                          Libertines, The -17- In Love with a Feeling
1.mp3|1876096
                          Libertines, The -16- untitled.mp3|2136192
                          Libertines, The -15- untitled.mp3|2013312
                          Libertines, The -14- Do You Know Me.mp3|2453632
                          Libertines, The -13- The Road to Ruin 2.mp3|2152576
                          Libertines, The -12- The Road to Ruin 1.mp3|2781312
                          Libertines, The -11- instrumental.mp3|1423488
                          Libertines, The -10- The Man Who Would Be
King.mp3|3186816
                    disc 2
                          Libertines, The -14- Lots of Songs.mp3|7585920
                          Libertines, The -13- Who's Got the Crack.mp3|2674816
                          Libertines, The -12- What a Waster.mp3|2248832
                          Libertines, The -11- instrumental.mp3|1740946
                          Libertines, The -01- Albion 1.mp3|3592320
                              Page 66
```

```
                            ShareListing.txt
            The Libertines-Up The Bracket-12 - I Get Along.mp3|2784769
            The Libertines-Up The Bracket-11 - The Good Old Days.mp3|2875663
            The Libertines-Up The Bracket-10 - Begging.mp3|4013026
            The Libertines-Up The Bracket-09 - The Boy Looked At
Johnny.mp3|2532106
            The Libertines-Up The Bracket-08 - Tell The King.mp3|3268958
            The Libertines-Up The Bracket-02 - Death On The Stairs.mp3|3270635
            The Libertines-Up The Bracket-0 - Vertigo.mp3|3797380
            The Libertines-Up The Bracket-0 - Up The Bracket.mp3|3806899
            The Libertines-Up The Bracket-0 - Boys In The Band.mp3|5339764
            The Libertines-Up The Bracket (Single #2)-02 - The
Delaney.mp3|3210034
            The Libertines - France (Demo).mp3|2406551
            deathonthestairs-xfm.mp3|1587738
      CCR
            Best Of Creedence Clear Water Revival
                  19 The CCR Mix.m4a|6598724
                  18 Travelin Band.m4a|1935646
                  17 Molina.m4a|2598293
                  16 Up Around The Ben.m4a|2612628
                  15 Sweet Hitch-Hiker.m4a|2723626
                  14 Green River.m4a|2463681
                  13 Suzie Q.m4a|4430033
                  12 Lookin Out My Back Door.m4a|2260448
                  11 Long As I Can See The Night.m4a|3428269
                  10 Someday Never Comes.m4a|3867065
                  09 Hey Tonight.m4a|2630988
                  08 Hello May Lou.m4a|2197155
                  07 Down On The Corner.m4a|2657683
                  06 Bad Moon Rising.m4a|2276457
                  05 Lodi.m4a|3082551
                  04 Proud Mary.m4a|2651344
                  03 Cotton Fields.m4a|2863354
                  02 Who'll Stop The Rain.m4a|2386636
                  01 Have You Ever Seen The Rain.m4a|2603033
            Chronicle, Volume I
                  Creedence Clearwater Reviva.mp3|3862583
                  Creedence Clearwater Revi 2.mp3|2979840
                  Creedence Clearwater Revi 1.mp3|2390114
      Tortoise - Tortoise
            tortoise - tin cans & twine.mp3|8125881
            tortoise - spiderwebbed.mp3|8230588
            tortoise - ry cooder.mp3|6688318
            tortoise - onions wrapped in rubber.mp3|6408704
            tortoise - on noble.mp3|3993318
            tortoise - night air.mp3|3696292
            tortoise - magnet pulls through.mp3|4448392
            tortoise - his second story island.mp3|2596080
            tortoise - flyrod.mp3|3343391
            tortoise - cornpone brunch.mp3|9928957
      Billy Joel
            No album info
                  Billy Joel - We Didn_t Star.mp3|4653267
                  Billy Joel - Piano Man.mp3|5374623
                  Billy Joel - Only The Good.mp3|5738665
            Unknown Album
                  17 Track 17.m4a|11096050
                  16 Track 16.m4a|9216021
                  15 Track 15.m4a|12903828
                  14 Track 14.m4a|7882552
                  13 Track 13.m4a|11367207
                  12 Track 12.m4a|11579141
                  11 Track 11.m4a|9881373
                            Page 67
```

```
                          ShareListing.txt
                    10 Track 10.m4a|8467914
                    09 Track 09.m4a|8392670
                    08 Track 08.m4a|9008454
                    07 Track 07.m4a|10118241
                    06 Track 06.m4a|9751980
                    05 Track 05.m4a|13754532
                    04 Track 04.m4a|9105381
                    03 Track 03.m4a|7890904
                    02 Track 02.m4a|7961347
                    01 Track 01.m4a|8072155
            Greatest Hits Vol 3
                    Billy Joel- A Matter of Tru.mp3|3969134
        Arcade Fire, the
            2004 - funeral
                    10 in the back seat.mp3|8509788
                    09 rebellion (lies).mp3|7269507
                    08 haiti.mp3|6091723
                    07 wake up.mp3|7714190
                    06 crown of love.mp3|6403213
                    05 neighborhood #4 (7 kettles).mp3|6346324
                    04 neighborhood #3 (power out).mp3|8940210
                    03 une anne´e sans lumiere.mp3|5507467
                    02 neighborhood #2 (laika).mp3|5720150
                    01 neighborhood #1 (tunnels).mp3|7218955
        'Til Tuesday
                'Til Tuesday-welcome Home-10 - No One Is Watching You
Now.m4a|9437504
                'Til Tuesday-welcome Home-09 - Angels Never Call.m4a|8854667
                'Til Tuesday-welcome Home-08 - Sleeping And Waking.m4a|8243628
                'Til Tuesday-welcome Home-07 - Have Mercy.m4a|11894652
                'Til Tuesday-welcome Home-06 - Lovers' Day.m4a|10471920
                'Til Tuesday-welcome Home-05 - David Denies.m4a|11667353
                'Til Tuesday-welcome Home-04 - Will She Just Fall Down.m4a|6903860
                'Til Tuesday-welcome Home-03 - On Sunday.m4a|9965738
                'Til Tuesday-welcome Home-02 - Coming Up Close.m4a|11291388
                'Til Tuesday-welcome Home-01 - What About Love.m4a|9549290
        Sex Pistols
                The Sex Pistols-Never Mind the Bollocks Here's the Sex Pistols-12 -
E_M_I_.mp3|3027365
                The Sex Pistols-Never Mind the Bollocks Here's the Sex Pistols-11 -
New York.mp3|2977209
                The Sex Pistols-Never Mind the Bollocks Here's the Sex Pistols-10 -
Pretty Vacant.mp3|3160694
                The Sex Pistols-Never Mind the Bollocks Here's the Sex Pistols-09 -
Submission.mp3|4045513
                The Sex Pistols-Never Mind the Bollocks Here's the Sex Pistols-08 -
Anarchy in the U_K_.mp3|3394751
                The Sex Pistols-Never Mind the Bollocks Here's the Sex Pistols-07 -
Seventeen.mp3|1963240
                The Sex Pistols-Never Mind the Bollocks Here's the Sex Pistols-06 -
God Save the Queen.mp3|3203325
                The Sex Pistols-Never Mind the Bollocks Here's the Sex Pistols-05 -
Problems.mp3|4023361
                The Sex Pistols-Never Mind the Bollocks Here's the Sex Pistols-04 -
Liar.mp3|2586836
                The Sex Pistols-Never Mind the Bollocks Here's the Sex Pistols-03 -
No Feelings.mp3|2735629
                The Sex Pistols-Never Mind the Bollocks Here's the Sex Pistols-02 -
Bodies.mp3|2934160
                The Sex Pistols-Never Mind the Bollocks Here's the Sex Pistols-01 -
Holidays in the Sun.mp3|3234672
        Joan Jett and the Blackhearts
            No album info
```

```
                        ShareListing.txt
              Clash - I  love rock n_ rol.mp3|2796274
El Guapo
      Fake French
              El Guapo - Underground.mp3|5066803
              El Guapo - The Time Night.mp3|5723735
              El Guapo - Space Tourist.mp3|5237437
              El Guapo - Pick It Up.mp3|3598199
              El Guapo - Ocean And Sky.mp3|3627249
              El Guapo - Justin Destroyer.mp3|4434018
              El Guapo - Just Dont Know.mp3|5291878
              El Guapo - I Dont Care.mp3|3763398
              El Guapo - Hollywood Crew.mp3|5033579
              El Guapo - Hawks.mp3|4439336
              El Guapo - Glass House.mp3|3533102
              El Guapo - Fake French.mp3|6124971
Joe Jackson
      Borders, Rock Essentials Volume 1
              10 Got the Time.mp3|4137508
Ani DiFranco
      Dilate
              11 Joyful Girl.mp3|7359344
              10 Adam _ Eve.mp3|9583722
              09 Going Down.mp3|6963117
              08 Done Wrong.mp3|9421344
              07 Shameless.mp3|7011390
              06 Napoleon.mp3|9233260
              05 Amazing Grace.mp3|10305957
              04 Dilate.mp3|6964993
              03 Superhero.mp3|6843997
              02 Outta Me_ Onto You.mp3|6645894
              01 Untouchable Face.mp3|6693539
      Up Up Up Up Up Up
              11 11 Hat Shaped Hat.mp3|15507456
              10 10 Tricle Down.mp3|4622336
              09 09 Know Now Then.mp3|5562383
              08 08 Up Up Up Up Up Up Up.mp3|4061184
              07 07 Everest.mp3|6309888
              06 06 Angry Any More.mp3|4153344
              05 05 Angry Food.mp3|6922315
              04 04 Jukebox.mp3|5335040
              03 03 Come Away From It.mp3|10049536
              02 02 Virtue.mp3|6164480
              01 01 'Tis Of Thee.mp3|5664768
      Not A Pretty Girl
              Ani DiFranco - Worthy.m4a|4401186
              Ani DiFranco - This Bouquet.m4a|2429861
              Ani DiFranco - The Million.m4a|4197990
              Ani DiFranco - Sorry I Am.m4a|4672790
              Ani DiFranco - Shy.m4a|4624473
              Ani Difranco - Not A Pretty.mp3|3807028
              Ani Difranco - Not A Pretty.m4a|3860164
              Ani DiFranco - Light Of Som.m4a|4049455
              Ani DiFranco - Hour Follows.m4a|5855892
              Ani DiFranco - Crime For Cr.m4a|5551939
              Ani DiFranco - Cradle And A.m4a|639239
              Ani DiFranco - Coming Up.m4a|4305798
              Ani DiFranco - Asking Too M.m4a|2867954
              Ani DiFranco - 32 Flavors.m4a|5945807
      Imperfectly
              13 Imperfectly.m4a|3649665
              12 Served Faithfully.m4a|2808470
              11 The Waiting Song.m4a|3773097
              10 Make Them Apologize.m4a|4147776
                        Page 69
```

```
                        ShareListing.txt
          09 Coming Up.m4a|1774207
          08 I'm No Heroine.m4a|3244532
          07 Good, Bad, Ugly.m4a|2926374
          06 If It Isn't Her.m4a|3834907
          05 Circle Of Light.m4a|2429631
          04 Every State Line.m4a|3027563
          03 In Or Out.m4a|2997556
          02 Fixing Her Hair.m4a|4581310
          01 What If No One's Watching.m4a|3144752
Third Eye Blind
       Third Eye Blind
              Third Eye Blind - The Backg.mp3|5938403
              Third Eye Blind - Motorcycl.mp3|5256090
              Third Eye Blind - London.mp3|3743587
              Third Eye Blind - I Want Yo.mp3|5387216
              Third Eye Blind - Good For.mp3|4643772
              Third Eye Blind - God Of Wi.mp3|6353747
              Third Eye Blind - Burning M.mp3|3598350
Boondock Saints
       Boondock Saints OST
              Boondock Saints - War Not W.mp3|1407751
              Boondock Saints - Violin Co.mp3|2579730
              Boondock Saints - The Hills.mp3|3201152
              Boondock Saints - Terminal.mp3|2901140
              Boondock Saints - Sunday Bl.mp3|3637847
              Boondock Saints - Rock Hard.mp3|4192000
              Boondock Saints - Metal Sou.mp3|3470401
              Boondock Saints - Gaelic Mo.mp3|3065809
              Boondock Saints - Danny Boy.mp3|2706371
              Boondock Saints - Celtic Fi.mp3|3291264
              Boondock Saints - Celtic cr.mp3|3713444
              Boondock Saints - Celtic Ba.mp3|1983062
              Boondock Saints - Boondock.mp3|3954912
              Boondock Saints -  Invincib.mp3|3407088
              Boondock Saints -  Holy Foo.mp3|4103294
Eric Johnson
       No album info
              Van Halen Tribute - Eric Jo.mp3|5508589
              Johnson_ Eric - Zenland.mp3|5652984
              Johnson_ Eric - 06 - Manhat.mp3|4642354
              Eric Johnson - Fatback Blue.mp3|3758793
              Eric Johnson - Cliffs of Do.mp3|5993352
       Venus Isle
              Johnson_ Eric - When the Su.mp3|7593263
       Ah Via Musicom
              Eric Johnson - Trademark.mp3|4565717
       Joe Satriani_ Steve Vai_ St.mp3|5597899
       Eric Johnson - SRV.mp3|2928642
Zombies, The -  Odessey and Oracle
       albumart_{b60c0ffd-7e8f-4881-90fc-ec14fd6e1a71}_large.jpg|14564
       12 - time of the season.mp3|3419444
       11 - friends of mine.mp3|1983252
       10 - butcher's tale (western front 1914).mp3|2667125
       09 - this will be our year.mp3|2610275
       08 - i want her she wants me.mp3|2760101
       07 - changes.mp3|3163661
       06 - hung up on a dream.mp3|2896167
       05 - brief candles.mp3|8445996
       04 - beechwood park.mp3|6590258
       03 - maybe after he's gone.mp3|6175433
       02 - a rose for emily.mp3|5599694
       01 - care of cell 44.mp3|4755456
Luka Bloom
```

```
                          ShareListing.txt
          Turf
                13 Sanctuary.mp3|10055144
                12 I Did Time.mp3|6393822
                11 The Fertile Rock.mp3|10025894
                10 Background Noise.mp3|10514906
                09 Holding Back The River.mp3|9113703
                08 Freedom Song.mp3|15531456
                07 To Begin To.mp3|12271373
                06 Black Is The Colour.mp3|9054140
                05 Sunny Sailor Boy.mp3|8388537
                04 Right Here_ Right Now.mp3|7571432
                03 Diamond Mountain.mp3|12798007
                02 True Blue.mp3|11154375
                01 Cold Comfort.mp3|9820044
The White Stripes
        White Blood Cells
                16 This Protector.mp3|3848701
                15 I Can Learn.mp3|6861847
                14 Now Mary.mp3|3637047
                13 I Can't Wait.mp3|7105647
                12 Aluminum.mp3|4665788
                11 I Think I Smell A Rat.mp3|4241427
                10 Offend In Every Way.mp3|5789945
                09 We're Going To Be Friends.mp3|4440056
                08 The Same Boy You've Always Known.mp3|5997760
                07 The Union Forever.mp3|6824640
                06 Little Room.mp3|1584138
                05 Expecting.mp3|4196274
                04 Fell In Love With a Girl.mp3|4037404
                03 I'm Finding It Harder to Be a Gentleman.mp3|5252700
                02 Hotel Yorba.mp3|4179207
                01 Dead Leaves And The Dirty Ground.mp3|6013035
        Elephant
                14 Well It's True That We Love On.mp3|3249456
                13 Girl, You Have No Faith In Med.mp3|3955804
                12 The Air Near My Fingers.mp3|4408238
                11 Hypnotize.mp3|2170575
                10 Little Acorns.mp3|4986057
                09 The Hardest Button To Button.mp3|4246806
                08 Ball And Biscuit.mp3|8781129
                07 You've Got Her In Your Pocket.mp3|4396750
                06 I Want To Be The Boy To Warm Y.mp3|4012232
                05 In The Cold, Cold, Night.mp3|3570231
                04 I Just Don't Know What To Do W.mp3|4703822
                03 There's No Home For You Here.mp3|5878125
                02 Black Math.mp3|4418988
                01 Seven Nation Army.mp3|5527452
        Sympathy For The Record Indust
                Big Three Killed My Baby.mp3|2390698
        De Stijl
                13 Your Southern Can Is Mine.mp3|3517908
                12 Wht Can't You Be Nicer To Me_.mp3|5535861
                11 Jumble, Jumble.mp3|2818108
                10 Let's Build a Home.mp3|4119406
                09 Boy's Best Friend.mp3|6665174
                08 Truth Doesn't Make a Noise.mp3|5281749
                07 Sister, Do You Know My Name_.mp3|4190179
                06 Death Letter.mp3|7713941
                05 I'm Bound To Pack It Up.mp3|5783065
                04 Apple Blossom.mp3|3903183
                03 Little Bird.mp3|6182389
                02 Hello Operator.mp3|4565434
                01 You're Pretty Good Looking.mp3|2507337
                          Page 71
```

```
                          ShareListing.txt
          The White Stripes
                  17 I Fought Piranhas.mp3|5642256
                  16 St. James Infirmary Blues.mp3|4428287
                  15 Slicker Drips.mp3|2735911
                  14 Little People.mp3|3975183
                  13 One More Cup Of Coffee.mp3|4916917
                  12 Screwdriver.mp3|6016125
                  11 Do.mp3|5561319
                  10 When I Hear My Name.mp3|3445461
                  09 Broken Bricks.mp3|3926778
                  08 Astro.mp3|4759889
                  07 Cannon.mp3|4177263
                  06 Wasting My Time.mp3|3848751
                  05 Sugar Never Tasted So Good.mp3|3339372
                  04 Suzy Lee.mp3|6255522
                  03 The Big Three Killed My Baby.mp3|5261262
                  02 Stop Breaking Down.mp3|4306619
                  01 Jimmy The Exploder.mp3|4404452
The Thrills
          So Much For The City
                  Your Love Is Like Las Vegas.mp3|2848527
                  Say It Ain't So.mp3|3331257
                  Santa Cruz (You're Not That Far).mp3|5104988
                  One Horse Town.mp3|3911174
                  Old Friends, New Lovers.mp3|4865697
                  Just Travelling Through.mp3|4066873
                  Hollywood Kids.mp3|6707321
                  Don't Steal Our Sun.mp3|3453514
                  Deckchairs And Cigarettes.mp3|6008295
                  Big Sur.mp3|3791526
                  'Til The Tide Creeps In.mp3|12127739
Psychedlic Furs
          The Psychedelic Furs - Love My Way.mp3|5272247
Andrew Lloyd Webber
          Phantom of the Opera
                  Sarah Brightman _ Cliff Ric.mp3|4059964
                  Phantom of the Opera- Phant.mp3|4180096
                  Phantom of the Opera - Musi.mp3|4999296
                  Misc - Track 01.mp3|2035589
The Strokes
          Modern Girls and Old Fashioned Men - Sin
                  Modern Girls and Old Fashioned Men.m4p|3630289
          The Strokes-Room On Fire-11 - I Can't Win.m4a|2524954
          The Strokes-Room On Fire-10 - The End Has No End.m4a|3085205
          The Strokes-Room On Fire-09 - The Way It Is.m4a|2361114
          The Strokes-Room On Fire-08 - Under Control.m4a|3072945
          The Strokes-Room On Fire-07 - Meet Me In The Bathroom.m4a|2920250
          The Strokes-Room On Fire-06 - Between Love & Hate.m4a|3218209
          The Strokes-Room On Fire-05 - You Talk Way Too Much.m4a|3041737
          The Strokes-Room On Fire-04 - 12_51.m4a|2537957
          The Strokes-Room On Fire-03 - Automatic Stop.m4a|3395795
          The Strokes-Room On Fire-02 - Reptilia.m4a|3630224
          The Strokes-Room On Fire-01 - What Ever Happened_.m4a|2876411
          The Strokes - When It Started.m4a|2740890
          The Strokes - Trying Your Luck.m4a|3266262
          The Strokes - The Modern Age.m4a|3096243
          The Strokes - Take It Or Leave It.m4a|2968877
          The Strokes - Someday.m4a|2807059
          The Strokes - Soma.m4a|2494717
          The Strokes - Last Night.m4a|3035123
          The Strokes - Is This It.m4a|2286732
          The Strokes - Hard To Explain.m4a|3467508
          The Strokes - Barely Legal.m4a|3446206
                          Page 72
```

```
                           ShareListing.txt
              The Strokes - Alone Together.m4a|2815190
              02 The Way It Is (Home Demo).mp3|1251456
              02 Alone, Together [Demo Version].mp3|3184810
        Kronos String Quartet
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-33 - Coney Island Low.mp3|2680863
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-32 - Lux Aeterna.mp3|4691764
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-31 - Meltdown.mp3|4729377
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-30 - Ghosts of a Future Lost.mp3|2223727
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-29 - The Beginning of the End.mp3|5376185
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-28 - Full Tense.mp3|1286963
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-27 - Fear.mp3|2933716
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-26 - Southern Hospitality.mp3|1670973
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-25 - Winter Overture.mp3|390446
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-24 - Bugs Got a Devilish Grin Conga.mp3|1149579
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-23 - Sarah Goldfarb Has Left the Building.mp3|1546646
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-22 - Dreams.mp3|658453
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-21 - Supermarket Sweep.mp3|2691313
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-20 - Marion Barfs.mp3|2846998
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-19 - Arnold.mp3|3112918
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-18 - Dreams.mp3|1261359
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-17 - Ghosts-Falling.mp3|1432730
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-16 - Cleaning Apartment.mp3|1773893
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-15 - Bialy & Lox Conga.mp3|905582
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-14 - Tense.mp3|571725
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-13 - Hope Overture.mp3|3059113
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-12 - Crimin' & Dealin'.mp3|2100945
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-11 - Ghosts.mp3|1677228
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-10 - High on Life.mp3|228483
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-09 - Dr_ Pill.mp3|848103
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-08 - Tense.mp3|759284
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-07 - Dreams.mp3|890942
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-06 - Ghosts of Things to Come.mp3|1874209
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-05 - Chocolate Charms.mp3|514266
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
                             Page 73
```

```
                                    ShareListing.txt
Soundtrack-04 - Party.mp3|725847
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-03 - Coney Island Dreaming.mp3|1295332
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-02 - Party.mp3|579561
              Clint Mansell (Featuring Kronos Quartet)-Requiem For A Dream
Soundtrack-01 - Summer Overture.mp3|3108747
       The Rock Soundtrack
              No album info
                     THE ROCK _Movie Theme Sound.mp3|6188680
       Joe Satriani
              No album info
                     Steve Vai - Star Spangled B.mp3|2290216
                     Steve Vai - Joe Satriani -.mp3|2227662
                     Joe Satriani_G3 Live In Con.mp3|6228096
                     Joe Satriani - Pat Martino.mp3|2642552
                     Joe Satriani - 10 - Echo.mp3|5408060
                     Joe Satriani - 09 - Midnigh.mp3|1638068
                     Joe Satriani - 08 - Lords o.mp3|4609758
                     Joe Satriani - 07 - Circles.mp3|3336654
                     Joe Satriani - 06 - Hill of.mp3|1733780
                     Joe Satriani - 05 - Satch b.mp3|3089222
                     Joe Satriani - 01 - Surfing.mp3|4210189
              Time Machine - CD Two
                     Joe Satriani - Tears in the.mp3|1903317
              G3 Live in Concert
                     Joe Satriani_ Eric Johnson_.mp3|8830309
              Joe Satriani _ Steve Vai -.mp3|2913261
       Elton John
              No album info
                     Elton John - Rocket Man.mp3|4514463
       Tiesto ft. BT
              www.id-thits.tk
                     DJ Tiesto ft. BT - Love Com.mp3|11622400
       The Beatles
              White Album
                     The Beatles - White Album 1.mp3|4432083
                     The Beatles - White Album -.mp3|6144044
              No album info
                     Yesterday.mp3|2004200
                     Beatles - Yesterday.mp3|2458384
              1967-1970
                     The Beatles - 1967-1970 - 3.mp3|6869453
                     The Beatles - 1967-1970 - 2.mp3|2237211
                     The Beatles - 1967-1970 - 1.mp3|3490253
                     The Beatles - 1967-1970 - 0.mp3|4156898
              1962-1966
                     The Beatles - 1962-1966 - 2.mp3|2230942
                     The Beatles - 1962-1966 - 1.mp3|2014857
                     The Beatles - 1962-1966 - 0.mp3|2433652
              Let It Be
                     The Beatles - Two of Us.mp3|3469565
              All The Best
                     The Beatles - Another Day.mp3|3554829
              The Beatles-Sgt_ Pepper's Lonely Hearts Club Band-13 - A Day In The
Life.m4a|5406482
              The Beatles-Sgt_ Pepper's Lonely Hearts Club Band-12 - Sgt_ Pepper's
Lonely Hearts Club Band (Reprise).m4a|1314404
              The Beatles-Sgt_ Pepper's Lonely Hearts Club Band-11 - Good Morning
Good Morning.m4a|2633011
              The Beatles-Sgt_ Pepper's Lonely Hearts Club Band-10 - Lovely
Rita.m4a|2645677
              The Beatles-Sgt_ Pepper's Lonely Hearts Club Band-09 - when I'm
                                    Page 74
```

```
                              ShareListing.txt
Sixty-Four.m4a|2575464
            The Beatles-Sgt_ Pepper's Lonely Hearts Club Band-08 - Within You
Without You.m4a|4940079
            The Beatles-Sgt_ Pepper's Lonely Hearts Club Band-07 - Being For The
Benefit Of Mr_ Kite!.m4a|2565449
            The Beatles-Sgt_ Pepper's Lonely Hearts Club Band-06 - She's Leaving
Home.m4a|3492390
            The Beatles-Sgt_ Pepper's Lonely Hearts Club Band-05 - Fixing A
Hole.m4a|2558019
            The Beatles-Sgt_ Pepper's Lonely Hearts Club Band-04 - Getting
Better.m4a|2737834
            The Beatles-Sgt_ Pepper's Lonely Hearts Club Band-03 - Lucy In The
Sky With Diamonds.m4a|3386879
            The Beatles-Sgt_ Pepper's Lonely Hearts Club Band-02 - With A Little
Help From My Friends.m4a|2676383
            The Beatles-Sgt_ Pepper's Lonely Hearts Club Band-01 - Sgt_ Pepper's
Lonely Hearts Club Band.m4a|2011238
            The Beatles-1-27 - The long and winding road.mp3|8786677
            Beatles-Let It Be Naked-04 - The Long And Winding Road.mp3|5134129
            Beatles - The Ballad of Joh.mp3|2882750
    Minders, the
            1998 - Hooray For Tuesday
                    Minders, the - 13 - Im So Low.mp3|2942958
                    Minders, the - 12 - Frida.mp3|5577351
                    Minders, the - 11 - Bubble.mp3|2419461
                    Minders, the - 10 - Red Bus.mp3|3852644
                    Minders, the - 09 - Pass It Around.mp3|2672126
                    Minders, the - 08 - More and More.mp3|2591877
                    Minders, the - 07 - Ive Been Worndering.mp3|2638903
                    Minders, the - 06 - Our Man in Bombay.mp3|2990614
                    Minders, the - 05 - Yeah Yeah Yeah.mp3|3075247
                    Minders, the - 04 - Comfortably Tucked Up Inside.mp3|3512865
                    Minders, the - 03 - Joeys Pez.mp3|2700333
                    Minders, the - 02 - Pauline.mp3|3472719
                    Minders, the - 01 - Hooray For Tuesday.mp3|4609370
    Phish
            Round Room
                    Phish - Walls Of The Cave.mp3|14394830
                    08 - 46 Days.mp3|9705169
                    07 - Mock Song _1_.mp3|6542109
            Junta
                    Phish - Contact.mp3|6471808
            Hoist
                    Phish - Sample In A Jar _1_.mp3|3401730
            Live Bob Marley cover
                    Phish - Trenchtown Rock _Bo.mp3|4477773
            The Story of the Ghost
                    Phish - Wading in the Velve.mp3|4329056
            singles
                    Phish - You Enjoy Myself.mp3|9499546
            Live Phish, Vol. 03
                    phish - loving cup.mp3|7868568
            Story of the Ghost
                    Phish - Birds Of A Feather.mp3|4104772
            Live Phish, Vol. 09
                    phish - lizards.mp3|10722047
            phish hoist
                    Phish - Wolfman_s Brother.mp3|4325762
            (Live) with Pearl Jam
                    Phish-Jeremy.mp3|6416874
            Untitled - New CD (2)
                    05-Stash.mp3|5221504
            Farmhouse
                              Page 75
```

```
                        ShareListing.txt
            Phish - Heavy Things.mp3|4159237
      Billy Breathes
            Phish - Waste.mp3|4672702
            Phish - Free.mp3|3638797
            Phish - Character Zero.mp3|3867710
      A Picture of Nectar
            09-The Landlady.mp3|3302214
      Live Pink Floyd cover
            Phish and Pink Floyd - Time.mp3|6424160
      Phish - Gin and Juice.mp3|6199312
Neutral Milk Hotel
      neutral milk hotel - tuesday moon.mp3|3366159
      neutral milk hotel - snow song pt 1.mp3|5532749
      neutral milk hotel - everything is.mp3|5307386
      neutral milk hotel - aunt eggma blowtorch.mp3|7184282
Roger Waters
      Roger Waters - Radio K.A.O.S
            08 - The Tide Is Turning.mp3|5505098
            07 - Four Minutes.mp3|3843292
            06 - Home.mp3|5765069
            05 - Sunset Strip.mp3|4564690
            04 - The Powers That Be.mp3|4422584
            03 - Me or Him.mp3|5178672
            02 - Who Needs Information.mp3|5689418
            01 - Radio Waves.mp3|4779103
      To Kill the Child _ Leaving Beirut - Single
            To Kill the Child 1.m4p|3914023
            Leaving Beirut 1.m4p|12465495
      Amused To Death
            14 Amused To Death.mp3|13130314
            13 It_s A Miracle.mp3|12246330
            12 Three Wishes.mp3|9850168
            11 Watching TV.mp3|8834526
            10 What God Wants_ Part III.mp3|5958144
            09 What God Wants_ Part II.mp3|5322426
            08 Too Much Rope.mp3|8337991
            07 Late Home Tonight_ Part.mp3|3202122
            06 Late Home Tonight_ Part.mp3|5780093
            05 The Bravery Of Being Out.mp3|6802638
            04 Perfect Sense_ Part II.mp3|4104283
            03 Perfect Sense_ Part I.mp3|6149356
            02 What God Wants_ Part I.mp3|8647708
            01 The Ballad Of Bill Hubba.mp3|6239640
      In The Flesh (Disc 2) (Live)
            2-12 Each Small Candle.mp3|13171060
            2-11 Comfortably Numb.mp3|11774867
            2-10 Eclipse.mp3|3336889
            2-09 Brain Damage.mp3|5933046
            2-08 Amused To Death.mp3|13545967
            2-07 It_s A Miracle.mp3|11812480
            2-06 The Bravery Of Being O.mp3|7331768
            2-05 Perfect Sense _Parts I.mp3|10714099
            2-04 The Pros And Cons Of H.mp3|7672868
            2-03 Money.mp3|8924164
            2-02 Time.mp3|9225721
            2-01 Breathe _In The Air_.mp3|4860362
      The Pros & Cons Of Hitch Hiking
            12 5_11 AM _The Moment Of C.mp3|2161426
            11 5_06 AM _Every Strangers.mp3|6948102
            10 5_01 AM _The Pros _ Cons.mp3|6634026
            09 4_58 AM _Dunroamin_ Dunc.mp3|4418412
            08 4_56 AM _For The First T.mp3|2355788
            07 4_50 AM _Go Fishing_.mp3|10085293
                        Page 76
```

```
                         ShareListing.txt
                06 4_47 AM _The Remains Of.mp3|4546302
                05 4_41 AM _Sexual Revoluti.mp3|6941829
                04 4_39 AM _For The First T.mp3|2947618
                03 4_37 AM _Arabs With Kniv.mp3|3299961
                02 4_33 AM _Running Shoes_.mp3|5954396
                01 4_30 AM _Apparently They.mp3|4616534
        Roger Waters - Knockin On Heavens Door.mp3|1918976
        Roger Waters - Across The Universe.mp3|2507887
Noir Desir
        Untitled - 07-24-01
                noir d_sir - le vent nous p.mp3|4591367
        Gratte Poil
                T_tes Raides _ Noir D_sir -.mp3|4274554
        No album info
                Noir D_sir et Yann Tiersen.mp3|3727488
                Noir D_sir - Leonard Cohen.mp3|4030592
                noir desir- Le grand incend.mp3|4432961
                Noir Desir - Un ange passe.mp3|3362985
                Noir Desir - Ces gens la _B.mp3|5034404
                Noir Desir - Aux sombres he.mp3|2883712
                17 noir desir - The Partisa.mp3|4030592
                07- _Noir Desir_ - Tout l_O.mp3|4102066
        compil' _quai 213_
                Noir D_sir - Des armes.mp3|2787038
        dies irae cd2
                Noir D_sir -La chaleur.mp3|3484126
        Des visages des figures
                Noir D_sir - Bouquet de ner.mp3|5023538
                noir desir - lost.mp3|4800812
                Des visages des figures - 0.mp3|2955597
                19 noir desir - Brel_ aux s.mp3|5001803
                18 Noir D_sir - Yann Tierse.mp3|3632972
                16 noir desir - Apprends a.mp3|2950332
                14 Noir Desir - Danse sur l.mp3|3817020
                12 - L_Europe.mp3|22798506
                09_A l_envers _ l_endroit.mp3|3966937
                05 - noir desir - L_apparte.mp3|4027959
                01 - noir desir - L_enfant.mp3|5821004
        Tostaky
                12 Lolita nie en bloc.mp3|5044066
                11 It spurts.mp3|5598271
                10 Sober song.mp3|4128101
                09 7 minutes.mp3|8671524
                08 Johnny col_re.mp3|3308714
                07 Marl_ne.mp3|4401442
                06 Tostaky _le continent_.mp3|7931122
                05 One trip _ one noise.mp3|6062843
                04 Alice.mp3|5664721
                03 Oubli_.mp3|6576291
                02 Ici Paris.mp3|5220226
                01 Here it comes slowly.mp3|4410232
        666.667 Club
                13 En Attendant.mp3|3566963
                12 Septembre.mp3|4352515
                11 A La Longue.mp3|6412637
                10 Lazy.mp3|8015713
                09 L_Homme Presse.mp3|5426465
                08 Les Persiennes.mp3|5977544
                07 Prayer For A Wanker.mp3|4551890
                06 Comme Elle Vient.mp3|3485464
                05 Ernestine.mp3|6756824
                04 A Ton Etoile.mp3|6426430
                03 Un Jour En France.mp3|4615209
                         Page 77
```

```
                    ShareListing.txt
            02 Fin De Siecle.mp3|8042052
            01 666.667 Club.mp3|5308598
      Veuillez rendre l'ame (a qui )
            noir desir - Joey II.mp3|2353311
      dies irae I
            Noir Desir - Le fleuve.mp3|4948305
      Noir D_sir - Les Ecorch_s V.mp3|3810616
Dave Carter & Tracy Grammer
      Drum Hat Buddha
            Dave Carter  Tracy Grammer.mp3|4170314
            Dave Carter  Tracy Gramme 1.mp3|5173409
Foo Fighters
      No album info
            Foo Fighters - There Goes M.mp3|4205464
            Foo Fighters - I Fell Into.mp3|2127498
      Twilight
            foo fighters - All My life.mp3|2691072
      The Colour And Shape
            Foo Fighters - Everlong _ac.mp3|4261868
      Upcoming Album
            Foo Fighters - The One.mp3|2627837
      Foo Fighters-The Colour And The Shape-13 - New Way Home.m4a|5507173
      Foo Fighters-The Colour And The Shape-12 - Walking After
You.m4a|4918938
      Foo Fighters-The Colour And The Shape-11 - Everlong.m4a|4063024
      Foo Fighters-The Colour And The Shape-10 - February
Stars.m4a|4683620
      Foo Fighters-The Colour And The Shape-09 - Enough Space.m4a|2568793
      Foo Fighters-The Colour And The Shape-08 - See You.m4a|2399127
      Foo Fighters-The Colour And The Shape-07 - My Hero.m4a|4212169
      Foo Fighters-The Colour And The Shape-06 - Up In Arms.m4a|2222339
      Foo Fighters-The Colour And The Shape-05 - Wind Up.m4a|2485035
      Foo Fighters-The Colour And The Shape-04 - My Poor Brain.m4a|3465665
      Foo Fighters-The Colour And The Shape-03 - Hey, Johnny
Park!.m4a|4027410
      Foo Fighters-The Colour And The Shape-02 - Monkey Wrench.m4a|3755015
      Foo Fighters-The Colour And The Shape-01 - Doll.m4a|1386697
      Foo Fighters-One by One-11 - Come Back.mp3|9396490
      Foo Fighters-One by One-10 - Burn Away.mp3|5967223
      Foo Fighters-One by One-09 - Overdrive.mp3|5410814
      Foo Fighters-One by One-08 - Lonely as You.mp3|5543520
      Foo Fighters-One by One-07 - Halo.mp3|6128654
      Foo Fighters-One by One-06 - Tired of You.mp3|6226882
      Foo Fighters-One by One-05 - Disenchanted Lullaby.mp3|5470384
      Foo Fighters-One by One-04 - Times Like These.mp3|5326706
      Foo Fighters-One by One-03 - Have It All.mp3|5960432
      Foo Fighters-One by One-02 - Low.mp3|5362220
      Foo Fighters-One by One-01 - All My Life.mp3|5272367
Eiffel 65 - Europop
      Eiffel 65 - Europop - 14 - Blue (Extended Mix).Mp3|6870968
      Eiffel 65 - Europop - 13 - Hyperlink (Deep Down).mp3|7195496
      Eiffel 65 - Europop - 12 - Europop.Mp3|7868494
      Eiffel 65 - Europop - 11 - Silicon World.mp3|6553511
      Eiffel 65 - Europop - 10 - Now Is Forever.mp3|8308312
      Eiffel 65 - Europop - 09 - The Edge.mp3|6304624
      Eiffel 65 - Europop - 08 - Another Race.mp3|6630005
      Eiffel 65 - Europop - 07 - Your Clown.mp3|6036286
      Eiffel 65 - Europop - 06 - My Console.mp3|6144128
      Eiffel 65 - Europop - 05 - Move your body (Club Mix).MP3|8517091
      Eiffel 65 - Europop - 04 - Living In A Bubble.mp3|7331542
      Eiffel 65 - Europop - 03 - Dub In Life.mp3|5739117
      Eiffel 65 - Europop - 02 - Too Much Of Heaven.mp3|7657592
      Eiffel 65 - Europop - 01 - Blue (Da Ba Dee).mp3|5046976
                         Page 78
```

```
                        ShareListing.txt
The Church
        Starfish
                The Church - Under The Milk.mp3|4814976
Morphine
        Cure for Pain
                13 Miles Davis' Funeral.mp3|1621292
                12 Sheila.mp3|2697941
                11 Let's Take a Trip Together.mp3|2881863
                10 Mary Won't You Call My Name.mp3|2389927
                09 Cure For Pain.mp3|3107548
                08 Thursday.mp3|3301058
                07 In Spite of Me.mp3|2479357
                06 A Head with Wings.mp3|3515898
                05 Candy.mp3|3117153
                04 All Wrong.mp3|3531773
                03 I'm Free Now.mp3|3279746
                02 Buena.mp3|3196566
                01 Dawna.mp3|704693
        Yes
                12 Gone For Good.m4a|2818826
                11 Free Love.m4a|4142177
                10 Sharks.m4a|2357399
                09 The Jury.m4a|2116654
                08 I Had My Chance.m4a|3039137
                07 Super Sex.m4a|3804466
                06 All Your Way.m4a|3013502
                05 Yes.m4a|1999254
                04 Whisper.m4a|3413628
                03 Radar.m4a|3400996
                02 Scratch.m4a|3171026
                01 Honeywhite.m4a|3053626
Cirque Du Soleil
        Nouvelle experience
                14 Grosse femme.mp3|3548562
                13 Sanza.mp3|5912636
                12 Azimut.mp3|6863494
                11 L'oiseau.mp3|5873978
                10 Eclipse.mp3|5238157
                09 Suite chinoise.mp3|12639697
                08 Havi vahlia.mp3|5667090
                07 Baleines.mp3|4501504
                06 Ballant.mp3|6683249
                05 Fixe.mp3|5092389
                04 Bascule.mp3|5724556
                03 Bolero.mp3|5194791
                02 Meandres.mp3|8350385
                01 Fanfare.mp3|1021992
        Unknown Album
                Cirque%20du%20Soleil%20-%20.mp3|6617911
                Cirque Du Soleil - Nocturne.mp3|3778396
                Cirque du Soleil (Alegria).mp3|3709087
Billy Idol
        Wedding Singer
                Billy Idol - White Wedding.mp3|3990802
Ratatat
        Germany to Germany - Single
                Noose.m4p|3623115
        Various Artists - Ratatat  17 Years.mp3|3215488
        Ratatat - Spanish Armada.m4a|4284402
        Ratatat - Seventeen Years.mp3|5329635
        Ratatat - Lapland.m4a|7100354
        Ratatat - Germany To Germany.m4a|5250205
        Ratatat - Everest.mp3|5016680
                        Page 79
```

```
                         ShareListing.txt
          Ratatat - El Pico.mp3|5638917
          Ratatat - Desert Eagle.m4a|6352967
          Ratatat - Crips.mp3|4561103
          Ratatat - Cherry.mp3|6770019
          Ratatat - Bustelo.mp3|2950395
          Ratatat - Breaking Away.m4a|6216531
max richter
          2004 - the blue notebooks
                    11-written on the sky.mp3|1998921
                    10-the trees.mp3|9457664
                    09-organum.mp3|3872768
                    08-old song.mp3|2631680
                    07-arboretum.mp3|3473408
                    06-vladimir's blues.mp3|1574912
                    05-iconography.mp3|4380672
                    04-shadow journal.mp3|10061871
                    03-horizon variations.mp3|2254848
                    02-on the nature of daylight.mp3|7438336
                    01-the blue notebooks.mp3|1613875
A Perfect Circle
          Mer de Noms
                    12 Over.mp3|2294261
                    11 Brena.mp3|4234846
                    10 Thinking Of You.mp3|4396606
                    09 Reholder.mp3|2315161
                    08 Thomas.mp3|3353370
                    07 Sleeping Beauty.mp3|4016262
                    06 3 Libras.mp3|4392960
                    05 Orestes.mp3|4616861
                    04 Judith.mp3|3959411
                    03 Rose.mp3|3298615
                    02 Magdalena.mp3|3940188
                    01 The Hollow.mp3|2866452
          Thirteenth Step
                    A Perfect Circle - Weak And.mp3|3906087
                    A Perfect Circle - The Pack.mp3|9213639
                    A Perfect Circle - The Outs.mp3|3850177
                    A Perfect Circle - The Noos.mp3|5867351
                    A Perfect Circle - Pet.mp3|5490138
                    A Perfect Circle - Lullaby.mp3|2442697
                    A Perfect Circle - Gravity.mp3|6165146
                    A Perfect Circle - Crimes.mp3|3103071
                    A Perfect Circle - Blue.mp3|5076881
Ravi Shankar - In New York
          With Phillip Glass
                    Passages
                              06 Prashanti.mp3|16372111
                              05 Meetings Along The Edge.mp3|9819570
                              04 Ragas In Minor Scale.mp3|9138816
                              03 Channels And Winds.mp3|9607450
                              02 Sadhanipa.mp3|10340960
                              01 Offering.mp3|11717612
          Ravi Shankar - In New York.pls|320
          03 - Ravi Shankar - Raga Marwa.mp3|24156160
          02 - Ravi Shankar - Raga Bhairavi.mp3|14645248
          01 - Ravi Shankar - Raga Bairagi.mp3|5392384
Thrills, the
          2004 - Let's Bottle Bohemia
                    The Thrills - 10 - The Irish Keep Gate-Crashing.mp3|4956472
                    The Thrills - 09 - The Curse of Comfort.mp3|4409278
                    The Thrills - 08 - Found My Rosebud.mp3|7154374
                    The Thrills - 07 - You Can't Fool Old Friends with
Limousines.mp3|4947402
```

```
                              ShareListing.txt
                  The Thrills - 06 - Our Wasted Lives.mp3|5810095
                  The Thrills - 05 - Not For All the Love in the
world.mp3|5647590
                  The Thrills - 04 - Saturday Night.mp3|3814495
                  The Thrills - 03 - Faded Beauty Queens.mp3|5849335
                  The Thrills - 02 - Whatever Happened to Corey
Haim.mp3|5989871
                  The Thrills - 01 - Tell Me Something I Don't
Know.mp3|6885618
        Bob Dylan
            The Times They are A-Changin'
                  Bob Dylan - The Times They.m4a|3188116
            Desire
                  Bob Dylan - Hurricane.mp3|8198564
        Nick Cave , Concrete Blond & Pearl Jam
            No album info
                  NICK CAVE _ CONCRETE BLOND.mp3|5531776
        Philip Glass
            Solo Piano
                  Philip Glass - Wichita Sutr.m4a|16587766
                  Philip Glass - Metamorphosi.m4a|16920921
            Etudes for Piano, Vol. 1, no. 1-10
                  Philip Glass - Etude No 8.m4a|11770590
                  Philip Glass - Etude No 7.m4a|13235336
                  Philip Glass - Etude No 6.m4a|11875305
                  Philip Glass - Etude No 5.m4a|13851305
                  Philip Glass - Etude No 4.m4a|11827520
                  Philip Glass - Etude No 2.m4a|11880794
                  Philip Glass - Etude No 10.m4a|8504110
                  Philip Glass - Etude No 1.m4a|8364790
        Ozomatli
            Ozomatli
                  12 La Misma Canci_n.mp3|4919938
                  11 Coming War.mp3|4738648
                  10 Chota.mp3|4558926
                  09 Aqui No Ser_.mp3|5200492
                  08 Super Bowl Sundae.mp3|5725553
                  07 Chango.mp3|5377602
                  06 O Le Le.mp3|6009766
                  05 Eva.mp3|3801896
                  04 _Donde Se Fueron_.mp3|5179594
                  03 Cumbia De Los Muertos.mp3|4255905
                  02 Cut Chemist Suite.mp3|5454402
                  01 Como Ves.mp3|4776786
        Drake, Nick - Made to Love Magic
            nick drake made to love magic front.jpg|182278
            disc.BMP|2761974
            back.BMP|7534350
            13 - Track 13.mp3|2191360
            12 - Track 12.mp3|3434496
            11 - Track 11.mp3|2695168
            10 - Track 10.mp3|3624960
            09 - Track 09.mp3|2424832
            08 - Track 08.mp3|4990976
            07 - Track 07.mp3|3266560
            06 - Track 06.mp3|2109440
            05 - Track 05.mp3|3502080
            04 - Track 04.mp3|2938880
            03 - Track 03.mp3|3864576
            02 - Track 02.mp3|2658304
            01 - Track 01.mp3|2527232
        Winds of Change
            Illusions
                              Page 81
```

```
                              ShareListing.txt
                    05 Sneakin' Up Behind You.mp3|4640079
        Bruce Springsteen
              Bruce Springsteen and the E-Street band
                      Bruce Springsteen 2-9.mp3|7376543
                      Bruce Springsteen 2-7.mp3|13082731
                      Bruce Springsteen 2-4.mp3|8875449
                      Bruce Springsteen 2-3.mp3|10495041
                      Bruce Springsteen 2-2.mp3|11724886
                      Bruce Springsteen 1-9.mp3|6860886
                      Bruce Springsteen 1-7.mp3|7527009
                      Bruce Springsteen 1-6.mp3|13521588
                      Bruce Springsteen 1-4.mp3|7929294
                      Bruce Springsteen 1-3.mp3|5388625
                      Bruce Springsteen 1-2.mp3|7527009
                      Bruce Springsteen 1-11.mp3|7140396
                      Bruce Springsteen 1-10.mp3|7986241
                      Bruce Springsteen 1-1.mp3|6771025
              The River (Disc 1)
                      Bruce Springsteen - The Riv.mp3|7228281
              The Ghost Of Tom Joad
                      Bruce Springsteen - Youngst.mp3|5713600
                      Bruce Springsteen - The New.mp3|8387497
                      Bruce Springsteen - The Lin.mp3|7678424
                      Bruce Springsteen - The Gho.mp3|6421425
                      Bruce Springsteen - Straigh.mp3|5053436
                      Bruce Springsteen - Sinaloa.mp3|5586963
                      Bruce Springsteen - My Best.mp3|2894903
                      Bruce Springsteen - Highway.mp3|5385084
                      Bruce Springsteen - Galvest.mp3|7378126
                      Bruce Springsteen - Dry Lig.mp3|5230233
                      Bruce Springsteen - Balboa.mp3|4844664
                      Bruce Springsteen - Across.mp3|7919805
              The Rising
                      Bruce Springsteen - Lonesom.m4a|9985543
        Brothers Karamazov
              At the Little Dipper, February 22, 2003
                      Track 09.mp3|7629513
                      Track 08.mp3|4077278
                      Track 07.mp3|7173938
                      Track 06.mp3|10639237
                      Track 05.mp3|9658287
                      Track 04.mp3|7435580
                      Track 03.mp3|13914365
                      Track 02.mp3|5610770
                      Track 01.mp3|6930267
        Flaming Lips, The - Zaireeka (4 Disc Mix)
              Thirty-Five Thousand Feet of Despair.mp3|4784128
              The Train Runs over the Camel But Is Derailed by the
Gnat.mp3|5230592
              The Big Ol' Bug Is the New Baby Now.mp3|7325696
              Riding to Work in the Year 2025 (Your Invisible Now).mp3|8476672
              Okay I'll Admit That I Really Don't Understand.mp3|6518784
              March of the Rotten Vegetables.mp3|7663616
              How Will We Know_.mp3|2795520
              A Machine in India.mp3|14804992
        Crimson Crimson
              Crimson Crimson - upsidedown head.m4a|4379294
              Crimson Crimson - unknown awesome.m4a|2694686
              Crimson Crimson - Track 05.m4a|2837406
              Crimson Crimson - side a.m4a|1631140
              Crimson Crimson - paperthin ears.m4a|4957751
              Crimson Crimson - oh jenny.m4a|2356337
              Crimson Crimson - not this time.m4a|3460340
                              Page 82
```

```
                          ShareListing.txt
              Crimson Crimson - my sunshine.m4a|4294055
              Crimson Crimson - my memory is my enemy.m4a|3884063
              Crimson Crimson - from here on in.m4a|3916885
        architecture in helsinki
              2004 - fingers crossed
                    Architecture in Helsinki - 14 - Vanishing.mp3|6099072
                    Architecture in Helsinki - 13 - City Calm Down.mp3|4081792
                    Architecture in Helsinki - 12 - Where've You Been
Hiding-.mp3|3870848
                    Architecture in Helsinki - 11 - Like a Call.mp3|4472964
                    Architecture in Helsinki - 10 - It's Almost a
Trap.mp3|3412096
                    Architecture in Helsinki - 09 - Kindling.mp3|2619520
                    Architecture in Helsinki - 08 - Fumble.mp3|4495529
                    Architecture in Helsinki - 07 - The Owls Go.mp3|5175424
                    Architecture in Helsinki - 06 - Spring 2008.mp3|4124800
                    Architecture in Helsinki - 05 - To and Fro.mp3|3688576
                    Architecture in Helsinki - 04 - Scissor Paper
Rock.mp3|3600512
                    Architecture in Helsinki - 03 - Imaginary
Ordinary.mp3|3299456
                    Architecture in Helsinki - 02 - Souveniers.mp3|3502208
                    Architecture in Helsinki - 01 - One Heavy
February.mp3|1429632
        Alice Cooper
              Wayne's World - Soundtrack
                    10 Feed My Frankenstein.mp3|5726214
              School's Out
                    01 School's Out.mp3|4205465
              Love It to Death
                    12 Eighteen.mp3|3582801
        Echo & The Bunnymen
              17 Ocean Rain (Live - A Crystal Day - May 12, 1984).mp3|12725970
              16 My Kingdom (Live - A Crystal Day - May 12, 1984).mp3|9559929
              15 Silver (The Life At Brian's Sessions).mp3|8240212
              14 Villiers Terrace (The Life At Brian's Sessions).mp3|14406165
              13 Stars Are Stars (The Life At Brian's Sessions).mp3|7442964
              12 The Killing Moon (The Life At Brian's Sessions).mp3|8285153
              11 All You Need Is Love (The Life At Brian's Sessions).mp3|16207573
              10 Angels And Devils.mp3|10597482
              09 Ocean Rain.mp3|12980886
              08 My Kingdom.mp3|9816935
              07 Seven Seas.mp3|8025980
              06 The Killing Moon.mp3|13898312
              05 Thorn Of Crowns.mp3|11812695
              04 The Yo-Yo Man.mp3|7632056
              03 Crystal Days.mp3|5797214
              02 Nocturnal Me.mp3|11923451
              01 Silver.mp3|8025976
        Tangiers
              2003 - Hot New Spirits
                    Tangiers - Hot New Spirits - 13 - Situation.mp3|3893248
                    Tangiers - Hot New Spirits - 12 - Broken Leaf.mp3|2942976
                    Tangiers - Hot New Spirits - 11 - Kiss My Lips.mp3|3475456
                    Tangiers - Hot New Spirits - 10 - Eyes Shut.mp3|4265984
                    Tangiers - Hot New Spirits - 09 - One Thousand
Hands.mp3|3928064
                    Tangiers - Hot New Spirits - 08 - Ca Va Cool.mp3|3291136
                    Tangiers - Hot New Spirits - 07 - Anxiety.mp3|4143104
                    Tangiers - Hot New Spirits - 06 - Shoestrings.mp3|3565568
                    Tangiers - Hot New Spirits - 05 - Shocked.mp3|2990080
                    Tangiers - Hot New Spirits - 04 - Return To The
Ship.mp3|3715072
```

```
                              ShareListing.txt
                  Tangiers - Hot New Spirits - 03 - Here Come The
Pieces.mp3|3278848
                  Tangiers - Hot New Spirits - 02 - Keep The Living Bodies
Warm.mp3|3729408
                  Tangiers - Hot New Spirits - 01 - Red Stone
Rocks.mp3|3059712
            2004 - never bring you pleasure
                  Tangiers - 12 - We're So Breathless.mp3|7321783
                  Tangiers - 11 - I've Been Calling.mp3|4787181
                  Tangiers - 10 - Your Colour.mp3|7465516
                  Tangiers - 09 - I Wanna Go Out.mp3|5272172
                  Tangiers - 08 - Tropical Ceremony.mp3|5383349
                  Tangiers - 07 - Energy Jaws.mp3|5983935
                  Tangiers - 06 - Ro-Ro-Roland.mp3|6271065
                  Tangiers - 05 - Bones to Match the Heart.mp3|4109084
                  Tangiers - 04 - Walk Run Walk.mp3|7273735
                  Tangiers - 03 - Spine to Your Necklace.mp3|5222904
                  Tangiers - 02 - I Don't Love You.mp3|6475202
                  Tangiers - 01 - Love Rackets.mp3|4765280
         Pink Floyd
            Pink Floyd-Wish You Were Here-05 - Shine On You Crazy Diamond (Parts
VI-IX).m4a|12162548
                  Pink Floyd-Wish You Were Here-04 - Wish You Were Here.m4a|5414217
                  Pink Floyd-Wish You Were Here-03 - Have A Cigar.m4a|4999530
                  Pink Floyd-Wish You Were Here-02 - Welcome to the
Machine.m4a|7303443
            Pink Floyd-Wish You Were Here-01 - Shine On You Crazy Diamond (Parts
I-V).m4a|13276035
                  Pink Floyd-The Wall (Disc 2)-13 - Outside The Wall.m4a|1285937
                  Pink Floyd-The Wall (Disc 2)-12 - The Trial.m4a|1251570
                  Pink Floyd-The Wall (Disc 2)-11 - Stop.m4a|4164141
                  Pink Floyd-The Wall (Disc 2)-10 - Waiting For The Worms.m4a|3535924
                  Pink Floyd-The Wall (Disc 2)-09 - Run Like Hell.m4a|3426194
                  Pink Floyd-The Wall (Disc 2)-08 - In The Flesh.m4a|2103406
                  Pink Floyd-The Wall (Disc 2)-07 - The Show Must Go On.m4a|2744278
                  Pink Floyd-The Wall (Disc 2)-06 - Comfortably Numb.m4a|5450623
                  Pink Floyd-The Wall (Disc 2)-05 - Bring The Boys Back
Home.m4a|3891266
                  Pink Floyd-The Wall (Disc 2)-04 - Vera.m4a|1834791
                  Pink Floyd-The Wall (Disc 2)-03 - Nobody Home.m4a|3091427
                  Pink Floyd-The Wall (Disc 2)-02 - Is There Anybody Out
There.m4a|2449912
                  Pink Floyd-The Wall (Disc 2)-01 - Hey You.m4a|3251253
                  Pink Floyd-The Wall (Disc 1)-13 - Goodbye Cruel World.m4a|1721729
                  Pink Floyd-The Wall (Disc 1)-12 - Another Brick In Wall Pt_
3.m4a|5184134
                  Pink Floyd-The Wall (Disc 1)-11 - Don't Leave Me Now.m4a|539797
                  Pink Floyd-The Wall (Disc 1)-10 - One Of My Turns.m4a|3866510
                  Pink Floyd-The Wall (Disc 1)-09 - Young Lust.m4a|4287501
                  Pink Floyd-The Wall (Disc 1)-08 - Empty Spaces.m4a|4175272
                  Pink Floyd-The Wall (Disc 1)-07 - Goodbye Blue Sky.m4a|1586415
                  Pink Floyd-The Wall (Disc 1)-06 - Mother.m4a|6218490
                  Pink Floyd-The Wall (Disc 1)-05 - Another Brick In The Wall Pt_
2.m4a|1445172
                  Pink Floyd-The Wall (Disc 1)-04 - The Happiest Days Of Our
Lives.m4a|1552877
                  Pink Floyd-The Wall (Disc 1)-03 - Nobody Home.m4a|3331150
                  Pink Floyd-The Wall (Disc 1)-02 - Is There Anybody Out
There_.m4a|2622318
                  Pink Floyd-The Wall (Disc 1)-01 - Hey You.m4a|4570900
                  Pink Floyd-Dark Side Of The Moon-09 - Eclipse.m4a|2041236
                  Pink Floyd-Dark Side Of The Moon-08 - Brain Damage.m4a|3740053
                  Pink Floyd-Dark Side Of The Moon-07 - Any Colour You
                                    Page 84
```

ShareListing.txt
Like.m4a|3341805
              Pink Floyd-Dark Side Of The Moon-06 - Us And Them.m4a|7459613
              Pink Floyd-Dark Side Of The Moon-05 - Money.m4a|6346535
              Pink Floyd-Dark Side Of The Moon-04 - The Great Gig In The
Sky.m4a|4599708
              Pink Floyd-Dark Side Of The Moon-03 - Time.m4a|6904811
              Pink Floyd-Dark Side Of The Moon-02 - On The Run.m4a|3460068
              Pink Floyd-Dark Side Of The Moon-01 - Speak To
Me_Breathe.m4a|3900428
              Pink Floyd-Animals-05 - Pigs On The Wing (Part Two).m4a|1425628
              Pink Floyd-Animals-04 - Sheep.m4a|10037814
              Pink Floyd-Animals-03 - Pigs (Three Different Ones).m4a|11139765
              Pink Floyd-Animals-02 - Dogs.m4a|16640038
              Pink Floyd-Animals-01 - Pigs On The Wing (Part One).m4a|1418691
              Pink Floyd - Summer '68.mp3|5261270
              Pink Floyd - If.mp3|4338416
              Pink Floyd - Fat Old Sun.mp3|5178514
              Pink Floyd - Atom Heart Mother.mp3|22661746
              Pink Floyd - Alan's Psychedelic Breakfast.mp3|12465408
              11 - Bike.mp3|4845301
              10 - Scarecrow.mp3|3156959
              09 - Chapter 24.mp3|5341214
              08 - The Gnome.mp3|3215264
              06 - Take Up Thy Stethoscope And Walk.mp3|4460796
              05 - Pow R. Toc H.mp3|6399542
              04 - Flaming.mp3|3991412
              03 - Set The Controls For The Heart Of The Sun.mp3|6546284
              03 - Matilda Mother.mp3|4528079
              02 - Remember A Day.mp3|5463741
              02 - Lucifer Sam.mp3|4506760
              01 - Let There Be More Light.mp3|6774052
              01 - Astronomy Domine.mp3|6052796
      Secret Machines, The - Now Here Is Nowhere
              You Are Chains.mp3|8384250
              Sad and Lonely.mp3|6096878
              Road Leads Where It's Lead.mp3|6760806
              Pharoah's Daughter.mp3|8286447
              Nowhere Again.mp3|6094370
              Now Here Is Nowhere.mp3|12788495
              Light's on.mp3|4947371
              Leaves Are Gone.mp3|5876495
              First Wave Intact.mp3|12958395
      The Doors
              The Doors-Greatest Hits-12 - The End.m4a|6281713
              The Doors-Greatest Hits-11 - The Ghost Song.m4a|4101310
              The Doors-Greatest Hits-10 - Love Her Madly.m4a|3248254
              The Doors-Greatest Hits-09 - L_A_ Woman.m4a|7621873
              The Doors-Greatest Hits-08 - Touch Me.m4a|3145391
              The Doors-Greatest Hits-07 - Roadhouse Blues (Live).m4a|6069827
              The Doors-Greatest Hits-06 - Break On Through.m4a|2439876
              The Doors-Greatest Hits-05 - Riders On The Storm.m4a|6993698
              The Doors-Greatest Hits-04 - Love Me Two Times.m4a|3214494
              The Doors-Greatest Hits-03 - People Are Strange.m4a|2172382
              The Doors-Greatest Hits-02 - Light My Fire.m4a|6935851
              The Doors-Greatest Hits-01 - Hello, I Love You.m4a|2209162
              The Doors - The Spy.m4a|4110560
      Supertramp
              No album info
                      Supertramp - Goodbye Strang.mp3|3657856
                      Super Tramp - The Logical S.mp3|3996611
                      Super Tramp - Bloody Right.mp3|4374656
              Very Best Of
                      Supertramp - Dreamer.mp3|3366645
                              Page 85

```
                        ShareListing.txt
        The Very Best Of Supertramp
                Super Tramp - Crime Of The.mp3|3703543
   The Dream Academy
        The Dream Academy
                The Dream Academy - _Johnny.mp3|4225779
                The Dream Academy - This Wo.mp3|4978816
                The Dream Academy - The Par.mp3|4956366
                The Dream Academy - The Lov.mp3|3664920
                The Dream Academy - The Edg.mp3|4259216
                The Dream Academy - One Dre.mp3|2463454
                The Dream Academy - Moving.mp3|5083306
                The Dream Academy - Life in.mp3|4186491
                The Dream Academy - In Plac.mp3|4318942
                The Dream Academy - Bound t.mp3|3042662
   Radiohead
        Radiohead-The Bends-12 - Street Spirit (Fade Out).m4a|51750
        Radiohead-The Bends-11 - Sulk.m4a|3619616
        Radiohead-The Bends-10 - Black Star.m4a|4004715
        Radiohead-The Bends-09 - Bullet Proof___I Wish I Was.m4a|3391708
        Radiohead-The Bends-08 - My Iron Lung.m4a|4476212
        Radiohead-The Bends-07 - Just.m4a|3797779
        Radiohead-The Bends-06 - (Nice Dream).m4a|3781432
        Radiohead-The Bends-05 - Bones.m4a|3075545
        Radiohead-The Bends-04 - Fake Plastic Trees.m4a|4705190
        Radiohead-The Bends-03 - High And Dry.m4a|4174128
        Radiohead-The Bends-02 - The Bends.m4a|3992083
        Radiohead-The Bends-01 - Planet Telex.m4a|4187060
        Radiohead-OK Computer-12 - The Tourist.m4a|5254696
        Radiohead-OK Computer-11 - Lucky.m4a|4206079
        Radiohead-OK Computer-10 - No Surprises.m4a|3708614
        Radiohead-OK Computer-09 - Climbing Up The Walls.m4a|4618448
        Radiohead-OK Computer-08 - Electioneering.m4a|3742051
        Radiohead-OK Computer-07 - Fitter Happier.m4a|1929408
        Radiohead-OK Computer-06 - Karma Police.m4a|4238413
        Radiohead-OK Computer-05 - Let Down.m4a|4845923
        Radiohead-OK Computer-04 - Exit Music (For A Film).m4a|4288603
        Radiohead-OK Computer-03 - Subterranean Homesick Alien.m4a|4335367
        Radiohead-OK Computer-02 - Paranoid Android.m4a|6208623
        Radiohead-OK Computer-01 - Airbag.m4a|4605543
        Radiohead-Kid A-10 - Motion Picture Soundtrack.m4a|6823285
        Radiohead-Kid A-09 - Morning Bell.m4a|4466081
        Radiohead-Kid A-08 - Idioteque.m4a|5005391
        Radiohead-Kid A-07 - In Limbo.m4a|3428327
        Radiohead-Kid A-06 - Optimistic.m4a|5116603
        Radiohead-Kid A-05 - Treefingers.m4a|3612762
        Radiohead-Kid A-04 - How To Disappear Completely.m4a|5769042
        Radiohead-Kid A-03 - The National Anthem.m4a|5694277
        Radiohead-Kid A-02 - Kid A.m4a|4607049
        Radiohead-Kid A-01 - Everything In Its Right Place.m4a|4075648
        Radiohead-Hail To The Thief-14 - A Wolf At The Door (It Girl_ Rag
Doll).m4a|3273194
        Radiohead-Hail To The Thief-13 - Scatterbrain (As Dead As
Leaves).m4a|3279138
        Radiohead-Hail To The Thief-12 - Myxomatosis (Judge, Jury &
Executioner).m4a|3772516
        Radiohead-Hail To The Thief-11 - A Punch Up At A Wedding (No No No
No No No No No).m4a|4814987
        Radiohead-Hail To The Thief-10 - I Will (No Man's Land).m4a|1963743
        Radiohead-Hail To The Thief-09 - There There (The Boney King Of
Nowhere).m4a|5239905
        Radiohead-Hail To The Thief-08 - The Gloaming (Softly Open Our
Mouths In The Cold).m4a|3444541
        Radiohead-Hail To The Thief-07 - We Suck Young Blood (Your Time Is
                        Page 86
```

ShareListing.txt

Up).m4a|4804880
        Radiohead-Hail To The Thief-06 - Where I End And You Begin (The Sky
Is Falling In).m4a|4361132
        Radiohead-Hail To The Thief-05 - Go To Sleep (Little Man Being
Erased).m4a|3276166
        Radiohead-Hail To The Thief-04 - Backdrifts (Honeymoon Is
Over).m4a|5223741
        Radiohead-Hail To The Thief-03 - Sail To The Moon (Brush The Cobwebs
Of The Sky).m4a|4186097
        Radiohead-Hail To The Thief-02 - Sit Down, Stand Up (Snakes &
Ladders).m4a|4211744
        Radiohead-Hail To The Thief-01 - 2+2=5 (The Lukewarm).m4a|3241865
        Radiohead-Amnesiac-11 - Life In A Glass House.m4a|4448424
        Radiohead-Amnesiac-10 - Like Spinning Plates.m4a|3851535
        Radiohead-Amnesiac-09 - Hunting Bears.m4a|1991081
        Radiohead-Amnesiac-08 - Dollars & Cents.m4a|4723819
        Radiohead-Amnesiac-07 - Morning Bell_Amnesiac.m4a|3160381
        Radiohead-Amnesiac-06 - Knives Out.m4a|4129917
        Radiohead-Amnesiac-05 - I Might Be Wrong.m4a|4757054
        Radiohead-Amnesiac-04 - You And Whose Army_.m4a|3107868
        Radiohead-Amnesiac-03 - Pulk_Pull Revolving Doors.m4a|4008059
        Radiohead-Amnesiac-02 - Pyramid Song.m4a|4675781
        Radiohead-Amnesiac-01 - Packt Like Sardines In A Crushd Tin
Box.m4a|3897346
        Radiohead EPs - True Love Waits.mp3|4903469
        Radiohead EPs - The National Anthem.mp3|4825243
        Radiohead EPs - Morning Bell.mp3|4128988
        Radiohead EPs - Like Spinning Plates.mp3|3703860
        Radiohead EPs - Idioteque.mp3|4302411
        Radiohead EPs - I Might Be Wrong.mp3|4739308
        Radiohead EPs - Everything In Its Right Place.mp3|9320282
        Radiohead EPs - Dollars and Cents.mp3|7577167
        Radiohead - You Never Wash Up After Yourse.mp3|2459285
        Radiohead - Yes I Am.mp3|6326830
        Radiohead - Where Bluebirds Fly.mp3|6331466
        Radiohead - TransAtlantic Drawl.m4a|5171062
        Radiohead - Thinking About You.mp3|3222229
        Radiohead - The Amazing Sounds Of Orgy.m4a|6167106
        Radiohead - Sunday Bloody Sunday (live).mpg|3674112
        Radiohead - Stupid Car.mp3|3348244
        Radiohead - Scatterbrain Four Tet Remix.mp3|6394160
        Radiohead - Punchdrunk Lovesick Singalong.mp3|6694843
        Radiohead - Prove Yourself.mp3|3560149
        Radiohead - Pop Is Dead.mp3|3156401
        Radiohead - Permanent Daylight.mp3|4027845
        Radiohead - paperbag writer.mp3|5736448
        Radiohead - Myxomatosis Cristian Vogel Mi.mp3|7417856
        Radiohead - Million Dollar Question.mp3|4716224
        Radiohead - Maquiladora.mp3|4877974
        Radiohead - Lozenge Of Love.mp3|3236022
        Radiohead - Lewis Mistreated.mp3|4748825
        Radiohead - Kinetic.m4a|6914788
        Radiohead - Inside My Head.mp3|4563251
        Radiohead - I will los angeles version.mp3|3201024
        Radiohead - I am Citizen Insane.mp3|5110817
        Radiohead - i am a wicked child.mp3|4462686
        Radiohead - How Can You Be Sure.mp3|6202069
        Radiohead - Gagging Order.mp3|5182915
        Radiohead - Fog again  live.mp3|3345357
        Radiohead - Fast Track.m4a|5612520
        Radiohead - Faithless The Wonder Boy.mp3|5902763
        Radiohead - Coke Babies.mp3|4274859
        Radiohead - 2 plus 2 equals 5 live at earls court london.mp3|5150720
                        Page 87

ShareListing.txt
```
                    12 The Tourist.mp3|3869782
                    11 Lucky.mp3|3838017
                    10 No Surprises.mp3|3798729
                    09 Climbing Up the Walls.mp3|5908480
                    08 Electioneering.MP3|3111604
                    06 Karma Police.MP3|4123483
                    05 Let Down.mp3|4207344
                    04 Exit Music (For a Film).MP3|4318670
                    03 Tommy Gun.mp3|4752072
                    02 Paranoid Android.MP3|6074098
         Andreas Vollenweider
                    Andreas Vollenweider-White Winds-10 - Trilogy (At The White Magic
Gardens) & The White Winds.m4a|8029020
                    Andreas Vollenweider-White Winds-09 - Sisterseed.m4a|3629263
                    Andreas Vollenweider-White Winds-08 - Brothership.m4a|8063091
                    Andreas Vollenweider-White Winds-07 - Flight Feet And Root
Hands.m4a|9077209
                    Andreas Vollenweider-White Winds-06 - Phases Of The Three
Moons.m4a|6637028
                    Andreas Vollenweider-White Winds-05 - The Stone
(Close-up).m4a|7367502
                    Andreas Vollenweider-White Winds-04 - The Woman & The
Stone.m4a|10531218
                    Andreas Vollenweider-White Winds-03 - The Glass Hall (Choose The
Crystal).m4a|18336697
                    Andreas Vollenweider-White Winds-02 - Hall Of The Stairs & Hall Of
The Mosaics (Meeting You).m4a|12243260
                    Andreas Vollenweider-White Winds-01 - The White Winds & The White
Boat (First View).m4a|4485888
         Cry, Cry, Cry
                    dar williams - the kid.mp3|5432343
                    dar williams - the ballad of mary magdalen.mp3|5120479
                    dar williams - Speaking With The Angel.mp3|3863267
                    dar williams - Shades of Gray.mp3|6275403
                    dar williams - Northern Cross.mp3|4317184
                    dar williams - Memphis.mp3|5933705
                    dar williams - I Know What Kind Of Love This Is.mp3|4311628
                    dar williams - fall on me.mp3|2823402
                    dar williams - down by the water.mp3|3048723
                    dar williams - cold missouri waters.mp3|3293184
                    dar williams - By Way Of Sorrow.mp3|4387214
                    cry cry cry - Lord, I Have Made You A Place In My Heart.mp3|5159616
         Flogging Molly
                    Drunken Lullabies
                            Flogging Molly - Whats Left.mp3|7010516
                            Flogging Molly - The Kilbur.mp3|6452122
                            Flogging Molly - Swagger.mp3|9983877
                            Flogging Molly - May the Li.mp3|7369960
                            Flogging Molly - Death Vall.mp3|5689765
         The Fiery Furnaces
                    Gallowsbird's Bark
                            16 We Got Back the Plague.mp3|6198308
                            15 Rub Alcohol Blues.mp3|2970196
                            14 Tropical Iceland.mp3|5051631
                            13 Bright Blue Tie.mp3|3041665
                            12 Worry Worry.mp3|3000910
                            11 Gale Blow.mp3|3247921
                            10 Bow Wow.mp3|5466656
                            09 Two Fat Feet.mp3|5874303
                            08 Crystal Clear.mp3|3175296
                            07 Don't Dance Her Down.mp3|4746943
                            06 Asthma Attack.mp3|3080534
                            05 Inca Rag _ Name Game.mp3|5670912
```

```
                       ShareListing.txt
            04 Up in the North.mp3|3421082
            03 Leaky Tunnel.mp3|5140148
            02 I'm Gonna Run.mp3|3473745
            01 South Is Only a Home.mp3|3923887
      Blueberry Boat
            13 Wolf Notes.mp3|7460787
            12 Turning Round _ Catamaran Man.mp3|3398620
            11 Birdie Brain.mp3|4748613
            10 1917.mp3|7417492
            09 Spaniolated.mp3|5067084
            08 Chief Inspector Blancheflower.mp3|13726744
            07 Mason City.mp3|12712283
            06 My Dog Was Lost But Now He's Found.mp3|5407984
            05 Paw Paw Tree.mp3|7196982
            04 Chris Michaels.mp3|12389239
            03 Blueberry Boat.mp3|14075420
            02 Straight Street.mp3|7751670
            01 Quay Cur.mp3|16213342
Roger Waters with Eric Clapton
      No album info
            Pink Floyd _ Eric Clapton -.mp3|6764672
Tortoise - TNT
      TNT.mp3|7249676
      TNT (Nobukazu Takamura Remix).mp3|9689201
      The Suspension Bridge at Iganuzu Falls.mp3|5410691
      The Equator.mp3|3567045
      Ten-Day Interval.mp3|4556778
      Swung From The Gutters.mp3|5644731
      Jetty.mp3|10038510
      In Sarah, Mencken, Christ and Beethoven.mp3|7161480
      I Set My Face to the Hillside.mp3|4608200
      Four-Day Interval.mp3|4573080
      Everglade.mp3|6282429
      Almost Always is Nearly Enough.mp3|2582729
      A Simple Way To Go Faster Than Light That Does Not Work.mp3|3424256
Tears for Fears
      Pure 80's Hits
            Tears For Fears - Head Over.mp3|4111216
After the Fire
      Der Kommissar
            13 Der Kommissar.mp3|4973352
The Thomas Crown Affair
      title
            Thomas Crown Affair Soundtr.mp3|1116873
            Thomas Crown Affair - Cockt.mp3|1142141
            Movies - Thomas Crown Affai.mp3|3267601
      No album info
            Thomas Crown Affair Soundtr.mp3|939483
            Thomas Crown Affair - Wasis.mp3|4378752
            Thomas Crown Affair - Quick.mp3|1413206
            thomas crown affair - meet.mp3|1373767
            John Gary - The Windmills o.mp3|2146317
      Henry Mancini
            Theme from The Thomas Crown.mp3|2930483
            henry mancini - thomas crow.mp3|3642078
      Romance at the Movies
            john arpin - The Thomas Cro.mp3|4093951
      The Thomas Crown Affair
            Thomas Crown Affair-Theme _.mp3|2244592
      Michel Legrand
            thomas crown affair soundtr.mp3|1390932
      Thomas Crown Affair - Black.mp3|993408
      The Thomas Crown Affair Sou.mp3|9898660
                       Page 89
```

```
                              ShareListing.txt
Cat Stevens
        Footsteps in the Dark_ Greatest Hits, Vol. 2
                    Cat Stevens - _I Never Want.mp3|2898508
                    Cat Stevens - Where Do the.mp3|3728157
                    Cat Stevens - Trouble.mp3|2643553
                    Cat Stevens - The Wind.mp3|1653825
                    Cat Stevens - The Hurt.mp3|4123546
                    Cat Stevens - Silent Sunlig.mp3|2865907
                    Cat Stevens - On the Road t.mp3|4934387
                    Cat Stevens - Katmandu.mp3|3207798
                    Cat Stevens - If You Want t.mp3|2656927
                    Cat Stevens - I Want to Liv.mp3|3265894
                    Cat Stevens - How Can I Tel.mp3|4224692
                    Cat Stevens - Father and So.mp3|3526700
                    Cat Stevens - Don_t Be Shy.mp3|2749714
                    Cat Stevens - Day Time.mp3|3764937
        Tea For The Tillerman
                    Cat Stevens - Tea For The T.mp3|1489303
        Cat Stevens-Greatest Hits-12 - Another Saturday Night.m4a|2421671
        Cat Stevens-Greatest Hits-11 - Morning Has Broken.m4a|3233578
        Cat Stevens-Greatest Hits-10 - Sitting.m4a|3145906
        Cat Stevens-Greatest Hits-09 - Father & Son.m4a|3599841
        Cat Stevens-Greatest Hits-08 - Ready.m4a|3190502
        Cat Stevens-Greatest Hits-07 - Peace Train.m4a|4107476
        Cat Stevens-Greatest Hits-06 - Two Fine People.m4a|3467634
        Cat Stevens-Greatest Hits-05 - Moonshadow.m4a|2769686
        Cat Stevens-Greatest Hits-04 - Hard Headed Woman.m4a|3719121
        Cat Stevens-Greatest Hits-03 - Can't Keep It In.m4a|2929226
        Cat Stevens-Greatest Hits-02 - Oh Very Young.m4a|2536200
        Cat Stevens-Greatest Hits-01 - Wild World.m4a|3237673
Comedy - Monty Python
        No album info
                    Monty Python - Foul Tempere.mp3|2461292
                    Monty Python - Finland.mp3|1977032
                    Monty Python - Constitution.mp3|2746496
                    Monty Python - Bring Out Yo.mp3|883651
                    Monty Python -  French Taun.mp3|3068928
        Monty Python - The Quest fo.mp3|2203776
Tenacious D
        No album info
                    Tenacious D - Tribute To Th.mp3|4153344
The Mountain Goats - Tallahassee
        The Mountain Goats - Tallahassee.m3u|1159
        14 - Alpha Rats Nest .mp3|4313754
        13 - Oceanographer's Choice .mp3|8191106
        12 - Old College Try .mp3|5586324
        11 - Have To Explode .mp3|6511236
        10 - International Small Arms Traffic Blues .mp3|5539936
        09 - Peacocks .mp3|7276701
        08 - See America Right .mp3|3870472
        07 - No Children .mp3|5540804
        06 - Idylls Of The King .mp3|6957343
        05 - The House That Dripped Blood .mp3|5811321
        04 - Game Shows Touch Our Lives .mp3|7622755
        03 - Southwood Plantation Road .mp3|5522327
        02 - First Few Desperate Hours .mp3|6118318
        01 - Tallahassee .mp3|9116833
Eric Clapton
        No album info
                    E_Clapton - Classical Guita.mp3|2506871
        Eric Clapton-Just One Night
                    Eric Clapton - Cocaine _Liv.mp3|7482391
        Cream of Clapton
                              Page 90
```

```
                         ShareListing.txt
                  04 Crosroads.mp3|4108288
         Unknown Album
                  Swing Low Sweet Chariot.mp3|4189232
                  Layla.mp3|5940059
                  Layla (Unpluged).mp3|4578498
                  After Midnight.mp3|3775388
         Timepieces - The Best Of Eric Clapton
                  10 Swing Low Sweet Chariot.mp3|34816
    Frog Eyes
         2004 - the folded palm
                  Frog Eyes - 13 - Russian Berries But You're Quiet
Tonight.mp3|5628533
                  Frog Eyes - 12 - A Library Used to Be (Black Hole and Its
Concentrated Edges).mp3|3355273
                  Frog Eyes - 11 - Ice on the Trail.mp3|8224662
                  Frog Eyes - 10 - New Tappy Is Heard and Beheld.mp3|4859895
                  Frog Eyes - 09 - Important Signals Will Break the Darkness
(This I Hope).mp3|2970327
                  Frog Eyes - 08 - The Oscillator's Hum.mp3|3565256
                  Frog Eyes - 07 - The Heart That Felt Its Light.mp3|4566487
                  Frog Eyes - 06 - Ship Destroyer.mp3|1901982
                  Frog Eyes - 05 - New Soft Motherhood Alliance.mp3|4350819
                  Frog Eyes - 04 - Bells in the Crooked Port.mp3|3543946
                  Frog Eyes - 03 - I Like Dot Dot Dot.mp3|1691961
                  Frog Eyes - 02 - The Akhian Press.mp3|2470617
                  Frog Eyes - 01 - The Fence Feels Its Post.mp3|2380346
                  00 - 2004 - frog eyes - the folded palm.nfo|1151
         2004 - ego scriptor
                  Frog Eyes - 11 - The Fox Speaks to His Wife Who.mp3|2281472
                  Frog Eyes - 10 - Sound Travels From the Snow to.mp3|2861056
                  Frog Eyes - 09 - One in Six Children Will Flee.mp3|2154496
                  Frog Eyes - 08 - Our Lordship Has Devised a New.mp3|2611200
                  Frog Eyes - 07 - The Akhian Press.mp3|2336818
                  Frog Eyes - 06 - I Like Dot Dot Dot.mp3|1316864
                  Frog Eyes - 05 - Bells in the Crooked Port.mp3|2627584
                  Frog Eyes - 04 - Masticated Outboard Motors.mp3|2203648
                  Frog Eyes - 03 - Silence But For the Gentle Tin.mp3|2142208
                  Frog Eyes - 02 - Ship Destroyer.mp3|1085440
                  Frog Eyes - 01 - A Latex Ice Age.mp3|1949696
    Ottmar Liebert
         Nouveau Flamenco
                  13 Shadows.mp3|4671654
                  12 Moon Over Trees.mp3|2587718
                  11 Flowers Of Romance.mp3|4725582
                  10 After The Rain.mp3|4789526
                  09 Road 2 Her_Home.mp3|6151237
                  08 Waiting 4 Stars 2 Fall.mp3|7116730
                  07 Surrender 2 Love.mp3|6418941
                  06 Santa Fe.mp3|6202639
                  05 Passing Strom.mp3|5700466
                  04 2 The Night.mp3|6217062
                  03 3 Women Walking.mp3|6358127
                  02 Heart Still_Beating.mp3|5963786
                  01 Barcelona Nights.mp3|5854069
    Harry Chapin
         No album info
                  Cat Stevens- Cats in the Cr.mp3|3871554
    Kronos Quartet
         Five Tangos
                  05 - Fear.mp3|4803044
                  04 - Despertar.mp3|5884534
                  03 - Anxiety.mp3|5947732
                  02 - Loving.mp3|7487387
                         Page 91
```

```
                          ShareListing.txt
                01 - Asleep.mp3|6574584
White Man Sleeps
                08 - String Quartet No 3.mp3|18604494
                06 - Amazing Grace.mp3|14277049
                05 - Lonely WOman.mp3|3800903
                04 - Morango... Almost a Tango.mp3|7710388
                02 - Scherzo- Holding Your Own.mp3|1703270
Dracula
                26 - The End of Dracula.mp3|3954816
                25 - Mina's Bedroom - The Abbey.mp3|3724938
                24 - Mina on the Terrace.mp3|4502720
                23 - Dr. van Helsing and Dracula.mp3|2292155
                21 - Women in White.mp3|3084416
                20 - Or a Wolf.mp3|4503680
                19 - Dracula Enters.mp3|3878272
                17 - In His Cell.mp3|98304
                16 - Renfield.mp3|2838656
                14 - Lucy's Bitten.mp3|2312682
                13 - In the Theatre.mp3|2742684
                12 - London Fog.mp3|1239452
                11 - Horrible Tragedy.mp3|1314026
                10 - The Storm.mp3|1510590
                09 - The Three Consorts of Dracula.mp3|1466685
                08 - Excellent, Mr. Renfield.mp3|2705536
                07 - The Drawing Room.mp3|1114346
                06 - The Castle.mp3|3090560
                05 - Carriage Without a Driver.mp3|2141160
                04 - The Crypt.mp3|1246003
                03 - The Inn.mp3|3283944
                02 - Journey to the Inn.mp3|693062
                01 - Dracula.mp3|1218816
Kronos Quartet Performs Philip Glass
                18 - String Quartet No. 3 - Mishima-Closing.mp3|3538111
                17 - String Quartet No. 3 - Blood Oath.mp3|3884494
                16 - String Quartet No. 3 - 1962 - Body Building.mp3|2018307
                15 - String Quartet No. 3 - 1934 - Grandmother and
Kimitake.mp3|3279498
                14 - String Quartet No. 3 - November 25 -
Ichigaya.mp3|1658339
                13 - String Quartet No. 3 - 1957 - Award Montage.mp3|4228266
                12 - String Quartet No. 2 - IV.mp3|2659352
                11 - String Quartet No. 2 - III.mp3|1853735
                10 - String Quartet No. 2 - II.mp3|1930535
                09 - String Quartet No. 2 - I.mp3|2625392
                08 - String Quartet No. 4 - III.mp3|10574976
                07 - String Quartet No. 4 - II.mp3|7661800
                06 - String Quartet No. 4 - I.mp3|9591205
                05 - String Quartet No. 5 - V.mp3|9331547
                04 - String Quartet No. 5 - IV.mp3|5565213
                03 - String Quartet No. 5 - III.mp3|6565703
                02 - String Quartet No. 5 - II.mp3|3584609
                01 - String Quartet No. 5 - I.mp3|1423760
Wrens
Secaucus
                Wrens_05_-_Wont_Get_Too_Far.mp3|4371940
Woven
        8 Bit Monk
                11 Rooftops.m4a|2922108
                10 Trepanation.m4a|4607897
                09 Sync or Swim.m4a|7496354
                08 Bubble Wrap.m4a|5256747
                07 Who_Knows.m4a|2692896
                06 Soul Fossa.m4a|5301372
                          Page 92
```

```
                           ShareListing.txt
                   05 Astral Low.m4a|3856107
                   04 I Want You Yesterday.m4a|3198147
                   03 Already Gone.m4a|3682046
                   02 My Conditioning.m4a|5934531
                   01 Pillage.m4a|4533291
        Decemberists, The - 5 Songs EP
              The Decemberists - 06 - Apology Song.mp3|4596927
              The Decemberists - 05 - I Don't Mind.mp3|6756627
              The Decemberists - 04 - Angel, Won't You Call Me-.mp3|3883926
              The Decemberists - 03 - My Mother Was a Chinese Trapeze
Artist.mp3|6818001
              The Decemberists - 02 - Shiny.mp3|7517210
              The Decemberists - 01 - Oceanside.mp3|5058912
        ELO
              No album info
                    ELO - Mr Blue Sky.mp3|4888477
                    ELO - Its Magic.mp3|3375699
              Pure 70s
                    Dont Bring Me Down.mp3|3923767
              ELO Classics
                    Can't Get it Out Of My Head.mp3|4238718
              Face the Music
                    01 - Fire on High.mp3|5301845
        Peter Doherty - Shaking And Withdrawn Megamix
              Peter Doherty
                    Shaking And Withdrawn Megamix
                          Peter Doherty - You Can't Stand Me.mp3|2950015
                          Peter Doherty - There She Goes (A. L.
H.).mp3|5240229
                          Peter Doherty - There Is A Light - 32nd Of
December.mp3|1909940
                          Peter Doherty - The Whole World Is Out
Playground.mp3|3180743
                          Peter Doherty - The Ballad Of Grimaldi.mp3|3555641
                          Peter Doherty - Stix And Stones.mp3|5406358
                          Peter Doherty - Shaking And Withdrawn
Megamix.m3u|707
                          Peter Doherty - Never Never.mp3|3616444
                          Peter Doherty - My Darling Clementine
(2).mp3|5828294
                          Peter Doherty - My Darling Clementine
(1).mp3|3433343
                          Peter Doherty - Lady Don't Fall Backwards -
Bollywood To Battersea.mp3|7020760
                          Peter Doherty - Hooray For The 21st
Century.mp3|2989521
                          Peter Doherty - Ha Ha Wall.mp3|2615221
                          Peter Doherty - East Of Eden.mp3|5571240
                          Peter Doherty - Curtain Call.mp3|6001947
                          Peter Doherty - Conversation Diva.mp3|1587676
                          Peter Doherty - Back From The Dead.mp3|3585731
        Oscar Lopez
              Seduction
                       14 Not Named on CD.mp3|12324660
                       13 Loco por Ti.mp3|13572264
                       12 Vientos del Sur.mp3|7812791
                       11 Mulata.mp3|8667508
                       10 Loving You.mp3|11026892
                       09 Aires de Otros Mundos.mp3|11898347
                       08 Mediterraneo.mp3|7292427
                       07 Black Guitar.mp3|8023856
                       06 Gentle Seduction.mp3|12492889
                       05 Corrientes.mp3|18380883
                              Page 93
```

```
                          ShareListing.txt
                04 Cerca de Ti.mp3|8218206
                03 Rosa Rose.mp3|10182612
                02 Baila_ Baila.mp3|8123121
                01 The Flavor.mp3|9625683
        Armando's Fire
                13 Better Late.mp3|12380070
                12 Romance.mp3|7978955
                11 Other Faces.mp3|9396886
                10 Nostalgia.mp3|13115676
                09 Dance Of The Sun.mp3|8899519
                08 Waiting For You.mp3|7673852
                07 Latino.mp3|10725990
                06 Gypsy Soul.mp3|8466925
                05 Frontiers.mp3|9286124
                04 Chile.mp3|8333173
                03 Games Of Love.mp3|7875516
                02 Walking Through The Pyra.mp3|9401081
                01 Armando_s Fire.mp3|8224512
        Jimi Hendrix
                The Jimi Hendrix Experience-Electric Ladyland-16 - Voodoo Child
(Slight Return).m4a|5073877
                The Jimi Hendrix Experience-Electric Ladyland-15 - All Along The
Watchtower.m4a|3905891
                The Jimi Hendrix Experience-Electric Ladyland-14 - House Burning
Down.m4a|4417693
                The Jimi Hendrix Experience-Electric Ladyland-13 - Still Raining,
Still Dreaming.m4a|4301931
                The Jimi Hendrix Experience-Electric Ladyland-12 - Moon, Turn The
Tides___Gently, Gently.m4a|1041477
                The Jimi Hendrix Experience-Electric Ladyland-11 - 1983___(A Merman
I Should Turn To Be).m4a|13263643
                The Jimi Hendrix Experience-Electric Ladyland-10 - Rainy Day, Dream
Away.m4a|3607294
                The Jimi Hendrix Experience-Electric Ladyland-09 - Burning Of The
Midnight Lamp.m4a|3564836
                The Jimi Hendrix Experience-Electric Ladyland-08 - Gypsy
Eyes.m4a|3630595
                The Jimi Hendrix Experience-Electric Ladyland-07 - Come On (Let The
Good Times Roll).m4a|4041867
                The Jimi Hendrix Experience-Electric Ladyland-06 - Long Hot Summer
Night.m4a|3376848
                The Jimi Hendrix Experience-Electric Ladyland-05 - Little Miss
Strange.m4a|2807680
                The Jimi Hendrix Experience-Electric Ladyland-04 - Voodoo
Chile.m4a|14567061
                The Jimi Hendrix Experience-Electric Ladyland-03 - Crosstown
Traffic.m4a|2394553
                The Jimi Hendrix Experience-Electric Ladyland-02 - Have You Ever
Been (To Electric Ladyland).m4a|2132751
                The Jimi Hendrix Experience-Electric Ladyland-01 - ___And The Gods
Made Love.m4a|1372148
                The Jimi Hendrix Experience-Are You Experienced_-17 - Red
House.m4a|3749481
                The Jimi Hendrix Experience-Are You Experienced_-16 -
Remember.m4a|2750466
                The Jimi Hendrix Experience-Are You Experienced_-15 - Can You See
Me.m4a|2496718
                The Jimi Hendrix Experience-Are You Experienced_-14 - Highway
Chile.m4a|3453009
                The Jimi Hendrix Experience-Are You Experienced_-13 - 51st
Anniversary.m4a|3184029
                The Jimi Hendrix Experience-Are You Experienced_-12 - Stone
Free.m4a|3503536
```

ShareListing.txt

The Jimi Hendrix Experience-Are You Experienced_-11 - Are You Experienced_.m4a|4147750
The Jimi Hendrix Experience-Are You Experienced_-10 - Foxy Lady.m4a|3230097
The Jimi Hendrix Experience-Are You Experienced_-09 - Third Stone From The Sun.m4a|6540375
The Jimi Hendrix Experience-Are You Experienced_-08 - Fire.m4a|2673190
The Jimi Hendrix Experience-Are You Experienced_-07 - The Wind Cries Mary.m4a|3263534
The Jimi Hendrix Experience-Are You Experienced_-06 - I Don't Live Today.m4a|3804466
The Jimi Hendrix Experience-Are You Experienced_-05 - May This Be Love.m4a|3096350
The Jimi Hendrix Experience-Are You Experienced_-04 - Love Or Confusion.m4a|3132388
The Jimi Hendrix Experience-Are You Experienced_-03 - Hey Joe.m4a|3413999
The Jimi Hendrix Experience-Are You Experienced_-02 - Manic Depression.m4a|3608676
The Jimi Hendrix Experience-Are You Experienced_-01 - Purple Haze.m4a|2784274
Jimi Hendrix-The Ultimate Experience-20 - Wild Thing (Live).m4a|6728908
Jimi Hendrix-The Ultimate Experience-19 - The Star Spangled Banner (Live).m4a|3967563
Jimi Hendrix-The Ultimate Experience-18 - Wait Until Tomorrow.m4a|2938083
Jimi Hendrix-The Ultimate Experience-17 - Fire.m4a|2578081
Jimi Hendrix-The Ultimate Experience-16 - Little Wing.m4a|2353312
Jimi Hendrix-The Ultimate Experience-15 - Gypsy Eyes.m4a|3606446
Jimi Hendrix-The Ultimate Experience-14 - Manic Depression.m4a|3520625
Jimi Hendrix-The Ultimate Experience-13 - Red House.m4a|3794435
Jimi Hendrix-The Ultimate Experience-12 - Long Hot Summer Night.m4a|3364216
Jimi Hendrix-The Ultimate Experience-11 - Castles Made Of Sand.m4a|2691394
Jimi Hendrix-The Ultimate Experience-10 - Crosstown Traffic.m4a|2189472
Jimi Hendrix-The Ultimate Experience-09 - Highway Chile.m4a|3395052
Jimi Hendrix-The Ultimate Experience-08 - Burning Of The Midnight Lamp.m4a|3501678
Jimi Hendrix-The Ultimate Experience-07 - Foxy Lady.m4a|3175113
Jimi Hendrix-The Ultimate Experience-06 - Voodoo Child (Slight Return).m4a|5073604
Jimi Hendrix-The Ultimate Experience-05 - Angel.m4a|4161125
Jimi Hendrix-The Ultimate Experience-04 - The Wind Cries Mary.m4a|3220066
Jimi Hendrix-The Ultimate Experience-03 - Hey Joe.m4a|3341182
Jimi Hendrix-The Ultimate Experience-02 - Purple Haze.m4a|2679506
Jimi Hendrix-The Ultimate Experience-01 - All Along The Watchtower.m4a|3894745
Jimi Hendrix-Jimi Hendrix_ Woodstock-12 - Farewell.m4a|1888541
Jimi Hendrix-Jimi Hendrix_ Woodstock-11 - Villanova Junction.m4a|3035793
Jimi Hendrix-Jimi Hendrix_ Woodstock-10 - Woodstock Improvisation.m4a|4868466
Jimi Hendrix-Jimi Hendrix_ Woodstock-09 - Purple Haze.m4a|3367560
Jimi Hendrix-Jimi Hendrix_ Woodstock-08 - The Star Spangled Banner.m4a|3640998
Jimi Hendrix-Jimi Hendrix_ Woodstock-07 - Voodoo Chile (Slight Return)_Stepping Stone.m4a|11996058

Page 95

```
                            ShareListing.txt
              Jimi Hendrix-Jimi Hendrix_ Woodstock-06 - Jam Back At The House
(Beginnings).m4a|8205145
              Jimi Hendrix-Jimi Hendrix_ Woodstock-05 - Red House.m4a|5540235
              Jimi Hendrix-Jimi Hendrix_ Woodstock-04 - Hear My Train A Comin'
(Get My Heart Back Together).m4a|9027197
              Jimi Hendrix-Jimi Hendrix_ Woodstock-03 - Izabella.m4a|5059701
              Jimi Hendrix-Jimi Hendrix_ Woodstock-02 - Fire.m4a|3818955
              Jimi Hendrix-Jimi Hendrix_ Woodstock-01 - Introduction.m4a|1943526
              Jimi Hendrix-Band Of Gypsys-06 - We Gotta Live Together.m4a|5665722
              Jimi Hendrix-Band Of Gypsys-05 - Message Of Love.m4a|5275361
              Jimi Hendrix-Band Of Gypsys-04 - Power Of Love.m4a|6771811
              Jimi Hendrix-Band Of Gypsys-03 - Changes.m4a|5086379
              Jimi Hendrix-Band Of Gypsys-02 - Machine Gun.m4a|12315785
              Jimi Hendrix-Band Of Gypsys-01 - Who Knows.m4a|9369095
              Jimi Hendrix - Third Stone From The Sun.m4a|5984747
       Ted Leo & The Pharmacists
              The Tyranny Of Distance
                     Ted Leo  The Pharmacists 1.m4a|4798522
                     Ted Leo  The Pharmacists -.m4a|1503647
              Tell Balgeary, Balgury Is Dead
                     09 Loyal To My Sorrowful Co.mp3|3703060
                     04 Bleeding Powers.mp3|4127484
                     03 The Sword In The Stone.mp3|2768914
                     02 The High Party _Solo_.mp3|6658441
              Treble In Trouble
                     Ted Leo  The Pharmacists 1.m4a|4176785
       New York Dolls
              Rock _N Roll
                     Vietnamese Baby.mp3|3463898
                     Puss 'n' Boots.mp3|2969335
                     Don't Mess With Cupid.mp3|2737420
              Rock &amp;quot;N Roll
                     Who Are The Mystery Girls-.mp3|3006430
              Rock &quot;N Roll
                     Who Are The Mystery Girls.mp3|3006793
                     Babylon.mp3|3384649
              Lipstick Killers
                     Personality Crisis.mp3|4135179
              New York Dolls
                     Personality Crisis.mp3|3568347
                     Looking For A Kiss.mp3|4822648
                     11 Jet Boy.mp3|7854080
                     06 Trash.mp3|4558189
              New York Dolls                    w
                     There's Gonna Be A Showdown.mp3|3524563
              no title
                     09 Frankenstein.mp3|5733522
              Unknown Album
                     Shit House Blues.mp3|4224479
                     Pills.mp3|2717188
                     New_York_Dolls_Chatterbox.mp3|2011116
                     Lonely Planet Boy.mp3|4009101
                     Lone Star Queen.mp3|3993793
                     Jet Boy.mp3|3608576
                     Jet Boy 1.mp3|4481386
                     Frankenstein.mp3|5542588
                     Bad Detective.mp3|5240661
                     Back In the USA.mp3|2190900
                     01 Bad Girl.mp3|3499194
              Too Much Too Soon
                     Chatterbox.mp3|2365114
                     (There's Gonna Be A) Showdown.mp3|3524552
              Todd Rundgren - An Elpee's Worth of Productions
                            Page 96
```

ShareListing.txt
```
              01 Personality Crisis.mp3|3601358
        Seven Day Weekend
              16 Hootchie Cootchie Man.mp3|276327
Dntel
        Life Is Full of Possibilities
              This Is The Dream of Evan and Chan.m4p|5692163
Dar Williams
        Out There Live
              19 The Christians And The P.mp3|8483669
              18 The Babysitter_s Here.mp3|10363433
              17 The Babysitter_s Here In.mp3|4159879
              16 After All.mp3|11565053
              15 What Do You Hear In Thes.mp3|10043705
              14 When I Was A Boy.mp3|12274546
              13 Are You Out There.mp3|7312327
              12 Are You Out There Intro.mp3|882030
              11 We Learned The Sea.mp3|6694793
              10 End Of the Summer.mp3|10682122
              09 Iowa.mp3|13320476
              08 Better Things.mp3|7286196
              07 The Ocean.mp3|12840873
              06 February.mp3|5714250
              05 I Won_t Be Your Yoko Ono.mp3|5229642
              04 I Won_t Be Your Yoko Ono.mp3|3215921
              03 Spring Break.mp3|7213891
              02 If I Wrote You.mp3|5891052
              01 As Cool As I am.mp3|5469751
        Dar Williams-I Have No History-06 - I Have No History.mp3|2895872
        Dar Williams-I Have No History-04 - No Revolution Here.mp3|4329472
        Dar Williams-I Have No History-03 - No More Troubles.mp3|2768896
        Dar Williams-I Have No History-01 - Crossing the Field.mp3|2951183
        Dar Williams-Cry, Cry, Cry-11 - line in track 11.mp3|5263360
        Dar Williams-All My Heroes Are Dead-0 - STOP SMOKING.mp3|3396882
        Dar Williams-All My Heroes Are Dead-0 - Anthem.mp3|4320154
        dar williams - You.mp3|4235234
        dar williams - While roving.mp3|3984340
        dar williams - When it Gets That Way.mp3|4375324
        dar williams - What Child Is This.mp3|3233878
        dar williams - True romance.mp3|2293920
        dar williams - The Painter Song.mp3|3605326
        dar williams - Terrarium.mp3|3653789
        dar williams - Starman.mp3|3880625
        dar williams - Nora.mp3|3573679
        dar williams - Money.mp3|4409374
        dar williams - Lovin' You.mp3|2018382
        dar williams - Ireland.mp3|3383925
        dar williams - How Do I Work.mp3|3815259
        dar williams - Highway Patrolman.mp3|7444480
        dar williams - Hempilation.mp3|3024501
        dar williams - did we not choose each other.mp3|4202672
        dar williams - Dangling Conversation.mp3|3121906
        dar williams - Charlie Frye.mp3|3809825
        dar williams - Badlands.mp3|4465214
        dar williams - All Men Are Liars.mp3|4064781
London Philharmonic Orchestra
        Us And Them_ Symphonic Pink Floyd
              10 Time _The Old Tree With.mp3|15411831
              09 Us And Them.mp3|16755929
              08 Nobody Home.mp3|9267773
              07 Great Gig In The Sky.mp3|7467840
              06 Money.mp3|9748002
              05 Breathe In The Air.mp3|5859740
              04 Comforably Numb.mp3|7851522
                          Page 97
```

```
                            ShareListing.txt
                 03 Another Brick In The Wal.mp3|12195601
                 02 Brain Damage.mp3|7539930
                 01 Time.mp3|11835707
Laika
        1997 - Sounds of the Satellites
                 Laika - 12 - Dirty Feet + Giggles.mp3|31350994
                 Laika - 11 - Spooky Rhodes.mp3|9064575
                 Laika - 10 - Shut Off-Curl Up.mp3|8065861
                 Laika - 09 - Blood + Bones (Moody Mix).mp3|6653995
                 Laika - 08 - Poor Gal.mp3|4534315
                 Laika - 07 - Martinis on the Moon.mp3|2498018
                 Laika - 06 - Bedbugs.mp3|8473998
                 Laika - 04 - Almost Sleeping.mp3|13277394
                 Laika - 03 - Out of Sight and Snowblind.mp3|10496294
                 Laika - 02 - Breather.mp3|13957832
                 Laika - 01 - Prairie Dog.mp3|9498207
Essex Green
        2003 - The Long Goodbye
                 essex green - 12 - berlin.mp3|3569664
                 essex green - 11 - the boo hoo boy.mp3|5824771
                 essex green - 10 - whetherman.mp3|4969621
                 essex green - 09 - chartiers.mp3|4916331
                 essex green - 08 - sorry river.mp3|3643647
                 essex green - 07 - old dominion.mp3|3281277
                 essex green - 06 - julia.mp3|4180301
                 essex green - 05 - southern states.mp3|4567759
                 essex green - 04 - lazy may.mp3|3584712
                 essex green - 03 - our lady in havana.mp3|6981476
                 essex green - 02 - the late great cassiopia.mp3|5076215
                 essex green - 01 - by the sea.mp3|4263936
Jane's Addiction
        Ritual De Lo Habitual
                 Been Caught Stealing.mp3|3404939
                 09 Classic Girl.mp3|4919296
                 08 Of Course.mp3|6750208
                 07 Then She Did....mp3|7962624
                 06 Three Days.mp3|10356736
                 05 Been Caught Stealing.mp3|3426304
                 04 Obvious.mp3|5689344
                 03 Ain't No Right.mp3|3430400
                 02 No One's Leaving.mp3|2899968
                 01 Stop.mp3|4073472
        Kettle Whistle
                 03 Maceo.mp3|5268956
                 02 Ocean Size.mp3|5434055
                 01 Kettle Whistle.mp3|9356606
        Unknown Album
                 No Rain (live Blind Melon cover).mp3|8409292
                 01 Sympathy For The Devil.mp3|5205478
        Nothing's Shocking
                 Jane Says.mp3|4690800
                 11 Pig's In Zen.mp3|5412864
        Jane's Addiction
                 05 I Would For You.mp3|3361052
Joni Mitchell
        Ladies Of The Canyon (Remastered)
                 12 The Circle Game.m4a|4768973
                 11 Woodstock.m4a|5339520
                 10 Big Yellow Taxi.m4a|2214608
                 09 Blue Boy.m4a|2843409
                 08 The Priest.m4a|3587776
                 07 Rainy Night House.m4a|3330829
                 06 The Arrangement.m4a|3484341
                            Page 98
```

```
                        ShareListing.txt
                05 willy.m4a|2945998
                04 Ladies Of The Canyon.m4a|3462043
                03 Conversation.m4a|4327877
                02 For Free.m4a|4404358
                01 Morning Morgantown.m4a|3153433
        Blue
                10 The Last Time I Saw Rich.mp3|6166281
                09 A Case Of You.mp3|6317986
                08 River.mp3|5883509
                07 This Flight Tonight.mp3|4146276
                06 California.mp3|5534309
                05 Blue.mp3|4454715
                04 Carey.mp3|4407695
                03 Little Green.mp3|4983859
                02 My Old Man.mp3|5159400
                01 All I Want.mp3|5145607
    Minus Story
        2004 - the captain is dead, let the drum corpse dance
                Minus Story - 08 - The Children's Army (Bite the Tyrant's
Tongue).mp3|6115328
                Minus Story - 07 - You're My Air.mp3|11722752
                Minus Story - 06 - Joyless, Joyless.mp3|7333888
                Minus Story - 05 - You Were on My Side.mp3|4460544
                Minus Story - 04 - Open Your Eyes.mp3|7006208
                Minus Story - 03 - Gravity Pulls.mp3|5140480
                Minus Story - 02 - The Happy Activist.mp3|5060608
                Minus Story - 01 - Won't Be Fooled Again.mp3|6201344
    Dire Straits
        No album info
                Dire Straits-Twisting by th.mp3|3458280
                Dire Straits-On every stree.mp3|4468487
                Dire Straits-Local Hero.mp3|4257418
                Dire Straits - Walk Of Life.mp3|4042752
                Dire Straits - So far away.mp3|4993024
        On Every Street
                05 The Bug.mp3|4109461
        Money For Nothing
                11 Money For Nothing.mp3|4923326
                09 Private Investigations.mp3|7024492
                08 Walk Of Life.mp3|4965512
                07 Where Do You Think You're Going.mp3|4212811
                06 Romeo And Juliet.mp3|7127014
                05 Tunnel Of Love.mp3|9820110
                04 Twisting By The Pool - Re Mix.mp3|4221167
                03 Portobello Belle - Live.mp3|5480784
                02 Down To The Waterline.mp3|4823019
                01 Sultans Of Swing.mp3|6930573
         w_ Eric Clapton
                Eric Clapton and Dire Strai.mp3|4608713
        Brothers in Arms
                So Far Away.mp3|4997771
                Dire Straits - Your Latest.mp3|9457650
                Dire Straits - Why Worry.mp3|12260685
                Dire Straits - The Mans Too.mp3|6731096
                Dire Straits - Ride Across.mp3|10038199
                Dire Straits - One World.mp3|5290380
        Making Movies
                Skateaway.mp3|6071640
                Hand in hand.mp3|4615508
        Sounds of the Eighties - 1986
                12 The Future's So Bright, I Gotta Wear Shades.mp3|4120576
        Unknown Album
                Money for Nothing.mp3|8101049
                        Page 99
```

```
                           ShareListing.txt
                 lady writer.mp3|5490660
                 Expresso Love.mp3|4791094
                 13 Brothers in Arms.mp3|5807717
                 10 Telegraph Road - Live (Re Mix).mp3|14380561
         Sultans of Swing
                 Dire Straits - Your Latest.mp3|5468160
                 Dire Straits - Tunnel Of Lo.mp3|7915520
                 Dire Straits - So Far Away.mp3|3897344
                 Dire Straits - Private Inve.mp3|5672960
                 Dire Straits - Love Over Go.mp3|3534848
                 Dire Straits - Local HeroWi.mp3|4227072
                 Dire Straits - Heavy Fuel.mp3|4829184
         Desperado
                 Desperado - The Soundtrack.mp3|4382806
         10-Dire Straits - Brothers.mp3|6665380
     Folk Implosion
         Unknown Album
                 07 Natural One.mp3|3753319
     Sea and Cake, The - Oui
         (The Sea and Cake) - oui - 10 - i missed the glance.mp3|5804032
         (The Sea and Cake) - oui - 09 - seemingly.mp3|6889866
         (The Sea and Cake) - oui - 08 - midtown.mp3|4239794
         (The Sea and Cake) - oui - 07 - two dolphins.mp3|5425152
         (The Sea and Cake) - oui - 06 - everyday.mp3|4366336
         (The Sea and Cake) - oui - 05 - the leaf.mp3|6348800
         (The Sea and Cake) - oui - 04 - the colony room.mp3|6021120
         (The Sea and Cake) - oui - 03 - you beautiful bastard.mp3|8517632
         (The Sea and Cake) - oui - 02 - all the photos.mp3|4782080
         (The Sea and Cake) - oui - 01 - afternoon speaker.mp3|6215915
     Boston
         No album info
                 Boston - Hitch A Ride.mp3|4034688
                 Boston - Don_t Look Back.mp3|5740932
         Boston - More Than A Feelin.mp3|4562946
         Boston - Amanda.mp3|4109878
     O-Zone
         No album info
                 Haiducii - Dragonstea Din T.mp3|6864689
     Bright Eyes
         Letting Off The Happiness
                 Bright Eyes - Tereza And To.mp3|5357568
         Bright Eyes-Lifted Or The Story Is In The Soil, Keep Your Ear To The
Ground-13 - Let's Not Shit Outselves.mp3|12159669
         Bright Eyes-Lifted Or The Story Is In The Soil, Keep Your Ear To The
Ground-12 - Laura Laurent.mp3|5940425
         Bright Eyes-Lifted Or The Story Is In The Soil, Keep Your Ear To The
Ground-11 - From A Balance Beam.mp3|4404953
         Bright Eyes-Lifted Or The Story Is In The Soil, Keep Your Ear To The
Ground-10 - Waste Of Paint.mp3|7800344
         Bright Eyes-Lifted Or The Story Is In The Soil, Keep Your Ear To The
Ground-09 - Make War.mp3|7537023
         Bright Eyes-Lifted Or The Story Is In The Soil, Keep Your Ear To The
Ground-08 - Nothing Gets Crossed Out.mp3|5493741
         Bright Eyes-Lifted Or The Story Is In The Soil, Keep Your Ear To The
Ground-07 - Don't Know When But A Day Is Gonna Come.mp3|7841642
         Bright Eyes-Lifted Or The Story Is In The Soil, Keep Your Ear To The
Ground-06 - Bowl Of Oranges.mp3|5775332
         Bright Eyes-Lifted Or The Story Is In The Soil, Keep Your Ear To The
Ground-05 - Lover I Don't Have To Love.mp3|4805678
         Bright Eyes-Lifted Or The Story Is In The Soil, Keep Your Ear To The
Ground-04 - You Will_ You_ Will_ You_ Will_ You_ Will_.mp3|4108224
         Bright Eyes-Lifted Or The Story Is In The Soil, Keep Your Ear To The
Ground-03 - False Advertising.mp3|7049587
```

ShareListing.txt
                    Bright Eyes-Lifted Or The Story Is In The Soil, Keep Your Ear To The
Ground-02 - Method Acting.mp3|4444130
                    Bright Eyes-Lifted Or The Story Is In The Soil, Keep Your Ear To The
Ground-01 - The Big Picture.mp3|10449161
                    Bright Eyes-Letting off the Happiness-10 - Teresa and
Tomas.mp3|3815424
                    Bright Eyes-Letting off the Happiness-09 - A Poetic Retelling of an
Unfortunate Seduction.mp3|4253696
                    Bright Eyes-letting off the Happiness-08 - Pull My Hair.mp3|4001792
                    Bright Eyes-Letting off the Happiness-07 - June on the West
Coast.mp3|3448832
                    Bright Eyes-Letting off the Happiness-06 - Touch.mp3|3553280
                    Bright Eyes-Letting off the Happiness-05 - The Difference in the
Shades.mp3|4233216
                    Bright Eyes-Letting off the Happiness-04 - The City Has
Sex.mp3|2131968
                    Bright Eyes-Letting off the Happiness-03 - Contrast and
Compare.mp3|4278272
                    Bright Eyes-Letting off the Happiness-02 - Padraic My
Prince.mp3|3672064
                    Bright Eyes-Letting off the Happiness-01 - If Winter
Ends.mp3|3307520
                    Bright Eyes-Fevers & Mirrors-12 - A Song to Pass the
Time.mp3|6608806
                    Bright Eyes-Fevers & Mirrors-11 - An Attempt To Tip The
Scales.mp3|8177780
                    Bright Eyes-Fevers & Mirrors-10 - Sunrise, Sunset.mp3|5436423
                    Bright Eyes-Fevers & Mirrors-09 - Center of the World.mp3|5681977
                    Bright Eyes-Fevers & Mirrors-08 - Haligh, Haligh, a Lie,
Haligh!.mp3|5680420
                    Bright Eyes-Fevers & Mirrors-07 - When the Curious Girl Realizes She
Is Under Glass.mp3|3253916
                    Bright Eyes-Fevers & Mirrors-06 - Arienette.mp3|4550865
                    Bright Eyes-Fevers & Mirrors-05 - Movement of a Hand.mp3|4901437
                    Bright Eyes-Fevers & Mirrors-04 - Something Vague.mp3|4272928
                    Bright Eyes-Fevers & Mirrors-03 - The Calendar Hung
Itself.mp3|4737394
                    Bright Eyes-Fevers & Mirrors-02 - A Scale, a Mirror, and Those
Indifferent Clocks.mp3|3345342
                    Bright Eyes-Fevers & Mirrors-01 - A Spindle, A Darkness, A Fever,
And A Necklace.mp3|7755856
                    Bright Eyes-Every Day and Every Night-05 - Neely O' Hara.mp3|6129664
                    Bright Eyes-Every Day and Every Night-04 - A New
Arrangement.mp3|3502154
                    Bright Eyes-Every Day and Every Night-03 - On My Way to
Work.mp3|6524928
                    Bright Eyes-Every Day and Every Night-02 - A Perfect
Sonnet.mp3|1339392
                    Bright Eyes-Every Day and Every Night-01 - A Line Allows Progress, a
Circle Does Not.mp3|3936256
                    Bright Eyes--0 - three miles down (rare saves the day
cover).mp3|1849472
                    Bright Eyes--0 - No Lies, Just Love.mp3|5733729
        Alien Ant Farm
                No album info
                        Alien Ant Farm - 12 - Smoot.mp3|5861595
        Wrens, The - Meadowlands
                The Wrens - 13 - This Is Not What You Had Planned.mp3|2041432
                The Wrens - 12 - 13 Months In 6 Minutes.mp3|10008807
                The Wrens - 09 - Ex-Girl Collection.mp3|7443303
                The Wrens - 08 - Boys, You Won't.mp3|7060512
                The Wrens - 07 - Thirteen Grand.mp3|5911784
                The Wrens - 06 - Faster Gun.mp3|6411660
                                Page 101

```
                        ShareListing.txt
        The Wrens - 04 - This Boy Is Exhausted.mp3|7124755
        The Wrens - 03 - She Sends Kisses.mp3|9403596
        The Wrens - 02 - Happy.mp3|9014210
        The Wrens - 01 - The House That Guilt Built.mp3|2029442
Ali Hassan Kuban
        The Rough Guide To Ali Hassan Kuban
                Ali Hassan Kuban - Walla Ab.mp3|7518077
                Ali Hassan Kuban - Sukkar S.mp3|12944033
                Ali Hassan Kuban - Samiry.mp3|8761082
                Ali Hassan Kuban - MariaMar.mp3|6649556
                Ali Hassan Kuban - Mabruk.mp3|12612157
                Ali Hassan Kuban - Mabrouk.mp3|8080655
                Ali Hassan Kuban - Henna Li.mp3|10832493
                Ali Hassan Kuban - Hela Hou.mp3|4812207
                Ali Hassan Kuban - Hadouda.mp3|10143691
                Ali Hassan Kuban - Habibi.mp3|8357332
                Ali Hassan Kuban - Gammal.mp3|8445105
                Ali Hassan Kuban - Gammal L.mp3|5971629
                Ali Hassan Kuban - Eshmana.mp3|6841814
                Ali Hassan Kuban - Daiman.mp3|4692667
                Ali Hassan Kuban - Bettitog.mp3|14696110
The Police
        No album info
                Police - Roxanne.mp3|3108866
        Every Breath You Take, The Cla
                The Police - Invisible Sun.mp3|3639963
        The Police - Spirits In The.mp3|2851069
Chopin - Ashkenazy
        Chopin Nocturnes
                14 II. Nocturne in F sharp.mp3|10864622
                13 I. Nocturne in C minor_.mp3|9325480
                12 II. Nocturne in G major_.mp3|8036495
                11 I. Nocturne in G minor_.mp3|8953705
                10 II. Nocturne in A flat m.mp3|8242136
                09 I. Nocturne in B major_.mp3|7343726
                08 II. Nocturne in D flat m.mp3|8381315
                07 I. Nocturne in C sharp m.mp3|7899826
                06 III. Nocturne in G minor.mp3|5488616
                05 II. Nocturne in F sharp.mp3|5458528
                04 I. Nocturne in F major_.mp3|6516793
                03 III. Nocturne in B major.mp3|9852109
                02 II. Nocturne in E flat m.mp3|5835943
                01 I. Nocturne in B flat mi.mp3|8375044
        Chopin Favourites
                Ashkenazy_ Vladimir - Waltz.mp3|4433087
                Ashkenazy_ Vladimir - Scher.mp3|9266617
                Ashkenazy_ Vladimir - Prelu.mp3|5159834
                Ashkenazy_ Vladimir - Polon.mp3|6310350
                Ashkenazy_ Vladimir - Noctu.mp3|4775353
                Ashkenazy_ Vladimir - Mazur.mp3|1819504
                Ashkenazy_ Vladimir - Etude.mp3|1674514
                Ashkenazy_ Vladimir - Berce.mp3|4869394
                Ashkenazy_ Vladimir - Balla.mp3|7309983
Rolling Stones
        No album info
                Rolling Stones-Paint it Bla.mp3|3196690
Erik Satie
        The Early Piano Works
                Erik Satie - Sonneries de l.mp3|5595810
                Erik Satie - Sarabandes No.mp3|8884072
                Erik Satie - Pri_re.mp3|2475495
                Erik Satie - Pi_ces froides.mp3|3483644
                Erik Satie - Petite ouvertu.mp3|3459772
                         Page 102
```

```
                          ShareListing.txt
                Erik Satie - Ogives III.mp3|3939993
                Erik Satie - Ogives II.mp3|5907953
                Erik Satie - Ogives I.mp3|4179482
                Erik Satie - Gymnop_dies No.mp3|7059647
                Erik Satie - Gnossiennes No.mp3|3651607
                Erik Satie - Danses gothiqu.mp3|8211980
                Erik Satie - 4 Pr_ludes  Pr.mp3|3387716
                Erik Satie - 4 Pr_ludes  F_.mp3|6219658
                Erik Satie - 4 Pr_ludes  2_.mp3|6651565
                Erik Satie - 4 Pr_ludes  1e.mp3|7851525
        No album info
                Erik Satie - Ocean of Sound.mp3|2836775
        Piano Works.   (Disc One)
                Erik Satie - VI Avec convic.m4a|1398247
                Erik Satie - V Mod_r_.m4a|3860026
                Erik Satie - Trois Nocturne.m4a|3739455
                Erik Satie - Trois Mouvemen.m4a|2854213
                Erik Satie - Trois Gnossien.m4a|2569461
                Erik Satie - Sonatine burea.m4a|4378296
                Erik Satie - Redite.m4a|1807847
                Erik Satie - Pr_lude du III.m4a|4969476
                Erik Satie - Pr_lude du IIe.m4a|4011198
                Erik Satie - Prolongation d.m4a|1156295
                Erik Satie - Premi_re pens_.m4a|5043066
                Erik Satie - Les Trois Vals.m4a|1214027
                Erik Satie - III Un peu mou.m4a|3279063
                Erik Satie - III Ses jambes.m4a|845612
                Erik Satie - III Lent.m4a|2927513
                Erik Satie - III Espa_a_a S.m4a|1456761
                Erik Satie - II.m4a|2968544
                Erik Satie - II Son binocle.m4a|1219133
                Erik Satie - II Simplement.m4a|2318782
                Erik Satie - II Danse maigr.m4a|1738290
                Erik Satie - II Avec _tonne.m4a|1910943
                Erik Satie - I.m4a|1735470
                Erik Satie - Gymnopedie III.m4a|2733394
                Erik Satie - Gymnopedie II.m4a|2907080
                Erik Satie - Gymnopedie I.m4a|3718385
                Erik Satie - Croquis et aga.m4a|1494193
                Erik Satie - Air du Grand P.m4a|3244233
                Erik Satie - Air du Grand M.m4a|5402989
        Blood, Sweat and Tears
                Variations on a Theme by Er.mp3|2410874
ESG
        1981 - a south bronx story
                Esg - 16 - I Can't Tell You What to Do.mp3|5916233
                Esg - 15 - Hold Me Tight.mp3|4227246
                Esg - 14 - Get Funky.mp3|3732587
                Esg - 13 - Erase You.mp3|5963235
                Esg - 12 - About You.mp3|3007846
                Esg - 11 - Chistelle.mp3|2740770
                Esg - 10 - Parking Lot Blues.mp3|4170198
                Esg - 09 - Dance.mp3|6535625
                Esg - 08 - Come Away.mp3|4662963
                Esg - 07 - My Love For You.mp3|4213454
                Esg - 06 - Tiny Sticks.mp3|4401532
                Esg - 05 - Moody (Spaced Out).mp3|6205869
                Esg - 04 - It's Alright.mp3|3816599
                Esg - 03 - Ufo.mp3|4222219
                Esg - 02 - Moody.mp3|4025363
                Esg - 01 - You're No Good.mp3|4604036
Comedy - Onion Radio News
        No album info
```

```
                    ShareListing.txt
    Onion Radio News - Zombie C.mp3|233515
    Onion Radio News - Three Hu.mp3|339840
    Onion Radio News - The Vati.mp3|206720
    Onion Radio News - The Supr.mp3|253952
    Onion Radio News - The San.mp3|235520
    Onion Radio News - The NY Y.mp3|315392
    Onion Radio News - The Loca.mp3|616448
    Onion Radio News - Taco Bel.mp3|223197
    Onion Radio News - Shopahol.mp3|240527
    Onion Radio News - Scientis.mp3|219136
    Onion Radio News - Russians.mp3|223400
    Onion Radio News - Police P.mp3|237280
    Onion Radio News - NRA Pres.mp3|646251
    Onion Radio News - NASA Is.mp3|696192
    Onion Radio News - NASA Has.mp3|212992
    Onion Radio News - Mother T.mp3|247680
    Onion Radio News - Mongol W.mp3|548736
    Onion Radio News - Marilu H.mp3|266240
    Onion Radio News - Life Is.mp3|202752
    Onion Radio News - Kellogg_.mp3|389120
    Onion Radio News - Jesus Ch.mp3|559104
    Onion Radio News - Japanese.mp3|241664
    Onion Radio News - India Op.mp3|263407
    Onion Radio News - I Love Y.mp3|184320
    Onion Radio News - Hot Sexy.mp3|245760
    Onion Radio News - Homoerot.mp3|266240
    onion radio news - hate cri.mp3|581632
    Onion Radio News - Governor.mp3|216884
    onion radio news - God Proc.mp3|221119
    Onion Radio News - Fowl Pla.mp3|231424
    Onion Radio News - Doctors.mp3|268288
    onion radio news - defense.mp3|471168
    Onion Radio News - Creditor.mp3|213120
    Onion Radio News - Chuck Ye.mp3|243712
    Onion Radio News - Blind Pe.mp3|262144
    Onion Radio News - Babies a.mp3|695066
    Onion Radio News - Area Bas.mp3|188416
    Onion Radio News - Are The.mp3|276480
    Onion Radio News - Arabs An.mp3|272384
    Onion Radio News - An Assis.mp3|184448
    Onion Radio News - An Area.mp3|214912
    Onion Radio News - An Ant I.mp3|241664
    Onion Radio News - Amnesty.mp3|237568
    Onion Radio News - Alzheime.mp3|210816
    Onion Radio News - All US M.mp3|192512
    Onion Radio News - All Natu.mp3|282624
    Onion Radio News - A Zoning.mp3|153538
    Onion Radio News - A Ten Ye.mp3|235520
    Onion Radio News - A Serial.mp3|229376
    Onion Radio News - A Plane.mp3|284672
    Onion Radio News - A One Hu.mp3|212992
    Onion Radio News - A New St.mp3|233344
    Onion Radio News - A New In.mp3|628608
    Onion Radio News - A Mean M.mp3|251904
    Onion Radio News - A Massiv.mp3|280576
    Onion Radio News - A Man Bu.mp3|413696
    Onion Radio News - A Huge A.mp3|194432
    Onion Radio News - A Horrib.mp3|237000
    Onion Radio News - A Giant.mp3|299044
    Onion Radio News - A Flood.mp3|268160
    Onion Radio News - A Fat Ma.mp3|245760
    Onion Radio News - A Drunke.mp3|249856
    Onion Radio News - A Creati.mp3|214109
                    Page 104
```

```
                        ShareListing.txt
                Onion Radio News - A Cop Ki.mp3|565305
                Onion Radio News - A Compan.mp3|272384
                Onion Radio News - A Coffee.mp3|622464
                Onion Radio News - A Blues.mp3|774269
                New Cereal For The Poor Sta.mp3|225280
                Islamic Fundamentalists Con.mp3|235559
                Children Of Divorce Are Twi.mp3|309248
        From The Howard Stern Show 07-24-03
                Onion Radio News - A New FO.mp3|360448
    Interpol - Black Sessions
        Untitled.mp3|5339766
        Stella was a diver and she was.mp3|8972876
        song seven.mp3|7074633
        Roland.mp3|5639442
        Obstacle 2.mp3|5085855
        Obstacle 1.mp3|6607436
        Nyc.mp3|5814358
        interpol - 08 - pda.mp3|7307264
        interpol - 06 - hands away.mp3|4765696
        interpol - 05 - specialist.mp3|9275392
    Three Tenors
        Opera Classics
                opera-Placido Domingo - Moz.mp3|3972370
        The Three Tenors In Concert
                carreras _ domingo _ pavaro.mp3|6618432
        Carreras Domingo Pavarotti In Concert
                Classical - Three Tenors -.mp3|2564266
        Three Tenors Christmas, The
                Luciano Pavaroti e Placido.mp3|3239269
        Pavarotti, Domingo And Carreras In Concert
                Luciano Pavaroti - Torna A.mp3|2796233
                Granada.mp3|3543544
        Three Tenors _Carreras_ Dom.mp3|2834641
    moe
        No album info
                moe - Saint Augustine.mp3|3685564
                moe - plane crash.mp3|7077800
                moe - Mexico.mp3|6565030
        Tin Cans & Car Tires
                moe - Cant Seem to Find.mp3|8556544
        No Doy
                moe - Rebubula.mp3|10973901
    Decemberists, The - The Tain EP
        The Decemberists - The Tain - 01 - The Tain (Parts I, II, III, IV,
V).mp3|23261184
    Cocorosie
        2004 - la maison de mon reve
                Cocorosie - 12 - Lyla.mp3|5862172
                Cocorosie - 11 - Hatian Love Songs.mp3|7104138
                Cocorosie - 10 - Madonna.mp3|5506698
                Cocorosie - 09 - West Side.mp3|2038473
                Cocorosie - 08 - Butterscotch.mp3|4529927
                Cocorosie - 07 - Candy Land.mp3|4232758
                Cocorosie - 06 - Tahiti Rain Song.mp3|5208275
                Cocorosie - 05 - Not For Sale.mp3|1919981
                Cocorosie - 04 - Good Friday.mp3|6318584
                Cocorosie - 03 - Jesus Loves Me.mp3|4576321
                Cocorosie - 02 - By Your Side.mp3|5755593
                Cocorosie - 01 - Terrible Angels.mp3|6013265
    Babyshambles
        Baby shambles - Whitechapel Demonstrations
                Baby shambles - whitechapel Demonstrations.m3u|890
                Baby shambles - What Katie Did.mp3|6623187
                        Page 105
```

```
                          ShareListing.txt
                  Baby shambles - The Whole World Is Our
Playground.mp3|3792577
                  Baby shambles - Smashing.mp3|3249623
                  Baby shambles - Skag And Bone Man.mp3|1696078
                  Baby shambles - Pipey Magraw.mp3|4675914
                  Baby shambles - Love On The Dole.mp3|4065906
                  Baby shambles - I Love You But You're Green.mp3|5652699
                  Baby shambles - Dilly Boys.mp3|2561247
                  Baby shambles - Anything But Love.mp3|4452728
                  Baby shambles - Another Girl Another Planet.mp3|2852165
            Killamangiro - Single
                  Killamangiro.m4p|3927605
            Baby shambles - HQ Sessions Second Wave
                  Baby shambles - Wolfman.mp3|6905927
                  Baby shambles - Through The Looking Glass - Love Reign Over
Me.mp3|6387487
                  Baby shambles - The Last Of The English Roses.mp3|9324679
                  Baby shambles - Sticks And Stones.mp3|13817936
                  Baby shambles - Sheepskin Tearaway.mp3|9555381
                  Baby shambles - Sheepskin Tearaway - Conversation
Diva.mp3|4089740
                  Baby shambles - Pipey Obrady.mp3|7999939
                  Baby shambles - Lust Of The Libertines.mp3|5811303
                  Baby shambles - Kill A Man For His Giro.mp3|4601931
                  Baby shambles - In Love With A Feeling.mp3|4774350
                  Baby shambles - I Love You But You're Green.mp3|13875625
                  Baby shambles - HQ Sessions Second Wave.m3u|1368
                  Baby shambles - Do You Know Me.mp3|7424413
                  Baby shambles - Black Boy Lane.mp3|10995455
                  Baby shambles - Babyshambles Instrumentals.mp3|6445146
            z13_douknowme.mp3|3113088
            z12_My Darling Clementine.mp3|2082944
            z11_fuckforever.mp3|5586944
            xfm_01dec04.mp3|15523990
      The Kinks
            The Kinks are the Village Green Preservation Society
                  15 - The Kinks - People Take Pictures of Each
Other.mp3|2103257
                  14 - The Kinks - Monica.mp3|2204403
                  13 - The Kinks - Wicked Annabella.mp3|2635319
                  12 - The Kinks - All of My Friends Were There.mp3|2331880
                  11 - The Kinks - Phenomenal Cat.mp3|2547129
                  10 - The Kinks - Starstruck.mp3|2286741
                  09 - The Kinks - Village Green.mp3|2107436
                  08 - The Kinks - Animal Farm.mp3|2906992
                  07 - The Kinks - Sitting by the Riverside.mp3|2310147
                  06 - The Kinks - Big Sky.mp3|2771156
                  05 - The Kinks - Last of Steam-Powered Trains.mp3|4060142
                  04 - The Kinks - Johnny Thunder.mp3|2444729
                  03 - The Kinks - Picture Book.mp3|2557996
                  02 - The Kinks - Do You Remember Walter-.mp3|2365317
                  01 - The Kinks - The Village Green Preservation
Society.mp3|2728524
            Face to Face
                  Mr. Reporter [-].mp3|4771613
                  Little Women [-].mp3|2617033
                  I'm Not Like Everybody Else [-].mp3|4185425
                  14 - I'll Remember.mp3|2958715
                  13 - Sunny Afternoon.mp3|4341637
                  12 - You're Lookin' Fine.mp3|3340103
                  11 - Little Miss Queen of Darkness.mp3|3931515
                  10 - Fancy.mp3|3010960
                  09 - Most Exclusive Residence for Sale.mp3|3379809
                          Page 106
```

```
                            ShareListing.txt
                08 - Holiday in Waikiki.mp3|3453474
                07 - A House in the Country.mp3|3666111
                06 - Rainy Day in June.mp3|3815009
                05 - Session Man.mp3|2693833
                04 - Too Much on My Mind.mp3|2964984
                03 - Dandy.mp3|2653082
                02 - Rosie Won't You Please Come Home.mp3|3084103
                01 - Party Line.mp3|3105523
    Duran Duran
            No album info
                    Duran Duran - James Bond_ V.mp3|3737728
                    Duran Duran - Hungry Like T.mp3|3475584
    iTunes
            iTunes Music
                    Compilations
                        Street Official Mixtape, Vol. 1
                                01 Street Official Mixtape, Vol.
1.m4p|23783660
                    The Music
                        Freedom Fighters - Single
                                01 Freedom Fighters.m4p|3957800
                    Ms. Triniti
                        Ragga Hop
                                01 Based On a True Story (Mama
Told.m4p|4281838
            iTunes Music Library.xml|4569177
            iTunes 4 Music Library.itl|3493231
    Gary Jules
            Greetings From The Side
                    Gary Jules - St Christopher.mp3|1193512
                    Gary Jules - Jeremmiah Weed.mp3|1707655
                    Gary Jules - Invisible.mp3|1552759
                    Gary Jules - Heroes _ Heroi.mp3|1356395
                    Gary Jules - Ghosts.mp3|1912942
                    Gary Jules - Bluefish.mp3|1651955
            Trading Snakeoil for Wolftickets
                    gary jules - no poetry.MP3|3808112
            Trading Snakeoil for Wolfticke
                    Boat Song.mp3|3928064
            (tears for fears cover)
                    Donnie Darko - Gary Jules -.mp3|7586268
            Donnie Darko
                    Donnie Darko - Mad World _A.mp3|3474622
    Blonde Redhead
            Blonde Redhead - This is not.mp3|6967042
            Blonde Redhead - Mother.mp3|3095851
            Blonde Redhead - Melody of certain three.mp3|5603409
            Blonde Redhead - Loved Despite of Great Faults.mp3|5008300
            Blonde Redhead - In particular.mp3|8776389
            Blonde Redhead - Hatedbecauseofgreatqualities.mp3|5646705
            Blonde Redhead - For the damaged.mp3|4377789
            Blonde Redhead - For the damaged coda.mp3|3774679
            Blonde Redhead - Equally damaged.mp3|966656
            Blonde Redhead - Balled of lemons.mp3|2748416
            Blonde Redhead - A cure.mp3|7761920
    Depeche Cure U2 NIN
            Unknown Album
                    01 Into a Darkened Room.mp3|4448459
    The Dave Brubeck Quartet
            Time Out
                    07 Pick Up Sticks.mp3|6164367
                    06 Everybody's Jumpin'.mp3|6360604
                    05 Kathy's Waltz.mp3|6978132
                            Page 107
```

```
                          ShareListing.txt
              04 Three to Get Ready.mp3|7824505
              03 Take Five.mp3|7300680
              02 Strange Meadow Lark.mp3|10665165
              01 Blue Rondo a La Turk.mp3|9751089
And You Will Know Us By The Trail Of Dea
        Madonna
              13 Sigh Your Children.mp3|7735991
              12 A Perfect Teenhood.mp3|7608913
              11 The Day the Air Turned Blue.mp3|1515438
              10 Aged Dolls.mp3|10486628
              09 Up From Redemption.mp3|549509
        Source Tags & Codes
              And You Will Know Us By The Trail of.mp3|6867287
              And You Will Know Us By The Trail of 4.mp3|5468383
              And You Will Know Us By The Trail of 3.mp3|1435707
              And You Will Know Us By The Trail of 2.mp3|7348599
              And You Will Know Us By The Trail of 1.mp3|6720210
        Shatner, William - Transformed Man
              11 The Transformed Man.mp3|3419537
              10 Lucy In The Sky with Diamonds.mp3|2845689
              09 Spleen.mp3|2928839
              08 How Insensitive (Insensatez).mp3|3426232
              07 Romeo And Juliet.mp3|2892486
              06 It Was A Very Good Year.mp3|3777296
              05 Hamlet.mp3|3658178
              04 Mr. Tambourine Man.mp3|2944315
              03 Theme From Cyrano.mp3|3583374
              02 William Shatner - Elegy For The B.mp3|3134905
              01 King Henry The Fifth.mp3|2897088
        Peter Doherty - Untitled Album
                Peter Doherty
                      Untitled Album
                          Peter Doherty - You Can't Stand Me.mp3|6628865
                          Peter Doherty - Untitled.m3u|676
                          Peter Doherty - The Whole World Is Our
Playground.mp3|3877867
                          Peter Doherty - Stix And Stones.mp3|6685912
                          Peter Doherty - Scouser In Space.mp3|1753160
                          Peter Doherty - Pipey Magregor.mp3|6184987
                          Peter Doherty - My Darling Clementine.mp3|5170613
                          Peter Doherty - Music When The Lights Go
Out.mp3|7761139
                          Peter Doherty - Love Rain O'er Me  Saga.mp3|6163058
                          Peter Doherty - Killamangiro.mp3|4922326
                          Peter Doherty - If You Fall.mp3|2035899
                          Peter Doherty - I Love You But You're
Green.mp3|5213884
                          Peter Doherty - Don't Look Back Into The
Sun.mp3|4652762
                          Peter Doherty - Curtain Call.mp3|4830793
                          Peter Doherty - Black Boy Lane.mp3|6642025
                          Peter Doherty - Ballad Of Grimaldi.mp3|8309690
                          Peter Doherty - Arcady.mp3|5087828
                          Peter Doherty - Albion.mp3|5327318
        R.E.M
                Automatic for the People
                    REM - Man on the Moon.mp3|5070767
                    REM - Everybody Hurts.mp3|5167733
                eponymous
                    REM - It_s The End Of The W.mp3|3934746
                Out of Time
                    REM - Shiny Happy People.mp3|3654888
                    REM - Losing My Religion.mp3|4342765
                          Page 108
```

```
                            ShareListing.txt
Europe
       Unknown Album
              The Final Countdown.mp3|7416976
Tortoise - It's All Around You
       All Music Guide It's All Around You_file
              g28749wqal4.jpeg|8895
       Tortoise - 10 - Salt the Skies.mp3|6996096
       Tortoise - 09 - Five Too Many.mp3|6631424
       Tortoise - 08 - By Dawn.mp3|2678912
       Tortoise - 07 - On the Chin.mp3|7862400
       Tortoise - 06 - Doteyes.mp3|5576832
       All Music Guide It's All Around You.htm|30378
Descendents
       Everything Sucks single
              01 Shattered Milo.mp3|3049236
       Milo Goes To College
              14 Bikeage.mp3|2153376
              11 Kabuki Girl.mp3|1132251
       Still Hungry
              03 Doug Rides A Skateboard.mp3|1251328
       Cool To Be You
              03 Cool To Be You.mp3|3485949
       Somery
              23 I'm Not  A Loser.mp3|1785856
              21 Hope.mp3|2426273
              03 Suburban Home.mp3|1635012
       Everything Sucks
              I Won't Let Me.mp3|3005666
              13 This Place.mp3|1237422
              10 Hateful Notebook.mp3|2310323
              02 I'm The One.mp3|2162924
       Unknown Album
              wendy.mp3|2238965
              She Loves Me.mp3|2463872
              Only the Good Die Young.mp3|2696404
              I'm Not A Punk.mp3|1023711
              I Like Food.mp3|194613
              Coffee Mug.mp3|544766
              cheer.mp3|2909146
       All
              09 Clean Sheets.mp3|3097008
       Two Things At Once
              05 Tonyage.mp3|1356365
       I Don't Want to Grow Up
              04 Silly Girl.mp3|3434031
Clint Mansell (Featuring Kronos Quartet)
       Requiem For A Dream Soundtrack
              Clint Mansell Featuring Kro.mp3|4754296
              Clint Mansell Featuring K 2.mp3|2743395
              Clint Mansell Featuring K 1.mp3|2286259
Shellac
       At Action Park
              10 Il Porno Star.mp3|7548764
              09 Boche's Dick.mp3|2426673
              08 Dog and Pony Show.mp3|5802743
              07 The Idea of North.mp3|5390217
              06 A Minute.mp3|5345696
              05 Song of the Minerals.mp3|6394576
              04 Crow.mp3|6945012
              03 The Admiral.mp3|3442313
              02 Pull the Cup.mp3|6117461
              01 My Black Ass.mp3|4385229
       1000 Hurts
                            Page 109
```

```
                              ShareListing.txt
                10 Watch Song.m4a|13073272
                09 Shoe Song.m4a|12773112
                08 New Number Order.m4a|4047007
                07 Canaveral.m4a|6401457
                06 Song Against Itself.m4a|10211789
                05 Ghosts.m4a|8730283
                04 QRJ.m4a|6972130
                03 Mama Gina.m4a|13818620
                02 Squirrel Song.m4a|6414696
                01 Prayer to God.m4a|6883024
   Beethoven
          Czech Philharmonic
                Beethoven - Piano Concerto.mp3|8618405
   Rogue Wave
          Out of the Shadow
                Kicking the Heart Out.m4p|4541345
   Jefferson Airplane
          Jefferson Airplane - Wooden Ships.mp3|6221450
          Jefferson Airplane - White Rabbit.mp3|3662303
          Jefferson Airplane - We Can Be Together.mp3|5578752
          Jefferson Airplane - Volunteers.mp3|2009194
          Jefferson Airplane - Turn My Life Down.mp3|2848768
          Jefferson Airplane - Today.mp3|4395826
          Jefferson Airplane - Tobacco Road.mp3|5034112
          Jefferson Airplane - The Farm.mp3|3119104
          Jefferson Airplane - She Has Funny Cars.mp3|4647871
          Jefferson Airplane - Plastic Fantastic Lover.mp3|3996472
          Jefferson Airplane - My Best Friend.mp3|4414004
          Jefferson Airplane - Meadowlands.mp3|1042432
          Jefferson Airplane - Lets Get Together.mp3|4319544
          Jefferson Airplane - Let Me In.mp3|4288640
          Jefferson Airplane - Its No Secret.mp3|3823744
          Jefferson Airplane - How Do You Feel.mp3|5168838
          Jefferson Airplane - Hey Fredrick.mp3|8239294
          Jefferson Airplane - Good Shepard.mp3|4188160
          Jefferson Airplane - Eskimo Blue Day.mp3|6354944
          Jefferson Airplane - Embryonic Journey.mp3|2757637
          Jefferson Airplane - Dont Slip Away.mp3|2486395
          Jefferson Airplane - DCBA25.mp3|3850384
          Jefferson Airplane - Comin Back To Me.mp3|7757471
          Jefferson Airplane - Come Up The Years.mp3|3666053
          Jefferson Airplane - Chauffeur Blues.mp3|3640880
          Jefferson Airplane - Bringing Me Down.mp3|3459200
          Jefferson Airplane - Blues From An Airplane.mp3|3250304
          Jefferson Airplane - And I Like It.mp3|4922953
          Jefferson Airplane - A Song For All Seasons.mp3|3381365
          Jefferson Airplane - 35 Of A Mile In 10 Seconds.mp3|5400818
   The Postal Service
          Against All Odds - Single
                Against All Odds.m4p|3794187
          The District Sleeps Alone Tonight - EP
                Suddenly Everything Has Changed.m4p|4324467
          Give Up
                10 Natural Anthem The Postal Service Give Up.mp3|7384525
                09 Brand New Colony The Postal Service Give Up.mp3|6069835
                08 This Place Is a Prison The Postal Service Give
Up.mp3|5629103
                07 We Will Become Silhouettes The Postal Service Give
Up.mp3|7217143
                06 Clark Gable The Postal Service Give Up.mp3|7071051
                05 Recycled Air The Postal Service Give Up.mp3|6471072
                04 Nothing Better The Postal Service Give Up.mp3|5442894
                03 Sleeping In The Postal Service Give Up.mp3|6274212
                              Page 110
```

```
                            ShareListing.txt
               02 Such Great Heights The Postal Service Give Up.mp3|6396472
               01 The District Sleeps Alone Tonight The Postal Service Give
Up.mp3|6827194
     Hope 7
          Breakthrough - EP
               Breakthrough.m4p|3191658
     E.S.T
          Somewhere Else Before
               Esbjorn Svensson Trio - The.mp3|6073493
               Esbjorn Svensson Trio - Spa.mp3|8084713
               Esbjorn Svensson Trio - Som.mp3|8032050
               Esbjorn Svensson Trio - Pav.mp3|5371949
               Esbjorn Svensson Trio - In.mp3|9842022
               Esbjorn Svensson Trio - Fro.mp3|5859707
               Esbjorn Svensson Trio - Dod.mp3|7806979
               Esbjorn Svensson Trio - Dar.mp3|6840240
          Strange Place for Snow
               Esbj_rn Svensson Trio - Yea.mp3|8186737
               Esbj_rn Svensson Trio - Whe.mp3|9485127
               Esbj_rn Svensson Trio - The.mp3|7504627
               Esbj_rn Svensson Trio - Str.mp3|9628696
               Esbj_rn Svensson Trio - Spu.mp3|9247517
               Esbj_rn Svensson Trio - Ser.mp3|6393692
               Esbj_rn Svensson Trio - Car.mp3|25954809
               Esbj_rn Svensson Trio - Bou.mp3|7374851
               Esbj_rn Svensson Trio - Beh.mp3|15045447
          When Everyone Has Gone
               Esbj_rn Svensson Trio - Wal.mp3|3820483
               Esbj_rn Svensson Trio - Ste.mp3|3422336
     Jon & Vangelis
          Short Stories
               08 A Play Within A Play.m4a|16957949
               07 Thunder.m4a|5425034
               06 One More Time.m4a|15202967
               05 Far Away In Baagad_Love Is.m4a|19447523
               04 The Road.m4a|10918804
               03 I Hear You Now.m4a|12592169
               02 Each And Everyday_Bird Song.m4a|12425085
               01 Curious Electric.m4a|16176015
     Eagles
          Hell Freezes Over (DVD)
               Eagles - Hotel California _.mp3|10267504
     The Rapture
          Echoes
               11 Infatuation.mp3|7235220
               10 Love Is All.mp3|6392614
               09 Sister Savior.mp3|5549382
               08 Killing.mp3|5211462
               07 Echoes.mp3|4480451
               06 House of Jealous Lovers.mp3|7318603
               05 The Coming of Spring.mp3|3913699
               04 I Need Your Love.mp3|6715488
               03 Open Up Your Heart.mp3|7733637
               02 Heaven.mp3|5468507
               01 olio.mp3|7692259
          Out of the Races and Onto the Tracks
               06 Confrontation.mp3|5541888
               05 The Pop Song.mp3|4332768
               04 The Jam.mp3|7342080
               03 Carvan.mp3|3768320
               02 Modern Romance.mp3|3725312
               01 Out of the Races and Onto the Tracks.mp3|4309070
          The Rapture - Dumb Waiters Psychedelic Furs cover.mp3|3438592
                            Page 111
```

```
                          ShareListing.txt
Neil Young
      Unplugged
                World On A String.mp3|2916352
                Unknown Legend.mp3|4587520
                Transformer Man.mp3|3461120
                The Old Laughing Lady.mp3|5040128
                The Needle And The Damage D.mp3|2754560
                Stringman.mp3|3860480
                Pocahontas.mp3|4890624
                Mr. Soul.mp3|3747840
                Look Out For My Love.mp3|5720064
                Long May You Run.mp3|5154816
                Like A Hurricane.mp3|4550656
                Helpless.mp3|5562368
                Harvest Moon.mp3|5124096
                From Hank To Hendrix.mp3|5617664
      For Sept. 11
                Lets_Roll.mp3|4276227
      Rust Never Sleeps
                Pearl Jam _ Neil Young - He.mp3|5027630
                Neil Young - My My Hey Hey.mp3|4614359
      Harvest
                Neil Young - Words _Between.mp3|9606711
                Neil Young - There_s A Worl.mp3|4304063
                Neil Young - The Needle And.mp3|2956145
                Neil Young - Out On The Wee.mp3|6603048
                Neil Young - Old Man.mp3|4914075
                Neil Young - Heart Of Gold.mp3|4489637
                Neil Young - Alabama.mp3|5813105
                Neil Young - A Man Needs A.mp3|5892726
      Harvest Moon
                You and Me.mp3|3609195
                War of Man.mp3|5502554
                Such A Woman.mp3|4443869
                One Of These Days.mp3|4765692
                Natural Beauty.mp3|9972507
                From Hank To Hendrix.mp3|5078205
                Dreamin_ Man.mp3|4429657
      Everybody Knows This is Nowhere
                Neil Young -_Everybody Know.mp3|15071257
      Neil Young - Rockin_ in the.mp3|4489385
Richard Shindell
      Richard Shindell_ Dan's Mix
                Richard Shindell - Smiling.mp3|5756959
                Richard Shindell - On a Sea.mp3|5289385
                Richard Shindell - Nora.mp3|4793561
                Richard Shindell - Money Fo.mp3|4571533
                Richard Shindell - May.mp3|5623208
                Richard Shindell - Lazy.mp3|3377724
                Richard Shindell - I Saw My.mp3|4054312
                Richard Shindell - I Am.mp3|4645186
                Richard Shindell - Darkness.mp3|4780514
                Richard Shindell - Cold Mis.mp3|5528662
                Richard Shindell - By Now.mp3|6381808
                Richard Shindell - Before Y.mp3|3862043
                Richard Shindell - Are You.mp3|4641542
      No album info
                Richard Shindell - I_ll Be.mp3|8250055
      Somewhere Near Paterson
                Richard Shindell - You Stay.mp3|4794071
                Richard Shindell - Wisteria.mp3|5819111
                Richard Shindell - Waiting.mp3|4278422
                Richard Shindell - Transit.mp3|7141952
                          Page 112
```

```
                    ShareListing.txt
          Richard Shindell - The Groc.mp3|4890207
          Richard Shindell - Spring.mp3|6152954
          Richard Shindell - My Love.mp3|5077248
          Richard Shindell - Merritt.mp3|4164528
          Richard Shindell - Confessi.mp3|6374476
          Richard Shindell - Calling.mp3|6003544
          Richard Shindell - Abuelita.mp3|4717788
Blue Divide
          10 Blue Divide.wma|4431393
          10 Blue Divide.m4a|11024624
          09 Ascent.wma|3744143
          09 Ascent.m4a|9288887
          08 Arrowhead.wma|4258085
          08 Arrowhead.m4a|10599233
          07 A Tune for Nowhere.wma|3558911
          07 A Tune for Nowhere.m4a|8853523
          06 TV Light.wma|4072859
          06 TV Light.m4a|10149102
          05 The Things That I Have Seen.wma|3756137
          05 The Things That I Have Seen.m4a|9354710
          04 Lazy.wma|2686387
          04 Lazy.m4a|6718010
          03 The Ballad of Mary Magdalene.wma|4879627
          03 The Ballad of Mary Magdalene.m4a|12177598
          02 Fishing.wma|4389553
          02 Fishing.m4a|10930685
          01 A Summer Wind, A Cotton Dress.wma|3791709
          01 A Summer Wind, A Cotton Dress.m4a|9408513
Vuelta
          10 Gray Green.wma|3744141
          10 Gray Green.m4a|9345445
          09 The Last Fare of the Day.wma|4712281
          09 The Last Fare of the Day.m4a|11758642
          08 So Says the Whipporwill.wma|4473239
          08 So Says the Whipporwill.m4a|11165019
          07 There Goes Mavis.wma|5704281
          07 There Goes Mavis.m4a|14251043
          06 Canción Sencilla.wma|4132593
          06 Canción Sencilla.m4a|10320410
          05 Che Guevara T-Shirt.wma|5274015
          05 Che Guevara T-Shirt.m4a|13168329
          04 Hazel's House.wma|3224235
          04 Hazel's House.m4a|8059401
          03 The Island.wma|3989157
          03 The Island.m4a|9956879
          02 Waist Deep in the Big Muddy.wma|4353717
          02 Waist Deep in the Big Muddy.m4a|10850189
          01 Fenario.wma|5130591
          01 Fenario.m4a|12804135
Sparrows Point
          11 By Now.m4a|12697918
          10 Howling at the Trouble.m4a|8897422
          09 Nora.m4a|9562254
          08 You Again.m4a|7141390
          07 Memory of You.m4a|8736573
          06 On a Sea of Fleur-De-Lis.m4a|10515318
          05 The Kenworth of My Dreams.m4a|8922287
          04 Sparrow's Point.m4a|11478305
          03 The Courier.m4a|10304067
          02 Castaway.m4a|9408785
          01 Are You Happy Now_.m4a|9188806
Richard Shindell
          Sparrows Point
                    Page 113
```

```
                        ShareListing.txt
                11 By Now.wma|5106689
                10 Howling at the Trouble.wma|3582841
                09 Nora.wma|3857701
                08 You Again.wma|2895575
                07 Memory of You.wma|3523063
                06 On a Sea of Fleur-De-Lis.wma|4228253
                05 The Kenworth of My Dreams.wma|3612727
                04 Sparrow's Point.wma|4628627
                03 The Courier.wma|4156515
                02 Castaway.wma|3797949
                01 Are You Happy Now-.wma|3708329
        Richard Shindell - Fishing.mp3|4767744
        Richard Shindell - Confessi.mp3|5091807
The Dreamers Soundtrack
        Steve Miller Band - Song For Our Ancestors.m4a|5800008
        Michel Polnareff - Love Me Please Love Me.m4a|4180217
        Michael Pitt  The Twins Of Evil - Hey Joe.m4a|3491215
        Martial Solal - New York Herald Tribune Score From A Bout De
Souffle.m4a|1333147
        Jean Constantin - Quatre Cents Coups Score From Quatre Cents
Coups.m4a|2429055
        Françoise Hardy - Tous Les Garçins Et Les Filles.m4a|3035032
        Edith Pilaf - Non Je Ne Regrette Rien.m4a|2315640
        Charles Trenet - La Mer.m4a|2965220
        Antoine Duhamel - Ferdinand Score From Pierrot Le Fou.m4a|2894713
Rod Stewart
        Borders, Rock Essentials Volume 1
                02 _Find a_ Reason to Belie.mp3|5960032
        Unplugged. . .And Seated
                rod stewart - every picture.mp3|4571136
tortoise
        2004 - it's all around you
                Tortoise - 05 - Unknown.mp3|8126246
                Tortoise - 04 - Stretch (You Are All Right).mp3|7647285
                Tortoise - 03 - Crest.mp3|6339469
                Tortoise - 02 - The Lithium Stiffs.mp3|5745144
                Tortoise - 01 - It's All Around You.mp3|6225380
Queen
        Weezer
                The Green Album
                        Island in the Sun.mp3|3361773
                Weezer
                        10 Only In Dreams.m4a|7760768
                        09 Holiday.m4a|3329293
                        08 In The Garage.m4a|3824900
                        07 Say It Ain't So.m4a|4192704
                        06 Surf Wax America.m4a|3035793
                        05 Undone (The Sweater Song).m4a|4947088
                        04 Buddy Holly.m4a|2600372
                        03 The World Has Turned And Left Me Here.m4a|4202363
                        02 No One Else.m4a|3004603
                        01 My Name Is Jonas.m4a|3325949
                Pinkerton
                        Tired of Sex.mp3|2904944
                        10 Butterfly.m4a|2823284
                        09 Falling For You.m4a|3695611
                        08 Pink Triangle.m4a|3868164
                        07 El Scorcho.m4a|3949343
                        06 The Good Life.m4a|4164458
                        05 Across The Sea.m4a|4413015
                        04 Why Bother.m4a|2105151
                        03 No Other One.m4a|2961083
                        02 Getchoo.m4a|2814021
                                Page 114
```

```
                        ShareListing.txt
                        01 Tired of Sex.m4a|2955916
            Weez
                        03 Hashpipe.mp3|5970257
            Unknown Album
                        01 Say It Ain't So.mp3|4139177
      Queen
            Classic Queen
                        03 Under Pressure.mp3|4872192
            Greatest Hits
                        17 I Want To Break Free.mp3|6018155
                        16 Good Old Fashioned Lover Boy.mp3|3872777
                        15 Don't Stop Me Now.mp3|4726970
                        14 Save Me.mp3|4877218
                        13 Body Language.mp3|6065064
                        12 Seven Seas of Rhye.mp3|3558253
                        11 Play The Game.mp3|4549856
                        10 Now I'm Here.mp3|5641566
                        09 Crazy Little Thing Called Love.mp3|3679053
                        08 You're My Best Friend.mp3|3693986
                        07 Bicycle Race.mp3|4052274
                        06 Fat Bottomed Girls.mp3|5496120
                        05 Somebody To Love.mp3|6485844
                        04 Killer Queen.mp3|4045587
                        03 Another One Bites The Dust.mp3|5021222
                        02 We Are The Champions.mp3|3925327
                        01 We Will Rock You.mp3|2891501
            Unknown Album
                        Bohemian Rhapsody.mp3|5650990
      Queen-Classic Queen-17 - The Show Must Go On.m4a|4430256
      Queen-Classic Queen-16 - Who Wants To Live Forever.m4a|5101233
      Queen-Classic Queen-15 - Headlong.m4a|4520414
      Queen-Classic Queen-14 - Keep Yourself Alive.m4a|3667376
      Queen-Classic Queen-13 - One Vision.m4a|4504260
      Queen-Classic Queen-12 - These Are The Days Of Our Lives.m4a|4124344
      Queen-Classic Queen-11 - The Miracle.m4a|4290413
      Queen-Classic Queen-10 - Tie Your Mother Down.m4a|3664775
      Queen-Classic Queen-09 - I Want It All.m4a|3923352
      Queen-Classic Queen-08 - I'm Going Slightly Mad.m4a|4265150
      Queen-Classic Queen-07 - Radio Ga Ga.m4a|5643368
      Queen-Classic Queen-06 - One Year Of Love.m4a|4353562
      Queen-Classic Queen-05 - Stone Cold Crazy.m4a|2213992
      Queen-Classic Queen-04 - Hammer To Fall.m4a|3585270
      Queen-Classic Queen-03 - Under Pressure.m4a|3947873
      Queen-Classic Queen-02 - Bohemian Rhapsody.m4a|5763231
      Queen-Classic Queen-01 - A Kind Of Magic.m4a|4292643
Apples in Sterio
      Velocity Of Sound
                        11 She's Telling Lies (Bryce's Mix).mp3|2228854
                        10 Baroque.mp3|4036005
                        09 Mystery.mp3|3805082
                        08 I Want.mp3|2472837
                        07 Better Days.mp3|2984315
                        06 Yore Days.mp3|2474927
                        05 Where We Meet.mp3|3448772
                        04 Do You Understand_.mp3|4049066
                        03 That's Something I Do.mp3|2979613
                        02 Rainfall.mp3|3284200
                        01 Please.mp3|2984315
      Fun Trick Noisemaker
                        13 Pine Away.mp3|4051939
                        12 Love You Alice _ D.mp3|4376702
                        11 Show The World.mp3|2487522
                        10 Innerspace.mp3|2594098
                        Page 115
```

ShareListing.txt
```
                    09 Lucky Charm.mp3|3407864
                    08 Dots 1-2-3.mp3|2518864
                    07 Glowworm.mp3|3016234
                    06 She's Just Like Me _ Taking Time.mp3|4515895
                    05 Winter Must Be Cold.mp3|3240689
                    04 Green Machine.mp3|2821470
                    03 High Tide.mp3|2551046
                    02 Tidal Wave.mp3|3396996
                    01 The Narrator.mp3|672323
          the discovery of a world inside the moone
                    10 the bird that you can't see.mp3|5675832
                    09 alrightnot quite.mp3|4179945
                    08 submarine dream.mp3|6496432
                    07 i can't believe.mp3|6320889
                    06 what happened then.mp3|3136043
                    05 look away.mp3|4934095
                    04 20 cases suggestive of....mp3|4156707
                    03 stream running over.mp3|5389889
                    02 the rainbow.mp3|3840716
                    01 go.mp3|4669440
      Stowe House Band
              No album info
                    19-Comfortably-Numb.mp3|15482459
                    19-All-Along-the-Watchtower.mp3|20257313
      Air
              Moon Safari
                    Air - 10 - Le Voyage De Penelope.mp3|4609440
                    Air - 09 - New Star In The Sky.mp3|8210574
                    Air - 08 - Ce Matin La.mp3|5235741
                    Air - 07 - You Make It Easy.mp3|5825069
                    Air - 06 - Remember.mp3|3724816
                    Air - (05) Talisman.mp3|6193074
                    Air - (04) Kelly Watch The Stars.mp3|5466465
                    Air - (03) All I Need.mp3|6471437
                    Air - (02) Sexy Boy.mp3|7169217
                    Air - (01) La Femme D'Argent.mp3|10380259
              Talkie Walkie
                    04 Air - Talkie Walkie - 04 - Universal
Traveller.mp3|6347119
                    03 Air - Talkie Walkie - 03 - Run.mp3|6118270
                    02 Air - Talkie Walkie - 02 - Cherry Blossom
Girl.mp3|5333986
                    01 Air - Talkie Walkie - 01 - Venus1.mp3|5907621
              Playground Love
                    Playground Love
                            05_Air_-_Highschool_Prom_(Rob_Remix)-R3D.mp3|3439001

04_Air_-_Playground_Love_(Nosferatatu)-R3D.mp3|4774247

03_Air_-_Playground_Love_(Vibraphone)-R3D.mp3|5549682

02_Air_-_Bathroom_Girl_(Demo_Version)-R3D.mp3|6122095
                            01_Air_-_Playground_Love-R3D.mp3|5121476
              Modular Mix
                    01_Air_-_Modular_Mix_(by_Solid)-R3D.mp3|5806889
              Elle A Du Shell
                    02_Air_-_Clearing_Your_Head-R3D.mp3|9868199
                    01_Air_-_La_Nuit_De_Tous_Nos_Reves_Approche-R3D.mp3|8173939
              Virgin Suicides
                    Air - 13 - Suicide Underground.mp3|8566518
                    Air - 12 - Dead Bodies.mp3|4307723
                    Air - 11 - Empty House.mp3|4285153
                    Air - 10 - Ghost Song.mp3|3277035
                              Page 116
```

```
                        ShareListing.txt
                Air - 09 - Afternoon Sister.mp3|3480164
                Air - 08 - Highschool Lover (Theme from The Virgin
Suicides).mp3|3900213
                Air - 07 - Dirty Trip.mp3|8955847
                Air - 06 - The Word 'Hurricane'.mp3|3689561
                Air - 05 - Dark Messages.mp3|3562919
                Air - 04 - Cemetary Party.mp3|3768555
                Air - 03 - Bathroom Girl.mp3|3512764
                Air - 02 - Clouds Up.mp3|2174250
                Air - 01 - Playground Love (sung by Gordon
Tracks).mp3|5102054
        Iron & Wine
            2004 - Our Endless Numbered Days
                Iron & Wine - 12 - Passing Afternoon.mp3|4818808
                Iron & Wine - 11 - Sodom, South Georgia.mp3|5992231
                Iron & Wine - 10 - Fever Dream.mp3|5127569
                Iron & Wine - 09 - Free Until They Cut Me Down.mp3|5500092
                Iron & Wine - 08 - Each Coming Night.mp3|4157910
                Iron & Wine - 07 - Radio War.mp3|2325151
                Iron & Wine - 06 - Love and Some Verses.mp3|4409734
                Iron & Wine - 05 - Teeth in the Grass.mp3|2835070
                Iron & Wine - 04 - Sunset Soon Forgotten.mp3|4003269
                Iron & Wine - 03 - Cinders and Smoke.mp3|6889796
                Iron & Wine - 02 - Naked as We Came.mp3|3056064
                Iron & Wine - 01 - On Your Wings.mp3|5923376
        Eminem
            Encore
                20 Encore _ Curtains Down (Feat. Dr..mp3|8591360
                19 Final Thought (Skit).mp3|647168
                18 One Shot 2 Shot (Feat. D-12) (Pro.mp3|5787648
                17 Crazy In Love (Produced By Eminem.mp3|5220352
                16 Mockingbird (Produced By Eminem).mp3|5408768
                15 Spend Some Time (Feat. Obie Trice.mp3|6526976
                14 Ass Like That (Produced By Dr. Dr.mp3|5898350
                13 Just Lose It (Produced By Dr. Dre.mp3|5156864
                12 Em Calls Paul (Skit).mp3|1400832
                11 Big Weenie (Produced By Dr. Dre).mp3|6633472
                10 Rain Man (Produced By Dr. Dre).mp3|6273024
                09 Paul (Skit).mp3|528384
                08 My 1st Single (Produced By Eminem.mp3|7415808
                07 Puke (Produced By Eminem).mp3|5359618
                06 Mosh (Produced By Dr. Dre & Mark.mp3|7170048
                05 Like Toy Soldiers (Produced By Em.mp3|7593984
                04 Yellow Brick Road (Produced By Em.mp3|8062976
                03 Never Enough (Feat. 50 Cent & Nat.mp3|3434496
                02 Evil Deeds (Produced By Dr. Dre).mp3|5576704
                01 Curtains Up (Encore Version).mp3|1103872
        Serge Gainsbourg
            Histoire De Melody Nelson
                07 Cargo Culte.mp3|8322179
                06 En Melody.mp3|3788548
                05 L'hotel Particulier.mp3|4393994
                04 Ah! Melody.mp3|1950801
                03 Valse De Melody.mp3|1728605
                02 Ballade De Melody Nelson.mp3|2229434
                01 Melody.mp3|8032733
        Don Henley
            Building the Perfect Beast
                01 The Boys of Summer.mp3|1604758
        Deep Blue Something
            No album info
                Deep Blue Something - Break.mp3|4106854
        Tool
                        Page 117
```

```
                              ShareListing.txt
          Tool-Ænima-15 - Third Eye.m4a|13390314
          Tool-Ænima-14 - (-) Ions.m4a|3893483
          Tool-Ænima-13 - Ænima.m4a|6469255
          Tool-Ænima-12 - Cesaro Summability.m4a|1434020
          Tool-Ænima-11 - Pushit.m4a|9642657
          Tool-Ænima-10 - Die Eier Von Satan.m4a|2246980
          Tool-Ænima-09 - Jimmy.m4a|5250409
          Tool-Ænima-08 - Intermission.m4a|951198
          Tool-Ænima-07 - Hooker With A Penis.m4a|4431825
          Tool-Ænima-06 - Message To Harry Manback.m4a|1862604
          Tool-Ænima-05 - Forty Six & 2.m4a|5896786
          Tool-Ænima-04 - Useful Idiot.m4a|672987
          Tool-Ænima-03 - H_.m4a|5944450
          Tool-Ænima-02 - Eulogy.m4a|8238135
          Tool-Ænima-01 - Stinkfist.m4a|5037369
          Tool-Undertow-69 - Disgustipated.m4a|15334990
          Tool-Undertow-09 - Flood.m4a|7545021
          Tool-Undertow-08 - 4 Degrees.m4a|5879125
          Tool-Undertow-07 - Undertow.m4a|5214068
          Tool-Undertow-06 - Swamp Song.m4a|5373420
          Tool-Undertow-05 - Crawl Away.m4a|5347243
          Tool-Undertow-04 - Bottom.m4a|7026252
          Tool-Undertow-03 - Sober.m4a|4966803
          Tool-Undertow-02 - Prison Sex.m4a|4798623
          Tool-Undertow-01 - Intolerance.m4a|4751589
          Tool-Salival-08 - LAMC _ Maynard's Dick.m4a|10582506
          Tool-Salival-07 - No Quarter.m4a|10883027
          Tool-Salival-06 - Merkaba.m4a|9532008
          Tool-Salival-05 - You Lied.m4a|9018527
          Tool-Salival-04 - Message to Harry Manback II.m4a|1237268
          Tool-Salival-03 - Pushit.m4a|13540535
          Tool-Salival-02 - Part Of Me.m4a|3449708
          Tool-Salival-01 - Third Eye.m4a|13681118
          Tool-Lateralus-13 - Faaip De Oaid.m4a|2605574
          Tool-Lateralus-12 - Triad.m4a|8523456
          Tool-Lateralus-11 - Reflection.m4a|10807586
          Tool-Lateralus-10 - Disposition.m4a|4632508
          Tool-Lateralus-09 - Lateralus.m4a|9132081
          Tool-Lateralus-08 - Ticks & Leeches.m4a|7933048
          Tool-Lateralus-07 - Parabola.m4a|5886086
          Tool-Lateralus-06 - Parabol.m4a|3003235
          Tool-Lateralus-05 - Schism.m4a|6598553
          Tool-Lateralus-04 - Mantra.m4a|1213539
          Tool-Lateralus-03 - The Patient.m4a|7025418
          Tool-Lateralus-02 - Eon Blue Apocalypse.m4a|1088075
          Tool-Lateralus-01 - The Grudge.m4a|8356973
    Ted Leo
          Ted Leo & The Pharmacists-Shake the Sheets-11 - Walking To
Do.mp3|6311354
          Ted Leo & The Pharmacists-Shake the Sheets-10 - Bleeding
Powers.mp3|5119969
          Ted Leo & The Pharmacists-Shake the Sheets-09 - Shake the
Sheets.mp3|8152243
          Ted Leo & The Pharmacists-Shake the Sheets-08 - Better Dead than
Lead.mp3|6714694
          Ted Leo & The Pharmacists-Shake the Sheets-07 - Criminal
Piece.mp3|4954815
          Ted Leo & The Pharmacists-Shake the Sheets-06 - Heart
Problems.mp3|5942107
          Ted Leo & The Pharmacists-Shake the Sheets-05 - Little
Dawn.mp3|10351008
          Ted Leo & The Pharmacists-Shake the Sheets-04 - Counting Down the
Hours.mp3|4773653
                              Page 118
```

```
                              ShareListing.txt
          Ted Leo & The Pharmacists-Shake the Sheets-03 - The One Who Got Us
Out.mp3|4864459
          Ted Leo & The Pharmacists-Shake the Sheets-02 - The Angles'
Share.mp3|7007346
          Ted Leo & The Pharmacists-Shake the Sheets-01 - Me and
Mia.mp3|6170355
     The Faint
          Wet From Birth
               10 Birth.m4a|8038068
               09 Symptom Finger.m4a|8371670
               08 Phone Call.m4a|9776732
               07 Drop Kick The Punks.m4a|5996674
               06 Paranoiattack.m4a|10323019
               05 Erection.m4a|6669702
               04 Southern Belles In London Sing.m4a|8531409
               03 I Disappear.m4a|9944060
               02 How Could I Forget.m4a|7969589
               01 Desperate Guys.m4a|7517955
          The Faint - Your Retro Career Melted.mp3|3703832
          The Faint - Worked Up So Sexual.m4a|2618570
          The Faint - Violent.mp3|5399910
          The Faint - Victim Convenience.m4a|2867054
          The Faint - Typing 19742048.mp3|968912
          The Faint - Total Job.mp3|2206702
          The Faint - The Passives.m4a|2638739
          The Faint - The Conductor.mp3|4538914
          The Faint - Some Incriminating Photographs.mp3|1510809
          The Faint - Sex is Personal.mp3|3516355
          The Faint - Sex Is Personal.m4a|3532598
          The Faint - Sealed Human.m4a|3037370
          The Faint - Posed to Death.mp3|3039694
          The Faint - Let the Poison Spill from Your Throat.mp3|3888152
          The Faint - In Concert.mp3|2268742
          The Faint - Glass Danse.mp3|2890901
          The Faint - Glass Danse Paul Oakenfold Remix.m4a|5526527
          The Faint - Dust ft Conor Oberst.mp3|5382065
          The Faint - Casual Sex.m4a|3180336
          The Faint - Cars Pass In Cold Blood.m4a|2620630
          The Faint - Call Call.m4a|2396962
          The Faint - Ballad of a Paralysed Citizen.mp3|4301931
          The Faint - Agenda Suicide.mp3|3828801
     Les Misérables
          Original Broadway Cast Recording (Disc 1)
               Les Mis_rables - Original B.mp3|3418112
     Afro Cuban All Stars
          A Toda Cuba Le Gusta
               10 Elube Chang_ _Son Afro_.mp3|5813427
               09 Clasiqueando Con Rub_n _.mp3|7513689
               08 Mar_a Caracoles _Mozambi.mp3|6919978
               07 P_o Mentiroso _Guaracha_.mp3|6654152
               06 Los Sitio_ Asere _Guagua.mp3|7688609
               05 Fiesta De La Rumba _Guag.mp3|8477296
               04 A Toda Cuba Le Gusta _So.mp3|8373847
               03 Habana Del Este _Danzone.mp3|9588859
               02 Alto Songo _Son Montuno_.mp3|9748722
               01 Amor Verdadero _Guajira-.mp3|9556781
     Janis Joplin
          Janis Joplin
               Pearl (Remaster)
                    14 Cry Baby - (live).mp3|6242304
                    13 Try (Just a litlle bit harder) -.mp3|6596644
                    12 Little Girl Blue - (live).mp3|3782656
                    11 Tell Mama - (live).mp3|6279168
                         Page 119
```

```
                              ShareListing.txt
                      10 Get It While You Can.mp3|3414016
                      09 Trust Me.mp3|3166208
                      08 Mercedes Benz.mp3|1728512
                      07 Me And Bobby McGee.mp3|4341760
                      06 My Baby.mp3|3610710
                      05 Buried Alive In The Blues.mp3|2359296
                      04 Half Moon.mp3|3743744
                      03 A Woman Left Lonely.mp3|3356672
                      02 Cry Baby.mp3|3819520
                      01 Move Over.mp3|3581952
           Janis Joplin-Greatest Hits-12 - Mercedes Benz.m4a|1747364
           Janis Joplin-Greatest Hits-11 - Maybe.m4a|3573753
           Janis Joplin-Greatest Hits-10 - Ball And Chain.m4a|7784351
           Janis Joplin-Greatest Hits-09 - More Over.m4a|3601245
           Janis Joplin-Greatest Hits-08 - Bye, Bye Baby.m4a|2596657
           Janis Joplin-Greatest Hits-07 - Get It While You Can.m4a|3333380
           Janis Joplin-Greatest Hits-06 - Down On Me.m4a|3070716
           Janis Joplin-Greatest Hits-05 - Me And Bobby McGhee.m4a|4396574
           Janis Joplin-Greatest Hits-04 - Cry Baby.m4a|3860937
           Janis Joplin-Greatest Hits-03 - Try (Just A Little Bit
Harder).m4a|3844962
           Janis Joplin-Greatest Hits-02 - Summertime.m4a|3896231
           Janis Joplin-Greatest Hits-01 - Piece Of My Heart.m4a|4144035
     Les Savy Fav
           2004 - inches
                      les savy fav-inches-18-rodeo.mp3|3375232
                      les savy fav-inches-17-blackouts on thursday.mp3|4978816
                      les savy fav-inches-16-our coastal hymn.mp3|6248659
                      les savy fav-inches-15-bringing us down.mp3|4429952
                      les savy fav-inches-14-reformat (dramatic
reading).mp3|4206720
                      les savy fav-inches-13-reformat (live).mp3|8906880
                      les savy fav-inches-12-reprobates resume.mp3|4882560
                      les savy fav-inches-11-no sleeves.mp3|6117504
                      les savy fav-inches-10-yawn, yawn, yawn.mp3|4245632
                      les savy fav-inches-09-one way widow.mp3|4765824
                      les savy fav-inches-08-obsessed with the excess.mp3|5898368
                      les savy fav-inches-07-hello halo, goodbye
glands.mp3|5617792
                      les savy fav-inches-06-knowing how the world
works.mp3|6951040
                      les savy fav-inches-05-the sweat descends.mp3|6123648
                      les savy fav-inches-04-fading vibes.mp3|5730432
                      les savy fav-inches-03-we'll make a lover of you.mp3|5369984
                      les savy fav-inches-02-hold on to your genre.mp3|7602304
                      les savy fav-inches-01-meet me in the dollar bin.mp3|6279168
     Van Morrison
           No album info
                      Van Morrison - Into Mystic.mp3|3369254
                      Van Morrison - Caravan.mp3|4851869
                      Van Morrison - Brown Eyed G.mp3|2936249
     Nine Inch Nails
           Pretty Hate Machine
                      10 Ringfinger.mp3|6809728
                      09 The Only Time.mp3|5750912
                      08 That's What I Get.mp3|5410944
                      07 Sin.mp3|4919424
                      06 Kinda I Want To.mp3|5456000
                      05 Something I Can Never Have.mp3|7092352
                      04 Sanctified.mp3|6961280
                      03 Down In It.mp3|4522112
                      02 Terrible Lie.mp3|5574784
                      01 Head Like A Hole.mp3|5988480
                              Page 120
```

```
                        ShareListing.txt
        The Fragile (Left)
                12 The Great Below.m4a|5135705
                11 La Mer.m4a|4500026
                10 No, You Don'T.m4a|3507213
                09 Pilgrimage.m4a|3443665
                08 Even Deeper.m4a|5633687
                07 Just Like You Imagined.m4a|3730230
                06 The Fragile.m4a|4497556
                05 We're In This Together.m4a|7058670
                04 The Wretched.m4a|5277055
                03 The Frail.m4a|1877481
                02 The Day The World Went Away.m4a|4468543
                01 Somewhat Damaged.m4a|4473466
        The Downward Spiral
                14 Hurt.mp3|8978074
                13 The Downward Spiral.mp3|5689168
                12 Reptile.mp3|9899677
                11 Eraser.mp3|7047731
                10 A Warm Place.mp3|4873514
                09 Big Man With A Gun.mp3|2311847
                08 I Do Not Want This.mp3|8192533
                07 The Becoming.mp3|7961186
                06 Ruiner.mp3|7175626
                05 Closer.mp3|8955505
                04 March Of The Pigs.mp3|4290465
                03 Heresy.mp3|5629595
                02 Piggy.mp3|6352454
                01 Mr. Self Destruct.mp3|6485377
        Unknown Album
                The Perfect Drug.mp3|5047860
        The Fragile (Right)
                11 Ripe (with decay).m4a|6384191
                10 Underneath it ALL.m4a|2709970
                09 The Big Come Down.m4a|4098537
                08 I'm Looking Forward to Joining You, Finally.m4a|4105971
                07 Complication.m4a|2464454
                06 StarFuckers inc..m4a|4861796
                05 Please.m4a|3423676
                04 The Mark Has Been Made.m4a|5103657
                03 Where Is Everybody_.m4a|5545169
                02 Into The Void.m4a|4685422
                01 The Way Out Is Through.m4a|4208043
        And All That Could Have Been
                16 Hurt.mp3|5996781
                15 Starfuckers, Inc..mp3|6615374
                14 The Day The World Went Away.mp3|7790372
                13 Head Like A Hole.mp3|5886034
                12 Closer.mp3|6772098
                11 Suck.mp3|5078316
                10 Wish.mp3|4407492
                09 The Mark Has Been Made.mp3|4515133
                08 The Great Below.mp3|6162930
                07 Gave Up.mp3|5096604
                06 The Wretched.mp3|6484233
                05 The Frail.mp3|2037667
                04 Piggy.mp3|5832210
                03 March Of The Pigs.mp3|5076761
                02 Sin.mp3|5107049
                01 Terrible Lie.mp3|5985295
Afro Celt Sound System
        Afro Celt Sound System - When Youre Falling.m4a|5120385
        Afro Celt Sound System - The Silken Whip.m4a|7127045
        Afro Celt Sound System - Shadowman.m4a|6447006
                        Page 121
```

```
                              ShareListing.txt
              Afro Celt Sound System - Persistence Of Memory.m4a|4393389
              Afro Celt Sound System - Onwards.m4a|5302967
              Afro Celt Sound System - North.m4a|6657025
              Afro Celt Sound System - North Part 2.m4a|2987867
              Afro Celt Sound System - Life Begin Again.m4a|6218956
              Afro Celt Sound System - Lagan.m4a|4003972
              Afro Celt Sound System - Go On Through.m4a|7861168
              Afro Celt Sound System - Further In Time.m4a|6385019
              Afro Celt Sound System - Colossus.m4a|6574370
       Red Hot Chili Peppers
              Red Hot Chili Peppers-What Hits!_-18 - Johnny Kick A Hole In The
Sky.m4a|5024011
              Red Hot Chili Peppers-What Hits!_-17 - Catholic School Girls
Rule.m4a|1900058
              Red Hot Chili Peppers-What Hits!_-16 - Taste The Pain.m4a|4349147
              Red Hot Chili Peppers-What Hits!_-15 - The Brothers Cup.m4a|3365702
              Red Hot Chili Peppers-What Hits!_-14 - Jungle Man.m4a|4009173
              Red Hot Chili Peppers-What Hits!_-13 - Hollywood.m4a|4881278
              Red Hot Chili Peppers-What Hits!_-12 - If You Want Me To
Stay.m4a|3974451
              Red Hot Chili Peppers-What Hits!_-11 - Show Me Your Soul.m4a|4230721
              Red Hot Chili Peppers-What Hits!_-10 - Under The Bridge.m4a|4300816
              Red Hot Chili Peppers-What Hits!_-09 - Knock Me Down.m4a|3605707
              Red Hot Chili Peppers-What Hits!_-08 - Get Up And Jump.m4a|2772540
              Red Hot Chili Peppers-What Hits!_-07 - Fire.m4a|2003684
              Red Hot Chili Peppers-What Hits!_-06 - True Men Don't Kill
Coyotes.m4a|3528799
              Red Hot Chili Peppers-What Hits!_-05 - Backwoods.m4a|3023888
              Red Hot Chili Peppers-What Hits!_-04 - Me & My Friends.m4a|3045081
              Red Hot Chili Peppers-What Hits!_-03 - Behind The Sun.m4a|4525700
              Red Hot Chili Peppers-What Hits!_-02 - Fight Like A
Brave.m4a|3759107
              Red Hot Chili Peppers-What Hits!_-01 - Higher Ground.m4a|3288797
              Red Hot Chili Peppers-Californication-15 - Road Trippin'.m4a|3340439
              Red Hot Chili Peppers-Californication-14 - Right On Time.m4a|1852504
              Red Hot Chili Peppers-Californication-13 - Purple Stain.m4a|836238
              Red Hot Chili Peppers-Californication-12 - Savior.m4a|4734713
              Red Hot Chili Peppers-Californication-11 - This Velvet
Glove.m4a|3655115
              Red Hot Chili Peppers-Californication-10 - I Like Dirt.m4a|2573994
              Red Hot Chili Peppers-Californication-09 - Emit Remmus.m4a|3895569
              Red Hot Chili Peppers-Californication-08 - Porcelain.m4a|51750
              Red Hot Chili Peppers-Californication-07 - Easily.m4a|3508333
              Red Hot Chili Peppers-Californication-06 -
Californication.m4a|5206605
              Red Hot Chili Peppers-Californication-05 - Get On Top.m4a|3221181
              Red Hot Chili Peppers-Californication-04 - Otherside.m4a|4146778
              Red Hot Chili Peppers-Californication-03 - Scartissue.m4a|1124306
              Red Hot Chili Peppers-Californication-02 - Parallel
Universe.m4a|4381795
              Red Hot Chili Peppers-Californication-01 - Around The
World.m4a|3871711
              Red Hot Chili Peppers-By The Way-16 - Venice Queen.m4a|5942244
              Red Hot Chili Peppers-By The Way-15 - Warm Tape.m4a|4157038
              Red Hot Chili Peppers-By The Way-14 - Minor Thing.m4a|3535486
              Red Hot Chili Peppers-By The Way-13 - On Mercury.m4a|3386879
              Red Hot Chili Peppers-By The Way-12 - Tear.m4a|5138225
              Red Hot Chili Peppers-By The Way-11 - Cabron.m4a|3545889
              Red Hot Chili Peppers-By The Way-10 - Throw Away Your
Television.m4a|3648057
              Red Hot Chili Peppers-By The Way-09 - Midnight.m4a|4786187
              Red Hot Chili Peppers-By The Way-08 - I Could Die For
You.m4a|3153193
```

```
                        ShareListing.txt
            Red Hot Chili Peppers-By The Way-07 - Can't Stop.m4a|4361259
            Red Hot Chili Peppers-By The Way-06 - The Zephyr Song.m4a|3777717
            Red Hot Chili Peppers-By The Way-05 - Don't Forget Me.m4a|4499882
            Red Hot Chili Peppers-By The Way-04 - Dosed.m4a|5053693
            Red Hot Chili Peppers-By The Way-03 - This Is The Place.m4a|4174871
            Red Hot Chili Peppers-By The Way-02 - Universally
Speaking.m4a|4197905
            Red Hot Chili Peppers-By The Way-01 - By The Way.m4a|3538830
      Broken Social Scene
            You Forgot It In People
                  playlist.m3u|698
                  13 Pitter Patter Goes My Heart.mp3|3686208
                  12 I'm Still Your Fag.mp3|6559032
                  11 Lover's Spit.mp3|11400868
                  10 Shampoo Suicide.mp3|7008635
                  09 Late Nineties Bedroom Rock For.mp3|6128175
                  09 Late Nineties Bedroom Rock for th.mp3|5457319
                  08 Cause=Time.mp3|10066047
                  07 Anthems For A Seventeen Year-O.mp3|7148066
                  06 Pacific Theme.mp3|8775339
                  05 Looks Just Like the Sun.mp3|7460526
                  04 Almost Crimes (Radio Kills Rem.mp3|8064354
                  03 Stars and Sons.mp3|9348280
                  02 KC Accidental.mp3|7075409
                  01 Capture the Flag.mp3|2415125
            Broken Social Scene - 12 - Cranley`s Gonna Make It.mp3|5200376
            Broken Social Scene - 11 - Last Place.mp3|8103090
            Broken Social Scene - 10 - Feel Good Lost.mp3|1786477
            Broken Social Scene - 09 - Mossbreaker.mp3|5332011
            Broken Social Scene - 08 - Stomach Song.mp3|4316372
            Broken Social Scene - 07 - Blues For Uncle Gibb.mp3|6708778
            Broken Social Scene - 06 - Prison Province.mp3|1643526
            Broken Social Scene - 05 - Alive in 85.mp3|5038186
            Broken Social Scene - 04 - Passport Radio.mp3|5526783
            Broken Social Scene - 03 - Love and Mathematics.mp3|5516758
            Broken Social Scene - 02 - Guilty Cubicles.mp3|2944633
            Broken Social Scene - 01 - I Slept with Bonhomme at the
Cbc.mp3|5220918
      The Orb
            The Orb - Toxygene 7 Edit.m4a|3436377
            The Orb - Towers Of Dub Original Mix.m4a|10095495
            The Orb - Pomme Fritz Meat nveg.m4a|6998603
            The Orb - Pi Part 1 LP Version.m4a|13053886
            The Orb - Perpetual Dawn Solar Youth Mix.m4a|3501847
            The Orb - Outlands LP Version.m4a|6002869
            The Orb - Mickey Mars 7 Edit.m4a|3756989
            The Orb - Little Fluffy Clouds.mp3|8311789
            The Orb - Little Fluffy Clouds Orbital Dance Mix.m4a|4066025
            The Orb - DJ Asylum 7 Edit.m4a|3834369
            The Orb - Blue Room 7 Mix.m4a|3916419
            The Orb - Back Side Of The Moon.mp3|24870497
            The Orb - Assassin 7 Mix.m4a|3594362
            The Orb - A Huge Evergrowing Pulsating Brain That Rules From The
Centr.m4a|7942543
      Andrea Bocelli
            Aria
                  Andre Bocelli-Di rigori arm.mp3|1561373
            No album info
            Romanza
                  Andrea Bocelli - Voglio res.m4a|3780080
                  Andrea Bocelli - Vivo Per L.m4a|4308011
                  Andrea Bocelli - Vivere.m4a|3956201
                  Andrea Bocelli - Time To Sa.m4a|4003972
                        Page 123
```

```
                              ShareListing.txt
                    Andrea Bocelli - Romanza.m4a|3635800
                    Andrea Bocelli - Rapsodia.m4a|5326901
                    Andrea Bocelli - Per Amore.m4a|4566605
                    Andrea Bocelli - Miserere L.m4a|4201449
                    Andrea Bocelli - Macchine D.m4a|4068120
                    Andrea Bocelli - Le tue Par.m4a|3859843
                    Andrea Bocelli - La Luna Ch.m4a|4421052
                    Andrea Bocelli - II Mare Ca.m4a|4582922
                    Andrea Bocelli - E Chiove.m4a|4270723
                    Andrea Bocelli - Con Te Par.m4a|4067886
                    Andrea Bocelli - Caruso.m4a|5165543
            Andrea Bocelli_Wolfgang Amadeus Mozart-Sacred Arias-08 - Mozart_ Ave
Verum Corpus.m4a|7483438
            Andrea Bocelli_Wagner-Sacred Arias-09 - Wagner_ Wesendonck-Lieder -
Der Engel.m4a|7456774
            Andrea Bocelli_Verdi-Sacred Arias-07 - Verdi_ Requiem -
Ingemisco.m4a|10073141
            Andrea Bocelli_Schubert, orch_ Weingartner-Sacred Arias-04 -
Schubert_ Ave Maria.m4a|6158177
            Andrea Bocelli_Rossini-Sacred Arias-12 - Rossini_ Petite Messe
Solenelle - Domine Deus.m4a|11150172
            Andrea Bocelli_Rossini-Sacred Arias-06 - Rossini_ Stabat Mater -
Cujus Animam.m4a|13449438
            Andrea Bocelli_Niedermeyer-Sacred Arias-11 - Niedermeyer_ Pietà,
Signore.m4a|16851820
            Andrea Bocelli_Mascagni, arr_ Mercurio-Sacred Arias-02 - Mascagni_
Sancta Maria.m4a|8747046
            Andrea Bocelli_Lecot_Frie-Sacred Arias-16 - Lot_ Gloria A Te, Cristo
Ges.m4a|10503257
            Andrea Bocelli_Gruber-Sacred Arias-14 - Grer_ Silent
Night.m4a|7585782
            Andrea Bocelli_George Frideric Handel-Sacred Arias-10 - Handel_
Serse - Frondi Tenere ___ Ombra Mai Fu.m4a|9508049
            Andrea Bocelli_Franz Schubert-Sacred Arias-13 - Schubert_ Mille
Cherubini In Coro.m4a|9474937
            Andrea Bocelli_Franck, orch_ Michelot-Sacred Arias-05 - Franck_
Panis Angelicus.m4a|8553813
            Andrea Bocelli_Caccini_Mercurio-Sacred Arias-01 - Caccini_ Ave
Maria.m4a|9241562
            Andrea Bocelli_Bach_Gounod-Sacred Arias-03 - Bach Gounod_ Ave
Maria.m4a|7309644
                    Andrea Bocelli-Viaggio Italiano-16 - Adeste Fideles.m4a|8240619
                    Andrea Bocelli-Viaggio Italiano-15 - Messaggio Bocelli.m4a|732333
                    Andrea Bocelli-Viaggio Italiano-14 - Piscatore 'e
Pusilleco.m4a|10373379
                    Andrea Bocelli-Viaggio Italiano-13 - Marinarello.m4a|9652449
                    Andrea Bocelli-Viaggio Italiano-12 - Tu, 'ca Nun
Chiagne!.m4a|8727808
                    Andrea Bocelli-Viaggio Italiano-11 - I' Te Vurria Vasa.m4a|13751589
                    Andrea Bocelli-Viaggio Italiano-10 - Santa Lucia
Luntana.m4a|12463628
                    Andrea Bocelli-Viaggio Italiano-09 - Core N'grato.m4a|11493780
                    Andrea Bocelli-Viaggio Italiano-08 - O Sole Mio.m4a|11254815
                    Andrea Bocelli-Viaggio Italiano-07 - Ave Maria.m4a|10726375
                    Andrea Bocelli-Viaggio Italiano-06 - Panis Angelicus.m4a|9570302
                    Andrea Bocelli-Viaggio Italiano-05 - Una Furtiva
Lagrima.m4a|10217092
                    Andrea Bocelli-Viaggio Italiano-04 - La Donna E Mobile.m4a|5588555
                    Andrea Bocelli-Viaggio Italiano-03 - Ah, La Paterna Mano.m4a|8087282
                    Andrea Bocelli-Viaggio Italiano-02 - Lamento Di
Federico.m4a|11284485
                    Andrea Bocelli-Viaggio Italiano-01 - Nessun Dorma.m4a|7840489
                    Andrea Bocelli-The Opera Album~Aria-17 - Pour Mon Âme.m4a|5470691
                              Page 124
```

ShareListing.txt
              Andrea Bocelli-The Opera Album~Aria-16 - La Fleur Que Tu M'avais
Jetée.m4a|10457900
              Andrea Bocelli-The Opera Album~Aria-15 - Pourquoi Me
Réveiller.m4a|7511371
              Andrea Bocelli-The Opera Album~Aria-14 - Tombe Degli Avi Mici - Fra
Poco A Me Ricovero.m4a|16632542
              Andrea Bocelli-The Opera Album~Aria-13 - Musetta! - Testa
Adorata.m4a|7536515
              Andrea Bocelli-The Opera Album~Aria-12 - La Dolcissima
Effigie.m4a|5374885
              Andrea Bocelli-The Opera Album~Aria-11 - Cielo E Mar!.m4a|11099942
              Andrea Bocelli-The Opera Album~Aria-10 - Ch'ella Mi
Creda.m4a|4895651
              Andrea Bocelli-The Opera Album~Aria-09 - Amor Ti Vieta.m4a|4535181
              Andrea Bocelli-The Opera Album~Aria-08 - Di Rigori Armato Il
Seno.m4a|5255211
              Andrea Bocelli-The Opera Album~Aria-07 - A Te, O Cara.m4a|7496464
              Andrea Bocelli-The Opera Album~Aria-06 - Come Un Bel Dì Di
Maggio.m4a|7989993
              Andrea Bocelli-The Opera Album~Aria-05 - Addio, Fiorito
Asil.m4a|4521968
              Andrea Bocelli-The Opera Album~Aria-04 - E Lucevan Le
Stelle___.m4a|6956710
              Andrea Bocelli-The Opera Album~Aria-03 - Recondita
Armonia.m4a|7196501
              Andrea Bocelli-The Opera Album~Aria-02 - Che Gelida
Manina.m4a|10478516
              Andrea Bocelli-The Opera Album~Aria-01 - Questa O Quella.m4a|4295329
              Andrea Bocelli-The Greatest Opera Show On Earth [Disc 2]-08 -
Mattinata.m4a|5554106
              Andrea Bocelli-Sogno-14 - A Mio Padre (6 Maggio 1992).m4a|9584805
              Andrea Bocelli-Sogno-13 - Come Un Fiume Tu.m4a|11467593
              Andrea Bocelli-Sogno-12 - Un Canto.m4a|10948522
              Andrea Bocelli-Sogno-11 - I Love Rossini.m4a|9444233
              Andrea Bocelli-Sogno-10 - Tremo e T'Amo.m4a|11567286
              Andrea Bocelli-Sogno-09 - Nel Cuore Lei (with Eros
Ramazzotti).m4a|9046000
              Andrea Bocelli-Sogno-08 - Immenso.m4a|11559917
              Andrea Bocelli-Sogno-07 - Mai Piu' Cosi' Lontano.m4a|10335202
              Andrea Bocelli-Sogno-06 - Cantico.m4a|9730956
              Andrea Bocelli-Sogno-05 - A Volte Il Cuore.m4a|11308694
              Andrea Bocelli-Sogno-04 - 'O Mare E Tu (with Dulce
Pontes).m4a|10991619
              Andrea Bocelli-Sogno-03 - Sogno (Dream).m4a|9745536
              Andrea Bocelli-Sogno-02 - The Prayer (with Celine Dion).m4a|10750177
              Andrea Bocelli-Sogno-01 - Canto Della Terra.m4a|9693280
              Andrea Bocelli-Sacred Arias-15 - Adeste Fideles (O Come, All Ye
Faithful).m4a|7088561
              Andrea Bocelli-Romanza-15 - Time To Say Good-Bye.m4a|9893973
              Andrea Bocelli-Romanza-14 - Miserere (Live).m4a|10430968
              Andrea Bocelli-Romanza-13 - E Chiove.m4a|10604810
              Andrea Bocelli-Romanza-12 - Voglio restare Cosi.m4a|9377205
              Andrea Bocelli-Romanza-11 - Rapsodia.m4a|13229898
              Andrea Bocelli-Romanza-10 - La Luna Che Non C 'e.m4a|10979334
              Andrea Bocelli-Romanza-09 - Romanza.m4a|9016633
              Andrea Bocelli-Romanza-08 - Vivo Per Lei.m4a|10697715
              Andrea Bocelli-Romanza-07 - Le tue Parole.m4a|9576893
              Andrea Bocelli-Romanza-06 - Macchine Da Guerra.m4a|10097279
              Andrea Bocelli-Romanza-05 - Caruso.m4a|12828484
              Andrea Bocelli-Romanza-04 - II Mare Calmo Della Sera.m4a|11380645
              Andrea Bocelli-Romanza-03 - Per Amore.m4a|11340689
              Andrea Bocelli-Romanza-02 - Vivere.m4a|9817674
              Andrea Bocelli-Romanza-01 - Con Te Partiro.m4a|10097379

ShareListing.txt

Andrea Bocelli-Cieli Di Toscana-14 - L'Ultimo Re.m4a|9117772
Andrea Bocelli-Cieli Di Toscana-13 - Il Diavolo E
L'Angelo.m4a|9742242
Andrea Bocelli-Cieli Di Toscana-12 - E Mi Manchi Tu.m4a|12066078
Andrea Bocelli-Cieli Di Toscana-11 - L'Incontro.m4a|11710030
Andrea Bocelli-Cieli Di Toscana-09 - Si Volto.m4a|9891155
Andrea Bocelli-Cieli Di Toscana-08 - Se La Gente Usasse Il
Cuore.m4a|11993547
Andrea Bocelli-Cieli Di Toscana-07 - Il Mistero
Dell'Amore.m4a|10784144
Andrea Bocelli-Cieli Di Toscana-06 - Resta Qui.m4a|9971501
Andrea Bocelli-Cieli Di Toscana-05 - Mascagni.m4a|10115367
Andrea Bocelli-Cieli Di Toscana-04 - Chiara.m4a|9715884
Andrea Bocelli-Cieli Di Toscana-03 - E Sara' A Settembre (Someone
Like You).m4a|12233843
Andrea Bocelli-Cieli Di Toscana-02 - Mille Lune Mille
Onde.m4a|9639444
Andrea Bocelli-Cieli Di Toscana-01 - Melodramma.m4a|9996295
Andrea Bocelli--13 - Nel Cuore Lei (with Eros
Ramazzotti).mp3|3694009
Andrea Bocelli--01 - Ave Maria - Schubert.mp3|2435794
Andrea Bocelli--0 - O Sole Mio.mp3|4479876
Andrea Bocelli--0 - Miserere (live).mp3|5519174
Andrea Bocelli--0 - The Prayer (with Sarah Brightman and Celine
Dion).mp3|4327552
Andrea Bocelli Feat_ Helena-Cieli Di Toscana-10 -
L'Abitudine.m4a|10474500
        The Mole
                South Park Sound Track
                        South Park- La Resistance M.mp3|2734716
        The Cars
                No album info
                        The Cars - Just What I Need.mp3|3623272
        Management, The - Bootlegs Muthafuckas
                The Management-Bootlegs Muthafuckas-12 - Portia Sloan.mp3|2705298
                The Management-Bootlegs Muthafuckas-11 - Closer (NIN cover - live
fall '02).mp3|11845069
                The Management-Bootlegs Muthafuckas-10 - We Don't Care.mp3|4740254
                The Management-Bootlegs Muthafuckas-09 - greyhoundredux.mp3|5483684
                The Management-Bootlegs Muthafuckas-08 - Just Becuz.mp3|4216742
                The Management-Bootlegs Muthafuckas-07 - Honey Bunny.mp3|5225612
                The Management-Bootlegs Muthafuckas-06 - Kids (Afterschool Dance
Megamix).mp3|7341561
                The Management-Bootlegs Muthafuckas-05 - The Kids
Quartet.mp3|1627490
                The Management-Bootlegs Muthafuckas-04 - Hot Love Drama.mp3|5002529
                The Management-Bootlegs Muthafuckas-02 - We Care.mp3|6048465
        New York Philharmonic & Leonard Bernstein
                Romantic Favorites For Strings
                        05 Symphony No. 5 in C_shar.mp3|15982315
                        04 String Quartet No. 1_. O.mp3|13665793
                        03 Fantasia On _Greensleeve.mp3|7249078
                        02 Fantasia On a Theme of T.mp3|26358783
                        01 Adagio For Strings_ Op..mp3|14472004
        Outkast
                Bombs Over Baghdad Promo Singl
                        Outkast - Bombs Over Baghda.mp3|7289680
        The Perishers
                Sway - EP
                        Sway.m4p|4598030
        Shellac - 1000 Hurts
                Watch Song.wma|5250031
                Squirrel Song.wma|2566813
                        Page 126

```
                        ShareListing.txt
          Song Against Itself.wma|4102657
          Shoe Song.wma|5130509
          QRJ.wma|2787905
          Prayer to God.wma|2752069
          New Number Order.wma|1616635
          Mama Gina.wma|5548829
          Ghosts.wma|3499055
          Canaveral.wma|2572781
Lord of the Rings Soundtrack
          Fellowship of the Ring
                    17-the_breaking_of_the_fell.wma|3573771
                    16-amon_hen.wma|2450991
                    15-the_great_river.wma|1322253
                    14-lothlorien.wma|2222843
                    12-a_journey_in_the_dark.wma|2111791
                    11-the_ring_goes_south.wma|1010053
                    10-the_council_of_elrond_-_.wma|1862631
                    09-many_meetings.wma|1508373
                    08-flight_to_the_ford.wma|2072759
                    07-a_knife_in_the_dark.wma|1745543
                    06-at_the_sign_of_the_pranc.wma|1580443
                    05-the_black_rider.wma|1373287
                    04-the_treason_of_isengard.wma|1955691
                    03-the_shadow_of_the_past.wma|1730539
                    02-concerning_hobbits.wma|1427329
                    01-the_prophecy.wma|1898631
          The Two Towers
                    20 - Farewell to Lorien.mp3|6590664
                    19 - Gollum's Song.mp3|14051874
                    18 - Samwise The Brave.mp3|9043678
                    17 - Isengard Unleashed.mp3|12044625
                    16 - Forth Eorlingas.mp3|7830551
                    15 - The Hornburg.mp3|11073914
                    14 - Breath Of Life.mp3|12313163
                    13 - The Forbidden Pool.mp3|13099972
                    12 - Helm's Deep.mp3|9324755
                    11 - The Leave Taking.mp3|8862910
                    10 - Treebeard.mp3|6551596
                    09 - The White Rider.mp3|5938241
                    08 - Evenstar.mp3|7827416
                    07 - The Black Gate Is Closed.mp3|7909963
                    06 - The King Of The Golden Hall.mp3|9180328
                    05 - The Uruk-Hai.mp3|7143008
                    04 - The Passage Of The Marshes.mp3|6651911
                    03 - The Riders Of Rohan.mp3|9825261
                    02 - The Taming Of Smeagol.mp3|6759543
                    01 - Foundations of Stone.mp3|9281914
New Pornographers
          Mass Romantic
                    New Pornographers - To Wild.mp3|4290526
                    New Pornographers - The Slo.mp3|4735149
                    New Pornographers - The Fak.mp3|3314074
                    New Pornographers - The Bod.mp3|4728341
                    New Pornographers - Mystery.mp3|3832861
                    New Pornographers - Mass Ro.mp3|4888208
                    New Pornographers - Letter.mp3|4524071
                    New Pornographers - Jackie.mp3|3336005
                    New Pornographers - Executi.mp3|3657135
                    New Pornographers - Centre.mp3|3758681
                    New Pornographers - Breakin.mp3|4224519
          Electric Version
                    New Pornographers - The New.mp3|6084729
                    New Pornographers - The Law.mp3|5017672
                        Page 127
```

```
                            ShareListing.txt
                    New Pornographers - The End.mp3|3844040
                    New Pornographers - The Ele.mp3|4211318
                    New Pornographers - Testame.mp3|5759344
                    New Pornographers - Miss Te.mp3|4947454
                    New Pornographers - Loose T.mp3|4366278
                    New Pornographers - July On.mp3|6262134
                    New Pornographers - Its Onl.mp3|6094755
                    New Pornographers - From Bl.mp3|4116649
                    New Pornographers - Chump C.mp3|6262763
                    New Pornographers - Ballad.mp3|5602610
                    New Pornographers - All For.mp3|5388826
        Chrono Trigger
                No album info
                    Chrono_Trigger__Beltha.mp3|2215232
                    ChronoTrigger - Battle with.mp3|2438540
                    Chrono Trigger OST 3-10 Sil.mp3|3216881
                    Chrono Trigger - Schala.mp3|1364124
                    Chrono Trigger - Saddest Th.mp3|2420564
                    Chrono Trigger - Robo_s The.mp3|1483718
                    Chrono Trigger - Medieval T.mp3|2300068
                    Chrono Trigger - Main Theme.mp3|5164905
                    Chrono Trigger - Magus Batt.mp3|2461752
                    Chrono Trigger - Frog_s The.mp3|1706146
                    Chrono Trigger - Foreshadow.mp3|636727
                    Chrono Trigger - Chrono_s T.mp3|5149721
                Original Sound Version (Disc 1)
                    Chrono Trigger - Manoria Ca.mp3|1181657
        The Libertines
                What Became of the Likely Lads - EP
                    What Became of the Likely Lads (Sing.m4p|3691631
                    Time for Heroes (Live At Brixton).m4p|2962757
                    The Delaney (Live).m4p|3633206
                    Skag and Bone Man (Live At Brixton).m4p|2589527
                    Don't Look Back Into the Sun (Mick J.m4p|3591141
                    Boys In the Band (Live at Brixton).m4p|4293462
        Blue Oyster Cult
                    Blue Öyster Cult-Don't Fear The Reaper_ The Best Of Blue Oyster
Cult-16 - Take Me Away.m4a|4381533
                    Blue Öyster Cult-Don't Fear The Reaper_ The Best Of Blue Oyster
Cult-15 - Shooting Shark.m4a|6978454
                    Blue Öyster Cult-Don't Fear The Reaper_ The Best Of Blue Oyster
Cult-14 - Burnin' For You.m4a|4393570
                    Blue Öyster Cult-Don't Fear The Reaper_ The Best Of Blue Oyster
Cult-13 - Joan Crawford.m4a|4796330
                    Blue Öyster Cult-Don't Fear The Reaper_ The Best Of Blue Oyster
Cult-12 - Black Blade.m4a|6308563
                    Blue Öyster Cult-Don't Fear The Reaper_ The Best Of Blue Oyster
Cult-11 - The Marshall Plan.m4a|5283251
                    Blue Öyster Cult-Don't Fear The Reaper_ The Best Of Blue Oyster
Cult-10 - In Thee.m4a|3737221
                    Blue Öyster Cult-Don't Fear The Reaper_ The Best Of Blue Oyster
Cult-09 - Godzilla.m4a|3613505
                    Blue Öyster Cult-Don't Fear The Reaper_ The Best Of Blue Oyster
Cult-08 - Goin' Through The Motions.m4a|3143162
                    Blue Öyster Cult-Don't Fear The Reaper_ The Best Of Blue Oyster
Cult-07 - I Love The Night.m4a|4316048
                    Blue Öyster Cult-Don't Fear The Reaper_ The Best Of Blue Oyster
Cult-06 - (Don't Fear) The Reaper.m4a|5015746
                    Blue Öyster Cult-Don't Fear The Reaper_ The Best Of Blue Oyster
Cult-05 - This Ain't The Summer Of Love.m4a|2336222
                    Blue Öyster Cult-Don't Fear The Reaper_ The Best Of Blue Oyster
Cult-04 - Astronomy.m4a|6257089
                    Blue Öyster Cult-Don't Fear The Reaper_ The Best Of Blue Oyster
```

```
                              ShareListing.txt
Cult-03 - Flaming Telepaths.m4a|5162227
           Blue Öyster Cult-Don't Fear The Reaper_ The Best Of Blue Oyster
Cult-02 - The Red & The Black.m4a|4340969
           Blue Öyster Cult-Don't Fear The Reaper_ The Best Of Blue Oyster
Cult-01 - Cities On Flame With Rock And Roll.m4a|3959018
       The Killers
           Somebody Told Me - EP
                  Under the Gun.m4p|2712984
                  The Ballad of Michael Valentine.m4p|3979896
           Who Let You Go - Single
                  Who Let You Go (iTunes Version).m4p|4295924
           The Killers-Hot Fuss [US]-11 - Everything Will Be All
Right.mp3|6908628
           The Killers-Hot Fuss [US]-10 - Midnight Show.mp3|4863214
           The Killers-Hot Fuss [US]-09 - Believe Me Natalie.mp3|6136949
           The Killers-Hot Fuss [US]-08 - Change Your Mind.mp3|3820407
           The Killers-Hot Fuss [US]-07 - On Top.mp3|5183484
           The Killers-Hot Fuss [US]-06 - Andy, You're A Star.mp3|3885206
           The Killers-Hot Fuss [US]-05 - All These Things That I've
Done.mp3|6042932
           The Killers-Hot Fuss [US]-04 - Somebody Told Me.mp3|3946858
           The Killers-Hot Fuss [US]-03 - Smile Like You Mean It.mp3|4696039
           The Killers-Hot Fuss [US]-02 - Mr_ Brightside.mp3|4455181
           The Killers-Hot Fuss [US]-01 - Jenny Was A Friend Of
Mine.mp3|4894051
       Snow Patrol
           2003 - final straw
                  Snow Patrol - 12 - Same.mp3|5724788
                  Snow Patrol - 11 - Somewhere a Clock Is Ticking.mp3|6555482
                  Snow Patrol - 10 - Tiny Little Fractures.mp3|3590062
                  Snow Patrol - 09 - Ways & Means.mp3|6926003
                  Snow Patrol - 08 - Grazed Knees.mp3|4225151
                  Snow Patrol - 07 - Run.mp3|8549147
                  Snow Patrol - 06 - Chocolate.mp3|4560563
                  Snow Patrol - 05 - Spitting Games.mp3|5438904
                  Snow Patrol - 04 - Whatever's Left.mp3|3839986
                  Snow Patrol - 03 - Gleaming Auction.mp3|2979081
                  Snow Patrol - 02 - Wow.mp3|5810950
                  Snow Patrol - 01 - How to Be Dead.mp3|4851745

albumart_{42916272-c9c3-45c4-9237-6665ad7cf885}_large.jpg|7586
       Eux Autres
           Eux Autres - The Things They Carried.m4a|2397455
           Eux Autres - The Sundance Kid.m4a|3393089
           Eux Autres - Salut Les Copins.m4a|2599568
           Eux Autres - Patrick Nil.m4a|3416786
           Eux Autres - Other Girls.m4a|3284261
           Eux Autres - La Projet Citron.m4a|3962286
           Eux Autres - Ecoutez Bien.m4a|2456571
           Eux Autres - Carolina.m4a|4556460
       Morrissey
           You Are the Quarry
                  12 You Know I Couldn't Last.mp3|8648199
                  11 I Like You.mp3|6282515
                  10 All the Lazy Dykes.mp3|5276228
                  09 Let Me Kiss You.mp3|5296609
                  08 First of the Gang to Die.mp3|5449668
                  07 How Could Anybody Possibly Know How I Feel.mp3|5110556
                  06 The World Is Full of Crashing Bores.mp3|5776251
                  05 I'm Not Sorry.mp3|7095859
                  04 Come Back To Camden.mp3|6256206
                  03 I Have Forgiven Jesus.mp3|5537780
                  02 Irish Blood, English Heart.mp3|4538493
                              Page 129
```

```
                          ShareListing.txt
                01 America Is Not the World.mp3|6151588
        Your Arsenal
                10 Tomorrow.mp3|5907709
                09 I Know It's Gonna Happen Someday.mp3|6265714
                08 Seasick, Yet Still Docked.mp3|7376015
                07 You're The One For Me, Fatty.mp3|4262140
                06 We Hate It When Our Friends Become Successful.mp3|3606879
                05 Certain People I Know.mp3|4628766
                04 The National Front Disco.mp3|6330428
                03 We'll Let You Know.mp3|7618012
                02 Glamorous Glue.mp3|5797998
                01 You're Gonna Need Someone On Your Side.mp3|5232525
    cat power
        2003 - you are free
                Cat Power - 14 - Evolution.mp3|6837161
                Cat Power - 13 - Keep on Runnin'.mp3|5557585
                Cat Power - 12 - Half of You.mp3|3893685
                Cat Power - 11 - Names.mp3|6986995
                Cat Power - 10 - Maybe Not.mp3|6219626
                Cat Power - 09 - Baby Doll.mp3|4239753
                Cat Power - 08 - Shaking Paper.mp3|6647829
                Cat Power - 07 - He War.mp3|5090506
                Cat Power - 06 - Fool.mp3|5503029
                Cat Power - 05 - Werewolf.mp3|5958191
                Cat Power - 04 - Speak For Me.mp3|4420941
                Cat Power - 03 - Good Woman.mp3|5735003
                Cat Power - 02 - Free.mp3|5140032
                Cat Power - 01 - I Don't Blame You.mp3|4449158
    Tegan and Sara - This Business of Art
        10 Come On.mp3|4495407
        09 More For Me.mp3|4365007
        08 Not With You.mp3|5137396
        07 Freedom.mp3|3911726
        05 My Number.mp3|6041439
        04 Hype.mp3|5053379
        03 Frozen.mp3|3954357
        02 Proud.mp3|4107956
        01 The First.mp3|4652388
    Drive-By Truckers
        Southern Rock Opera - Act I
                Drive-By Truckers - Zip City.mp3|5075783
                Drive-By Truckers - Wallace.mp3|3315338
                Drive-By Truckers - The Three Great Alabama
Icons.mp3|6589631
                Drive-By Truckers - The Southern Thing.mp3|4942454
                Drive-By Truckers - Ronnie and Neil.mp3|4690842
                Drive-By Truckers - Moved.mp3|4121582
                Drive-By Truckers - Guitar Man Upstairs.mp3|3156096
                Drive-By Truckers - Dead, Drunk, and Naked.mp3|4662003
                Drive-By Truckers - Days of Graduation.mp3|2506587
                Drive-By Truckers - Birmingham.mp3|4858444
                Drive-By Truckers - 72 (this highway's mean).mp3|5230427
        Southern Rock Opera - Act II
                Drive-By Truckers - Women Without Whiskey.mp3|4160870
                Drive-By Truckers - Shut Up and Get On the Plane.mp3|3500912
                Drive-By Truckers - Road Cases.mp3|2607316
                Drive-By Truckers - Plastic Flowers On the
Highway.mp3|4883939
                Drive-By Truckers - Life In the Factory.mp3|5261774
                Drive-By Truckers - Let There Be Rock.mp3|4142480
                Drive-By Truckers - Greenville To Baton Rouge.mp3|4032974
                Drive-By Truckers - Cassie's Brother.mp3|4772762
                Drive-By Truckers - Angels and Fuselage.mp3|7725226
                          Page 130
```

ShareListing.txt

Smashing Pumpkins
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight
To Starlight-14 - Farewell And Goodnight.m4a|4259949
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight
To Starlight-13 - By Starlight.m4a|4666712
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight
To Starlight-12 - Lily (My One And Only).m4a|3442235
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight
To Starlight-11 - Beautiful.m4a|4187131
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight
To Starlight-10 - We Only Come Out At Night.m4a|3977840
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight
To Starlight-09 - X_Y_U_.m4a|6914960
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight
To Starlight-08 - Stumbleine.m4a|2843346
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight
To Starlight-07 - Thru The Eyes Of Ruby.m4a|7418327
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight
To Starlight-06 - Tales Of A Scorched Earth.m4a|3668119
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight
To Starlight-05 - 1979.m4a|4306625
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight
To Starlight-04 - In The Arms Of Sleep.m4a|4089793
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight
To Starlight-03 - Thirty-Three.m4a|4063787
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight
To Starlight-02 - Bodies.m4a|4085335
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight
To Starlight-01 - Where Boys Fear To Tread.m4a|4255595
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-14 - Take Me Down.m4a|2808795
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-13 - Porcelina Of The Vast Oceans.m4a|9083553
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-12 - Muzzle.m4a|3637283
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-11 - Galapogos.m4a|4639283
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-10 - Cupid De Locke.m4a|2775874
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-09 - Love.m4a|4236172
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-08 - An Ode To No One.m4a|4711419
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-07 - To Forgive.m4a|4159639
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-06 - Bullet With Butterfly Wings.m4a|4175242
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-05 - Here Is No Why.m4a|3652006
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-04 - Zero.m4a|2619320
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-03 - Jellybelly.m4a|2953687
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-02 - Tonight, Tonight.m4a|4127644
                    Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-01 - Mellon Collie And The Infinite Sadness.m4a|2805451
                    Smashing Pumpkins-Greatest Hits-18 - [Untitled].m4a|3759141
                    Smashing Pumpkins-Greatest Hits-17 - Real Love.m4a|4061558
                    Smashing Pumpkins-Greatest Hits-16 - Stand Inside Your
Love.m4a|4110598
                    Smashing Pumpkins-Greatest Hits-15 - Everlasting.m4a|3924838
                    Smashing Pumpkins-Greatest Hits-14 - Perfect.m4a|3298828
                              Page 131

```
                          ShareListing.txt
              Smashing Pumpkins-Greatest Hits-13 - Ava Adore.m4a|4233719
              Smashing Pumpkins-Greatest Hits-12 - Eye.m4a|4767775
              Smashing Pumpkins-Greatest Hits-11 - Tonight, Tonight.m4a|4141434
              Smashing Pumpkins-Greatest Hits-10 - Zero.m4a|2628236
              Smashing Pumpkins-Greatest Hits-09 - 1979.m4a|4269237
              Smashing Pumpkins-Greatest Hits-08 - Bullet With Butterfly
Wings.m4a|4167441
              Smashing Pumpkins-Greatest Hits-07 - Landslide.m4a|3094864
              Smashing Pumpkins-Greatest Hits-06 - Disarm.m4a|3227497
              Smashing Pumpkins-Greatest Hits-05 - Today.m4a|3286197
              Smashing Pumpkins-Greatest Hits-04 - Cherub Rock.m4a|4846298
              Smashing Pumpkins-Greatest Hits-03 - Drown.m4a|4378916
              Smashing Pumpkins-Greatest Hits-02 - Rhinocerous.m4a|5721327
              Smashing Pumpkins-Greatest Hits-01 - Siva.m4a|4229546
      Better Than Ezra
          How Does Your Garden Grow
                 Better Than Ezra - One More.mp3|5581720
                 Better Than Ezra - Je ne me.mp3|5677859
                 Better Than Ezra - At The S.mp3|4467856
      Death Cab for Cutie
             Death Cab For Cutie - We Looked Like Giants.mp3|10653448
             Death Cab For Cutie - Transatlanticism.mp3|15206695
             Death Cab For Cutie - Title Track.mp3|5022956
             Death Cab For Cutie - Title And Registration.mp3|5266244
             Death Cab For Cutie - Tiny Vessels.mp3|6288757
             Death Cab For Cutie - The Sound Of Settling.mp3|3183544
             Death Cab For Cutie - The New Year.mp3|5916996
             Death Cab For Cutie - The Employment Pages.mp3|5868079
             Death Cab For Cutie - Scientist Studies.mp3|11402752
             Death Cab For Cutie - Passenger Seat.mp3|7097451
             Death Cab For Cutie - No Joy in Mudville.mp3|5784593
             Death Cab For Cutie - Lowell Ma.mp3|5780448
             Death Cab For Cutie - Little Fury Bugs.mp3|3663504
             Death Cab For Cutie - Lightness.mp3|5049310
             Death Cab For Cutie - For What Reason.mp3|4115861
             Death Cab For Cutie - Expo 86.mp3|6032349
             Death Cab For Cutie - Death of an Interior Decorator.mp3|5655492
             Death Cab For Cutie - Death Cab for Cutie  10 Line of Best
Fit.mp3|10489431
             Death Cab For Cutie - Death Cab For Cutie  09  Fake
Frowns.mp3|4342923
             Death Cab For Cutie - Death Cab For Cutie  08
Amputations.mp3|11808301
             Death Cab For Cutie - Death Cab For Cutie  07  The Face That
Launched 1000 Shits.mp3|8885721
             Death Cab For Cutie - Death Cab For Cutie  06  Sleep
Spent.mp3|3490621
             Death Cab For Cutie - Death Cab For Cutie  05  Pictures At An
Exhibition.mp3|3684755
             Death Cab For Cutie - Death Cab For Cutie  04  Your
Bruise.mp3|4170306
             Death Cab For Cutie - Death Cab For Cutie  03  Champagne From A
Paper Cup.mp3|2557338
             Death Cab For Cutie - Death Cab For Cutie  02  President of What
.mp3|4836228
             Death Cab For Cutie - Death Cab For Cutie  01  Bend To
Squares.mp3|4390154
             Death Cab For Cutie - Company Calls.mp3|3186553
             Death Cab For Cutie - Company Calls Epilogue.mp3|7603015
             Death Cab For Cutie - A Lack Of Color.mp3|5189061
             Death Cab For Cutie - 405.mp3|5218553
      Danzig
          Black Aria
```

```
                        ShareListing.txt
              06 And the Angels Weep.mp3|1880486
              05 Dirge of Defeat.mp3|2609612
              04 Retreat and Descent.mp3|5598860
              03 Battle for Heaven.mp3|5624562
              02 Conspiracy Dirge.mp3|2872300
              01 Overture of the Rebel Angels.mp3|3894849
      Danzig
              Mother.mp3|4097172
              10 Evil Thing.mp3|3168050
              09 The Hunter.mp3|3417947
              08 End of Time.mp3|3921546
              07 Possession.mp3|3813713
              05 Am I Demon.mp3|4759552
              04 Soul on Fire.mp3|4471915
              03 She Rides.mp3|5016474
              02 Not of This World.mp3|3587221
              01 Twist Of Cain.mp3|3099032
The Mountain Goats - Ghana
      The Mountain Goats - Ghana.m3u|2519
      31 - Leaving Home .mp3|3888919
      30 - Noctifer Birmingham .mp3|3603663
      29 - Going To Maine .mp3|2434423
      28 - Pure Sound .mp3|2446958
      27 - Creature Song .mp3|2663882
      26 - Earth Air Water Trees .mp3|3319041
      25 - Going To Hungary .mp3|3621220
      24 - Anti Music Song .mp3|2194306
      23 - The Admonishing Song .mp3|3564800
      22 - Flight 717 Going To Denmark .mp3|3294597
      21 - The Anglo-Saxons .mp3|2628776
      20 - Wild Palm City .mp3|3639399
      19 - Alpha Gelida .mp3|2877667
      18 - Going To Jamaica .mp3|3717142
      17 - Wrong .mp3|3314637
      16 - Chino Love Song 1979 .mp3|3188009
      15 - Standard Bitter Love Sone #8 .mp3|3995515
      14 - Orange Ball Of Peace .mp3|2048235
      13 - The Last Day Of Jimi Hendrix's Life .mp3|3151104
      12 - Please Come Home To Hamngatan .mp3|4152877
      11 - Going To Kirby Singston .mp3|2862630
      10 - Hatha Hill .mp3|2214363
      09 - Raja Vocative .mp3|3041926
      08 - The Only Thing I Know .mp3|4426214
      07 - Blood Royal .mp3|2990515
      06 - Going To Port Washington .mp3|3000559
      05 - Stars Around Her .mp3|3226876
      04 - Song For John Davis .mp3|3376090
      03 - Papagallo .mp3|2760426
      02 - Pure Gold .mp3|2646323
      01 - Golden Boy .mp3|4708326
The Mamas & The Papas
      Borders, Rock Essentials Volume 1
              01 California Dreamin_.mp3|3847251
Live
      Live-Throwing Copper-14 - Untitled.m4a|4125837
      Live-Throwing Copper-13 - White, Discussion.m4a|5961408
      Live-Throwing Copper-12 - Pillar Of Davidson.m4a|6575878
      Live-Throwing Copper-11 - Waitress.m4a|2751793
      Live-Throwing Copper-10 - Stage.m4a|3065269
      Live-Throwing Copper-09 - T_B_D_.m4a|4354242
      Live-Throwing Copper-08 - Shit Towne.m4a|3707800
      Live-Throwing Copper-07 - All Over You.m4a|3877037
      Live-Throwing Copper-06 - Top.m4a|2649621
                        Page 133
```

```
                         ShareListing.txt
          Live-Throwing Copper-05 - Lightning Crashes.m4a|5269329
          Live-Throwing Copper-04 - Iris.m4a|3884248
          Live-Throwing Copper-03 - I Alone.m4a|3747569
          Live-Throwing Copper-02 - Selling The Drama.m4a|3353442
          Live-Throwing Copper-01 - The Dam At Otter Creek.m4a|4584430
     Michael Jackson
          Michael Jackson-Thriller-05 - Beat It.m4a|4194090
          Michael Jackson-Thriller-04 - Thriller.m4a|5819710
     Dandy Warhols
          Dandy Warhols
               Dandy Warhols Come Down
                    14 The Creep Out.mp3|8581206
                    13 Pete International Airport.mp3|5711498
                    12 Hard on for Jesus.mp3|4424903
                    11 Cool as Kim Deal.mp3|2921621
                    10 Green.mp3|3048099
                    09 Whipping Tree.mp3|3670186
                    08 Good Morning.mp3|4810364
                    07 Every Day Should Be a Holiday.mp3|3880085
                    06 Not If You Were the Last Junkie on
Earth.mp3|3065399
                    05 I Love You.mp3|4037442
                    04 Orange.mp3|5484707
                    03 Minnesoter.mp3|2941981
                    02 Boys Better.mp3|4373193
                    01 Be-In.mp3|6715436
               Welcome to the Monkey House
                    13 (You Come In) Burned.mp3|7091951
                    12 Hit Rock Bottom.mp3|2785713
                    11 I Am Sound.mp3|3846070
                    10 Heavenly.mp3|3476174
                    09 You Were the Last High.mp3|4593392
                    08 Insincere Because I.mp3|3671789
                    07 The Dandy Warhols Love Almost
Everyone.mp3|1832788
                    06 I Am Over It.mp3|3693934
                    05 I Am a Scientist.mp3|3098346
                    04 The Dope (Wonderful You).mp3|4440003
                    03 Plan A.mp3|3871978
                    02 We Used to Be Friends.mp3|3206185
                    01 Welcome to the Monkey House.mp3|1030712
               Thirteen Tales From Urban Bohemia
                    Thirteen Tales From Urban Bohemia
                         01 Mohammed.mp3|5128554
                    13 The Gospel.mp3|5374326
                    12 Big Indian.mp3|3435259
                    10 Bohemian Like You.mp3|3388070
                    09 Cool Scene.mp3|3964847
                    08 Sleep.mp3|5712761
                    07 Get Off.mp3|3056726
                    06 Horse Pills.mp3|4100266
                    05 Solid.mp3|3016178
                    01 Nietzsche.mp3|5451904
                    01 Godless.mp3|5121437
                    01 Country Leaver.mp3|3242728
     McLusky
          2004 - The Difference Between Me and You Is That I'm Not on Fire
(2004)
                    McLusky - 13 - Support Systems.mp3|11293342
                    McLusky - 12 - Falco Vs. The Young Canoeist.mp3|3187024
                    McLusky - 11 - 1956 and All That.mp3|3467892
                    McLusky - 10 - Forget About Him I'm Mint.mp3|2551935
                    McLusky - 09 - Lucky Jim.mp3|2936248
                         Page 134
```

```
                              ShareListing.txt
                McLusky - 08 - You Should Be Ashamed, Seamus.mp3|6732362
                McLusky - 07 - Slay!.mp3|4204545
                McLusky - 06 - Icarus Smicarus.mp3|2689861
                McLusky - 05 - Your Children Are Waiting For You to
Die.mp3|5628950
                McLusky - 04 - Kkkitchens, What Were You
Thinking-.mp3|2666664
                McLusky - 03 - She Will Only Bring You Happiness.mp3|4993861
                McLusky - 02 - That Man Will Not Hang.mp3|4334322
                McLusky - 01 - Without Msg I Am Nothing.mp3|4253824
      Velvet Underground
                The Velvet Underground-The Velvet Underground & Nico-11 - European
Son.m4a|7558173
                The Velvet Underground-The Velvet Underground & Nico-10 - The Black
Angel's Death Song.m4a|3119624
                The Velvet Underground-The Velvet Underground & Nico-09 - I'll Be
Your Mirror.m4a|2196818
                The Velvet Underground-The Velvet Underground & Nico-08 - There She
Goes Again.m4a|2633023
                The Velvet Underground-The Velvet Underground & Nico-07 -
Heroin.m4a|7003950
                The Velvet Underground-The Velvet Underground & Nico-06 - All
Tomorrow's Parties.m4a|5829387
                The Velvet Underground-The Velvet Underground & Nico-05 - Run Run
Run.m4a|4255057
                The Velvet Underground-The Velvet Underground & Nico-04 - Venus In
Furs.m4a|5065301
                The Velvet Underground-The Velvet Underground & Nico-03 - Femme
Fatale.m4a|2594937
                The Velvet Underground-The Velvet Underground & Nico-02 - I'm
Waiting For The Man.m4a|4532573
                The Velvet Underground-The Velvet Underground & Nico-01 - Sunday
Morning.m4a|2870404
      Tracy Chapman
                revolution.mp3|2589095
                fastcar.mp3|5930205
      Smetana
                Wiener Philharmoniker
                      Smetana - Die Moldau.mp3|12067749
      Mark Knopfler
                The Princess Bride
                      Mark Knopfler - The Swordfight.mp3|2619392
                      Mark Knopfler - The Friends' Song.mp3|2918400
                      Mark Knopfler - The Fireswamp And The Rodents Of Unusual
Size.mp3|4595712
                      Mark Knopfler - The Cliffs Of Insanity.mp3|3180544
                      Mark Knopfler - Storybook Love.mp3|4233216
                      Mark Knopfler - Revenge.mp3|3708928
                      Mark Knopfler - Once Upon A Time...Storybook
Love.mp3|3846144
                      Mark Knopfler - Morning Ride.mp3|1548288
                      Mark Knopfler - I Will Never Love Again.mp3|2959360
                      Mark Knopfler - Guide My Sword.mp3|4986880
                      Mark Knopfler - Florin Dance.mp3|1484800
                      Mark Knopfler - A Happy Ending.mp3|1802240
                Sailing to Philadelphia
                      Mark Knopfler - Who's Your Baby Now.mp3|2975856
                      Mark Knopfler - What It Is.mp3|4765696
                      Mark Knopfler - Wanderlust.mp3|3725312
                      Mark Knopfler - The Last Laugh.mp3|3237888
                      Mark Knopfler - Speedway At Nazareth.mp3|6133760
                      Mark Knopfler - Silvertown Blues.mp3|4040704
                      Mark Knopfler - Sands Of Nevada.mp3|5273600
                              Page 135
```

```
                    ShareListing.txt
            Mark Knopfler - Sailing To Philadeiphia.mp3|5279744
            Mark Knopfler - Prairie Wedding.mp3|4270080
            Mark Knopfler - One More Matinee.mp3|3796992
            Mark Knopfler - Junkie Doll.mp3|4395008
            Mark Knopfler - El Macho.mp3|5281792
            Mark Knopfler - Baloney Again.mp3|4958208
Liquid Tension Experiment
        No album info
                liquid tension experiment -.mp3|7561344
        2
                liquid tension experiment -.mp3|4251150
        Liquid Tension Experiment
                Liquid Tension Experiment -.mp3|8566732
        Liquid Tension Experiment 2
                Liquid Tension Experiment -.mp3|6339273
        Progressive Rock - Dream Th.mp3|3295642
        Liquid Tension Experiment -.mp3|3858685
The Shins
        Such Great Heights - EP
                We Will Become Silhouettes.m4p|3127600
        The Shins-Oh, Inverted World-11 - The Past And Pending.m4a|5215246
        The Shins-Oh, Inverted World-10 - Pressed In A Book.m4a|2889786
        The Shins-Oh, Inverted World-09 - Your Algebra.m4a|2374117
        The Shins-Oh, Inverted World-08 - Girl On The Wing.m4a|2807680
        The Shins-Oh, Inverted World-07 - The Celibate Life.m4a|1853618
        The Shins-Oh, Inverted World-06 - New Slang.m4a|3783290
        The Shins-Oh, Inverted World-05 - Girl Inform Me.m4a|2339194
        The Shins-Oh, Inverted World-04 - Know Your Onion!.m4a|2474427
        The Shins-Oh, Inverted World-03 - Weird Divide.m4a|1975848
        The Shins-Oh, Inverted World-02 - One By One All Day.m4a|4059700
        The Shins-Oh, Inverted World-01 - Caring Is Creepy.m4a|3287311
        The Shins-Chutes Too Narrow-10 - Those To Come.m4a|4289299
        The Shins-Chutes Too Narrow-09 - Gone For Good.m4a|3147992
        The Shins-Chutes Too Narrow-08 - Turn A Square.m4a|3108982
        The Shins-Chutes Too Narrow-07 - Pink Bullets.m4a|3785147
        The Shins-Chutes Too Narrow-06 - Fighting In A Sack.m4a|2398637
        The Shins-Chutes Too Narrow-05 - Saint Simon.m4a|4299330
        The Shins-Chutes Too Narrow-04 - Young Pilgrims.m4a|2733005
        The Shins-Chutes Too Narrow-03 - So Says I.m4a|2747865
        The Shins-Chutes Too Narrow-02 - Mine's Not A High Horse.m4a|3255732
        The Shins-Chutes Too Narrow-01 - Kissing The Lipless.m4a|3243472
Anchors For Architects
        The Silent Hand
                _..But We Have No Lake.mp3|10721311
                These Great Lengths.mp3|6188018
                The Employees All Hate You.mp3|5101331
                Shaking Quaker.mp3|6139948
                No Exit Signs.mp3|5079375
                Like Microwave.mp3|4619099
                Last Minute Bell.mp3|3809305
                He Wears A Helmet For A Reason.mp3|5474886
                Cassette Sound.mp3|4876143
Billy Bragg
        Workers Playtime
                11 Waiting For The Great Leap Forward.mp3|5685415
                10 The Short Answer.mp3|5998344
                09 The Only One.mp3|4126927
                08 Life With The Lions.mp3|3734052
                06 Rotting On Remand.mp3|4391813
                02 Must I Paint You A Picture.mp3|6646712
                01 She's Got A New Spell.mp3|4083050
        The Internationale [EP]
                Billy Bragg - The Red Flag.m4a|3144276
                        Page 136
```

```
                        ShareListing.txt
                Billy Bragg - The Marching.m4a|3924467
                Billy Bragg - The Internati.m4a|3704156
                Billy Bragg - My Youngest S.m4a|2996040
                Billy Bragg - I Dreamed I S.m4a|1483957
                Billy Bragg - Blakes Jerusa.m4a|2490403
        Debussy
                The Most Relaxing Classical Al
                        Debussy - Claire de Lune -.mp3|4698762
                No album info
                        Debussy - Beau Soir _1_.mp3|2193408
                Reiner Hochmuth
                        cello sonata.mp3|4417956
                _Undefined_
                        debussy - Reverie for Piano.mp3|9889389
                Classics For Relaxation (Disc 2)
                        Classics For Relaxation - C.mp3|7884014
                Cambridge Singers - A Cappella
                        debussy - trois chansons de.mp3|2709941
                Debussy for Daydreaming
                        debussy - Sonata for Flute_.mp3|4405246
        David Bowie
                David Bowie-Ziggy Stardust And The Spiders From Mars _ The Motion
Picture Soundtrack-11 - My Death.m4a|7173445
                David Bowie-Ziggy Stardust And The Spiders From Mars _ The Motion
Picture Soundtrack-10 - Space Oddity.m4a|4952917
                David Bowie-Ziggy Stardust And The Spiders From Mars _ The Motion
Picture Soundtrack-09 - Rock 'n' Roll Suicide.m4a|5179181
                David Bowie-Ziggy Stardust And The Spiders From Mars _ The Motion
Picture Soundtrack-09 - Changes.m4a|3509797
                David Bowie-Ziggy Stardust And The Spiders From Mars _ The Motion
Picture Soundtrack-08 - Moonage Daydream.m4a|6234475
                David Bowie-Ziggy Stardust And The Spiders From Mars _ The Motion
Picture Soundtrack-08 - Farewell Speech.m4a|682586
                David Bowie-Ziggy Stardust And The Spiders From Mars _ The Motion
Picture Soundtrack-07 - White Light_White Heat.m4a|3908762
                David Bowie-Ziggy Stardust And The Spiders From Mars _ The Motion
Picture Soundtrack-07 - Oh! You Pretty Things.m4a|1763050
                David Bowie-Ziggy Stardust And The Spiders From Mars _ The Motion
Picture Soundtrack-06 - Suffragette City.m4a|4419380
                David Bowie-Ziggy Stardust And The Spiders From Mars _ The Motion
Picture Soundtrack-06 - All The Young Dudes.m4a|1620769
                David Bowie-Ziggy Stardust And The Spiders From Mars _ The Motion
Picture Soundtrack-05 - Wild Eyed Boy From Freecloud.m4a|3174010
                David Bowie-Ziggy Stardust And The Spiders From Mars _ The Motion
Picture Soundtrack-05 - Let's Spend The Night Together.m4a|2970658
                David Bowie-Ziggy Stardust And The Spiders From Mars _ The Motion
Picture Soundtrack-04 - Width Of A Circle.m4a|15301753
                David Bowie-Ziggy Stardust And The Spiders From Mars _ The Motion
Picture Soundtrack-04 - Watch That Man.m4a|4120403
                David Bowie-Ziggy Stardust And The Spiders From Mars _ The Motion
Picture Soundtrack-03 - Ziggy Stardust.m4a|3237566
                David Bowie-Ziggy Stardust And The Spiders From Mars _ The Motion
Picture Soundtrack-03 - Time.m4a|5374036
                David Bowie-Ziggy Stardust And The Spiders From Mars _ The Motion
Picture Soundtrack-02 - Hang On To Yourself.m4a|2860907
                David Bowie-Ziggy Stardust And The Spiders From Mars _ The Motion
Picture Soundtrack-02 - Cracked Actor.m4a|2992680
                David Bowie-Ziggy Stardust And The Spiders From Mars _ The Motion
Picture Soundtrack-01 - Intro.m4a|1048895
        Eagle Eye Cherry
                No album info
                        Eagle Eye Cherry - Save Ton.mp3|3829342
            Wine Field
```

ShareListing.txt
Wine Field
            Wine Field - Tripping.mp3|5934039
            Wine Field - This Wall.mp3|6144587
            Wine Field - Small Town Hol.mp3|4346848
            Wine Field - Semolina.mp3|4248618
            Wine Field - On A Beating H.mp3|5066262
            Wine Field - Man On A Mast.mp3|3987399
            Wine Field - Holy Grail.mp3|4250180
            Wine Field - Hanging Over M.mp3|6251695
            Wine Field - Balance Timing.mp3|5512958
    Dead Kennedys
            Everclear-Untitled - 03-28-04 (1)-10 - When It All Goes Wrong
Again.mp3|4686028
            Everclear-So Much For The Afterglow-13 - Like A California
King.mp3|9767829
            Everclear-So Much For The Afterglow-12 - Why I Don't Believe In
God.mp3|5149389
            Everclear-So Much For The Afterglow-11 - Sunflowers.mp3|4562646
            Everclear-So Much For The Afterglow-10 - White Men In Black
Suits.mp3|4254429
            Everclear-So Much For The Afterglow-09 - Amphetamine.mp3|4306126
            Everclear-So Much For The Afterglow-08 - El Distorto De
Melodica.mp3|3745040
            Everclear-So Much For The Afterglow-07 - One Hit Wonder.mp3|4172385
            Everclear-So Much For The Afterglow-06 - Father Of Mine.mp3|4633185
            Everclear-So Much For The Afterglow-05 - I Will Buy You A New
Life.mp3|4766954
            Everclear-So Much For The Afterglow-04 - Normal Like You.mp3|3871456
            Everclear-So Much For The Afterglow-03 - Ataraxia.mp3|698610
            Everclear-So Much For The Afterglow-02 - Everything For
Everyone.mp3|4012534
            Everclear-So Much For The Afterglow-0 - So Much For The
Afterglow.mp3|4679708
    Lucy Kaplansky
        Every Single Day
            11 The Angels Rejoiced Last.mp3|11492985
            10 You_re Still Standing Th.mp3|8218263
            09 Song For Molly.mp3|10319559
            08 No More Excuses.mp3|9775168
            07 Nowhere.mp3|13454246
            06 Guilty As Sin.mp3|10709305
            05 Broken Things.mp3|9810674
            04 Don_t Mind Me.mp3|8469044
            03 Every Single Day.mp3|10218220
            02 Crazy Dreams.mp3|9309120
            01 Written On The Back Of H.mp3|11119968
        Fast Folk_ a Community of Singers & Songwriters (Disc 1)
            04 You Just Need a Home _Sp.mp3|8743881
    Management, The - Climbing to New Lows
            The Management-Climbing To New Lows-13 - Kids (Single).mp3|4919028
            The Management-Climbing To New Lows-12 - Closer (NIN
Cover).mp3|9476456
    Dj Mystik
        Unknown Album
            Moonlight Shadow.mp3|3274002
    Styx
        No album info
            Styx-Renegade.mp3|4081792
            Styx - Roboto.mp3|3937838
        Styx - Come Sail Away.mp3|5879643
    Interpol - L'antipode-Rennes (Live)
        Untitled.mp3|59392
        The specialist.mp3|10063865
                    Page 138

```
                         ShareListing.txt
        The new.mp3|9138503
        Stella.mp3|9635840
        Say hello to the angels.mp3|6702219
        Roland.mp3|5484544
        PDA.mp3|8503296
        Obstacle 2.mp3|8226933
        Obstacle 1.mp3|10251318
        NYC.mp3|6297843
        Leif erikson.mp3|8501533
        Hands away.mp3|4995692
Dave Mathews Band
        No album info
                Dave Matthews Band - Watcht.mp3|4618368
                Dave Mathews Band - All Alo.mp3|6773114
        w_ John Popper & Bela Fleck
                Dave Matthews Band w. Bela.mp3|21313344
Cheap Thrills
        13 Going for the Money.mp3|228446
        12 My Guitar Wants to Kill Your Mama.mp3|3193052
        11 Joe's Garage [Live].mp3|2250115
        10 The Torture Never Stops [Original.mp3|8860998
        09 Zomby Woof [Live].mp3|5425348
        08 Hot Plate Heaven at the Green Hot.mp3|6415929
        07 The Mudshark Interview.mp3|2552719
        06 Cheap Thrills.mp3|2378839
        05 We Are Not Alone.mp3|3186340
        04 You Are What You Is.mp3|4344089
        03 Bobby Brown Goes Down [Live].mp3|2547710
        02 Catholic Girls [Live].mp3|3918609
        01 I Could Be a Star Now.mp3|564487
Radiohead - No Surprises Running From Demons
        06 - A Reminder.mp3|4625849
        05 - Bishop's Robes.mp3|4074143
        04 - Meeting In The Aisle.mp3|3750225
        03 - Melatonin.mp3|2576805
        02 - Pearly.mp3|4366192
        01 - No Surprises.mp3|4590323
Drop Kick Murphys
        Give 'em the Boot 2
                Dropkick Murphys - The Gang.mp3|2036007
        Punk-O-Rama
                Dropkick Murphys- Good Rats.mp3|2202877
        No album info
                Dropkick Murphy_s - Oi Oi O.mp3|1416680
                Dropkick Murphy_s - Four De.mp3|3375760
                Dropkick Murphys - The Gaun.mp3|2705197
                dropkick murphys - Irish St.mp3|2739432
                Dropkick Murphys - Homeward.mp3|1935318
                Dropkick Murphys - Amazing.mp3|2536624
                Drop Kick Murphy_s - Irish.mp3|2688919
                Drop Kick Murphys- Irish Dr.mp3|1878188
                Drop kick murphys - 04 - Ne.mp3|2869055
        Pipebomb on Lansdowne
                drop kick murphy_s - pipebo.mp3|1771277
        Sing Loud, Sing Proud!
                Dropkick Murphys - For Bost.mp3|1490944
        Do or Die
                Dropkick Murphys - Noble.mp3|4950813
                Dropkick Murphys - Finnegan.mp3|4456785
                Dropkick Murphys - Boys On.mp3|4919048
                Drop Kick Murphys - Far Awa.mp3|2584369
                Drop Kick Murphys - Do or D.mp3|1770185
        The Gang's All Here
```

```
                        ShareListing.txt
                Dropkick Murphy - The Fight.mp3|3095177
        Sing Loud, Sing Proud
                Dropkick Murphys - Forever.mp3|3024896
Sample Music.lnk|638
Black Eyed Peas-Elephunk-03 - Let's Get Retarded.mp3|5183030
bj1.mp3|330
12-11-04 046.jpg|1120
```

```
                          ShareListing.txt
my music
      vietnamese songs
            linh tinh
                  ì˜◻í™"ì◻Œì•…–[007]_JAMES_BOND_THEME.MP3|4409179
                  ë"±ë ¤êµ°–¸ì²˜ë°€ë°€€(ì˜Bí™"ost).mp3|3319274
                  ±âµµ_ĤÅÏ¿µ.wma|1164850
                  Zambezi (Samba).mp3|2930688
                  young_justice_pao_sub.wma|1027262
                  young_justice_pao_2.wma|1072829
                  xyx_yw.wmv|10037586
                  ws-mtv1.wmv|4588174
                  WinterSonata-FromTheBeginningTillNow.wmv|7488470
                  WinterSonata-ForgeMeNot.wmv|6655488
                  WilliamHung2.wmv|3694376
                  Whenever.wma|3343556
                  wh.wmv|4270506
                  we_reality_love02.asf|1054686
                  vRq2oXCs8HxcBQWy.asf|984736
                  vi 1 nguoi ra di.wma|746487
                  Treasure Raiders (Tieu Thap Nhat Lang) - Dave
Wong.wma|692331
                  Tomber La Neige (D'Adamo).zip|6509206
                  Time After Time.mp3|3889946
                  Thuy Hu.wma|778595
                  Thi Tham Mua Xuan_2.mid|39609
                  The Mambo Kings - Beautiful Maria Of My Soul.mp3|4341760
                  thathu_2.wma|1508531
                  Terence Trent DÃ‚Â´Arby - Sign Your Name.mp3|84
                  tengo.MP3|3185021
                  statisti.pdf|578998
                  shebangshi.wmv|13913426
                  Secret Garden - Appasionata.mp3|4277360
                  S6.mp3|3664120
                  rumba.wma|1007845
                  Rumba - Abrazame.mp3|2225215
                  Ross Mitchell - Memory.mp3|2523724
                  ross michell    - Maria Bonita.mp3|2260033
                  romance.wma|831517
                  rejoice.wmv|4018386
                  R - Yo Naci Para Amarte - Dancelife.mp3|3864119
                  quayveloixua.wma|2642941
                  P1.WMV|1272168
                  ost_winteryg_14.wma|1166875
                  ost_winteryg_08.wma|959785
                  ost_winteryg_07.wma|1157671
                  ost_winteryg_06.wma|1104748
                  ost_winteryg_05.wma|1120088
                  ost_winteryg_02.wma|1035718
                  ost_winteryg_01.wma|1115592
                  nho anh - Thu Minh.wmv|9698516
                  nguongvong_2.wma|1244179
                  neverbereplaced.wma|344606
                  n7[1].asx|777818
                  n5[1].asx|626160

mod-wss1999-009-andrew_sinkinson-charlotte_jorgensen-tango.wmv|5420937
                  Mexico.mp3|5558197
                  Marc Anthony - One Shining Moment.mp3|4715058
                  Mantovani - Harlem Nocturne.mp3|2784821
                  lovingu_03.asf|1552922
                  Los Panchos & Eydie Gorme - Sabor a mi.mp3|2563917
                  loichuanoi.wma|1325182
                  Latin Jam - Sands Of Time - Pandora - samba.mp3|3334444
                          Page 1
```

```
                        ShareListing.txt
            justice_pao_sub1.wma|1058428
            justice_pao.wma|648388
            Jealousy(Tango).wma|3152767
            Jamaica Farewell(Rumba).wma|5711935
            godong_ost_08.wma|1434055
            godong_ost_05.wma|620560
            godong_ost_03.wma|836368
            godong_ost_01.wma|307807
            Final Fantasy 9 - Melodies of Life (english).mp3|5636096
            fall_rt1.wma|1077236
            fall_reason.wma|1052178
            fall_ordine.wma|333841
            ETVh1.mov|2192952
            Dido-White_Flag.mp3|5343694
            desktop.ini|266
            demigod03_kushu.wma|1325786
            Delirio-Klaus Hallen-Tango-Ballroom.mp3|4068024
            consec_high.WMV|5654031
            Champions League Theme.wma|1458093
            Calling.mp3|3966024
            Blue Lagoon - World Of Our Own.wma|873661
            Black - Wonderfull life.mp3|4621758
            becauseimagirl_eng.wav|1831184
            beautiful02.wma|2514444
            Antonela_-_Tango_Of_Yesterday.mp3|3521561
            Anon - Cha Cha Cha.mp3|2716032

AlbumArt_{86A417DB-DD08-4466-AB03-609DD9A715CC}_Small.jpg|3248

AlbumArt_{86A417DB-DD08-4466-AB03-609DD9A715CC}_Large.jpg|11095

AlbumArt_{7329C7B2-854C-48A1-A52C-69B337D40B68}_Large.jpg|5952
            AlbumArtSmall.jpg|1696
            ACë³_-_ë^¨ë&¨í†¡í,¹-íž^íš¸ë©"ë"¤ë¦¬_1.mp3|6770939
            8. NADINE TG 32.mp3|3737974
            7 - Easy Come Easy Go.wma|820768
            26 Studio Latin - Sway.mp3|3655214
            16 True Love.mp3|2851770
            14 Track 14.wma|1846143
            13 Track 13.wma|2269425
            12-james_last_orch-rosita_(ta32).mp3|5742592
            11 Track 11.wma|1879277
            10 Track 10.wma|2359485
            10 Things I Hate About You - Cant Take My Eyes Of
You.wma|834567
            09 Track 9.wma|1909183
            08 - Petra Nielsen - Tango Tango.mp3|4304896
            07 - Tango - Taifun.mp3|3848023
            06.- Te Quiero - Mestizzo.mp3|3760005
            06 Track 6_2.wma|1909183
            06 Track 6.wma|1909295
            06 - Tango Tango For Two.mp3|1765441
            05 C. NOVELLI   - Anarita - Tango 32 BPM.mp3|4715414
            03_Malando-Bahia Blanca.mp3|2760936
            02.asf|1058973
            01 Track 1.wma|1663019
            (¿µÈ-À½¾Ç)³»ÀÏÀ»ÇâÇØ½÷¶ó.mp3|2799200
            (Tango) - El Choclo.mp3|2558618
            (Samba) - Baila Casanova.mp3|4056712
            (Cha Cha Cha) - Amor.mp3|3354122
            %5B48656%5Dnguoidixamai.wma|4619223
        Đánh roi bên h? - Thu Phuong.asf|852230
        [46941]Vanmaiyeuanh.wma|768104
                        Page 2
```

```
                         ShareListing.txt
[46913]LoiAnhHua.wma|5212272
[45851]lai_day_voi_anh_bang_kieu.wma|816681
[45660]BK_Tinh_Mai_Theo_Ta.wma|1298643
[45659]BK_thuhatchonguoi.wma|2220912
[45658]BK_Roi_Mai_Thuc_Giac.wma|1382536
[45657]BK_Nhu_Ngay_Voi_Dem.wma|1534714
[45655]BK_Nguyen_Uoc.wma|1721998
[45501]Haydenvoianh.wma|2612887
[44896]03_De_Toi_Lang_Nghe.wma|1033300
[44892]Dieu_hoang_duong_nhat.wma|1758193
[44607]HoaMiHotTrongMua_KL.wma|1883866
[44599]HayDenVoiAnh.wma|1594458
[43522]QuenDiHetDamMe_ThuyTien_BangKieu.wma|1458113
[43499]HatMuaVaNoiNho_BangKieu.wma|1571315
[43435]khuc_tam_ca_Mihn_Quan_Tuan_Hung_Tran_Tam.wma|2204341
[40459]Sinh_nhat_hong.wma|1495185
[38699]tinhYeuToiHat.wma|1517127
[37727]Bang_20Kieu_20__20Lo_20Yeu_20Em_20Roi_2_.wma|1549038
YOU - ANH (THU PHUONG) VN.MP3|2255692
YEU EM TU DO MAT TRAO (TO CHAN PHONG).MP3|1862362
YEU EM TRON DOI (ANH TU).MP3|2652138
YEU EM MAI MAI.(LAM TRUONG).mp3|2560018
YEU DAU () F1.MP3|1848256
Y Vu- BON MUA BON MAU (Khanh Dung).mp3|4271124
Xmas1.wma|1616107
XA NHAU TU DAY (ANH TU).MP3|1996316
XA EM KY NIEM (PHILIP HUY).MP3|1878584
Wham - Last Chirstmas.wma|1155904
Vo Duc Phan- CUNG MOT KIEP HOA (Anh Tuyet).mp3|5217802
Viyeu.wma|923275
view_7b4331b841fb75100a85c9df8266587849f44605.html.htm|16592
view_207580b2f101c10f420d98daa9ec384e7ff3cdcd.html.htm|12913
Viet - My Tam - Dau Yeu.mp3|4613102
Viet - Lam Truong & My Linh_Lo Lam.mp3|3725712
Vi Mot Nguoi Ra Di-UHP.mp3|4257024
vi 1 nguoi ra di.asx|702837
VET TINH SAU (ANH TU).MP3|1934742
VET DAU TRONG LINH HON (TO CHAN PHONG).MP3|2006506
vcd.wmv|8631068
VanhNho_TH.wma|1825981
vangtrangdemtroimyle.wma|1900072
Van nho.wma|1130313
VAN NHO (JIMMY NGUYEN).MP3|1724454
Van Cao- BUON TAN THU (Anh Tuyet).mp3|7076466
vaconmuatoimyle.wma|1863776
Va con mua toi - My Le.asx|863321
uweremine.wma|1104121
Ung hoang phuc - Toi khong tin.mp3|3341654
Ung Hoang Phuc - Nguoi Ta Noi (3).mp3|5003981
UHP-NgayKhongEm.wma|1149509
UHP-NeuTaConYeuNhau.wma|1202271
UHP-EmDenBenToi.wma|953779
UHP-ChiBietCamNin.wma|1202271
Txnh ¬i, xin ngñ yªn.mp3|5731837
TUONG PHUNG DUOI MUA (NGOC HUE).MP3|1839272
TUONG PHUNG DUOI MUA (ANH TU).MP3|1865272
Trung Anh-Lang lua lang hoa.mp3|12051854
trua vang.wma|1223102
Tro lai pho cu - cam ly.mp3|5332323
Tro lai pho cu (2) - Minh tuyet.mp3|4707056
TRO CHOI [TON THAT LAP] (CAO DUY - HOANG KIM).MP3|1953048
Trinh Cong Son- Xin tra no nguoi.mp3|4553247
Trinh Cong Son- Toi oi dung tuyet vong.mp3|5214876
                         Page 3
```

```
                        ShareListing.txt
Trinh Cong Son- Ra dong giua ngo.mp3|4163709
Trinh Cong Son- Nhu tieng tho dai.mp3|4853342
Trinh Cong Son- Hom nay toi nghe.mp3|3819728
Trinh Cong Son- Hoa xuan ca.mp3|3479928
Trinh Cong Son- Em di bo mac con duong.mp3|4115226
Trinh Cong Son- Co mot ngay nhu the.mp3|4192966
Trinh Cong Son- Chiec la thu phai.mp3|3913769
Trinh Cong Son- Bong khong la bong.mp3|3120483
TRIEU DOA HOA HONG (DONHO).MP3|1700950
TRAI TIM MUA DONG (DONHO).MP3|1999644
TRAI TIM KHONG NGU YEN (THANH TUNG).MP3|1815766
Trai tim biet khoc -Jimmi Nguyen.WAV|41007166
Trai tim ben le- Bang Kieu.MP3|6962539
Track08.wma|1270850
Toi ngan nam doi (My Tam).mp3|5006340
toi di tim toi.asx|902460
Toc nau moi tram - My Tam.mp3|3397590
tm_bucthutinhdautien.wma|1307698
Tinhlocachxa.wmv|6986106
TinhCuDaQua.wma|2444765
TInh yeu trong lang - My Tam.asf|498019
tinh yeu tim thay.asx|672507
TINH YEU QUAY TRO LAI (JIMMY NGUYEN).MP3|2060376
Tinh yeu o lai - Hong Nhung.asx|957610
Tinh Yeu Dau Tien.mp3|3840498
Tinh xua nghia cu 4 (Jimmy  Nguyen).mp3|4295878
Tinh xua nghia cu 3  (Jonny Dung).mp3|4112002
Tinh xua nghia cu 2 [J.J.C Nguyen].mp3|3223301
Tinh xua nghia cu 1 [J.J.C Nguyen].mp3|3339911
Tinh xua nghia cu (5) - Quang linh.mp3|3312744
tinh xot xa thoi - My Tam.asf|738692
TINH XA (JIMMY NGUYEN).MP3|2182478
Tinh thoi xot xa- Hong Nhung.asx|637139
tinh tho-minh thuan.mp3|3569860
TINH THAM DUYEN QUE (MANH DINH & SON TUYEN).MP3|1944106
Tinh quay got.mp3|4494733
Tinh Phai -Lam Truong.WAV|55977646
TINH NONG (TO CHAN PHONG).MP3|2460366
Tinh nhu ngon nen (My Tam).mp3|4963512
TINH NHU LA BAY XA (JIMMY NGUYEN).MP3|1796008
TINH NGANG TRAI (NGOC HUONG).MP3|2763836
TINH MONG MANH (TO CHAN PHONG).MP3|2240920
Tinh mai xanh - My Tam.mp3|3650839
Tinh mai bo vo -Lam Truong.WAV|45753502
TINH LAM LO (NGOC LAN).MP3|2032086
tinh khuc vang.asx|816427
tinh khuc vang - Dang Truong.asf|816427
TINH EM TRAO ANH (NI NI, THUY VAN, VINA UYEN MI).MP3|2294378
tinh em mua xuan-lam truong.mp3|4991347
Tinh don phuong (4) - Lam truong.mp3|4215536
Tinh don phuong (4) - Bang kieu.mp3|4019095
Tinh don phuong (3) - Bang kieu.mp3|3987330
Tinh don phuong (2) - lam truong.mp3|4301217
Tinh don coi - nguyen phi hung.mp3|4388989
TINH DAU () F1.MP3|2145904
TINH DA PHAI (DONHO).MP3|1934328
TINH BUON DEM MUA (TO CHAN PHONG).MP3|2178108
Tinh ban - Ba con meo.asx|813430
Timanhtroiveem.wma|1161989
Tiecnuoi.wma|1125948
Thuy Dung-Ha noi mua thu.mp3|4082498
Thumbs.db|14336
THU VE EM (JIMMY NGUYEN).MP3|2084090
```

```
                      ShareListing.txt
Thu Minh - Nho Anh.mp3|5631548
Thu_Ha-Doi Thong.mp3|4340088
Thoi anh hay ve (Lam Truong & Thu Phuong)!s.mp3|1712397
ThienDuongMongManh.wma|876544
Thien Kim - Duong Ai Nay Di.mp3|3692672
thi tham mua xuan.wma|2786679
Thanh Phuong-Neu Biet Xa Em.mp3|3976045
Thanh Phuong-Diem xua.mp3|3657560
Terror_Squad_Lean_Back_Dirty.mp3|3489618
Tango.asf|651397
tanbaogiacmomyle.wma|1592570
TAN TRO (THANH HA).MP3|1763564
Tan bao giac mo - My Le.wma|1592570
TamBiet_KL.wma|1188760
Tam biet chim en [My Tam].mp3|4508909
Ta tro ve - Jimmi Nguyen.mp3|3889528
SAU TINH (NI NI, HA VY, UYEN MI).MP3|2009000
SAO VAN CON MUA ROI (THAO MY).MP3|2277740
SA MAC TINH YEU (KHANH HA).MP3|2317470
QUYNH HUONG (LAN ANH).MP3|1754828
Quang Ly-Em den tham anh mot chieu mua.mp3|5218638
QUAN CAFE VANG (TO CHAN PHONG).MP3|2416056
pqiueLvXtzDoshcF.asf|590015
phút b?i r?i.wma|4994303
phutgiaothualangle.wma|1317122
PHUONG YEU (LUU BICH).MP3|2176236
PHUONG HONG [VU HOANG] (CAO DUY).MP3|3280086
Phuong Dung-Hai chuyen tau dem.mp3|5009658
Phu Quang-Tinh khuc mong manh (Nha Phuong).mp3|4238524
Phu Quang-The roi (Thanh Long).mp3|4396512
Phu Quang-Noi nho mua dong (Hong Nhung).mp3|4090532
Phu Quang-Ngay mai (Le Dung).mp3|3371258
Phu Quang-Im lang dem Ha noi (Thanh Lam).mp3|5461856
Phu Quang-Giot thu buon (Bao yen).mp3|5256672
Phu Quang-Dieu gian di (Thu Ha).mp3|4056259
Phu Quang-Da khuc (Cam Van).mp3|5471085
Phu Quang-Chuyen binh thuong cuoi (My Linh).mp3|6113906
Phu Quang-Chieu dong Maxcova (My Linh).mp3|6079216
Phu Quang-Bang quo (Nha Phuong).mp3|4884688
Pho xa [Ao Trang].mp3|3779558
Pho hoa.mp3|2514200
Phieu du - Dan Truong.asx|1033856
Pham The My- TOC MAY (Dinh Van).mp3|4516048
NU_HON_VINH_BIET_04-_EM_VE_NAO_CO1_HAY_-_NGOC_LAN.MP3|4479760
Nu hong mong manh - tu quyen.mp3|4266945
Nu hong hung ho.mp3|4965890
noi nho.asx|865547
Noi nho diu em.mp3|4529841
Noi_ay binh yen.mp3|4618866
Noel-Tinh nguoi ngoai dao (Elvis Phuong).mp3|4353897
Noel-Thanh pho Jerusalem (Luu Hong).mp3|4777569
Noel-Nua dem khan hua (Hang Nga).mp3|5872611
Noel-Nguyen cau ca (Linda TD).mp3|4165830
Noel-Mua hoa tuyet (Vu Khanh).mp3|5147865
Noel-Mua hoa tuyet (Manh Dan & M.Duy).mp3|4196271
Noel-Loi nguyen cau nua dem (Phuong Vu).mp3|6637806
Noel-Jingle bells (Kieu Nga).mp3|3831396
Noel-Hai mua Noel (Vu Khanh).mp3|5227512
Noel-Giang sinh ky niem (Manh Dan & M.Duy).mp3|5562363
Noel-Giang sinh ky niem (Elvis Phuong).mp3|4184595
Noel-Bong nho giao duong (Le Hang).mp3|5561946
Noel-Bai thanh ca buon (Elvis Phuong).mp3|4619109
NIEM_THUONG_NHO_(NGOC_LAN).MP3|2234060
                      Page 5
```

```
                         ShareListing.txt
NIEM THUONG NHO (NGOC LAN).MP3|2234060
Niem dau - Lam truong.mp3|3317760
Nhu chua b?t d?u -  Thu Phuong.asf|818598
nhungmuadauyeu.wma|1022715
Nhung mua dau yeu - Dan Truong.asx|666125
NHUNG LOI DOI GIAN (ANH TU).MP3|1945770
NHUNG DOI HOA SIM (NHU QUYNH).MP3|3428604
NHUNG BUOI CHIEU VANG (TO CHAN PHONG).MP3|1982586
NHU VAT NANG (NHU QUYNH).MP3|1671418
Nho ve em [J.J.C Nguyen].mp3|4148316
NHO VE EM (JIMMY NGUYEN).MP3|2067452
NHO TA THI VE (NGOC LAN).MP3|2326822
Nho em.wma|1334973
Nho anh - Thu Minh.asx|1062100
Nhe anh [My Tam].wpk|676080
Nhe anh [My Tam].mp3|3925021
Nhat Trung- NGAY EM DI (Thanh Lam).mp3|5226997
Nhat Hao-Sai Lam Van La Anh.mp3|4455026
Nhat Hao-Dem Yeu Duong.mp3|4134452
NHAC_TINH_DEM_MUA_(NGOC_LAN).MP3|1425148
NHAC TINH DEM MUA (NGOC LAN).MP3|1425148
Nguyen Phi Hung - Loi Lam Da Qua.mp3|4535790
Nguoi ve cuoi pho [Cam Ly].mp3|4450011
NGUOI TINH MUA DONG (NHU QUYNH).MP3|2041246
Ngoc Son - Vang Trang Co Don.mp3|4523130
Ngoc Le-Phuong Thao-Con Gai.mp3|3741570
Ngoc Le-Phuong Thao-Chia Tay.mp3|4325041
Ngoc Le-Phuong Thao-Cafe Mot Minh.mp3|4403200
ngay xua oi.asx|731768
NGAN NAM VAN DOI (NGOC LAN).MP3|2769868
neuphaixanhau.wma|1301452
MyTam-Tinh Oi.mp3|4450139
MyTam - Van Vuong.mp3|6856366
MyTam - Hay Tha Thu Cho Em.MP3|4806656
My Tam - Tinh Van Chua Yen.mp3|5952958
My Tam - Tinh Lo Cach Xa.mp3|3978101
My Tam - Ngon Lua Trai Tim.mp3|3783366
My Tam - Co That Khong Anh (1).mp3|3919872
My Tam - Chieu cuoi nam.asx|790765
My Tam - Ban Mai Tinh Yeu.mp3|4044813
My Linh-Tro Ve Dong Song Tuoi Tho.mp3|5082801
My Linh-Toc Gio Thoi Bay.mp3|6178690
My Linh-Tia nang duoi mua.mp3|3400097
My Linh-Thi Tham Mua Xuan.mp3|5676721
My Linh-Ru doi di nhe.mp3|3819728
My Linh-Hoa Sua.mp3|5240372
My Linh-Ha Noi Dem Tro Gio.mp3|5602290
My Linh-Em di bo mac con duong.mp3|4764734
My Linh-Chieu xuan.mp3|4398184
My Linh, Ngoc Chau, Bang Kieu-Mat troi em diu.mp3|3886568
My Linh, Ngoc Chau, Bang Kieu-Bay vao ngay xanh.mp3|3786292
My Linh, Bang Kieu-Trai tim khong ngu yen.mp3|3966850
My Linh, Bang Kieu-Neu dieu do xay ra.mp3|4889707
My Linh, Bang Kieu-Khi anh yeu em.mp3|4252734
My Boo.wma|4608222
MUA TREN BIEN VANG (NHU QUYNH).MP3|2443934
MUA TREN BIEN VANG (NGOC LAN).MP3|2102188
Mua tinh yeu.mp3|4058767
MUA QUA PHO VANG (MANH DINH - NHU QUYNH).MP3|2705590
MUA NGAU (LAM THUY VAN).MP3|2749692
Mua buon.mp3|2469896
Mua - Dua Hau.asx|703524
Mot_lan_nua_thoi.mp3|3877373
```

```
                        ShareListing.txt
motlanvamaimai.wmv|9951198
MOT THUO YEU NGUOI (TO CHAN PHONG).MP3|2179768
MOT MINH.mp3|6529068
MOT MINH TRONG CHIEU VANG (THAI HIEN).MP3|2147742
MOT MINH THOI (NHU QUYNH).MP3|1690134
mot lan va mai mai -MY TAM.asf|874281
MOT LAN MAI NHO (NGUYEN NGOC THIEN).MP3|2164382
MOT HINH DUNG (JIMMY NGUYEN).MP3|2066410
Mot dai kho mot Toi - Thu Phuong.mp3|3081142
Moi nguoi mot noi - UHP.asf|529075
minhquan-neuphaixanhau[1].asx|902658
MaiYeuEm_BK.wma|2196250
Mai yeu - My Tam.asf|827019
LUA CHON MOT VI SAO.MP3|3211564
LQ_ThoiDungChiemBao.wma|1744224
LQ_GiacMoCoThat.wma|1588215
Lose My Breath.mp3|3743338
loitotinhcuamuaxuan.wma|1340627
loi to tinh mua xuan.wma|2017745
LOI GOI CHAN MAY (TO CHAN PHONG).MP3|2158972
loi du tinh - Dan Truong.asx|789537
loadmusic8.cgi|686
loadmusic7.cgi|686
loadmusic6.cgi|669
loadmusic5.cgi|686
loadmusic4.cgi|686
loadmusic3.cgi|666
loadmusic2.cgi|686
loadmusic1.cgi|668
loadmusic.cgi|677
loadingnhacsi.cgi|653
loadingdata25.cgi|684
loadingdata24.cgi|682
loadingdata23.cgi|681
loadingdata22.cgi|683
loadingdata21.cgi|683
loadingdata2.cgi|681
loadingcasi.cgi|667
LINDA (JIMMY NGUYEN).MP3|2240090
Lil John - Lovers and Friends feat. Usher & Ludacris (0).wma|6268928
LIEU THUOC CHO TRAI TIM - LY HAI.mp3|3518764
LIEN KHUC BEIJIN 4 (TU DAI THIEN VUONG).MP3|5546458
LIEN KHUC BEIJIN 3 (TU DAI THIEN VUONG).MP3|6197288
LIEN KHUC BEIJIN 2 (TU DAI THIEN VUONG).MP3|8011882
LIEN KHUC BEIJIN 1 (TU DAI THIEN VUONG).MP3|4041784
Let's Go.mp3|5492454
LE QUyen - Ve be em.asf|601888
Le Quyen - Trang_Chieu.asf|777682
Le Quyen - Tinh la the.asf|638219
Le Quyen - Tim em la cua anh.asf|647495
Le Quyen - Thu xa.asf|699286
Le Quyen - Thoi dung chiem bao.asf|748308
Le Quyen - quen mot cuoc tinh.asf|781224
Le Quyen - Phut giay hanh phuc.asf|753719
Le Quyen - Hay tra loi em.asf|920687
Le Quyen - Giac me co that.asf|681057
Last Goodbye ('Ù´Ò¶ó ½ºÄ«ÀÌ).wma|705830
Lang quen chieu thu - Lam truong.mp3|5244551
lang nghe mua xuan ve.wma|2342087
Lam Truong-Yeu Em Mai Mai.mp3|6824855
Lam Truong-Vong Tay Nguoi Yeu.mp3|4800261
Lam Truong-Tinh Thoi Xot Xa.mp3|5667526
Lam Truong-Tinh La Nua Doi.mp3|4148244
                            Page 7
```

ShareListing.txt

Lam Truong-Nguoi Yeu Hoi.mp3|4204251
Lam Truong-Nguoi Di Xa Mai.mp3|4353044
Lam Truong-Nao Ai Biet.mp3|6017358
Lam Truong-Khi Yeu.mp3|5524584
Lam Truong-Em Co Hieu Duoc Tinh Anh.mp3|3477420
Lam Truong - Mua.asx|742206
Lam Truong - Lo lam.asx|778973
Lam Hung - Phi Truong Biet Ly.wma|4425117
La Hoi- MUA XUAN VA TUOI TRE (Anh Tuyet).mp3|6485472
LA DIEU BONG (MANH DINH - NHU QUYNH).MP3|2470140
KY NIEM NAO VOI TAN (TO CHAN PHONG).MP3|2256314
Kiep_rong_buon_Dan_Truong.MP3|5049877
KIEPVE~1.MP3|3843412
Kiep rong buon - dan truong.mp3|3366661
kiep lu hanh.asx|669312
khung troi mo mong - My Tam.asf|801756
khuc yeu thuong - My Tam.asx|588092
KHUC NHAC BUON (TO CHAN PHONG).MP3|1981546
khuc giao thua lang le.wma|3194799
KHONG CON MUA THU.mp3|4764444
KHONG BAO GIO QUEN (NGOC LAN).MP3|2411276
KhoanhKhac_NT.wma|2591859
Khi c« ®¬n anh gäi t³n em.mp3|5443613
khanhlinh_thangtuve.wma|1786643
Khanh Ly-Tuong rang da quen.wma|2251185
Khanh Ly-Tuoi da buon.mp3|4875402
Khanh Ly-Tro ve cat bui.wma|1905953
Khanh Ly-Toi con yeu.MP3|4424724
Khanh Ly-Tinh xa.MP3|5172398
Khanh Ly-Tinh nho.MP3|5324612
Khanh Ly-Ta on.mp3|4495608
Khanh Ly-Sao danh xa em.MP3|4594860
Khanh Ly-Ru ta ngam ngui.MP3|5621086
Khanh Ly-Quynh huong.MP3|4133652
Khanh Ly-Nang thuy tinh.MP3|5477966
Khanh Ly-Mot ngay nhu moi ngay.mp3|6399632
Khanh Ly-Loi cua Khanh Ly.wma|600141
Khanh Ly-Im lang tho dai.wma|2602419
Khanh Ly-Ha trang.MP3|4355066
Khanh Ly-Diem xua.MP3|4763330
Khanh Ly-Cat bui.MP3|4711202
Khanh LY-Caminoto.mp3|4533140
khanh Ly-Bien nho.MP3|5905070
Khanh Ly-Ben doi hiu quanh.MP3|3148310
khanh ly - uot mi.MP3|6559342
Khanh Linh - Qua tang trai tim.asf|599648
Just walk away.wma|2421441
JB_NightPrayer.wma|329702
INTRO - MOT NGAY KHONG GOI NHAU (NHU QUYNH).MP3|171738
Huy MC-Mèi txnh ®Cu.mp3|4031891
huongngoclan.wma|1467554
Hong Nhung-Nho Ve Ha Noi.mp3|5127907
Hong Nhung-Nho Mua Thu Ha Noi.mp3|4781419
Hong Nhung-Huong Ve Ha Noi.mp3|6127247
Hong Nhung-Ha Noi Mua Vang Con Mua.mp3|4982875
Hong Nhung-Em Oi Ha Noi Pho.mp3|5883995
hoithomuaxuan.wma|1472255
HOI NGUOI TINH (LAM THUY VAN).MP3|2409820
Hoang Nguyen-Cho Nguoi Tinh Lo.mp3|4590027
Hoang Dung-Nguoi Tinh Trong Mong.mp3|4574981
Hoai niem trang - Dan Truong.WAV|43620238
HOAI MONG () F1.MP3|2028800
Hoa sua (Thanh Lam).mp3|4257537

ShareListing.txt
Hoa mi hot trong mua - Hong Nhung.asf|992833
HOA CAU VUON TRAU (THU HIEN).MP3|2311018
Hoa bang lang - Jimmy Nguyen.mp3|3254230
HE MUON [BANG KIEU].MP3|4091988
Hat cho nguoi o lai - My Tam.asf|933101
HANH PHUC NOI NAO (NGOC LAN).MP3|2125062
HANH PHUC DIU DANG (NGOC LAN).MP3|2052056
HA NOI, MUA VANG NHUNG CON MUA (CAM VAN).MP3|2311642
HA NOI DEM TRO GIO (MY LINH).MP3|3220600
Got hong.mp3|4615941
Goi doi mat nai.mp3|3619526
giot nang cuoi chieu-Ung hoang Phuc.asx|823181
Giot nang ben them .mp3|5240276
Giac mo tinh yeu - My Tam.asf|804909
gia bang - bang kieu.mp3|3915473
Em va toi (Thanh Lam).mp3|2306944
em oi mua xuan den roi do.wma|298001
em mo ve anh.asx|727023
Em dau biet (tg Truong Huy - cs Lam Truong).mp3|2022235
Em con nho hay em da quen(My Linh).mp3|5820310
DUNG XA EM DEM NAY (THAO MY).MP3|2686042
dung hoi vi sao - My Linh.asf|736606
Duc Chinh-Nho tuoi tho Ha noi.mp3|5364379
DT_MaiMaiMotTinhYeu.wma|2205365
DOng song sao.wma|3397657
Doi thay - Bang Kieu.WAV|41519902
DOI MAT EM (YEN KHOA).MP3|1897932
doi canh tinh yeu - my tam.MP3|3143055
DOA HOA DOI (TAM CA AO TRANG).MP3|2303740
DI VANG NHAT NHOA (LUU BICH & TO CHAN PHONG).MP3|1892310
DI TIM TINH YEU - WOMAN IN LOVE (KHANH HA).MP3|1786646
desktop.ini|267
DEM NAY EM THAY CO DON (LUU BICH).MP3|2260682
dem nay anh mo ve em.asx|743361
Dem co don.WAV|50608030
DANTRU~2 (1).MP3|4316230
dang em.MP3|4544018
Dan Truong - Yeu Trong Mong Mo.mp3|3118834
Dan Truong - Tinh menh mang.mp3|2554486
Dan Truong - BietKhucDoiCho.mp3|4678345
Dam Vinh Hung - Lac Mat Mua xuan.mp3|4175796
Dam Vinh Hung & Hong Ngoc - Vung Troi Binh Yen.mp3|5216514
d.htm|5651
Cuoc tinh trong mua.WAV|45673534
cu vui len di - Trio 666.asx|681420
CON YEU (LUU BICH).MP3|1860906
CON TIM THAT THA (TO CHAN PHONG).MP3|2205770
con ta voi nong nan - QD2|766152
Con ta voi nong nan - QD|769836
Con ta voi nong na.asf|777623
con mua mua dong.asx|850172
CON MUA HA (LAM NHAT TIEN).MP3|1540380
CON DUONG TINH (NGOC LAN).MP3|2253608
CO BE RANG KHENH (PHILIP HUY).MP3|1941818
co be mat nau - My Tam.asf|929938
CO BE DEO KINH CAN (JIMMY NGUYEN).MP3|1330922
CHUYEN NGAY XUA DO (JIMMY NGUYEN).MP3|2140876
CHUYEN HOA SIM (NHU QUYNH).MP3|2714954
Chuyen doa quynh huong - My Tam.mp3|4680278
Chot nghe buoc em ve.mp3|6050343
Cho tinh mai xa - Lam Truong.WAV|45614734
cho b?n cho tôi.wma|7848083
CHIEU NAY... () F1.MP3|1830784
Page 9

```
                         ShareListing.txt
CHIEC LA MUA DONG (NGUYEN HUNG).MP3|2078680
Chia tay hoang hon.mp3|5867277
CHI TOI (MY LINH).MP3|2219914
CHI CON MINH ANH (ANH TU).MP3|2048106
Chan tinh [Van Truong].mp3|4889700
Cay dan sinh vien [My Tam].mp3|4699115
Canh Han-Co Gai Don Coi.mp3|5238700
Cam Van-Pho mua.mp3|4314174
BUOC_CHAN_LE_LOI_-_DAN_TRUONG.mp3|4484668
bucthutinhdautientanminh.wma|1942865
buc thu tinh dau tien - Tan Minh.asf|898508
bonghongthuytinh.wma|698743
bon mua va em - My Tam.asf|930183
Bo ben la [Cam Ly].mp3|6703926
BK_TraiTimBuiDuong.wma|2211987
BK_MuaTrenNgayThangDo.wma|2665439
binh minh tinh yeu - ly hai - hoang chau_.mp3|5098650
Binh minh se mang em di [Dam vinh Hung].mp3|4662719
Bao Chan- BEN EM LA BIEN RONG (Thu Phuong).mp3|4478432
BangKieu_TinhDonPhuong.wma|1542455
Ban tango tinh nhan.mp3|2833431
Bai_tango_cho_em_(Khanh_Ly).mp3|4210802
BaiHatChoAnh.wma|2088250
Armik-MidnightBolero.wma|2372565
Anh vẫn biết .mp3|5152021
Anh Viet Thu- DONG AN GIANG (Anh Tuyet).mp3|4814889
Anh Tuyet-Huong ve Ha noi.mp3|6088702
Anh Tuyet Cao Minh-Nguoi Ha noi.mp3|13632785
Anh se nho mai(Bang Kieu).mp3|5140028
anh khong muon ra di - Ng Phi Hung.mp3|4793121
Anh Duc-Loi Cu Ta Ve.mp3|5132120
ANH CAN CO EM (TO CHAN PHONG).MP3|1860280
1Mai mai mot tinh yeu.wmv|9670648
14 Khuc yeu thuong.wma|1797603
11 Ve chon thien duong.wma|2187997
11 Câ`u vô`ng đêm mua.wma|6540861
10 Ca`nh cung.wma|6827691
09 Duong xua.wma|2292921
09 Co? Mê`m.wma|6074713
08 Tha´ng nga`y cho` mong.wma|5058843
08 Hoa mi toc nau.wma|2160843
07 Điê`u hoang duo`ng nhâ´t.wma|4544893
06 Anh da~ kha´c xua.wma|5937283
05 TInh em con mai.wma|2001739
05 Nga`y cuô´i tuâ`n ru?c ro~.wma|5483137
04 Điê`u ngo?t na`o nhâ´t.wma|5674355
04 Hat voi dong song.wma|6873247
03 Uoc gi.wma|2695183
03 Bu´c thu ti`nh dâ`u tiên.wma|5196273
02 Ngo dau tinh da quen.wma|2145911
02 Ba`i ha´t cho em.wma|5375541
01 Bu´c Thu Ti`nh Thu´ Hai.wma|5698267
(Cha Cha Cha) - Tia Nang Duoi Mua.mp3|3372903
%5B49382%5Dtukhicoem.wma|1644716
%5B48850%5DBangKieu_Dotchutlakho.wma|1577113
%5B48642%5Dnhungneoduongphusa.wma|5210861
%5B48542%5DMyTam_GiacMoTinhYeu.wmv|5481798
%5B48144%5DChiecLaCuoiCungDangKhoi_1.wmv|9726868
%5B36116%5D09_Gia_bang.wma|1866244
%5B35511%5DDuongdenngayvinhquang.wma|1669969
```
musique
```
      Kenny G
            kenny G most favour.wma|4779761
                      Page 10
```

ShareListing.txt
14 - We've saved the best for last.mp3|4184850
14 - The wedding song.mp3|3224176
13 - Remember.mp3|5638512
13 - Homeland.mp3|4359254
13 - Going home.mp3|4065676
12 - Sade.mp3|4169098
12 - Innocence.mp3|3822894
12 - A year ago.mp3|5064400
11 - Uncle Al.mp3|4400438
11 - Sister rose.mp3|5965950
11 - Northern lights.mp3|4772820
11 - Hi, How ya doin'.mp3|5377146
11 - Brahms lullaby.mp3|3130674
10 - You make me belive in love.mp3|5102250
10 - Songbird.mp3|10195160
10 - Home.mp3|4168270
10 - G-Bop.mp3|3970598
10 - Everytime I close my eyes.mp3|4775738
10 - Away in a manger.mp3|2548218
10 - Against doctor's orders.mp3|3983120
09 - Tribeca.mp3|6479270
09 - Silver bells.mp3|3807556
09 - Midnight motion.mp3|3974756
09 - Let go.mp3|5593570
09 - Gettin' on the step.mp3|4113126
09 - Even if my heart would break.mp3|4817120
09 - Esther.mp3|5175304
08 - Three of a kind.mp3|4568590
08 - The chanukah song.mp3|2411856
08 - Summer song.mp3|4417214
08 - Silhouette.mp3|4334228
08 - Morning.mp3|5061480
08 - Moonlight.mp3|5721078
08 - Help yourself to my love.mp3|4590174
08 - Esther.mp3|5380900
07 - What does it take (to win your love).mp3|3956016
07 - Sunset at noon.mp3|5028540
07 - Slip of the tongue.mp3|4674916
07 - Little drummer.mp3|3921398
07 - I've been missin' you.mp3|4122812
07 - Eastide jam.mp3|4900838
07 - Alone.mp3|5239124
07 - All in one night.mp3|5125268
06 - What does it take (to win your love).mp3|4780838
06 - We've saved the best for last.mp3|4126138
06 - Uncle Al.mp3|4403436
06 - The champion's theme.mp3|4183182
06 - Miracles.mp3|2435204
06 - I wanna be yours.mp3|4339238
06 - End of the night.mp3|5191162
06 - Don't make me wait for love.mp3|6912128
05 - That somebody was you.mp3|4759476
05 - Pastel.mp3|5514758
05 - I've been missin' you.mp3|4124064
05 - Home.mp3|5044378
05 - Greensleeves.mp3|3319244
05 - Do me right.mp3|4432646
05 - Champagne.mp3|4558570
05 - By the time this night is over.mp3|4564414
04 - Virgin island.mp3|3155360
04 - Silent night.mp3|3636156
04 - Sentimental.mp3|6306220
04 - Sade.mp3|4159504
Page 11

```
                    ShareListing.txt
        04 - Midnight motion.mp3|8039270
        04 - G_Force.mp3|4778752
        04 - Always.mp3|5336604
        04 - Against doctor's orders.mp3|4568578
        03 - Tribeca.mp3|4475176
        03 - Silhouette.mp3|8816986
        03 - In the rain.mp3|4841720
        03 - I'll be alright.mp3|4005214
        03 - Have yourself a merry little christmas.mp3|3757096
        03 - Havana.mp3|7040048
        03 - Don't make me wait for love.mp3|4564824
        02 - White christmas.mp3|2885564
        02 - Tradewinds.mp3|3988112
        02 - Sade.mp3|5566884
        02 - Passages.mp3|5645600
        02 - Midnight motion.mp3|3961846
        02 - I've been missin' you.mp3|4113218
        02 - I can't tell you why.mp3|4038574
        02 - Forever in love.mp3|4780840
        01 - Winter wonderland.mp3|2907250
        01 - The moment.mp3|5775288
        01 - The joy of life.mp3|4162418
        01 - Songbird.mp3|4843798
        01 - Silhouette.mp3|5295418
        01 - Hi, How ya doin'.mp3|5395492
        01 - Going home.mp3|5283322
You Mean Everything to Me.mp3|1958765
Yesterday.mp3|4104621
Wonderfull Tonight.mp3|3733211
Wind Of Change.mp3|4564845
Will You Stll Love Me.mp3|3438445
Whistle - Yesterday once more.mp3|4000671
Whistle - Three carriages.mp3|2528619
Whistle - The night in Moscow.mp3|3408423
Whistle - Spanish girl.mp3|2976671
Whistle - Song of seashore.mp3|2400723
Whistle - Serenade TOSELI.mp3|2656514
Whistle - Serenade Shuber.mp3|3952606
Whistle - My sun.mp3|3024736
Whistle - Hungarian dace no.5.mp3|2222255
Whistle - Edlewise.mp3|4752579
Whistle - Cuckoo waltz.mp3|2720462
Whistle - Brahms lullaby.mp3|3008436
Whistle - Back to sulantor.mp3|3312710
Whistle - Aude lang syne.mp3|4016553
What a wonderful world.MP3|2012891
Waltz.mp3|3518346
Waltz els mol.MP3|3550792
Voices That Care.mp3|3935085
VICTOR~1.MP3|5332167
Unforgettable.mp3|3235840
Unchained Melody.mp3|3504396
Turkish Rondo.MP3|4815894
Tonight I Celebrate My Love For You.mp3|2898285
Thumbs.db|7680
Theme From 'Dying Young'.mp3|3392365
The swanlake...scene.MP3|10483899
The swanlake scene.MP3|2783836
The swan des pettis cycgnes.mp3|2730911
The moment.MP3|5077780
The four seasons.MP3|3442540
The first noel.MP3|4474288
The blue danube.mp3|10400462
                    Page 12
```

```
                        ShareListing.txt
The arrow.MP3|7215741
St Elmo's Fire.mp3|3507565
SPRING~1.MP3|4409313
Souvenirs D'enfance.mp3|2891712
SOUNDO~1.MP3|3897731
Sound of Silence.mp3|2253531
Songs bird.MP3|6296174
Somtimes When We Touch.mp3|4158902
Somewhere In Time.mp3|3001417
Solenzara.mp3|2257920
Smoke Get in Your Eyes.mp3|2268891
Slow dance.MP3|5881179
Serenade.MP3|4260904
Sentimental.MP3|6783949
Schubert's Serenade .mp3|4000118
Romeo & Julia.mp3|2269226
Romantic.mp3|5221199
Romance.mp3|4784222
Romance De Amour.mp3|2817097
Right here waiting for you.MP3|6466125
Release Me.mp3|4180114
Quiver.MP3|7027669
Psyche.MP3|6210153
Pour Une Jeune Fille .mp3|3632200
Pour Else.mp3|2356838
Polonaise.MP3|3171285
Polonaise .mp3|3146362
Pearly Shell.mp3|1907565
Nagekidori .mp3|4026900
My heart will go on.MP3|7025704
More Than Word Can Say.mp3|3214262
Moonlight.mp3|5202721
Moonlight sonate.MP3|5208000
Menvetddur.mp3|4065037
Menvet d dur.MP3|4122978
Mente.MP3|2919673
Mediterraneo.MP3|7510637
Maria Elena.mp3|2805760
March Turkish.MP3|3219350
Mante.mp3|2891407
Lovestory.mp3|3641313
Love Story.mp3|2118948
Le Dernier Rumba .mp3|3339264
LARAZA~1.MP3|3900239
Lara's Theme.mp3|2441468
Lapoloma.mp3|5044402
LAPLAY~1.MP3|4183615
La Vie En Rose.mp3|2558344
La Ragazza di Bube.mp3|2262674
La Playa.mp3|2444068
La Novia.mp3|2705920
L'ete Indien .mp3|3376378
L'amour Est Bleu.mp3|1764708
Juliette.MP3|5599036
JOHNNY~1.MP3|3606204
Johnny Guitar.mp3|2084205
In a persian Market.MP3|5546965
I'll Never Been To Me.mp3|2874880
I'll Be There.mp3|5153645
I will always love you.MP3|4903512
I Don't Like To Sleep Alone.mp3|2727497
Hungarian Dance.MP3|2237564
Humoresque.mp3|4274434
```

```
                        ShareListing.txt
Humoresque ges dur.MP3|4295595
Home land.MP3|7105942
Histoire D'un Reve.mp3|2943738
Guitare-More.mp3|2473482
Guitar - Silent night.mp3|3015123
Guitar - Sakura.mp3|6977376
Guitar - Romeo and Julieya.mp3|3191920
Guitar - Romance anonimo.mp3|2404485
Guitar - Remember.mp3|3178963
Guitar - Recuerdos de la alhambra.mp3|3971414
Guitar - Quelques notes our anna.mp3|3347819
Guitar - Ojos de Espana.mp3|4577872
Guitar - Marina.mp3|2872181
Guitar - Guantanamera.mp3|2975417
Guitar - Green sleeves.mp3|3715623
Guitar - Granada.mp3|3479058
Guitar - For elise.mp3|2438757
Guitar - Etude in minor.mp3|2755570
Guitar - Concierto de areanjuez.mp3|3846444
Guitar - Carman.mp3|2776050
Guitar - Annie's song.mp3|2139499
Guitar - Air on string.mp3|2108570
Going home.MP3|6540860
GODFAT~1.MP3|3322201
Godfather.mp3|1923291
Give a Little Time To You Love.mp3|3453214
From The Distant.mp3|3825005
Forever in love.MP3|7860450
For Elise.MP3|2809332
FEELING.MP3|5969764
Everything I Do.mp3|4545097
Eros.MP3|6994885
Elise .mp3|2739206
Dying young.MP3|6160532
DREAMING.MP3|3565002
Don't Wanna Lose You.mp3|2641920
Divertimento .mp3|3654102
Dieu Tristesse.MP3|4769979
desktop.ini|342
Danses des pettis cycnes.MP3|1590981
Danses des pettis cycgnes.mp3|1524681
Daniel.mp3|3276434
CITYIN~1.MP3|4218097
Carino.MP3|5115594
Blues Noin.mp3|4252525
Bird's poetry-The summer knows.mp3|2842321
Bird's poetry-Summertime.mp3|2828068
Bird's poetry-Summertime in Venice.mp3|2156247
Bird's poetry-Strangers in the night.mp3|2744305
Bird's poetry-Stranger in Paradise.mp3|3416126
Bird's poetry-Some enchanted-evening.mp3|2996286
Bird's poetry-La Ragazza di bube.mp3|3570098
Bird's poetry-La Playa.mp3|2870123
Bird's poetry-Fascination.mp3|2282048
Bird's poetry-Charade.mp3|2142350
Bird's poetry-Arrivederci Roma.mp3|3290331
Baby Elephant walk.mp3|2391771
AVEMAR~1.MP3|4700211
Ave Maria.MP3|2792614
Auld Lang Syne.MP3|7192551
Aranjuez Mon Amour.mp3|2686902
Always.MP3|3561501
AlbumArt_{B7F5F631-4B86-404C-8015-2055C5FF9BA5}_Large.jpg|8625
                        Page 14
```

```
                    ShareListing.txt
     AlbumArtSmall.jpg|2352
     Acoustics - Zigeuner Weisen.mp3|4173288
     Acoustics - Voyage A Venice.mp3|2796948
     Acoustics - Triste Coeur.mp3|2808233
     Acoustics - Traumerei.mp3|2488077
     Acoustics - Thais.mp3|8205340
     Acoustics - Swan.mp3|2787335
     Acoustics - Souvirs D Enface.mp3|2789425
     Acoustics - Sernade.mp3|3190666
     Acoustics - Romantic America.mp3|2615136
     Acoustics - Parlez-Moi D Amour.mp3|3467355
     Acoustics - Nostalgy.mp3|2879286
     Acoustics - Murmures.mp3|3227864
     Acoustics - Menuet.mp3|4254790
     Acoustics - Locean.mp3|2682846
     Acoustics - Liebeslied.mp3|3384181
     Acoustics - Liebefrend.mp3|3573935
     Acoustics - Letter a Ma Mere.mp3|2685771
     Acoustics - Les Fleurs Savanges.mp3|3285125
     Acoustics - Jet.mp3|3481148
     Acoustics - IL YA.mp3|2717954
     Acoustics - Humoresque.mp3|3237895
     Acoustics - From adistance.mp3|3596504
     Acoustics - Eleana.mp3|3548021
     Acoustics - Dolannes Melody.mp3|3386271
     Acoustics - Desperado.mp3|4016135
     Acoustics - Couleur Tendresse.mp3|3528377
     Acoustics - Comme Amour.mp3|3181471
     Acoustics - Clair De Lune.mp3|4642656
     Acoustics - Carman Fantasy.mp3|5580975
     Acoustics - Ballade Pour Adeline.mp3|3227446
     Acoustics - Ave Maria.mp3|4145285
     Acoustics - Amour Pour Amour.mp3|3325249
     Acoustics - Air on G String.mp3|5152148
     A Comm Amour.mp3|3231686
French songs
     Zora Sourit (Celine Dion).mp3|3694130
     Ziggy, Un Garcon Pas Comme Les Autres (Celine Dion).mp3|4845048
     Vole (Celine Dion).mp3|3870510
     Vois (Julio Iglesias).mp3|4803352
     Viens M'embrasser (Julio Iglesias).mp3|3397230
     Une Nuit De Carnaval (Julio Iglesias).mp3|2762976
     Une Femme Amoureuse (Mireille Mathieu).mp3|4012724
     Un Roman D'amitie .mp3|4182858
     Un Portrait De Normal Rockwell (Eddy Michell).mp3|4024568
     Trop Jeune A Dix-sept Ans (Celine Dion).mp3|3678692
     Trois Heures Vingt (Celine Dion).mp3|4629448
     Tout L'amour (Dalida).mp3|1724220
     Tous Les Garcons Et Les Filles (Francoise Hardy).mp3|3028186
     Tous Les Blues Sont Ecrits Pour Toi (Celine Dion).mp3|4603196
     Ton Meilleur Ami (Francoise Hardy).mp3|2065746
     Tomber La Neige (D'Adamo).mp3|2843456
     Terre (Celine Dion).mp3|4107376
     Sur Le Meme Bateau (Celine Dion ).mp3|4241230
     Souriez Madame (Julio Iglesias).mp3|3379306
     Solenzara (Enrico Macias).mp3|3812154
     Soleil Soleil (Nana Mouskouri).mp3|2968144
     Si Maman Si (France Gall).mp3|4330466
     Si L'amour Existe Encore (J.F.M).mp3|3324258
     Sentimental (Julio Iglesias).mp3|3764194
     Samba Mambo (Frances Gall).mp3|2471910
     S'il Suffisait D'aimer (Celine Dion).mp3|3423492
     Rien Qu'une Larme (Mike Brant).mp3|3265458
                         Page 15
```

```
                          ShareListing.txt
            Revoir (Art Sullivan).mp3|3119924
            Resiste (France Gall).mp3|4244156
            Remember.mp3|3521084
            Regardes-moi (Celine Dion) .mp3|3664510
            Qui Saura (Mike Brant).mp3|3247948
            Quelque Chose Dans Mon Coeur (Elsa).mp3|3285050
            Quand Tu N'est Plus La (Julio Iglesias).mp3|3399314
            Quand Revient La Nuit (Johnny Hallyday).mp3|2441048
            Quand On A Que L'amour (Celine Dion).mp3|4489754
            Priere Paienne (Celine Dion).mp3|4719112
            Pour Te Dire Je T'aime (Dalida).mp3|4143636
            Pour Que Tu M'aimes Encore (Celine Dion).mp3|4949306
            Poupee De Cire, Poupee De Son (France Gall) .mp3|2435216
            Plus Haut (France Gall).mp3|4514360
            Plus D'ete (France Gall).mp3|3499382
            Pauvres Diables (Julio Iglesias).mp3|2877652
            Paul Et Virgine (Celine Dion).mp3|3678692
            Paroles (Dalida & Alain Delon).mp3|4089442
            Paris Tu M'a Pris Dans Tes Bras (Enrico Macias).mp3|2752966
            Papillon (Celine Dion).mp3|3843820
            Ou Est Passe Ma Bohem (Julio Iglesias).mp3|3718736
            On Ne Change Pas (Celine Dion).mp3|3974264
            Oh Mon Amour (Christophe).mp3|2721276
            Nostalgie (Julio Iglesias).mp3|3674540
            Non Je Ne Regrette Rien (Edit Piaf).mp3|2256320
            Nema Parle Plus D'amour (Julio Iglesias).mp3|3685378
            Ne T'en Vas Pas Je T'aime (Julio Iglesias).mp3|2380174
            Ne Me Quitte Pas (Jacques)  .mp3|3681624
            Ne Me Plaignez Pas (Celine Dion).mp3|3530656
            N'avoue Jamais (Guy Marde).mp3|2745048
            Mon Mec A Moi (Patricias Kass).mp3|4074844
            Mon Amie M'a Quittee (Celine Dion).mp3|2847620
            Main Dans La Main (Christophe).mp3|2877652
            Magic Boulevard.mp3|3834662
            Ma Chance Et Ma Chanson (Julio Iglesias).mp3|4086536
            Love Me Please Love Me (Michel Polnaeff).mp3|4166184
            Les Prenoms De Paris (Jacques Brel).mp3|2534876
            Les Neiges Du KIlimandjaro (P.Danel)  .mp3|3343026
            Les Derniers Seront Les Premiers (Celine Dion & JJ.
Goldman.mp3|3617402
            Les Chemins De Traverse (Francis Cabrel).mp3|2996078
            Les Chemins De Ma Maison.mp3|4061100
            Le Train Qui S'en Va (Helene).mp3|3702062
            Le Temps Est Assasin (Veronique Sanson & I Muvrini).mp3|5040610
            Le Temps De L'amour (Francoise Hardy).mp3|4020648
            Le Premier Bonheur Du Jour (J.F Maurice).mp3|2693754
            Le Monde Est Fou, Le Monde Est Beau (Julio Iglesias).mp3|2904338
            La Viox Du Bon Dieu (Celine Dion).mp3|3099058
            La Vie En Rose (Dalida).mp3|4247918
            La Plus Belle Pour Aller Dancer (Sylvie Vartan).mp3|2549470
            La Plage Aux Romantiques P. Daniel).mp3|3898046
            La Panoma (Nana Mouskouri).mp3|4111138
            La Nuit (Adamo).mp3|2999000
            La Maritzta (Sylvie Vartan) .mp3|3574034
            La Maladie D'amour (Michel Sardou).mp3|3366142
            La Dodo La Do (Celine Dion).mp3|2893914
            L'ete Indien (Joe Dassin).mp3|4337152
            L'aventura (Stone & Charden).mp3|3369704
            L'amour C'est Pour Rien (Enrico Macias).mp3|3066550
            L'amour A La Plage (Nagara).mp3|3129932
            L'abandon (Celine Dion ).mp3|4264594
            Juste Qqn De Bien (Enzo Enzo).mp3|3940988
            Jour De Neigne (Elsa).mp3|3865522
                          Page 16
```

```
                          ShareListing.txt
            Joe Le Taxi (Vanessa Paradis).MP3|1865272
            Je Veux Vivre Au Pres De Toi.mp3|3041118
            Je T'aime (Saint Tropez).mp3|6361688
            Je Suis Parti (Christophe).mp3|2519862
            Je Sais Pas (Celine Dion).mp3|4244162
            Je Ne Veux Pas (Celine Dion).mp3|3870514
            Je Ne T'aime Plus (Christophe).mp3|2929772
            Je N'ai Pas Change (Julio Iglesias).mp3|3365544
            Je L'aimais (France Gall).mp3|4065676
            Je Crois Toi (Celine Dion).mp3|4866716
            Je Chanterai (Celine Dion).mp3|3990202
            Jammu Africa (Ismael Lo).mp3|4585390
            J'irais Ou Tu Iras (Celine Dion).mp3|3615730
            J'ecoute De La Musique Saoule.mp3|4029816
            J'atendais (Celine Dion).mp3|4759140
            J'ai Besoin De Vous (France Gall).mp3|5397570
            J'ai Besoin De Toi (Julio Iglesias).mp3|3108250
            J'ai Besoin D'un Peu D'Amour (Julio Iglesias).mp3|2858052
            Il Te Suffisait Que Je T'aime (Charles Aznavour).mp3|3006496
            Il Jouait Du Piano Debout (France Gall).mp3|4260408
            Hymne A L'amitie (Celine Dion).mp3|3822138
            Holiday (Michel Ponareff).mp3|3179980
            Histoire D'un Amour (Dalida).mp3|2963548
            Hello Mister Sam (Celine Dion).mp3|4035650
            Guantanamera (Nana).mp3|3045278
            Guan Tanamera.mp3|2789244
            Girofle GIrofla (Yves Montand).mp3|2005700
            Flash (Stephenia Monoca).mp3|3437676
            Fidele (Julio Iglesias).mp3|3076560
            Et Si Tu N'existais Pas (J.F Maurice).mp3|3292978
            Ensemble (Art Sullivan).mp3|3650774
            En Attendant Ses Pas (Celine Dion).mp3|3940986
            En Amour (Celine Dion).mp3|3130762
            Elle Etait Si Jolie (Alain Barriere).mp3|2813854
            Donna (Claude Francois).mp3|2526534
            Destin (Celine Dion).mp3|4011054
            Dans Un Autre Monde (Celine Dion).mp3|4430966
            Dans Le Soleil Et Dans Le Vent (Nana).mp3|3239606
            Coupable (Jean Francois MIchael).mp3|2706676
            Compagnon Disparu (Enrico Macias).mp3|3195812
            Compagnon (Enrico Macias).mp3|3154124
            Comme Toi (J.J.Goldman).mp3|4058170
            Chariot (Petula Clark).mp3|2483586
            Cezanne Peint (France Gall).mp3|4666992
            Capri C'est Fini (Herve Vilard).mp3|3453532
            Calypso (France Gall).mp3|2688334
            C'est Pour Vivre (Celine Dion).mp3|3866352
            C'est Ca La France (Marc Lavoine).mp3|3868436
            Butterfly (Danyel Gerard).mp3|3320502
            Besoin D'amour (France Gall).mp3|4496030
            Besame Mucho (Dalida).mp3|2704594
            Benjamin (Celine Dion).mp3|4433876
            Bebe Comme La Vie (France Gall).mp3|4188690
            Bambino (Dalida).mp3|3434344
            autorun.inf|57
            Au Jardin D'alice (Patrick Juvet).mp3|2790490
            Amor Tambien (France Gall).mp3|4264672
            Aline (Christophe).mp3|2735030
            Adieu Sois Heureuse (Art Sullivan).mp3|3429758
            Adieu Jolie Candy (Jean Francoise Hardy).mp3|3277136
            A Present Tu Peux T'en Aller (Richard Anthony).mp3|2557382
            28 A L'ombre (J.F.Maurice).mp3|3666604
License Backup
```

```
                              ShareListing.txt
               drmv2key.bak|312
               drmv1lic.bak|401
               drmv1key.bak|4348
       Windows media player
           Unknown Artist
               Unknown Album (7 12 2002 8 36 38 AM)
                       17 Track 17.wma|6309395
                       16 Track 16.wma|6166259
                       15 Track 15.wma|6667235
                       14 Track 14.wma|8456435
                       13 Track 13.wma|5548985
                       12 Track 12.wma|5718959
                       11 Track 11.wma|7830215
                       10 Track 10.wma|7275563
                       09 Track 9.wma|5459523
                       08 Track 8.wma|4922763
                       07 Track 7.wma|5352171
                       06 Track 6.wma|6184149
                       05 Track 5.wma|7042965
                       04 Track 4.wma|5119575
                       03 Track 3.wma|6488313
                       02 Track 2.wma|5056953
                       01 Track 1.wma|4913817
               Unknown Album (7 4 2002 4 10 55 PM)
                       Yeu dai kho.wma|5898199
                       track 2.wma|6506511
                       Nhe anh.wma|5075167
                       15 Track 15.wma|7043243
                       14 Track 14.wma|7517427
                       13 Track 13.wma|6962711
                       12 Track 12.wma|4905131
                       11 Track 11.wma|5155619
                       10 Track 10.wma|8241989
                       09 Track 9.wma|9521265
                       08 Track 8.wma|8769801
                       07 Track 7.wma|7553145
                       06 Track 6.wma|5218239
                       05 Track 5.wma|5665539
                       04 Track 4.wma|6587043
               Unknown Album (7 1 2002 7 41 35 AM)
                       Thumbs.db|7680
                       Desktop.ini|301

AlbumArt_{BDA2F604-22D5-43D3-B7AC-007402226BE4}_Large.jpg|9706
                       AlbumArtSmall.jpg|2638
                       18 Track 18.wma|5004067
                       17 Track 17.wma|5666055
                       16 Track 16.wma|5138185
                       15 Track 15.wma|3733663
                       14 Track 14.wma|4878871
                       13 Track 13.wma|5818089
                       12 Track 12.wma|5442349
                       11 Track 11.wma|3930547
                       10 Track 10.wma|5567593
                       09 Track 9.wma|4261475
                       08 Track 8.wma|6560599
                       07 Track 7.wma|7169001
                       06 Track 6.wma|6229595
                       05 Track 5.wma|5782295
                       04 Track 4.wma|7160059
                       03 Track 3.wma|5120357
                       02 Track 2.wma|5138263
                       01 Track 1.wma|7195845
                          Page 18
```

```
                        ShareListing.txt
            Unknown Album (11 14 2002 9 37 38 AM)
                    13 Track 13.wma|6126243
                    12 Track 12.wma|4196641
                    11 Track 11.wma|4573003
                    10 Track 10.wma|5283909
                    09 Track 9.wma|4967285
                    08 Track 8.wma|4578975
                    07 Track 7.wma|5271959
                    06 Track 6.wma|4955337
                    04 Track 4.wma|5003129
                    03 Track 3.wma|5361569
                    02 Track 2.wma|5074817
                    01 Track 1.wma|5248063
            Unknown Album (11 19 2002 3 08 56 PM)
                    Thumbs.db|7168
                    Desktop.ini|282

AlbumArt_{F3E18B1D-29B9-4858-B6B1-C424288F18AD}_Large.jpg|6503
                    AlbumArtSmall.jpg|1960
                    18 Asian dream [#].wma|3689485
                    17 Innocence.wma|4292961
                    16 Track 16.wma|1710087
                    15 Theme from Dying Young.wma|3402845
                    14 Don't Make Me Wait for Love.wma|4508117
                    13 Baby G [#].wma|4233241
                    12 By the Time This Night Is Over.wma|3038523
                    11 Havana.wma|3211661
                    10 Going Home.wma|2942839
                    09 You Send Me [#].wma|3850893
                    08 Loving You [#].wma|4758975
                    07 How Could an Angel Break My Heart.wma|3922639
                    06 The Moment.wma|4143575
                    05 Sentimental.wma|4555821
                    04 Every Time I Close My Eyes.wma|4860507
                    03 Forever in Love.wma|4179441
                    02 Silhouette.wma|3157865
                    01 Songbird.wma|4233181
            Unknown Album (7 10 2002 8 23 34 PM)
                    UK
                        YEUDAI~1.WMA|5898153
                        TRACK2~1.WMA|6506465
                        NHEANH~1.WMA|5075121
                        10TRAC~1.WMA|8241943
                        09TRAC~1.WMA|9521219
                        08TRAC~1.WMA|8769755
                        07TRAC~1.WMA|7553099
                        06TRAC~1.WMA|5218193
                        05TRAC~1.WMA|5191203
                        04TRAC~1.WMA|6586931
                    22 Track 22.wma|3044165
                    21 Track 21.wma|3679331
                    20 Track 20.wma|5128583
                    19 Track 19.wma|4108739
                    18 Track 18.wma|4046117
                    17 Track 17.wma|3509357
                    16 Track 16.wma|5370125
                    15 Track 15.wma|7535057
                    14 Track 14.wma|4108739
                    13 Track 13.wma|3079949
                    12 Track 12.wma|5128583
                    11 Track 11.wma|3679331
                    10 Track 10.wma|4046229
                    09 Track 9.wma|3348439
                        Page 19
```

```
                        ShareListing.txt
                  08 Track 8.wma|3348439
                  07 Track 7.wma|4046115
                  06 Track 6.wma|3509355
                  05 Track 5.wma|5191203
                  04 Track 4.wma|5388015
                  03 Track 3.wma|7535055
                  02 Track 2.wma|4108737
                  01 Track 1.wma|4520253
            Thumbs.db|6656
            Desktop.ini|302
    Unknown Album (5 10 2004 9 41 37 AM)
            21 Track 21.wma|1509977
            20 Track 20.wma|1807175
            19 Track 19.wma|1726121
            18 Track 18.wma|1756207
            17 Track 17.wma|1918249
            16 Track 16.wma|1594033
            15 Track 15.wma|1807175
            14 Track 14.wma|1479957
            13 Track 13.wma|1693099
            12 Track 12.wma|1458943
            11 Track 11.wma|2263479
            10 Track 10.wma|2428589
            09 Track 9.wma|1711109
            08 Track 8.wma|1750135
            07 Track 7.wma|1419915
            06 Track 6.wma|1053671
            05 Track 5.wma|1254805
            04 Track 4.wma|1876219
            03 Track 3.wma|1143731
            02 Track 2.wma|2053337
            01 Track 1.wma|1987293
english songs
      kazaa
            [Bang_Kieu]-Trai_Tim_khong_ngu_yen (1).mp3|3985624
            WYSYLM.mp3|5947461
            Without You.wma|4968010
            Winter Sonata- My Memory.mp3|4090150
            Winter Sonata - Don't Forget Me.mp3|3753984
            Whitney Houston - Saving All My Love For You.mp3|3805876
            Whitney Houston - I Will Always Love You.mp3|2147360
            What Do You Get When You Fall In Love.mp3|3207659
            Vicki Leandros - Tango D'amour.mp3|3485696
            Vanness Wu - Ai De Gan Jue (1).mp3|4507776
            Vanessa Williams - The Sweetest Days (1).mp3|3365157
            Vanessa Williams - Save The Best For Last.mp3|5290596
            utada hikaru jessa zaragoza - first love
(english).mp3|4206469
            Utada Hikaru - First Love.mp3|4125385
            Turtles - So Happy Together.mp3|2801546
            Trio Los Panchos - Quien Sera.mp3|3038273
            Trademark - Only Love.mp3|3909632
            TRADEMARK - MISS YOU FINALLY.mp3|3612912
            Trademark - I'll Be There For You
CyBeRwIz_M_J_...mp3|3888494
            Toybox - Witch Docter.mp3|2996352
            Toybox - Tarzan And Jane.mp3|3457176
            ToyBox - Superstar.mp3|3006380
            Toybox - I love you.mp3|3496646
            Toybox - Best Friend.mp3|3392540
            Toy Box - The sailor song.mp3|2965504
            Toxic.mp3|3275948
            Top Gun-Take My Breath Away.mp3|2642304
                        Page 20
```

```
                        ShareListing.txt
              Tommy Page - Shoulder To Cry On.mp3|3170599
              Tina Turner - Bond 007 Golden Eye.mp3|2964498
              theme - as time goes by casablanca.mp3|4231536
              The Last Waltz.mp3|2900602
              The Last Waltz - Max Bygraves.MP3|3258914
              the carpenters - THe End of the World.mp3|2949120
              the beatles - So Happy Together.mp3|3326336
              Temptations - You've Lost That Lovin' Feeling
(Original).mp3|3657944

              Tatu - All The Things She Said.mp3|3438592
              Tango Two Guitars.mp3|2738517
              Sydney Olympics - Nikki Webster - We'll be one.mp3|3461504
              str122.mp3|5388457
              soundtracks - you've lost that loving feelin.mp3|3629056
              Six Pence None The Richer - Don't Dream It's
Over.mp3|3968147

              Sheryl_Crow_-_Tommorow_Never_Dies.mp3|4618304
              Sherrie Austin - Never Been Kissed.mp3|3478331
              shakira - whatever whenever (english version).mp3|3997696
              Shakira - The One.mp3|3579112
              Shakira - Objection (Tango).mp3|4486795
              Samba - Jump In The Line - Klaus Hallen.mp3|3973120
              Ryan Adams - New York, New York.mp3|4553291
              Rod Stewart - Have I Told You Lately.mp3|3840593
              Petula Clark - Kiss Me Goodbye.mp3|3777524
              perry como - Feelings.mp3|2572714
              Patrick Normand - Feelings.mp3|4236508
              Original Broadway Cast - How I Know You.mp3|2484228
              Nirvana - sleep last night.mp3|4893312
              Nho em-Techno.asx|854495
              Never Been Kissed Soundtrack (REM) - At My Most
Beautiful.mp3|3002118

              MyTam DamVinh Hung - Nguoi Tinh Oi Mo Gi.mp3|5760441
              Mr. Big -  TO BE WITH YOU.mp3|4010368
              Moby - James Bond Theme.mp3|3277601
              Mob Hits - Dean Martin - Hey Mambo.mp3|2293760
              MLTR.mp3|5735619
              MLTR - Blue Night.mp3|3530752
              Michelle Branch - Are You Happy Now (2).mp3|3705543
              Michael Bolton & Kenny G - Missing You Now.mp3|4362240
              Me against the music - Breathe on me.mp3|810530
              Maybe Tonight.wma|5880512
              Mariah Carey - Never Too Far.mp3|3761760
              Mariah Carey - I Still Believe.mp3|3786002
              M2M - The Day You Went Away.mp3|3545984
              Luce - Good Day.mp3|3035011
              Love.mp3|3258368
              Led Zeppelin - Since I've been loving you.mp3|7075784
              Kopia av Toybox - Butterfly.mp3|2862496
              Keny G - Romantic Saxophone.mp3|4452330
              Kenny Loggins - Top Gun Soundtrack - Danger Zone -
01.mp3|2533415

              Kelly Rowland - Stole.mp3|2354806
              Keith Urban - Somebody Like You [Soundtrack
Remix].mp3|3708450

              KC and Jojo - All My Life.mp3|5293419
              Julio Iglesias - Feelings.mp3|3207552
              Judds - Wynonna Judd - To Be Loved By You.mp3|4722688
              JTL - A Better Day.mp3|3950934
              Josh Groban - to where you are.mp3|3810995
              Joe Satriani - Top Gun Theme.mp3|4008228
              jeremy jordan - never been kissed.mp3|3337787
              Javier Solis - Sombras.MP3|2846388
                        Page 21
```

```
                          ShareListing.txt
            Jason Mraz-The Remedy (studio).MP3|2054396
            I_Will_Carry_You.mp3|2281602
            Italian Shaft - Mambo italiano (club mix) (1).mp3|3906032
            I'll Be The One.mp3|3414016
            humble me-feels like home_norah jones.mp3|3891842
            how i know you.mp3|1544466
            Hong Nhung  Quang Vinh - Loi Cua Gio (streamload)
(1).mp3|2441216
            Hold Me For A While - Rednex.MP3|3101061
            Hay Noi Voi Em - My Tam & Bang Kieu.mp3|6332126
            Haddaway - What is Love.mp3|4338048
            Garbage - James Bond - The World Is Not Enough.mp3|5655668
            Fly Me To The Moon - Frank Sinatra - .mp3|2088960
            Fisher - L-O-V-E.mp3|2530829
            Eric Clapton - Wonderful Tonight.mp3|3505678
            Enia - Only Time.mp3|5226046
            Engelbert Humperdinck - Quando, Quando.mp3|3195008
            Eminem - Lose Yourself - No Skips Guaranteed - Please
Distribute - Nick.mp3|5306538
            Elton John - Sorry Seems To Be The Hardest Word.mp3|3685376
            Doris Day - Perhaps, Perhaps, Perhaps.mp3|2451584
            Doris Day - I'll Be Home for Christmas.mp3|2227086
            DIWALI RIDDIM - Sean Paul - Get Busy.mp3|3438516
            Dido - Thank You.mp3|3614989
            Diana Krall  - Cry Me a River - The Look of Love.mp3|4855100
            desktop.ini|319
            Dean Martin - Let it Snow.mp3|2900602
            Daniel Bedingfield - If Your Not the One.mov|52691783
            Daniel Bedingfield - If You're Not The One.asf|7794507
            Copy of Los Trios -Tango Azul.mp3|2433742
            Connie Francis - Domenico Modugno - Quando Quando
Quando.mp3|2359296
            clayaiken-dreamlover.mp3|2384960
            Clay Aiken - This Is The Night.mp3|3327211
            Clay Aiken - Tell Her About It.mp3|1958016
            Clay Aiken - I Could Not Ask For More (04-22-03).mp3|2392192
            Clay Aiken - Always and Forever (1).mp3|905718
            Citizen Jane - So Sad And Alone.mp3|3904992
            CHUD.mp3|4081664
            Christmas Songs-Vanessa Williams - I'll Be Home For
Christmas.mp3|3338368
            Christmas music - Kenny G.mp3|3910392
            Chantal Kreviazuk   Feels Like Home-Dawson's
Creek.mp3|3950464
            CCR - Who'll Stop The Rain.mp3|2390016
            Brooke Allison - Maybe Tonight.mp3|3901615
            broken vow (groban).mp3|4333879
            Britney Spears - Everytime (snl).mp3|3529969
            Boyzone - You needed me.mp3|3025188
            Bond - Explosive.mp3|3088384
            Bob Carlisle - Christmas Shoes .mp3|4325760
            Blue And Sudden.wma|2750264
            Blaque - Release Me.mp3|2947325
            Bic Runga - Sway.mp3|4213257
            Bf - Nsync - It's Gonna Be Me.mp3|4613008
            Bf - N'Sync - Bye Bye Bye.mp3|3215905
            Best of the Big 80s - Crowded House - Hey Now, Hey
Now.mp3|3767739
            Berlin - Take My Breath Away.mp3|4045009
            BeeGees_-02-_One.mp3|4460298
            Bed And Breakfast - If You Were Mine.mp3|3855296
            Beautiful Life.mp3|3096887
            Beatles - Oh Darlin'.mp3|3309568
                          Page 22
```

ShareListing.txt
Beach Boys - Wouldnt It Be Nice.mp3|4535952
Beach Boys - Don't Worry Baby.mp3|2693807
Beach Boys - Don't Worry Baby (1).mp3|3364072
Bang kieu - Anh se nho mai.mp3|5278848
Band Aid - Do They Know Its Christmas.mp3|4648090
Avril Lavigne - Let Go - 04 - I'm With You.MP3|3584223
Autumn In My Heart OST - Reason.mp3|4074024
Autumn In My Heart - Prayer (1).mp3|4517888
artist - Track 05.mp3|4563783
Andrea Bocelli Sara Brightman - Time to say

Goodbye.mp3|3458560

And I Love Her.mp3|2954016
Amiel - Lovesong.mp3|3317760
American Idol 2 audition - Clay Aiken - I'll Always Love You

Forever.mp3|743424

All I Have to Do is Dream.mp3|2289836

AlbumArt_{FB6EBF4A-4016-4B9E-8561-AD2FC6FFFAA7}_Small.jpg|2414

AlbumArt_{FB6EBF4A-4016-4B9E-8561-AD2FC6FFFAA7}_Large.jpg|10082

AlbumArt_{F0CE9EF1-49A3-4831-9598-9E6D2E789CCE}_Small.jpg|3258

AlbumArt_{F0CE9EF1-49A3-4831-9598-9E6D2E789CCE}_Large.jpg|11971

AlbumArt_{DE4B76F9-C21F-44C3-9ECE-FF5E458A2956}_Small.jpg|2254

AlbumArt_{DE4B76F9-C21F-44C3-9ECE-FF5E458A2956}_Large.jpg|8608

AlbumArt_{DA487763-32E3-426C-8E51-69A1D7A25748}_Large.jpg|7807

AlbumArt_{C3F814E8-9CF7-4E1D-8E82-210937EE31F3}_Small.jpg|2474

AlbumArt_{C3F814E8-9CF7-4E1D-8E82-210937EE31F3}_Large.jpg|10253

AlbumArt_{AB92F572-51D2-44A0-AD25-58D1A7A18FFE}_Small.jpg|1961

AlbumArt_{AB92F572-51D2-44A0-AD25-58D1A7A18FFE}_Large.jpg|6731

AlbumArt_{A8182B6E-9B46-425B-A1E5-31CDB977BAA3}_Small.jpg|3021

AlbumArt_{A8182B6E-9B46-425B-A1E5-31CDB977BAA3}_Large.jpg|12563

AlbumArt_{9E0A048A-1DA0-41A9-AC32-5ED983294EB9}_Small.jpg|2576

AlbumArt_{9E0A048A-1DA0-41A9-AC32-5ED983294EB9}_Large.jpg|9795

AlbumArt_{74F955BB-F87E-4DF1-9422-63A79C870A34}_Small.jpg|2773

AlbumArt_{74F955BB-F87E-4DF1-9422-63A79C870A34}_Large.jpg|9846

AlbumArt_{6F4EFA2A-E21A-4753-8051-F8319EEDAAD5}_Small.jpg|1956

AlbumArt_{6F4EFA2A-E21A-4753-8051-F8319EEDAAD5}_Large.jpg|6614

AlbumArt_{65BD60E8-3A1C-4F47-9C4A-C0E29E0F42F0}_Small.jpg|2892

AlbumArt_{65BD60E8-3A1C-4F47-9C4A-C0E29E0F42F0}_Large.jpg|11742

AlbumArt_{63E5CF3B-2F8C-463C-A973-06FCAEA0887B}_Small.jpg|1951

AlbumArt_{63E5CF3B-2F8C-463C-A973-06FCAEA0887B}_Large.jpg|7409

ShareListing.txt
AlbumArt_{3BEE0EE1-7BA4-4F20-962C-512AE20BAA6F}_Small.jpg|3124

AlbumArt_{3BEE0EE1-7BA4-4F20-962C-512AE20BAA6F}_Large.jpg|13672

AlbumArt_{37673AE3-6AE6-4BC6-B9A7-020E9C0B22F5}_Small.jpg|3053

AlbumArt_{37673AE3-6AE6-4BC6-B9A7-020E9C0B22F5}_Large.jpg|11408

AlbumArt_{2FEECCFF-60EC-4FF1-81B9-917BDFC14C22}_Small.jpg|2436

AlbumArt_{2FEECCFF-60EC-4FF1-81B9-917BDFC14C22}_Large.jpg|9315

AlbumArt_{17E408EE-F79F-47BF-A83B-C14E6E28383B}_Small.jpg|3342

AlbumArt_{17E408EE-F79F-47BF-A83B-C14E6E28383B}_Large.jpg|13894

AlbumArt_{14782C50-5C57-457C-9A72-B45E12F50BCE}_Small.jpg|2819

AlbumArt_{14782C50-5C57-457C-9A72-B45E12F50BCE}_Large.jpg|10399
                        AlbumArtSmall.jpg|2138
                        Aerosmith - I Don't Want To Miss A Thing.mpg|48082354
                        A better day (Instrumental).mp3|3983360
                        14-50_cent-21_questions_feat_nate_dogg-rns.mp3|3594159
                        10 - Die Another Day.mp3|3399118
                        1. Sunrise.wma|2046313

09-lonestar-my_front_porch_looking_in_(single_version)-xxl.mp3|5242832
                        08 - Britney Spears - Touch of My Hand.mp3|4154183
                        06 - Weight Of The World.mp3|5114322
                        04. Morris Albert - Feelings.mp3|3502593
                        04-Blue-Sorry Seems To Be The Hardest Word featuring Elton
John.MP3|5329247
                        02Korean Drama - Winter Sonata - Ryu - My Memory [Love
Song].mp3|4188387
                        02-Shakira-Underneath your clothes.mp3|4560896
                        02 Samba.mp3|5154816

01-black_eyed_peas_feat._justin_timberlake-where_is_the_love-cms.mp3|5465137
                        01 sunrise.mp3|4175789
                        (How to Lose a Guy in Ten Days) - Carly Simon - Your So
Vain.mp3|4133558
                        (How to Lose a Guy in Ten Days) - Beu Sisters - Catch Me If
You Can.mp3|3417320
                        (03) Clay Aiken - On The Wings Of Love.wma|2251647
                EMINEM
                        Eminem
                                encore
                                        Eminem - Encore (2004) - Rap
[www.torrentazos.com]
                                                www.torrentazos.com - The best web
of music torrents!.url|140
                                                eminem.jpg|8077

20-eminem-encore-curtains_down_(feat_dr_dre_and_50_cent)_(produced_by_dr_dre_and_mar
k_batson) - w.mp3|8364744
                                                19-eminem-final_thought_(skit) -
www.torrentazos.com.mp3|728003

18-eminem-one_shot_2_shot_(feat_d-12)_(produced_by_eminem) -
www.torrentazos.com.mp3|6401172

17-eminem-crazy_in_love_(produced_by_eminem) - www.torrentazos.com.mp3|5818745

```
                                ShareListing.txt
16-eminem-mockingbird_(produced_by_eminem) - www.torrentazos.com.mp3|6021247

15-eminem-spend_some_time_(feat_obie_trice_stat_quo_and_50_cent)_(produced_by_eminem
) - www.torre.mp3|7460698

14-eminem-ass_like_that_(produced_by_dr_dre_and_mike_elizondo) -
www.torrentazos.com.mp3|6374840

13-eminem-just_lose_it_(produced_by_dr_dre_and_mike_elizondo) -
www.torrentazos.com.mp3|5975814
                                        12-eminem-em_calls_paul_(skit) -
www.torrentazos.com.mp3|1725462

11-eminem-big_weenie_(produced_by_dr_dre) - www.torrentazos.com.mp3|6409322

10-eminem-rain_man_(produced_by_dr_dre) - www.torrentazos.com.mp3|7535931
                                        09-eminem-paul_(skit) -
www.torrentazos.com.mp3|774396

08-eminem-my_1st_single_(produced_by_eminem) - www.torrentazos.com.mp3|7271363
                                        07-eminem-puke_(produced_by_eminem)
- www.torrentazos.com.mp3|5951029

06-eminem-mosh_(produced_by_dr_dre_and_mark_batson) -
www.torrentazos.com.mp3|7631225

05-eminem-like_toy_soldiers_(produced_by_eminem) - www.torrentazos.com.mp3|7127794

04-eminem-yellow_brick_road_(produced_by_eminem)-rns.mp3|8313335

03-eminem-never_enough_(feat_50_cent_and_nate_dogg)_(produced_by_dr_dre_and_mike_eli
zondo) - www..mp3|3837619

02-eminem-evil_deeds_(produced_by_dr_dre) - www.torrentazos.com.mp3|6233152

01-eminem-curtains_up_(encore_version) - www.torrentazos.com.mp3|1127989
                            The Eminem Show
                                Thumbs.db|9728
                                Desktop.ini|345

AlbumArt_{8792034B-4220-4919-9A4E-0449829823FE}_Large.jpg|8211
                            AlbumArtSmall.jpg|2218
                            18 'Till I Collapse.wma|7189828
                            17 Say What You Say.wma|7485084
                            16 When the Music Stops.wma|6510008
                            15 Steve Berman (Skit).wma|829128
                            14 Hailie's Song.wma|7744434
                            13 Superman.wma|8451202
                            12 Sing for the Moment.wma|8209714
                            11 Paul Rosenberg [Skit].wma|569702
                            10 Without Me.wma|7010958
                            09 Drips.wma|6903562
                            08 Say Goodbye Hollywood.wma|6581500
                            07 Soldier.wma|5463192
                            06 The Kiss [Skit].wma|1857968
                            05 Square Dance.wma|7816022
                            04 Cleanin Out My Closet.wma|7180850
                            03 Business.wma|6089474
                            02 White America.wma|7833942
                            01 Curtains Up [Skit].wma|739638
                        Desktop.ini|346
            Good Charlotte
            The Story Of My Life  Live at CBGB 10-23-01new.mp3|2955264
                        Page 25
```

ShareListing.txt
The Story Of My Life  Live at CBGB 10-23-01.mp3|2959360
Good_Charlotte_-_The_Young_And_The_Hopeless_-_04_-_Wondering.mp3|3442688
Good Charlotte- My Bloody Valentine.mp3|3283767
Good Charlotte - Young & Hopeless - 01 - A New
Beginning.mp3|1794048
Good Charlotte - the young and the hopeless.mp3|3454976
on.mp3|3989504                  good charlotte - the young and the hopeless - 08 - hold
Girls.mp3|4392347               Good Charlotte - The Young And The Hopeless - 06 - Boys and
Man.mp3|2654208                 Good Charlotte - The Young And The Hopeless - 05 - My Old
Good Charlotte - Say anything.mp3|4231168
Good Charlotte - Lifestyles Of The Rich And
Famous.mp3|3057040
Good Charlotte - Lifestyles Of The Rich And Famous
(1).mp3|3057040
Good Charlotte - Emotionless.mp3|3940352
Good Charlotte - Day that I die.mp3|3303635
Good Charlotte - 14 - Moving On.mp3|3328000
Good Charlotte - 09 - Riot Girl.mp3|2248704
desktop.ini|295
AlbumArt_{6910987C-97F6-468B-99C6-43A2D29CB4DE}_Large.jpg|12394
AlbumArtSmall.jpg|3140
05_GoodCharlotte_LosAnthem.mp3|2779945
Various Artists
Rock Ballads Vol 3
New Folder
more than words.wma|8054173
Desktop.ini|247
Desktop.ini|248
Evanescense
ons groepeke 3.mp3|3008640
Evenscence - Away From Me.mp3|3375104
evenessence so close.mp3|1889595
Evenescence-WhereWillYouGo.mp3|3645440
EVENESCENCE-my immortal.wma|4258069
EVENESCENCE-Bring Me Back To Life.mp3|3839142
Evenescence - Surrender.mp3|3450508
Evenescence - Going Under.mp3|8599894
evenescence  My Last Breath.mp3|3960249
Evanesence - Fields Of Innocence.mp3|5019646
EVANESCENCE_FALLEN_MISSING.mp3|3311450
Evanescence-Wash It All Away.mp3|7093612
Evanescence - Silver Rain Fell.mp3|5519360
Evanescence - Never Was Never Will Be.mp3|2579610
Evanescence - I Believe In You.mp3|3489627
Evanescence - Hello.mp3|3526704
Evanescence - Everybody's Fool(1).mp3|3871015
Evanescence  - Fallen - Breathe No More (1).mp3|3684396
desktop.ini|337
AlbumArt_{64AEA83C-5229-487D-86C4-5284D77FC4F0}_Large.jpg|10312
AlbumArtSmall.jpg|2759
11 Evenescence - 11-Whisper.mp3|5130240
07-Evanescence - Fallen - Imaginary.mp3|3393078
07 imaginary.mp3|4121204
(05) Evenescence - Haunted.mp3|5289677
3 doors down
track19.mp3|3143906
Running Out Of Days.mp3|5069722
Page 26

ShareListing.txt
Nikki Webster - We'll be one (Sydney 2000 Close).mp3|3461504
desktop.ini|359

AlbumArt_{C212FF41-147D-402C-BAC5-1284F8B4C802}_Large.jpg|6108
AlbumArtSmall.jpg|1725
3 doors down = Away From The Sun.mp3|3741113
3 Doors Down - When I'm Gone.mp3|4980736
3 Doors Down - The Road I'm On.mp3|3838627
3 Doors Down - I Feel You.mp3|3600512
3 Doors Down - 09 - Changes - simplemp3s.mp3|5690443
12 [untitled Hidden Track].wma|2581054
11-Sarah Yellin'.mp3|3170432
10-3_Doors_Down-Going_Down_in_Flames-RNS.mp3|3362150
08-Dangerous Game.mp3|3454577
06 Here Without You (1).wma|3845855
04 Ticket to Heaven.wma|1681473
Daniel Bedingfield
[Daniel Beddingfield] Blown It Again.mp3|5197084
Thumbs.db|10240
dont love you like i do.mp3|3796707
desktop.ini|365
Daniel Bedingfield - Never Gonna Leave Your Side.mp3|3781502
Daniel Bedingfield - If You're Not The One.mp3|4152229
Daniel Bedingfield - i'm gonna get thru this funny
ending.mp3|2888515
Daniel Bedingfield - I Can't Read You.mp3|3938488
Daniel Bedingfield - Honest Questions.mp3|3436128
DANIEL BEDINGFIELD - gotta get thru this-Without The
Girl-best mp3.mp3|3642140
Daniel Bedingfield - Girlfriend.mp3|3081944
DANIEL BEDINGFIELD - FRIDAY.MP3|3375497
Daniel Bedingfield - 01 - James Dean (I Wanna Know)
(Single) James Dean (I Wanna Know).mp3|5335248
Daniel Beddingfield - Inflate my ego.mp3|4887999
Daniel Beddingfield - Gotta Get Through This (Jo Whiley Live
Lounge).mp3|2834304

AlbumArt_{F4DCFADB-38A4-4340-83F8-F472FC7907AC}_Large.jpg|9420
AlbumArtSmall.jpg|2290
04 Daniel Bedingfield - 04 - Right Girl.mp3|3768030
Avril Lavigne - Live Acoustic EP (2004) - Rock [www.torrentazos.com]
www.torrentazos.com - The best web of music
torrents!.url|140
avrillavigne_livea.jpg|3032
ABREME- OPEN ME.html|1042
06-avril_lavigne-nobodys_home -
www.torrentazos.com.mp3|5337847
05-avril_lavigne-take_me_away -
www.torrentazos.com.mp3|4248227
04-avril_lavigne-dont_tell_me -
www.torrentazos.com.mp3|5293961
03-avril_lavigne-sk8ter_boy -
www.torrentazos.com.mp3|5267295
02-avril_lavigne-my_happy_ending -
www.torrentazos.com.mp3|5728430
01-avril_lavigne-he_wasnt - www.torrentazos.com.mp3|4782379
clay Aiken
Clay Aiken - Bridge Over Troubled water
desktop.ini|314

AlbumArt_{F0649410-7377-4AA6-88BD-9556A92109A1}_Large.jpg|8893
AlbumArtSmall.jpg|2385
02. This is the Night.mp3|3394093
Page 27

```
                            ShareListing.txt
                     01. Bridge Over Troubled Water.mp3|3866260
              Clay Aiken - Measure of a Man
                     desktop.ini|287

AlbumArt_{1464E6CE-7F96-487C-8B5B-E8315DD16A78}_Large.jpg|8703
                     AlbumArtSmall.jpg|2430
                     12. Touch.mp3|3702838
                     11. Measure of a Man.mp3|3826136
                     10. Perfect Day.mp3|3728752
                     09. This Is he Night.mp3|3404531
                     08. I Survived You.mp3|3438688
                     07. Shine.mp3|4005441
                     06. Run to Me.mp3|3416536
                     05. No More Sad Songs.mp3|3872112
                     04. When You Say You Love Me.mp3|3968660
                     03. The Way.mp3|3948598
                     02. I Will Carry You.mp3|3605036
                     01. Invisible.mp3|3908474
              Tracked_by_Demonoid_com.txt|34
              desktop.ini|288
              CA-MoaM.jpg|19048
              CA-BOTW-TitN.jpg|21660
        norah Jones
              Come away with me
                     norah jones - Nora Jones.mp3|2894872
                     Norah Jones -  What Am I To You (Bonus).mp3|3899226
                     Nora Jones-Something is Calling You.mp3|2881261
                     Nora Jones - Seven Years.mp3|2359021
                     Nora Jones - Come Away with Me (1).mp3|3898977
                     Nora Jones - Butterflies  (1).mp3|5767168
                     desktop.ini|356
                     14 - Norah Jones - The Nearness Of You
(1).mp3|3761553

                     13 - nora jones-13-The Long Day Is Over.mp3|2639498
                     12 - Norah Jones - One flight down.mp3|4452352
                     11 - Nora Jones - Nightingale.mp3|6650737
                     10-Nora Jones - Painter Song.mp3|3244494
                     09 - I've Got To See You Again.mp3|4091958
                     08 - Norah Jones - Lonestar.mp3|2983230
                     07 - Nora Jones - Turn Me On.mp3|2210541
                     06 - Nora Jones - ShootTheMoon.mp3|3925276
                     05 - Nora Jones - Come Away with Me (1)
(1).mp3|2604050
                     04 - Nora Jones-04 Feelin' In The Same
Way.mp3|2872275
                     03 - Nora Jones - Cold Cold Heart (1).mp3|4356683
                     02 - Norah Jones - Seven Years (1).mp3|2498560
                     01 - Norah jones - don't know why.mp3|2673536
              Norah Jones - Carnival Town.mp3|4627356
              Nora Jones - Nearness Of You, The.mp3|2740524
              desktop.ini|357

AlbumArt_{D9788F8F-F633-4950-8B56-D35BC5E55593}_Small.jpg|1899

AlbumArt_{D9788F8F-F633-4950-8B56-D35BC5E55593}_Large.jpg|7083

AlbumArt_{3C8C7997-9178-4F2B-990C-05DBC10E0BD1}_Small.jpg|1647

AlbumArt_{3C8C7997-9178-4F2B-990C-05DBC10E0BD1}_Large.jpg|5158

AlbumArt_{039FDA74-793F-434C-98BB-302EFCCB6BB5}_Small.jpg|2144

AlbumArt_{039FDA74-793F-434C-98BB-302EFCCB6BB5}_Large.jpg|7550
```

```
                              ShareListing.txt
                    13 Don't Miss You At All.mp3|4490491
           License Backup
           Feel like home
                    Norah Jones
                         Feels Like Home
                              Thumbs.db|7168
                              desktop.ini|332

AlbumArt_{58888B1C-40D4-4881-9457-DF8F7DA8983D}_Large.jpg|19460
                              AlbumArtSmall.jpg|6257
                              14 Track 14.wma|6123527
                              13 Don'T Miss You At All.wma|4790399
                              12 The Prettiest Thing.wma|5738913
                              11 The Long Way Home.wma|4808319
                              10 Above Ground.wma|5542035
                              09 Humble Me.wma|6812623
                              08 Toes.wma|5604663
                              07 Creepin' In.wma|4584579
                              06 Be Here To Love Me.wma|5184115
                              05 In The Morning.wma|6114685
                              04 Carnival Town.wma|4772517
                              03 Those Sweet Words.wma|5032017
                              02 What Am I To You-.wma|5210947
                              01 Sunrise.wma|4987227
                         desktop.ini|333
                    License Backup
                         drmv2lic.bak|0
                         drmv2key.bak|488
                         drmv1lic.bak|1544
                         drmv1key.bak|4348
           Avril Lavigne - Under My Skin (2004) - Rock [www.torrentazos.com]
                    www.torrentazos.com - The best web of music
torrents!.url|140
                    Avril_under.jpg|5840
                    14 - Avril Lavigne - Nobodys Home (Live Acoustic Bonus
Track) - www.torrentazos.com.mp3|5243344
                    13 - Avril Lavigne - I Always Get What I Want (Bonus Track)
- www.torrentazos.com.mp3|3683520
                    12 - Avril Lavigne - Slipped Away -
www.torrentazos.com.mp3|5153064
                    11 - Avril Lavigne - Freak Out -
www.torrentazos.com.mp3|4642736
                    10 - Avril Lavigne - Fall To Pieces -
www.torrentazos.com.mp3|5012003
                    09 - Avril Lavigne - Who Knows -
www.torrentazos.com.mp3|5034573
                    08 - Avril Lavigne - Forgotten -
www.torrentazos.com.mp3|4740539
                    07 - Avril Lavigne - Nobodys Home -
www.torrentazos.com.mp3|5101028
                    06 - Avril Lavigne - My Happy Ending -
www.torrentazos.com.mp3|5821381
                    05 - Avril Lavigne - How Does It Feel -
www.torrentazos.com.mp3|5401959
                    04 - Avril Lavigne - He Wasnt -
www.torrentazos.com.mp3|4317982
                    03 - Avril Lavigne - Dont Tell Me -
www.torrentazos.com.mp3|4851507
                    02 - Avril Lavigne - Together -
www.torrentazos.com.mp3|4674710
                    01 - Avril Lavigne - Take Me Away -
www.torrentazos.com.mp3|4265946
           Elvis Presley
```

```
                    ShareListing.txt
         From the Heart
                    Desktop.ini|42
My Playlists
         record.wpl|3635
         record VN.wpl|3316
         Norah Jones.wpl|2213
         Norah Jones (1).wpl|2313
         New Playlist63.wpl|2995
         Daniel Bedingfield.wpl|2087
         9705.wpl|3004
         3 doors down.wpl|191
Đánh roi bên h? - Thu Phuong.asf|852230
[47966]White_Christmas___Piano.wma|1519097
[47946]White_Christmas.wma|906801
[46722]WhiteChristmas.wma|1939996
ZOMBIE (GRANBERRIES).MP3|2443516
YOU'RE MY HEART, YOU'RE MY SOUL (MODERN TALKING).MP3|2674188
You're My Everything - Santa Esmeralda.mp3|5399196
YOU'RE A WOMAN (BAD BOYS BLUE).MP3|1883784
YOU'LL NEVER KNOW (MICHEAL LEARNS TO ROCK).MP3|1732364
YOU SAID (BED - BREAKFAST).MP3|1896928
YOU CAN WIN IF YOU WANT (MODERN TALKING).MP3|1825960
YOU BE MINE (SANDRA & C.C.CATCH).MP3|2080800
YOU ARE NOT ALONE (MICHEAL JACKSON).MP3|2752184
Yesterday - The Beatles.mp3|2045492
WORDS WITHOUT MEANING (3T).MP3|1915192
WORDS (BOYZONE).MP3|1929962
Wonderful.mp3|4515059
Woman in love - Sissy Taylor.mp3|3730703
withoutme.wma|217819
WITHOUT YOU (MARIAH CAREY).MP3|1684314
WITH A LITTLE LOVE (MODERN TALKING).MP3|1716138
WIND OF CHANGE (SCORPIONS).MP3|2499882
Whole New World.avi|14245888
White Christmas.mp3|4087712
Where you are.mp3|4281270
WHERE DO YOU GO FROM HERE (VANESSA WILLIAMS).MP3|2032086
WHERE DO YOU GO (OCEAN DRIVE)#.MP3|3592504
WHERE DO YOU GO (NO MERCY).MP3|2159176
WHEN I NEED YOU (LEO SAYER).MP3|1990284
WHEN I DIE (NO MERCY).MP3|2106968
When a man love a woman - Percy Sledge .mp3|2863856
WHEEL OF FORTUNE (ACE OF BASE).MP3|1878584
Whatever Will Be Will - Be Snowmoon.mp3|2020832
WHAT'S UP (4 NON BIONDES).MP3|2305232
Wet Wet Wet - Love Is All Around.mp3|3331181
WE'VE GOT IT GOING ON (BACKSTREET BOYS).MP3|1739226
WE LOVE TO LOVE (MIX).MP3|1823880
WANNA BE (SPICE GIRLS).MP3|1357548
Wallpaper white Christmas.jpg|151432
WAITING FOR MAGIC (ACE OF BASE).MP3|1865274
VOULEZ-VOUS DANSER (ACE OF BASE).MP3|1597786
VOLUEZ VOUS (ABBACADABRA)#.MP3|1884200
VitaminC - Graduation.mp3|5473977
Unchained Melody.MP3|3643714
Unchained Melody - Righteous Brothers.mp3|3459448
Unchained melody - Leann Rimes.MP3|3680828
UNBREAK MY HEART (TONI BRAXTON).MP3|2150652
TWO FOR THE PRICE OF ONE (ABBA).MP3|1740470
TWILIGHT ZONE (Z UNLIMITED).MP3|1982832
Track03.MP3|3180671
Track 4.wma|1527901
Track 15.wma|1572933
```

Page 30

```
                              ShareListing.txt
                 Track 14.wma|1921165
                 Track 13.wma|1825101
                 Track 12.wma|2536575
                 Track 10.wma|1828103
                 TONIGHT SO COLD (GINA TURNER).MP3|1813270
                 TONIGHT I CELEBRATE MY LOVE FOR YOU.MP3|1662468
                 Tonight I Celebrate My Love - Peabo Bryson & Roberta
Fluck.mp3|3322775
                 TIME AFTER TIME (CYNDI LAUPER).MP3|1900012
                 TILL YOU DO ME RIGHT (AFTER SEVEN).MP3|2434776
                 TIAMO (GINA G).MP3|1378384
                 Thumbs.db|15360
                 THINK YOU THE ONE FOR ME (ALL 4 ONE).MP3|2579546
                 THINK TWICE (KIAH DANTE)#.MP3|1783734
                 THINK TWICE (CELINE DION).MP3|1996726
                 THESE ARMS (ALL 4 ONE).MP3|2341594
                 THE SIGN (ACE OF BASE).MP3|1532056
                 THE LADY IN RED (CHRIS DE BURGH).MP3|2060584
                 THE DAY WE FIND LOVE (911).MP3|1969104
                 THE DAY AFTER TOMORROW (TAKE THAT).MP3|2296874
                 THE COLOUR OF MY DREAM (B.G. PRINCE OF RAP).MP3|1895640
                 THE BEST THING IN MY LIFE (K.L.M)#.MP3|2155222
                 THE ACTOR (MICHEAL LEARNS TO ROCK).MP3|2213046
                 THAT'S WHY YOU GO AWAY (MICHEAL LEARNS TO ROCK).MP3|2018774
                 THAT WAS SHE SAID (BACKSTREET BOYS).MP3|1965320
                 THAT THING YOU DO (THE WONQERS).MP3|1307420
                 Thank_You_For_The_Music.mp3|3693362
                 TEQUELLA SUNRISE () F1.MP3|1454096
                 Tennesse Waltz - Patty Page.zip|9130020
                 Tennesse Waltz - Patty Page.mp3|2886426
                 TELL LAURA I LOVE HER.MP3|1482552
                 TAKE YOUR CHANCE (FUN FACTORY).MP3|1907914
                 TAKE A BOW (MADONNA).MP3|2526922
                 SUNNY (BONEY M).MP3|1788728
                 STAY ANOTHER DAY (EAST 17).MP3|2125690
                 STAR (BRYAN ADAMS).MP3|1725500
                 STAND BY ME (JAM TRONIK).MP3|2528380
                 Speak Softly love - The Godfather - Andy Williams.mp3|2962912
                 Speak Softly Love - Andy Williams.mp3|2818298
                 SOMEONE TO LOVE (FEATURING BABYFACE).MP3|2272746
                 SOMEDAY (MICHEAL LEARNS TO ROCK).MP3|1872138
                 SMOOTH OPERATOR (SADE).MP3|2063292
                 SLOW DANCING WITH THE MOON (DOLLY - PARTON)!.MP3|1659770
                 SLEEPING CHILD (MICHEAL LEARNS TO ROCK).MP3|1680774
                 Sealed with a kiss 2- Briah Hyland.mp3|1026056
                 Sealed With A Kiss - Brian Hyland.mp3|2590928
                 Sealed with a kiss - Briah Hyland.mp3|1026056
                 SEAL IT FOREVER (SANDRA).MP3|2269836
                 SE A VIDA E - THAT'S THE WAY  LIFE IS (PET SHOP BOYS).MP3|1872554
                 Scarborough Fair.mp3|3033547
                 Scarborough Fair - Canticle - Andy Williams.mp3|3562684
                 Sayonara - Gina T.mp3|3990256
                 SAY YOU'LL BE THERE (SPICE GIRL) F1.MP3|1879664
                 SAY YOU WILL (TOKYO SQUARES).MP3|1850506
                 SAID I LOVE YOU BUT I LIED (MICHEAL BOLTON).MP3|2423962
                 SACRIFICE (ELTON JOHN).MP3|2446424
                 s102607669ucphm.wax|202
                 RUN TO YOU (WHITNEY HOUSTON).MP3|2091370
                 RUN AWAY (MC SAR & THE REAL MCCOY).MP3|1879000
                 ROOM WITH A VIEW (TONI CAREY).MP3|1602360
                 Right Here Waitting.avi|14934016
                 Right here waiting for you - Richard Max.mp3|4265691
                 Rhythm Of The Rain - Cascade.mp3|2418311
                              Page 31
```

ShareListing.txt
R. Kelley- If I could turn back the hands of time.mp3|6056548
QUIT PLAYIN' GAMES WITH MY HEART (BACKSTREET BOYS).MP3|1860282
Que Sera Sera - Doris Day.mp3|1994501
QuandoQuandoQuando-EngelbertHumperdinck.ram|511268
PRETTY YOUNG GIRL (BAD BOYS BLUE).MP3|1694502
POWER OF LOVE (MARIAH CAREY).MP3|2695822
PLEASE FORGIVE ME (PHILIP HUY) VN.MP3|2700182
Patty Page - Changing Partners (1953).mp3|2906112
PAINT MY LOVE (MICHEAL LEARNS TO ROCK).MP3|1789566
Over And Over - D Fannel.mp3|3071582
ONLY LOVE IS REAL (VINA UYEN MI, LAM NHAT TIEN).MP3|1947224
ON AND ON AND ON (ABBA).MP3|1774372
OH BABY I... (ETERNAL).MP3|2635914
OBSSESSIONS (BEE GEES).MP3|2262972
Now and Forever.MP3|3434902
Now And Forever.avi|12015616
Nothing's gonna change my love for you - Geogre Benson.mp3|3910008
NOTHING GONNA CHANGE MY LOVE FOR YOU.MP3|1908950
NOONE IN BETWEEN IS (KENNY ROBERS).MP3|1979050
NEVER FIND SOME ONE LIKE YOU (KEITH MARTIN).MP3|2233642
Natural Woman - Simone.mp3|2819550
NAKED (LOUISE).MP3|1668508
NA NA HEY HEY (MAGIC VISION FEAT)#.MP3|2680428
MY MIND (ACE OF BASE).MP3|2009418
My love.mp3.mp3|3701346
My All - Mariah Carey.mp3|3686784
MORE THAN JUST ONE NIGHT (WORLDS APART).MP3|2034588
MORE THAN A FEELING (BOSTON).MP3|2270040
Moon River - Andy Williams.wpk|449504
Moon River - Andy Williams.mp3|2609319
MLTR . You took my heart away.mp3|4319865
MISSING YOU (BACKSTREET BOYS).MP3|2104470
MISERY (SOUL ASYLUM).MP3|2205564
Mi chico latino - Geri Halliwell.mp3|3117056
MEGA MIX = RIVER... DADDY... RASPUTIN.. (BONEY M).MP3|1821592
ME AND I (ABBA).MP3|2358230
ME & YOU & DOG NAME BOO (LOBO).MP3|1411000
MaxPayne2_Theme.zip|3454325
MaxPayne2_Theme.mp3|3491484
Martina Mcbride - My Valentine.mp3|3140920
maroon 5- She Will Be Loved.wma|2103887
MA BAKER (BONEY M).MP3|2257150
LOVER IN THE SAND (BAD BOYS BLUE).MP3|1753790
LOVE WILL NEVER LIE (MICHEAL LEARNS TO ROCK).MP3|1723004
Love Story.avi|11192320
Love Story - Andy Williams.mp3|3053191
LOVE IS NO CRIME (BAD BOYS BLUE).MP3|1712184
LOVE AIN'T HERE ANYMORE (TAKE THAT).MP3|1844684
Love Actually Soundtrack - 16 - Billy Mack - Christmas Is All
Around.mp3|5531236
Love Actually - 16 - Billy Mack - Christmas Is All
Around.mp3|5531236
LOOKING THROUGH PATIENT EYES (PM DAWN).MP3|1964944
LIKE A DIRGIN (MADONNA).MP3|1758156
Let's Twist Again - Chubby Checker.mp3|2239007
LET'S GROOVE (HOUSE CLUB MIX)#.MP3|2063908
Let the music heal your soul.mp3.MP3|3736122
Let It Be - The Beatles.mp3|3925472
LEMOND TREE (FOOL'S GARDEN).MP3|1530190
LAY DOWN BESIDE ME (BACK STREET BOYS)!.MP3|1931836
LAY ALL YOUR LOVE ON ME (ABBA).MP3|2200154
LADY IN BLACK (BAD BOYS BLUE).MP3|1818060
La Bomba - Ricky Martin.mp3|4445910

ShareListing.txt
KXmas_LastChristmas.wma|1666187
KNIFE.MP3|2445592
Kissme - SixPences None the Richers  .mp3|3189992
KISS YOU ALL OVER, BABY (BAD BOYS BLUE).MP3|2006922
Kiss from a rose.avi|14835712
KISS FROM A ROSE (SEAL).MP3|2292094
Killing Me Softly - Robert Flack.mp3|4585848
Kelly Clarkson - Breakaway.mp3|4256670
Kelly Clarkson - Breakaway .mp3|2684898
JustLoseIt_Eminem.wma|1517584
Journey - Foolish Heart.wma|1345214
JOHN_DENVER_THE_UNPLUGGED_COLLECTION-03-PERHAPS_LOVE.MP3|2562608
JOE LE TAXI (VANESSA PARADIS).MP3|1865272
JET AIRLINER (MODERN TALKING).MP3|2096778
JESUS TO A CHILD (GEORGE MICHEAL).MP3|3306918
JERK (KIM STOCKWOOD).MP3|2011500
JEANNY (RADIO HARD CLUB)#.MP3|2101566
I_LL_BE_HOME_FOR_CHRISTMAS_--_98.mp3|1986108
IT ONLY TAKES A MINUTE (TAKE THAT).MP3|1814312
INTRO - SPACEMAN (BABYLON ZOO).MP3|278254
INTRO - IN ANOTHER LIFE (NING BAIZURA).MP3|444426
INTRO - HEAD OVER HEELS (ABBA).MP3|224776
IN MY FANTASY (GINA T).MP3|1811024
Imagine_-_John_Lennon_-_Legend.mp3|4425958
IF YOU WERE MINE (BED & BREAKFAST).MP3|1878380
if you have my love.mp3|4255744
IF I NEVER KNEW YOU (JON SECADA).MP3|1960954
IF I DON'T HAVE YOU (BACKSTREET BOYS).MP3|2141500
IF (JOHN ALFORD)#.MP3|1151420
I'm gonna be around.mp3|4189470
I'LL REMEMBER YOU (ATALANTIS).MP3|2057878
I'LL NEVER BREAK YOU HEART (BACKSTREET BOYS).MP3|2197868
I'LL MAKE YOUR BED (DOLLY - PARTON)!.MP3|1547448
I'LL MAKE LOVE TO YOU (BOYZ II MEN).MP3|1892106
I WILL FOLLOW HIM.MP3|1134156
I WANT YOU (WET WET WET)!.MP3|2048108
I WANT TO KNOW WHAT LOVE IS (FOREIGNER).MP3|2398590
I WANNA HEAR YOUR HEART BEAT - SUNDAY GIRL (BAD BOYS
BLUE).MP3|1940156
I WANNA BE WITH YOU (BACKSTREET BOYS).MP3|1957418
I SWEAR (ALL 4 ONE).MP3|2051644
I NEED YOU (3T).MP3|1891068
I MISS YOU.MP3|2871372
I LOVE YOU, OK! (SY DAN).MP3|2224906
I FINALLY FOUND SOMEONE (BARBRA STREISAND & BRYAN ADAMS).MP3|1749004
I don't really want to know.DAT|46776620
I Don't Like To Sleep Alone - Paul Anka.mp3|3145142
I COULD NOT LOVE YOU MORE (BEE GEES).MP3|1806414
I CAN LOVE YOU LIKE THAT (ALL 4 ONE).MP3|2046646
HowCanINotLoveYou-JoyEnriquez.wma|1137989
HOW DEEP IS YOUR LOVE (TAKE THAT).MP3|1769174
HOW COME HOW LONG (BABYFACE).MP3|2529832
How can I tell her - Lobo.MP3|4046120
HOW AM I SUPPOSED TO LIVE WITHOUT YOU (MICHEAL BOLTON).MP3|2035000
HOTEL CALIFORNIA (EAGLES).MP3|3352058
HOT TO HANDLE (MICHEAL LEARNS TO ROCK).MP3|1635224
Hoobastank - Reason 346 (2).mp3|4711709
HEY LITTLE GIRL () F1.MP3|1880080
HERO (MARIAH CAREY).MP3|2047068
HELLO.MP3|1943274
HEAVEN (BRYAN ADAMS).MP3|1932876
HARD TO SAY I'M SORRY (CHICAGO).MP3|1837820
Happy New Year - ABBA.mp3|4227657

```
                          ShareListing.txt
            HAPPY EVER AFTER (BEE GEES)!.MP3|2872828
            Happy Birthday to you - New Kid On The Block.mp3|2730099
            GREENFIELD.MP3|2194514
            GRADUATION__FRIENDS_FOREVER.MP3|5441536
            Good bye - Air Supply.mp3|3905166
            GIMME GIMME YOUR LOVIN' - LITTLE LADY (BAD BOYS BLUE).MP3|1879420
            GET DOWN - YOU'RE THE ONE FOR ME (BACKSTREET BOYS).MP3|1855912
            GERONIMO'S CADILAC (MODERN TALKING).MP3|1581142
            Geri Halliwell 02 - Shake Your Bootie Cutie.mp3|3913641
            Geri Halliwell - Go Faster.mp3|3502126
            Geri Halliwell - Calling.mp3|4220928
            FOREVER.MP3|2591360
            FOREVER WITH YOU (PORTRAIT & JY PARK).MP3|2274828
            FOREVER LOVE (JAM TRONIK)#.MP3|1966780
            FOR YOU I WILL (MONICA).MP3|2350332
            flamego dance.wma|2149427
            FIVE HUNDRED MILES.MP3|1501066
            FINAL_FANTASY_VII.MP3|5455872
            FATHER FIGURE (GEORGE MICHEAL).MP3|2711000
            FANTASY (SY DAN).MP3|1797882
            FALLING IN LOVE (BED & BREAKFAST).MP3|1874010
            EXPERIENCE.MP3|2280232
            EVERYTIME YOU GO AWAY.MP3|2102604
            EVERYTHING I DO, I DO IT FOR YOU (BRIAL ADAMS).MP3|1988826
            EVERY TIME I CLOSE MY EYES (BACKSTREET BOYS).MP3|1877338
            Eternal Flame - Human Nature.mp3|3275964
            ETERNAL FLAME (RANGLES).MP3|1880874
            ESPECIALLY FOR YOU (KYLIE MINOGUE & JASON DONOVAN).MP3|2373836
            ERIC_CLAPTON___TEARS_IN_HEA.MP3|3168256
            Eric Clapton - Change the World.mp3|3777515
            Engelbert Humperdink - The Last Waltz_the Very Best Of Englebert
Humperdinck.mp3|3622912
            ENDLESS LOVE (LIONEL RICHIE & DIANO ROSS).MP3|2126730
            END OF THE ROAD (BOYZ II MEN).MP3|2035664
            Empty.mp3|3299300
            Eminem and DMX - Party Up vs. Real Slim Shady.mp3|5204472
            Elvis Presley - White Christmas.mp3|2316288
            Drop It Like Its Hot.mp3|4352867
            DREAM OF YOU (SELENA).MP3|2460816
            DREAM ABOUT YOU (ALL 4 ONE).MP3|2467638
            download.htm|90
            DON'T WALK AWAY, SUZANNE (BAD BOYS BLUE).MP3|1820134
            DON'T TURN AROUND (ACE OF BASE).MP3|1838646
            DON'T SPEAK (CLUBLESS)#.MP3|1830328
            DON'T KNOW MUCH (AARON NEVILLE & LIIVDA RONST HINDT).MP3|1706776
            DOCTOR FOR MY HEART (MODERN TALKING).MP3|1600904
            DO YOU REMEBER (PHIL COLLINS).MP3|2182056
            Do They Know It's Christmas.mp3|3602936
            DMX - Party Up.mp3|4396478
            desktop.ini|342
            Delilah - Tom Jones.mp3|3271784
            DDoYouKnowWhereYouAreGo.wma|1280052
            DARLIN'  (BACKSTREET BOYS).MP3|2643612
            DANSER IN A DAYDREAM (ACE OF BASE).MP3|1758154
            Cutting Crew - I just died in your arms.wma|1722098
            Crying_in_the_Rain.mp3|5180061
            CRAZY DREAM (MICHEAL LEARNS TO ROCK).MP3|1931834
            Cranberries - Twenty One.mp3|2254848
            Cranberries - Salvation.mp3|2267299
            Cranberries - Promises.mp3|5241336
            Cranberries - Let It Linger.mp3|4388058
            Cranberries - Just My Imagination.mp3|3188224
            Cranberries - Animals Insticnt .mp3|3384862
                          Page 34
```

```
                            ShareListing.txt
Country Music Stars - White Christmas.mp3|2098525
COMPLICATED HEART (MICHEAL LEARNS TO ROCK).MP3|2135884
COME BACK AND STAY (BAD BOYS BLUE).MP3|1968236
COLORS OF THE WORLD (VARRESSA WILLAMS).MP3|2157094
Color of the night.mp3|3776512
Christina Milian - When You Look At Me.mp3|3614734
CHERISH.MP3|2227612
CHERI CHERI LADY (MODERN TALKING).MP3|1820554
CHANGE THE WORLD (ERIC CLAPTON).MP3|1338410
Casablanca - Bertie Higgins.mp3|4439562
Careless whispers - wham.mp3|4770168
CANDLE IN THE WIND (ELTON JOHN).MP3|1827836
CAN'T FIGHT THIS FEELING (REO SPEEDWAGON).MP3|2334108
CAN YOU FEEL THE LOVE TO NIGHT (ELTON JOHN).MP3|1924972
BROTHER LOUIE (MODERN TALKING).MP3|1781452
BREATHE AGAIN (TONI BRAXTON).MP3|2153772
Breakaway-Kelly Clarkson.mp3|7676330
Boyzone- When All Is Said And Done.mp3|2624000
Boyzone- Together.mp3|3130880
Boyzone- So Good.mp3|2608640
Boyzone- She Moves Through The Fair.mp3|3820251
Boyzone- Oh Carol.mp3|3048228
Boyzone- Love Me For A Reason.mp3|3101988
Boyzone- Key To My Life.mp3|3183543
Boyzone- Isn't It A Wonder.mp3|3212068
Boyzone- If You Were Mine.mp3|3819520
Boyzone- I'll Be There.mp3|3142583
Boyzone- Father And Son.mp3|2652891
Boyzone- Coming Home Now.mp3|3208045
Boyzone- Can't Stop Me.mp3|2661668
Boyzone- Believe In Me.mp3|3200365
Boyzone- Arms Of Mary.mp3|2391040
Boyzone- A Different Beat.mp3|3812205
Boulevard - Dan Bryd.mp3|3861942
BLUE MOON (BAD BOYS BLUE).MP3|2167500
BECAUSE YOU LOVE ME () F1.MP3|2178144
BECAUSE I LOVE YOU.MP3|1546826
Bailamos - enrique iglesias.wma|1732223
BACK FOR GOOD (TAKE THAT).MP3|1912282
BABY BLUE (BAD BOYS BLUE).MP3|1824508
BABY (TAKE THAT).MP3|2361144
ATLANTIS IS CALLING - S.O.S. FOR LOVE (MODERN TALKING).MP3|1839066
AS LONG AS YOU LOVE ME (BACKSTREET BOYS).MP3|1742138
are you sure - the alisons.wma|518695
Aphrodite's Child-Rain and Tears.mp3|3125248
ANYWHERE FOR YOU (BACKSTREET BOYS).MP3|2243836
ANY MAN OF MINE (SHANIA TWAIN).MP3|1960742
ANOTHER DAY IN PARADISE (PHIL COLLINS).MP3|2570604
ALWAYS.MP3|2272332
AllYouNeedIsLove.wma|1289223
ALL OUT OF LOVE (AIR SUPPLY).MP3|1913736
AlbumArt_{FE477500-3A48-4792-85E5-39B70DC88299}_Small.jpg|2298
AlbumArt_{FE477500-3A48-4792-85E5-39B70DC88299}_Large.jpg|8478
AlbumArt_{EDA3C930-2305-43EE-AA04-1A33545FEA8A}_Small.jpg|1636
AlbumArt_{EDA3C930-2305-43EE-AA04-1A33545FEA8A}_Large.jpg|4633
AlbumArt_{E942BFE2-D1A5-4D0D-9BF1-BE03A437125B}_Small.jpg|2665
AlbumArt_{E942BFE2-D1A5-4D0D-9BF1-BE03A437125B}_Large.jpg|10514
AlbumArt_{DD65222D-F0DA-44B6-B5B7-F1C196783052}_Small.jpg|3281
AlbumArt_{DD65222D-F0DA-44B6-B5B7-F1C196783052}_Large.jpg|13680
AlbumArt_{D7858D82-D3FA-49C0-832B-E02014F69C37}_Small.jpg|2112
AlbumArt_{D7858D82-D3FA-49C0-832B-E02014F69C37}_Large.jpg|6784
AlbumArt_{CC8A5F0F-26EE-4882-8EB0-FB5D4692B467}_Small.jpg|2038
AlbumArt_{CC8A5F0F-26EE-4882-8EB0-FB5D4692B467}_Large.jpg|6014
```

```
                          ShareListing.txt
AlbumArt_{A60231CF-1EAE-42CE-AACD-7AFA582D1343}_Small.jpg|2499
AlbumArt_{A60231CF-1EAE-42CE-AACD-7AFA582D1343}_Large.jpg|9331
AlbumArt_{58F1AA2D-1050-4966-B338-DCA11CCF127A}_Small.jpg|1820
AlbumArt_{58F1AA2D-1050-4966-B338-DCA11CCF127A}_Large.jpg|6964
AlbumArt_{3BF3D63E-DABF-4235-A0F1-8CC6B6C29A45}_Small.jpg|1990
AlbumArt_{3BF3D63E-DABF-4235-A0F1-8CC6B6C29A45}_Large.jpg|7243
AlbumArt_{24A67C91-E1F1-4F11-AD62-8D53A4583E3B}_Large.jpg|7585
AlbumArt_{1DC0BD54-57E3-42FA-8722-9E4EE2BB2AAA}_Small.jpg|2333
AlbumArt_{1DC0BD54-57E3-42FA-8722-9E4EE2BB2AAA}_Large.jpg|9167
AlbumArt_{1DBCE58C-2F86-4B25-B524-8296683D6442}_Small.jpg|2206
AlbumArt_{1DBCE58C-2F86-4B25-B524-8296683D6442}_Large.jpg|8340
AlbumArt_{1BD7FA5F-4B6D-4D33-B16D-01B0AF72510A}_Small.jpg|2374
AlbumArt_{1BD7FA5F-4B6D-4D33-B16D-01B0AF72510A}_Large.jpg|9020
AlbumArt_{09D3D629-46D5-4D71-AA78-534E04819E1D}_Small.jpg|1987
AlbumArt_{09D3D629-46D5-4D71-AA78-534E04819E1D}_Large.jpg|7436
AlbumArt_{079614F7-2D0F-4271-A517-8A3F5A088C3A}_Small.jpg|2471
AlbumArt_{079614F7-2D0F-4271-A517-8A3F5A088C3A}_Large.jpg|8941
AlbumArtSmall.jpg|2242
AGAINST ALL ODDS (PHIL COLLINS).MP3|1352064
AGAIN (JANET JACKSON).MP3|1641466
A WORLD WITHOUT YOU (BAD BOYS BLUE).MP3|1733196
25 MINUTES (MICHEAL LEARNS TO ROCK).MP3|2048110
20-n.o.r.e.mp3|5669888
2 BECOMES 1 (SPICE GIRLS).MP3|1859968
19 James Bond Theme 44.mp3|3649536
17.wma|1426087
15 Are you lonesome tonight.wma|4476075
12 Promise me.wma|1790559
12 Fool rush.wma|4341863
12 - Aaliyah - I Can Be - Aaliyah.mp3|2158407
09 Over and Over.wma|4069389
08 - I dont want to be.mp3|3581953
03 Love Is All Around.mp3|3569560
010_Cranberries - I Really Hope.mp3|3575422
00Mario-Let Me Love You.wma|3982519
'74 - '75 (THE CONNELS).MP3|1098112
My Playlists
Tet.wpl|3427
Karaoke.wpl|187
dance music.wpl|390
chi ha.wpl|6258
Sample Music.lnk|542
Music Videos & More on LAUNCH.url|204
Internet Radio on LAUNCH.url|215
Desktop.ini|187
```

```
                                ShareListing.txt
my music
        vietnamese songs
                linh tinh
                        ì¯️í™"ì️️Œ️️ì•…–[007]_JAMES_BOND_THEME.MP3|4409179
                        ë"±ë ¤êµ°–ì²¨ë°€ë°€€(ì¯️Bí™"ost).mp3|3319274
                        ±âµµ_Á¤Àï¿µ.wma|1164850
                        Zambezi (Samba).mp3|2930688
                        young_justice_pao_sub.wma|1027262
                        young_justice_pao_2.wma|1072829
                        xyx_yw.wmv|10037586
                        ws-mtv1.wmv|4588174
                        WinterSonata-FromTheBeginningTillNow.wmv|7488470
                        WinterSonata-ForgeMeNot.wmv|6655488
                        WilliamHung2.wmv|3694376
                        Whenever.wma|3343556
                        wh.wmv|4270506
                        we_reality_love02.asf|1054686
                        vRq2oXCs8HxcBQWy.asf|984736
                        vi 1 nguoi ra di.wma|746487
                        Treasure Raiders (Tieu Thap Nhat Lang) - Dave
Wong.wma|692331
                        Tomber La Neige (D'Adamo).zip|6509206
                        Time After Time.mp3|3889946
                        Thuy Hu.wma|778595
                        Thi Tham Mua Xuan_2.mid|39609
                        The Mambo Kings - Beautiful Maria Of My Soul.mp3|4341760
                        thathu_2.wma|1508531
                        Terence Trent DÃ‚Â´Arby - Sign Your Name.mp3|84
                        tengo.MP3|3185021
                        statisti.pdf|578998
                        shebangshi.wmv|13913426
                        Secret Garden - Appasionata.mp3|4277360
                        S6.mp3|3664120
                        rumba.wma|1007845
                        Rumba - Abrazame.mp3|2225215
                        Ross Mitchell - Memory.mp3|2523724
                        ross michell   - Maria Bonita.mp3|2260033
                        romance.wma|831517
                        rejoice.wmv|4018386
                        R - Yo Naci Para Amarte - Dancelife.mp3|3864119
                        quayveloixua.wma|2642941
                        P1.WMV|1272168
                        ost_winteryg_14.wma|1166875
                        ost_winteryg_08.wma|959785
                        ost_winteryg_07.wma|1157671
                        ost_winteryg_06.wma|1104748
                        ost_winteryg_05.wma|1120088
                        ost_winteryg_02.wma|1035718
                        ost_winteryg_01.wma|1115592
                        nho anh - Thu Minh.wmv|9698516
                        nguongvong_2.wma|1244179
                        neverbereplaced.wma|344606
                        n7[1].asx|777818
                        n5[1].asx|626160

mod-wss1999-009-andrew_sinkinson-charlotte_jorgensen-tango.wmv|5420937
                        Mexico.mp3|5558197
                        Marc Anthony - One Shining Moment.mp3|4715058
                        Mantovani - Harlem Nocturne.mp3|2784821
                        lovingu_03.asf|1552922
                        Los Panchos & Eydie Gorme - Sabor a mi.mp3|2563917
                        loichuanoi.wma|1325182
                        Latin Jam - Sands Of Time - Pandora - samba.mp3|3334444
                                     Page 1
```

```
                        ShareListing.txt
            justice_pao_sub1.wma|1058428
            justice_pao.wma|648388
            Jealousy(Tango).wma|3152767
            Jamaica Farewell(Rumba).wma|5711935
            godong_ost_08.wma|1434055
            godong_ost_05.wma|620560
            godong_ost_03.wma|836368
            godong_ost_01.wma|307807
            Final Fantasy 9 - Melodies of Life (english).mp3|5636096
            fall_rtl.wma|1077236
            fall_reason.wma|1052178
            fall_ordine.wma|333841
            ETVh1.mov|2192952
            Dido-White_Flag.mp3|5343694
            desktop.ini|266
            demigod03_kushu.wma|1325786
            Delirio-Klaus Hallen-Tango-Ballroom.mp3|4068024
            consec_high.WMV|5654031
            Champions League Theme.wma|1458093
            Calling.mp3|3966024
            Blue Lagoon - World Of Our Own.wma|873661
            Black - Wonderfull life.mp3|4621758
            becauseimagirl_eng.wav|1831184
            beautiful02.wma|2514444
            Antonela_-_Tango_Of_Yesterday.mp3|3521561
            Anon - Cha Cha Cha.mp3|2716032

AlbumArt_{86A417DB-DD08-4466-AB03-609DD9A715CC}_Small.jpg|3248

AlbumArt_{86A417DB-DD08-4466-AB03-609DD9A715CC}_Large.jpg|11095

AlbumArt_{7329C7B2-854C-48A1-A52C-69B337D40B68}_Large.jpg|5952
            AlbumArtSmall.jpg|1696
            ACë³_-_ëª¨ë&¨î†¨í¸'-¯íž¨íš¸ë©"ë"¤ë¦¬_1.mp3|6770939
            8. NADINE TG 32.mp3|3737974
            7 - Easy Come Easy Go.wma|820768
            26 Studio Latin - Sway.mp3|3655214
            16 True Love.mp3|2851770
            14 Track 14.wma|1846143
            13 Track 13.wma|2269425
            12-james_last_orch-rosita_(ta32).mp3|5742592
            11 Track 11.wma|1879277
            10 Track 10.wma|2359485
            10 Things I Hate About You - Cant Take My Eyes Of
You.wma|834567
            09 Track 9.wma|1909183
            08 - Petra Nielsen - Tango Tango.mp3|4304896
            07 - Tango - Taifun.mp3|3848023
            06.- Te Quiero - Mestizzo.mp3|3760005
            06 Track 6_2.wma|1909183
            06 Track 6.wma|1909295
            06 - Tango Tango For Two.mp3|1765441
            05 C. NOVELLI    - Anarita - Tango 32 BPM.mp3|4715414
            03_Malando-Bahia Blanca.mp3|2760936
            02.asf|1058973
            01 Track 1.wma|1663019
            (¿µÊ-À½¾Ç)³»ÀÏÀ»ÇâÇØ½÷¶ó.mp3|2799200
            (Tango) - El Choclo.mp3|2558618
            (Samba) - Baila Casanova.mp3|4056712
            (Cha Cha Cha) - Amor.mp3|3354122
            %5B48656%5Dnguoidixamai.wma|4619223
        Ðánh roi bên h? - Thu Phuong.asf|852230
        [46941]Vanmaiyeuanh.wma|768104
                        Page 2
```

```
                         ShareListing.txt
[46913]LoiAnhHua.wma|5212272
[45851]lai_day_voi_anh_bang_kieu.wma|816681
[45660]BK_Tinh_Mai_Theo_Ta.wma|1298643
[45659]BK_thuhatchonguoi.wma|2220912
[45658]BK_Roi_Mai_Thuc_Giac.wma|1382536
[45657]BK_Nhu_Ngay_Voi_Dem.wma|1534714
[45655]BK_Nguyen_Uoc.wma|1721998
[45501]Haydenvoianh.wma|2612887
[44896]03_De_Toi_Lang_Nghe.wma|1033300
[44892]Dieu_hoang_duong_nhat.wma|1758193
[44607]HoaMiHotTrongMua_KL.wma|1883866
[44599]HayDenVoiAnh.wma|1594458
[43522]QuenDiHetDamMe_ThuyTien_BangKieu.wma|1458113
[43499]HatMuaVaNoiNho_BangKieu.wma|1571315
[43435]khuc_tam_ca_Mihn_Quan_Tuan_Hung_Tran_Tam.wma|2204341
[40459]Sinh_nhat_hong.wma|1495185
[38699]tinhYeuToiHat.wma|1517127
[37727]Bang_20Kieu_20__20Lo_20Yeu_20Em_20Roi_2_.wma|1549038
YOU - ANH (THU PHUONG) VN.MP3|2255692
YEU EM TU DO MAT TRAO (TO CHAN PHONG).MP3|1862362
YEU EM TRON DOI (ANH TU).MP3|2652138
YEU EM MAI MAI.(LAM TRUONG).mp3|2560018
YEU DAU () F1.MP3|1848256
Y Vu- BON MUA BON MAU (Khanh Dung).mp3|4271124
Xmas1.wma|1616107
XA NHAU TU DAY (ANH TU).MP3|1996316
XA EM KY NIEM (PHILIP HUY).MP3|1878584
Wham - Last Chirstmas.wma|1155904
Vo Duc Phan- CUNG MOT KIEP HOA (Anh Tuyet).mp3|5217802
Viyeu.wma|923275
view_7b4331b841fb75100a85c9df8266587849f44605.html.htm|16592
view_207580b2f101c10f420d98daa9ec384e7ff3cdcd.html.htm|12913
Viet - My Tam - Dau Yeu.mp3|4613102
Viet - Lam Truong & My Linh_Lo Lam.mp3|3725712
Vi Mot Nguoi Ra Di-UHP.mp3|4257024
vi 1 nguoi ra di.asx|702837
VET TINH SAU (ANH TU).MP3|1934742
VET DAU TRONG LINH HON (TO CHAN PHONG).MP3|2006506
vcd.wmv|8631068
VanhNho_TH.wma|1825981
vangtrangdemtroimyle.wma|1900072
Van nho.wma|1130313
VAN NHO (JIMMY NGUYEN).MP3|1724454
Van Cao- BUON TAN THU (Anh Tuyet).mp3|7076466
vaconmuatoimyle.wma|1863776
Va con mua toi - My Le.asx|863321
uweremine.wma|1104121
Ung hoang phuc - Toi khong tin.mp3|3341654
Ung Hoang Phuc - Nguoi Ta Noi (3).mp3|5003981
UHP-NgayKhongEm.wma|1149509
UHP-NeuTaConYeuNhau.wma|1202271
UHP-EmDenBenToi.wma|953779
UHP-ChiBietCamNin.wma|1202271
Txnh ¬i, xin ngñ yªn.mp3|5731837
TUONG PHUNG DUOI MUA (NGOC HUE).MP3|1839272
TUONG PHUNG DUOI MUA (ANH TU).MP3|1865272
Trung Anh-Lang lua lang hoa.mp3|12051854
trua_vang.wma|1223102
Tro lai pho cu - cam ly.mp3|5332323
Tro lai pho cu (2) - Minh tuyet.mp3|4707056
TRO CHOI [TON THAT LAP] (CAO DUY - HOANG KIM).MP3|1953048
Trinh Cong Son- Xin tra no nguoi.mp3|4553247
Trinh Cong Son- Toi oi dung tuyet vong.mp3|5214876
                            Page 3
```

```
                        ShareListing.txt
Trinh Cong Son- Ra dong giua ngo.mp3|4163709
Trinh Cong Son- Nhu tieng tho dai.mp3|4853342
Trinh Cong Son- Hom nay toi nghe.mp3|3819728
Trinh Cong Son- Hoa xuan ca.mp3|3479928
Trinh Cong Son- Em di bo mac con duong.mp3|4115226
Trinh Cong Son- Co mot ngay nhu the.mp3|4192966
Trinh Cong Son- Chiec la thu phai.mp3|3913769
Trinh Cong Son- Bong khong la bong.mp3|3120483
TRIEU DOA HOA HONG (DONHO).MP3|1700950
TRAI TIM MUA DONG (DONHO).MP3|1999644
TRAI TIM KHONG NGU YEN (THANH TUNG).MP3|1815766
Trai tim biet khoc -Jimmi Nguyen.WAV|41007166
Trai tim ben le- Bang Kieu.MP3|6962539
Track08.wma|1270800
Toi ngan nam doi (My Tam).mp3|5006340
toi di tim toi.asx|902460
Toc nau moi tram - My Tam.mp3|3397590
tm_bucthutinhdautien.wma|1307698
Tinhlocachxa.wmv|6986106
TinhCuDaQua.wma|2444765
TInh yeu trong lang - My Tam.asf|498019
tinh yeu tim thay.asx|672507
TINH YEU QUAY TRO LAI (JIMMY NGUYEN).MP3|2060376
Tinh yeu o lai - Hong Nhung.asx|957610
Tinh Yeu Dau Tien.mp3|3840498
Tinh xua nghia cu 4 (Jimmy  Nguyen).mp3|4295878
Tinh xua nghia cu 3  (Jonny Dung).mp3|4112002
Tinh xua nghia cu 2 [J.J.C Nguyen].mp3|3223301
Tinh xua nghia cu 1 [J.J.C Nguyen].mp3|3339911
Tinh xua nghia cu (5) - Quang linh.mp3|3312744
tinh xot xa thoi - My Tam.asf|738692
TINH XA (JIMMY NGUYEN).MP3|2182478
Tinh thoi xot xa- Hong Nhung.asx|637139
tinh tho-minh thuan.mp3|3569860
TINH THAM DUYEN QUE (MANH DINH & SON TUYEN).MP3|1944106
Tinh quay got.mp3|4494733
Tinh Phai -Lam Truong.WAV|55977646
TINH NONG (TO CHAN PHONG).MP3|2460366
Tinh nhu ngon nen (My Tam).mp3|4963512
TINH NHU LA BAY XA (JIMMY NGUYEN).MP3|1796008
TINH NGANG TRAI (NGOC HUONG).MP3|2763836
TINH MONG MANH (TO CHAN PHONG).MP3|2240920
Tinh mai xanh - My Tam.mp3|3650839
Tinh mai bo vo -Lam Truong.WAV|45753502
TINH LAM LO (NGOC LAN).MP3|2032086
tinh khuc vang.asx|816427
tinh khuc vang - Dang Truong.asf|816427
TINH EM TRAO ANH (NI NI, THUY VAN, VINA UYEN MI).MP3|2294378
tinh em mua xuan-lam truong.mp3|4991347
Tinh don phuong (4) - Lam truong.mp3|4215536
Tinh don phuong (4) - Bang kieu.mp3|4019095
Tinh don phuong (3) - Bang kieu.mp3|3987330
Tinh don phuong (2) - lam truong.mp3|4301217
Tinh don coi - nguyen phi hung.mp3|4388989
TINH DAU () F1.MP3|2145904
TINH DA PHAI (DONHO).MP3|1934328
TINH BUON DEM MUA (TO CHAN PHONG).MP3|2178108
Tinh ban - Ba con meo.asx|813430
Timanhtroiveem.wma|1161989
Tiecnuoi.wma|1125948
Thuy Dung-Ha noi mua thu.mp3|4082498
Thumbs.db|14336
THU VE EM (JIMMY NGUYEN).MP3|2084090
                          Page 4
```

```
                       ShareListing.txt
Thu Minh - Nho Anh.mp3|5631548
Thu Ha-Doi Thong.mp3|4340088
Thoi anh hay ve (Lam Truong & Thu Phuong)!s.mp3|1712397
ThienDuongMongManh.wma|876544
Thien Kim - Duong Ai Nay Di.mp3|3692672
thi tham mua xuan.wma|2786679
Thanh Phuong-Neu Biet Xa Em.mp3|3976045
Thanh Phuong-Diem xua.mp3|3657560
Terror_Squad_Lean_Back_Dirty.mp3|3489618
Tango.asf|651397
tanbaogiacmomyle.wma|1592570
TAN TRO (THANH HA).MP3|1763564
Tan bao giac mo - My Le.wma|1592570
TamBiet_KL.wma|1188760
Tam biet chim en [My Tam].mp3|4508909
Ta tro ve - Jimmi Nguyen.mp3|3889528
SAU TINH (NI NI, HA VY, UYEN MI).MP3|2009000
SAO VAN CON MUA ROI (THAO MY).MP3|2277740
SA MAC TINH YEU (KHANH HA).MP3|2317470
QUYNH HUONG (LAN ANH).MP3|1754828
Quang Ly-Em den tham anh mot chieu mua.mp3|5218638
QUAN CAFE VANG (TO CHAN PHONG).MP3|2416056
pqiueLvXtzDoshcF.asf|590015
phút b?i r?i.wma|4994303
phutgiaothualangle.wma|1317122
PHUONG YEU (LUU BICH).MP3|2176236
PHUONG HONG [VU HOANG] (CAO DUY).MP3|3280086
Phuong Dung-Hai chuyen tau dem.mp3|5009658
Phu Quang-Tinh khuc mong manh (Nha Phuong).mp3|4238524
Phu Quang-The roi (Thanh Long).mp3|4396512
Phu Quang-Noi nho mua dong (Hong Nhung).mp3|4090532
Phu Quang-Ngay mai (Le Dung).mp3|3371258
Phu Quang-Im lang dem Ha noi (Thanh Lam).mp3|5461856
Phu Quang-Giot thu buon (Bao yen).mp3|5256672
Phu Quang-Dieu gian di (Thu Ha).mp3|4056259
Phu Quang-Da khuc (Cam Van).mp3|5471085
Phu Quang-Chuyen binh thuong cuoi (My Linh).mp3|6113906
Phu Quang-Chieu dong Maxcova (My Linh).mp3|6079216
Phu Quang-Bang quo (Nha Phuong).mp3|4884688
Pho xa [Ao Trang].mp3|3779558
Pho hoa.mp3|2514200
Phieu du - Dan Truong.asx|1033856
Pham The My- TOC MAY (Dinh Van).mp3|4516048
NU_HON_VINH_BIET_04_-_EM_VE_NAO_CO1_HAY_-_NGOC_LAN.MP3|4479760
Nu hong mong manh - tu quyen.mp3|4266945
Nu hong hung ho.mp3|4965890
noi nho.asx|865547
Noi ay binh yen.mp3|4529841
Noi ay binh yen.mp3|4618866
Noel-Tinh nguoi ngoai dao (Elvis Phuong).mp3|4353897
Noel-Thanh pho Jerusalem (Luu Hong).mp3|4777569
Noel-Nua dem khan hua (Hang Nga).mp3|5872611
Noel-Nguyen cau ca (Linda TD).mp3|4165830
Noel-Mua hoa tuyet (Vu Khanh).mp3|5147865
Noel-Mua hoa tuyet (Manh Dan & M.Duy).mp3|4196271
Noel-Loi nguyen cau nua dem (Phuong Vu).mp3|6637806
Noel-Jingle bells (Kieu Nga).mp3|3831396
Noel-Hai mua Noel (Vu Khanh).mp3|5227512
Noel-Giang sinh ky niem (Manh Dan & M.Duy).mp3|5562363
Noel-Giang sinh ky niem (Elvis Phuong).mp3|4184595
Noel-Bong nho giao duong (Le Hang).mp3|5561946
Noel-Bai thanh ca buon (Elvis Phuong).mp3|4619109
NIEM_THUONG_NHO_(NGOC_LAN).MP3|2234060
```

```
                            ShareListing.txt
NIEM THUONG NHO (NGOC LAN).MP3|2234060
Niem dau - Lam truong.mp3|3317760
Nhu chua b?t d?u -  Thu Phuong.asf|818598
nhungmuadauyeu.wma|1022715
Nhung mua dau yeu - Dan Truong.asx|666125
NHUNG LOI DOI GIAN (ANH TU).MP3|1945770
NHUNG DOI HOA SIM (NHU QUYNH).MP3|3428604
NHUNG BUOI CHIEU VANG (TO CHAN PHONG).MP3|1982586
NHU VAT NANG (NHU QUYNH).MP3|1671418
Nho ve em [J.J.C Nguyen].mp3|4148316
NHO VE EM (JIMMY NGUYEN).MP3|2067452
NHO TA THI VE (NGOC LAN).MP3|2326822
Nho em.wma|1334973
Nho anh - Thu Minh.asx|1062100
Nhe anh [My Tam].wpk|676080
Nhe anh [My Tam].mp3|3925021
Nhat Trung- NGAY EM DI (Thanh Lam).mp3|5226997
Nhat Hao-Sai Lam Van La Anh.mp3|4455026
Nhat Hao-Dem Yeu Duong.mp3|4134452
NHAC_TINH_DEM_MUA_(NGOC_LAN).MP3|1425148
NHAC TINH DEM MUA (NGOC LAN).MP3|1425148
Nguyen Phi Hung - Loi Lam Da Qua.mp3|4535790
Nguoi ve cuoi pho [Cam Ly].mp3|4450011
NGUOI TINH MUA DONG (NHU QUYNH).MP3|2041246
Ngoc Son - Vang Trang Co Don.mp3|4523130
Ngoc Le-Phuong Thao-Con Gai.mp3|3741570
Ngoc Le-Phuong Thao-Chia Tay.mp3|4325041
Ngoc Le-Phuong Thao-Cafe Mot Minh.mp3|4403200
ngay xua oi.asx|731768
NGAN NAM VAN DOI (NGOC LAN).MP3|2769868
neuphaixanhau.wma|1301452
MyTam-Tinh Oi.mp3|4450139
MyTam - Van Vuong.mp3|6856366
MyTam - Hay Tha Thu Cho Em.MP3|4806656
My Tam - Tinh Van Chua Yen.mp3|5952958
My Tam - Tinh Lo Cach Xa.mp3|3978101
My Tam - Ngon Lua Trai Tim.mp3|3783366
My Tam - Co That Khong Anh (1).mp3|3919872
My Tam - Chieu cuoi nam.asx|790765
My Tam - Ban Mai Tinh Yeu.mp3|4044813
My Linh-Tro Ve Dong Song Tuoi Tho.mp3|5082801
My Linh-Toc Gio Thoi Bay.mp3|6178690
My Linh-Tia nang duoi mua.mp3|3400097
My Linh-Thi Tham Mua Xuan.mp3|5676721
My Linh-Ru doi di nhe.mp3|3819728
My Linh-Hoa Sua.mp3|5240372
My Linh-Ha Noi Dem Tro Gio.mp3|5602290
My Linh-Em di bo mac con duong.mp3|4764734
My Linh-Chieu xuan.mp3|4398184
My Linh, Ngoc Chau, Bang Kieu-Mat troi em diu.mp3|3886568
My Linh, Ngoc Chau, Bang Kieu-Bay vao ngay xanh.mp3|3786292
My Linh, Bang Kieu-Trai tim khong ngu yen.mp3|3966850
My Linh, Bang Kieu-Neu dieu do xay ra.mp3|4889704
My Linh, Bang Kieu-Khi anh yeu em.mp3|4252734
My Boo.wma|4608222
MUA TREN BIEN VANG (NHU QUYNH).MP3|2443934
MUA TREN BIEN VANG (NGOC LAN).MP3|2102188
Mua tinh yeu.mp3|4058767
MUA QUA PHO VANG (MANH DINH - NHU QUYNH).MP3|2705590
MUA NGAU (LAM THUY VAN).MP3|2749692
Mua buon.mp3|2469896
Mua - Dua Hau.asx|703524
Mot_lan_nua_thoi.mp3|3877373
                               Page 6
```

```
                        ShareListing.txt
motlanvamaimai.wmv|9951198
MOT THUO YEU NGUOI (TO CHAN PHONG).MP3|2179768
MOT MINH.mp3|6529068
MOT MINH TRONG CHIEU VANG (THAI HIEN).MP3|2147742
MOT MINH THOI (NHU QUYNH).MP3|1690134
mot lan va mai mai -MY TAM.asf|874281
MOT LAN MAI NHO (NGUYEN NGOC THIEN).MP3|2164382
MOT HINH DUNG (JIMMY NGUYEN).MP3|2066410
Mot dai kho mot Toi - Thu Phuong.mp3|3081142
Moi nguoi mot noi - UHP.asf|529075
minhquan-neuphaixanhau[1].asx|902658
MaiYeuEm_BK.wma|2196250
Mai yeu - My Tam.asf|827019
LUA CHON MOT VI SAO.MP3|3211564
LQ_ThoiDungChiemBao.wma|1744224
LQ_GiacMoCoThat.wma|1588215
Lose My Breath.mp3|3743338
loitotinhcuamuaxuan.wma|1340627
loi to tinh mua xuan.wma|2017745
LOI GOI CHAN MAY (TO CHAN PHONG).MP3|2158972
loi du tinh - Dan Truong.asx|789537
loadmusic8.cgi|686
loadmusic7.cgi|686
loadmusic6.cgi|669
loadmusic5.cgi|686
loadmusic4.cgi|686
loadmusic3.cgi|666
loadmusic2.cgi|686
loadmusic1.cgi|668
loadmusic.cgi|677
loadingnhacsi.cgi|653
loadingdata25.cgi|684
loadingdata24.cgi|682
loadingdata23.cgi|681
loadingdata22.cgi|683
loadingdata21.cgi|683
loadingdata2.cgi|681
loadingcasi.cgi|667
LINDA (JIMMY NGUYEN).MP3|2240090
Lil John - Lovers and Friends feat. Usher & Ludacris (0).wma|6268928
LIEU THUOC CHO TRAI TIM - LY HAI.mp3|3518764
LIEN KHUC BEIJIN 4 (TU DAI THIEN VUONG).MP3|5546458
LIEN KHUC BEIJIN 3 (TU DAI THIEN VUONG).MP3|6197288
LIEN KHUC BEIJIN 2 (TU DAI THIEN VUONG).MP3|8011882
LIEN KHUC BEIJIN 1 (TU DAI THIEN VUONG).MP3|4041784
Let's Go.mp3|5492454
LE QUyen - Ve be em.asf|601888
Le Quyen - Trang Chieu.asf|777682
Le Quyen - Tinh la the.asf|638219
Le Quyen - Tim em la cua anh.asf|647495
Le Quyen - Thu xa.asf|699286
Le Quyen - Thoi dung chiem bao.asf|748308
Le Quyen - quen mot cuoc tinh.asf|781224
Le Quyen - Phut giay hanh phuc.asf|753719
Le Quyen - Hay tra loi em.asf|920687
Le Quyen - Giac me co that.asf|681057
Last Goodbye ('Ù´Ó¶ó ½ºÅ«Àï').wma|705830
Lang quen chieu thu - Lam truong.mp3|5244551
lang nghe mua xuan ve.wma|2342087
Lam Truong-Yeu Em Mai Mai.mp3|6824855
Lam Truong-Vong Tay Nguoi Yeu.mp3|4800261
Lam Truong-Tinh Thoi Xot Xa.mp3|5667526
Lam Truong-Tinh La Nua Doi.mp3|4148244
```

```
                        ShareListing.txt
Lam Truong-Nguoi Yeu Hoi.mp3|4204251
Lam Truong-Nguoi Di Xa Mai.mp3|4353044
Lam Truong-Nao Ai Biet.mp3|6017358
Lam Truong-Khi Yeu.mp3|5524584
Lam Truong-Em Co Hieu Duoc Tinh Anh.mp3|3477420
Lam Truong - Mua.asx|742206
Lam Truong - Lo lam.asx|778973
Lam Hung - Phi Truong Biet Ly.wma|4425117
La Hoi- MUA XUAN VA TUOI TRE (Anh Tuyet).mp3|6485472
LA DIEU BONG (MANH DINH - NHU QUYNH).MP3|2470140
KY NIEM NAO VOI TAN (TO CHAN PHONG).MP3|2256314
Kiep_rong_buon_Dan_Truong.MP3|5049877
KIEPVE~1.MP3|3843412
Kiep rong buon - dan truong.mp3|3366661
kiep lu hanh.asx|669312
khung troi mo mong - My Tam.asf|801756
khuc yeu thuong - My Tam.asx|588092
KHUC NHAC BUON (TO CHAN PHONG).MP3|1981546
khuc giao thua lang le.wma|3194799
KHONG CON MUA THU.mp3|4764444
KHONG BAO GIO QUEN (NGOC LAN).MP3|2411276
Khoanhkhac_NT.wma|2591859
Khi c« ®¬n anh gäi tªn em.mp3|5443613
khanhlinh_thangtuve.wma|1786643
Khanh Ly-Tuong rang da quen.wma|2251185
Khanh Ly-Tuoi da buon.mp3|4875402
Khanh Ly-Tro ve cat bui.wma|1905953
Khanh Ly-Toi con yeu.MP3|4424724
Khanh Ly-Tinh xa.MP3|5172398
Khanh Ly-Tinh nho.MP3|5324612
Khanh Ly-Ta on.mp3|4495608
Khanh Ly-Sao danh xa em.MP3|4594860
Khanh Ly-Ru ta ngam ngui.MP3|5621086
Khanh Ly-Quynh huong.MP3|4133652
Khanh Ly-Nang thuy tinh.MP3|5477966
Khanh Ly-Mot ngay nhu moi ngay.mp3|6399632
Khanh Ly-Loi cua Khanh Ly.wma|600141
Khanh Ly-Im lang tho dai.wma|2602419
Khanh Ly-Ha trang.MP3|4355066
Khanh Ly-Diem xua.MP3|4763330
Khanh Ly-Cat bui.MP3|4711202
Khanh LY-Caminoto.mp3|4533140
Khanh Ly-Bien nho.MP3|5905070
Khanh Ly-Ben doi hiu quanh.MP3|3148310
khanh ly - uot mi.MP3|6559342
Khanh Linh - Qua tang trai tim.asf|599648
Just walk away.wma|2421441
JB_NightPrayer.wma|329702
INTRO - MOT NGAY KHONG GOI NHAU (NHU QUYNH).MP3|171738
Huy MC-Mèi txnh ®Çu.mp3|4031891
huongngoclan.wma|1467554
Hong Nhung-Nho Ve Ha Noi.mp3|5127907
Hong Nhung-Nho Mua Thu Ha Noi.mp3|4781419
Hong Nhung-Huong Ve Ha Noi.mp3|6127247
Hong Nhung-Ha Noi Mua Vang Con Mua.mp3|4982875
Hong Nhung-Em Oi Ha Noi Pho.mp3|5883995
hoithomuaxuan.wma|1472255
HOI NGUOI TINH (LAM THUY VAN).MP3|2409820
Hoang Nguyen-Cho Nguoi Tinh Lo.mp3|4590027
Hoang Dung-Nguoi Tinh Trong Mong.mp3|4574981
Hoai niem trang - Dan Truong.WAV|43620238
HOAI MONG () F1.MP3|2028800
Hoa sua (Thanh Lam).mp3|4257537
                        Page 8
```

ShareListing.txt
Hoa mi hot trong mua - Hong Nhung.asf|992833
HOA CAU VUON TRAU (THU HIEN).MP3|2311018
Hoa bang lang - Jimmy Nguyen.mp3|3254230
HE MUON [BANG KIEU].MP3|4091988
Hat cho nguoi o lai - My Tam.asf|933101
HANH PHUC NOI NAO (NGOC LAN).MP3|2125062
HANH PHUC DIU DANG (NGOC LAN).MP3|2052056
HA NOI, MUA VANG NHUNG CON MUA (CAM VAN).MP3|2311642
HA NOI DEM TRO GIO (MY LINH).MP3|3220600
Got hong.mp3|4615941
Goi doi mat nai.mp3|3619526
giot nang cuoi chieu-Ung hoang Phuc.asx|823181
Giot nang ben them .mp3|5240276
Giac mo tinh yeu - My Tam.asf|804909
gia bang - bang kieu.mp3|3915473
Em va toi (Thanh Lam).mp3|2306944
em oi mua xuan den roi do.wma|298001
em mo ve anh.asx|727023
Em dau biet (tg Truong Huy - cs Lam Truong).mp3|2022235
Em con nho hay em da quen(My Linh).mp3|5820310
DUNG XA EM DEM NAY (THAO MY).MP3|2686042
dung hoi vi sao - My Linh.asf|736606
Duc Chinh-Nho tuoi tho Ha noi.mp3|5364379
DT_MaiMaiMotTinhYeu.wma|2205365
DOng song sao.wma|3397657
Doi thay - Bang Kieu.WAV|41519902
DOI MAT EM (YEN KHOA).MP3|1897932
doi canh tinh yeu - my tam.MP3|3143055
DOA HOA DOI (TAM CA AO TRANG).MP3|2303740
DI VANG NHAT NHOA (LUU BICH & TO CHAN PHONG).MP3|1892310
DI TIM TINH YEU - WOMAN IN LOVE (KHANH HA).MP3|1786646
desktop.ini|267
DEM NAY EM THAY CO DON (LUU BICH).MP3|2260682
dem nay anh mo ve em.asx|743361
Dem co don.WAV|50608030
DANTRU~2 (1).MP3|4316230
dang em.MP3|4544018
Dan Truong - Yeu Trong Mong Mo.mp3|3118834
Dan Truong - Tinh menh mang.mp3|2554486
Dan Truong - BietKhucDoiCho.mp3|4678345
Dam Vinh Hung - Lac Mat Mua xuan.mp3|4175796
Dam Vinh Hung & Hong Ngoc - Vung Troi Binh Yen.mp3|5216514
d.htm|5651
Cuoc tinh trong mua.WAV|45673534
cu vui len di - Trio 666.asx|681420
CON YEU (LUU BICH).MP3|1860906
CON TIM THAT THA (TO CHAN PHONG).MP3|2205770
con ta voi nong nan - QD2|766152
Con ta voi nong nan - QD|769836
Con ta voi nong na.asf|777623
con mua mua dong.asx|850172
CON MUA HA (LAM NHAT TIEN).MP3|1540380
CON DUONG TINH (NGOC LAN).MP3|2253608
CO BE RANG KHENH (PHILIP HUY).MP3|1941818
co be mat nau - My Tam.asf|929938
CO BE DEO KINH CAN (JIMMY NGUYEN).MP3|1330922
CHUYEN NGAY XUA DO (JIMMY NGUYEN).MP3|2140876
CHUYEN HOA SIM (NHU QUYNH).MP3|2714954
Chuyen doa quynh huong - My Tam.mp3|4680278
Chot nghe buoc em ve.mp3|6050343
Cho tinh mai xa - Lam Truong.WAV|45614734
cho b?n cho tôi.wma|7848083
CHIEU NAY... () F1.MP3|1830784
Page 9

```
                        ShareListing.txt
        CHIEC LA MUA DONG (NGUYEN HUNG).MP3|2078680
        Chia tay hoang hon.mp3|5867277
        CHI TOI (MY LINH).MP3|2219914
        CHI CON MINH ANH (ANH TU).MP3|2048106
        Chan tinh [Van Truong].mp3|4889700
        Cay dan sinh vien [My Tam].mp3|4699115
        Canh Han-Co Gai Don Coi.mp3|5238700
        Cam Van-Pho mua.mp3|4314174
        BUOC_CHAN_LE_LOI_-_DAN_TRUONG.mp3|4484668
        bucthutinhdautientanminh.wma|1942865
        buc thu tinh dau tien - Tan Minh.asf|898508
        bonghongthuytinh.wma|698743
        bon mua va em - My Tam.asf|930183
        Bo ben la [Cam Ly].mp3|6703926
        BK_TraiTimBuiDuong.wma|2211987
        BK_MuaTrenNgayThangDo.wma|2665439
        binh minh tinh yeu - ly hai - hoang chau_.mp3|5098650
        Binh minh se mang em di [Dam vinh Hung].mp3|4662719
        Bao Chan- BEN EM LA BIEN RONG (Thu Phuong).mp3|4478432
        BangKieu_TinhDonPhuong.wma|1542455
        Ban tango tinh nhan.mp3|2833431
        Bai_tango_cho_em_(Khanh_Ly).mp3|4210802
        BaiHatChoAnh.wma|2088250
        Armik-MidnightBolero.wma|2372565
        Anh vEn biOt .mp3|5152021
        Anh Viet Thu- DONG AN GIANG (Anh Tuyet).mp3|4814889
        Anh Tuyet-Huong ve Ha noi.mp3|6088702
        Anh Tuyet Cao Minh-Nguoi Ha noi.mp3|13632785
        Anh se nho mai(Bang Kieu).mp3|5140028
        anh khong muon ra di - Ng Phi Hung.mp3|4793121
        Anh Duc-Loi Cu Ta Ve.mp3|5132120
        ANH CAN CO EM (TO CHAN PHONG).MP3|1860280
        1Mai mai mot tinh yeu.wmv|9670648
        14 Khuc yeu thuong.wma|1797603
        11 Ve chon thien duong.wma|2187997
        11 Ca`u vô`ng dêm mua.wma|6540861
        10 Ca`nh cung.wma|6827691
        09 Duong xua.wma|2292921
        09 Co? Mê`m.wma|6074713
        08 Tha`ng nga`y cho` mong.wma|5058843
        08 Hoa mi toc nau.wma|2160843
        07 Điê`u hoang duo`ng nhâ´t.wma|4544893
        06 Anh da~ kha´c xua.wma|5937283
        05 TInh em con mai.wma|2001739
        05 Nga`y cuô´i tuâ`n ru?c ro~.wma|5483137
        04 Điê`u ngo?t na`o nhâ´t.wma|5674355
        04 Hat voi dong song.wma|6873247
        03 Uoc gi.wma|2695183
        03 Bu´c thu ti`nh dâ`u tiên.wma|5196273
        02 Ngo dau tinh da quen.wma|2145911
        02 Ba`i ha´t cho em.wma|5375541
        01 Bu´c Thu Ti`nh Thu´ Hai.wma|5698267
        (Cha Cha Cha) - Tia Nang Duoi Mua.mp3|3372903
        %5B49382%5Dtukhicoem.wma|1644716
        %5B48850%5DBangKieu_Dotchutlakho.wma|1577113
        %5B48642%5Dnhungneoduongphusa.wma|5210861
        %5B48542%5DMyTam_GiacMoTinhYeu.wmv|5481798
        %5B48144%5DChiecLaCuoiCungDangKhoi_1.wmv|9726868
        %5B36116%5D09_Gia_bang.wma|1866244
        %5B35511%5DDuongdenngayvinhquang.wma|1669969
musique
        Kenny G
                kenny G most favour.wma|4779761
                        Page 10
```

```
                       ShareListing.txt
14 - We've saved the best for last.mp3|4184850
14 - The wedding song.mp3|3224176
13 - Remember.mp3|5638512
13 - Homeland.mp3|4359254
13 - Going home.mp3|4065676
12 - Sade.mp3|4169098
12 - Innocence.mp3|3822894
12 - A year ago.mp3|5064400
11 - Uncle Al.mp3|4400438
11 - Sister rose.mp3|5965950
11 - Northern lights.mp3|4772820
11 - Hi, How ya doin'.mp3|5377146
11 - Brahms lullaby.mp3|3130674
10 - You make me belive in love.mp3|5102250
10 - Songbird.mp3|10195160
10 - Home.mp3|4168270
10 - G-Bop.mp3|3970598
10 - Everytime I close my eyes.mp3|4775738
10 - Away in a manger.mp3|2548218
10 - Against doctor's orders.mp3|3983120
09 - Tribeca.mp3|6479270
09 - Silver bells.mp3|3807556
09 - Midnight motion.mp3|3974756
09 - Let go.mp3|5593570
09 - Gettin' on the step.mp3|4113126
09 - Even if my heart would break.mp3|4817120
09 - Esther.mp3|5175304
08 - Three of a kind.mp3|4568590
08 - The chanukah song.mp3|2411856
08 - Summer song.mp3|4417214
08 - Silhouette.mp3|4334228
08 - Morning.mp3|5061480
08 - Moonlight.mp3|5721078
08 - Help yourself to my love.mp3|4590174
08 - Esther.mp3|5380900
07 - What does it take (to win your love).mp3|3956016
07 - Sunset at noon.mp3|5028540
07 - Slip of the tongue.mp3|4674916
07 - Little drummer.mp3|3921398
07 - I've been missin' you.mp3|4122812
07 - Eastside jam.mp3|4900838
07 - Alone.mp3|5239124
07 - All in one night.mp3|5125268
06 - What does it take (to win your love).mp3|4780838
06 - We've saved the best for last.mp3|4126138
06 - Uncle Al.mp3|4403436
06 - The champion's theme.mp3|4183182
06 - Miracles.mp3|2435204
06 - I wanna be yours.mp3|4339238
06 - End of the night.mp3|5191162
06 - Don't make me wait for love.mp3|6912128
05 - That somebody was you.mp3|4759476
05 - Pastel.mp3|5514758
05 - I've been missin' you.mp3|4124064
05 - Home.mp3|5044378
05 - Greensleeves.mp3|3319244
05 - Do me right.mp3|4432646
05 - Champagne.mp3|4558570
05 - By the time this night is over.mp3|4564414
04 - Virgin island.mp3|3155360
04 - Silent night.mp3|3636156
04 - Sentimental.mp3|6306220
04 - Sade.mp3|4159504
                     Page 11
```

```
                           ShareListing.txt
       04 - Midnight motion.mp3|8039270
       04 - G Force.mp3|4778752
       04 - Always.mp3|5336604
       04 - Against doctor's orders.mp3|4568578
       03 - Tribeca.mp3|4475176
       03 - Silhouette.mp3|8816986
       03 - In the rain.mp3|4841720
       03 - I'll be alright.mp3|4005214
       03 - Have yourself a merry little christmas.mp3|3757096
       03 - Havana.mp3|7040048
       03 - Don't make me wait for love.mp3|4564824
       02 - White christmas.mp3|2885564
       02 - Tradewinds.mp3|3988112
       02 - Sade.mp3|5566884
       02 - Passages.mp3|5645600
       02 - Midnight motion.mp3|3961846
       02 - I've been missin' you.mp3|4113218
       02 - I can't tell you why.mp3|4038574
       02 - Forever in love.mp3|4780840
       01 - Winter wonderland.mp3|2907250
       01 - The moment.mp3|5775288
       01 - The joy of life.mp3|4162418
       01 - Songbird.mp3|4843798
       01 - Silhouette.mp3|5295418
       01 - Hi, How ya doin'.mp3|5395492
       01 - Going home.mp3|5283322
You Mean Everything to Me.mp3|1958765
Yesterday.mp3|4104621
Wonderfull Tonight.mp3|3733211
Wind Of Change.mp3|4564845
Will You Stll Love Me.mp3|3438445
Whistle - Yesterday once more.mp3|4000671
Whistle - Three carriages.mp3|2528619
Whistle - The night in Moscow.mp3|3408423
Whistle - Spanish girl.mp3|2976671
Whistle - Song of seashore.mp3|2400723
Whistle - Serenade TOSELI.mp3|2656514
Whistle - Serenade Shuber.mp3|3952606
Whistle - My sun.mp3|3024736
Whistle - Hungarian dace no.5.mp3|2222255
Whistle - Edlewise.mp3|4752579
Whistle - Cuckoo waltz.mp3|2720462
Whistle - Brahms lullaby.mp3|3008436
Whistle - Back to sulantor.mp3|3312710
Whistle - Aude lang syne.mp3|4016553
What a wonderful world.MP3|2012891
Waltz.mp3|3518346
Waltz els mol.MP3|3550792
Voices That Care.mp3|3935085
VICTOR~1.MP3|5332167
Unforgettable.mp3|3235840
Unchained Melody.mp3|3504396
Turkish Rondo.MP3|4815894
Tonight I Celebrate My Love For You.mp3|2898285
Thumbs.db|7680
Theme From 'Dying Young'.mp3|3392365
The swanlake...scene.MP3|10483899
The swanlake scene.MP3|2783836
The swan des pettis cycgnes.mp3|2730911
The moment.MP3|5077780
The four seasons.MP3|3442540
The first noel.MP3|4474288
The blue danube.mp3|10400462
                        Page 12
```

ShareListing.txt

The arrow.MP3|7215741
St Elmo's Fire.mp3|3507565
SPRING~1.MP3|4409313
Souvenirs D'enfance.mp3|2891712
SOUNDO~1.MP3|3897731
Sound of Silence.mp3|2253531
Songs bird.MP3|6296174
Somtimes When We Touch.mp3|4158902
Somewhere In Time.mp3|3001417
Solenzara.mp3|2257920
Smoke Get in Your Eyes.mp3|2268891
Slow dance.MP3|5881179
Serenade.MP3|4260904
Sentimental.MP3|6783949
Schubert's Serenade .mp3|4000118
Romeo & Julia.mp3|2269226
Romantic.mp3|5221199
Romance.mp3|4784222
Romance De Amour.mp3|2817097
Right here waiting for you.MP3|6466125
Release Me.mp3|4180114
Quiver.MP3|7027669
Psyche.MP3|6210153
Pour Une Jeune Fille .mp3|3632200
Pour Else.mp3|2356838
Polonaise.MP3|3171285
Polonaise .mp3|3146362
Pearly Shell.mp3|1907565
Nagekidori .mp3|4026900
My heart will go on.MP3|7025704
More Than Word Can Say.mp3|3214262
Moonlight.mp3|5202721
Moonlight sonate.MP3|5208000
Menvetddur.mp3|4065037
Menvet d dur.MP3|4122978
Mente.MP3|2919673
Mediterraneo.MP3|7510637
Maria Elena.mp3|2805760
March Turkish.MP3|3219350
Mante.mp3|2891407
Lovestory.mp3|3641313
Love Story.mp3|2118948
Le Dernier Rumba .mp3|3339264
LARAZA~1.MP3|3900239
Lara's Theme.mp3|2441468
Lapoloma.mp3|5044402
LAPLAY~1.MP3|4183615
La Vie En Rose.mp3|2558344
La Ragazza di Bube.mp3|2262674
La Playa.mp3|2444068
La Novia.mp3|2705920
L'ete Indien .mp3|3376378
L'amour Est Bleu.mp3|1764708
Juliette.MP3|5599036
JOHNNY~1.MP3|3606204
Johnny Guitar.mp3|2084205
In a persian Market.MP3|5546965
I'll Never Been To Me.mp3|2874880
I'll Be There.mp3|5153645
I will always love you.MP3|4903512
I Don't Like To Sleep Alone.mp3|2727497
Hungarian Dance.MP3|2237564
Humoresque.mp3|4274434

Page 13

```
                        ShareListing.txt
Humoresque ges dur.MP3|4295595
Home land.MP3|7105942
Histoire D'un Reve.mp3|2943738
Guitare-More.mp3|2473482
Guitar - Silent night.mp3|3015123
Guitar - Sakura.mp3|6977376
Guitar - Romeo and Julieya.mp3|3191920
Guitar - Romance anonimo.mp3|2404485
Guitar - Remember.mp3|3178963
Guitar - Recuerdos de la alhambra.mp3|3971414
Guitar - Quelques notes our anna.mp3|3347819
Guitar - Ojos de Espana.mp3|4577872
Guitar - Marina.mp3|2872181
Guitar - Guantanamera.mp3|2975417
Guitar - Green sleeves.mp3|3715623
Guitar - Granada.mp3|3479058
Guitar - For elise.mp3|2438757
Guitar - Etude in minor.mp3|2755570
Guitar - Concierto de areanjuez.mp3|3846444
Guitar - Carman.mp3|2776050
Guitar - Annie's song.mp3|2139499
Guitar - Air on string.mp3|2108570
Going home.MP3|6540860
GODFAT~1.MP3|3322201
Godfather.mp3|1923291
Give a Little Time To You Love.mp3|3453214
From The Distant.mp3|3825005
Forever in love.MP3|7860450
For Elise.MP3|2809332
FEELING.MP3|5969764
Everything I Do.mp3|4545097
Eros.MP3|6994885
Elise .mp3|2739206
Dying young.MP3|6160532
DREAMING.MP3|3565002
Don't Wanna Lose You.mp3|2641920
Divertimento .mp3|3654102
Dieu Tristesse.MP3|4769979
desktop.ini|342
Danses des pettis cycnes.MP3|1590981
Danses des pettis cycgnes.mp3|1524681
Daniel.mp3|3276434
CITYIN~1.MP3|4218097
Carino.MP3|5115594
Blues Noin.mp3|4252525
Bird's poetry-The summer knows.mp3|2842321
Bird's poetry-Summertime.mp3|2828068
Bird's poetry-Summertime in Venice.mp3|2156247
Bird's poetry-Strangers in the night.mp3|2744305
Bird's poetry-Stranger in Paradise.mp3|3416126
Bird's poetry-Some enchanted-evening.mp3|2996286
Bird's poetry-La Ragazza di bube.mp3|3570098
Bird's poetry-La Playa.mp3|2870123
Bird's poetry-Fascination.mp3|2282048
Bird's poetry-Charade.mp3|2142350
Bird's poetry-Arrivederci Roma.mp3|3290331
Baby Elephant Walk.mp3|2391771
AVEMAR~1.MP3|4700211
Ave Maria.MP3|2792614
Auld Lang Syne.MP3|7192551
Aranjuez Mon Amour.mp3|2686902
Always.MP3|3561501
AlbumArt_{B7F5F631-4B86-404C-8015-2055C5FF9BA5}_Large.jpg|8625
                        Page 14
```

ShareListing.txt

AlbumArtSmall.jpg|2352
Acoustics - Zigeuner Weisen.mp3|4173288
Acoustics - Voyage A Venice.mp3|2796948
Acoustics - Triste Coeur.mp3|2808233
Acoustics - Traumerei.mp3|2488077
Acoustics - Thais.mp3|8205340
Acoustics - Swan.mp3|2787335
Acoustics - Souvirs D Enface.mp3|2789425
Acoustics - Sernade.mp3|3190666
Acoustics - Romantic America.mp3|2615136
Acoustics - Parlez-Moi D Amour.mp3|3467355
Acoustics - Nostalgy.mp3|2879286
Acoustics - Murmures.mp3|3227864
Acoustics - Menuet.mp3|4254790
Acoustics - Locean.mp3|2682846
Acoustics - Liebeslied.mp3|3384181
Acoustics - Liebefrend.mp3|3573935
Acoustics - Letter a Ma Mere.mp3|2685771
Acoustics - Les Fleurs Savanges.mp3|3285125
Acoustics - Jet.mp3|3481148
Acoustics - IL YA.mp3|2717954
Acoustics - Humoresque.mp3|3237895
Acoustics - From adistance.mp3|3596504
Acoustics - Eleana.mp3|3548021
Acoustics - Dolannes Melody.mp3|3386271
Acoustics - Desperado.mp3|4016135
Acoustics - Couleur Tendresse.mp3|3528377
Acoustics - Comme Amour.mp3|3181471
Acoustics - Clair De Lune.mp3|4642656
Acoustics - Carman Fantasy.mp3|5580975
Acoustics - Ballade Pour Adeline.mp3|3227446
Acoustics - Ave Maria.mp3|4145285
Acoustics - Amour Pour Amour.mp3|3325249
Acoustics - Aïr on G String.mp3|5152148
A Comm Amour.mp3|3231686
French songs
Zora Sourit (Celine Dion).mp3|3694130
Ziggy, Un Garcon Pas Comme Les Autres (Celine Dion).mp3|4845048
Vole (Celine Dion).mp3|3870510
Vois (Julio Iglesias).mp3|4803352
Viens M'embrasser (Julio Iglesias).mp3|3397230
Une Nuit De Carnaval (Julio Iglesias).mp3|2762976
Une Femme Amoureuse (Mireille Mathieu).mp3|4012724
Un Roman D'amitie .mp3|4182858
Un Portrait De Normal Rockwell (Eddy Michell).mp3|4024568
Trop Jeune A Dix-sept Ans (Celine Dion).mp3|3678692
Trois Heures Vingt (Celine Dion).mp3|4629448
Tout L'amour (Dalida).mp3|1724220
Tous Les Garcons Et Les Filles (Francoise Hardy).mp3|3028186
Tous Les Blues Sont Ecrits Pour Toi (Celine Dion).mp3|4603196
Ton Meilleur Ami (Francoise Hardy).mp3|2065746
Tomber La Neige (D'Adamo).mp3|2843456
Terre (Celine Dion).mp3|4107376
Sur Le Meme Bateau (Celine Dion ).mp3|4241230
Souriez Madame (Julio Iglesias).mp3|3379306
Solenzara (Enrico Macias).mp3|3812154
Soleil Soleil (Nana Mouskouri).mp3|2968144
Si Maman Si (France Gall).mp3|4330466
Si L'amour Existe Encore (J.F.M).mp3|3324258
Sentimental (Julio Iglesias).mp3|3764194
Samba Mambo (Frances Gall).mp3|2471910
S'il Suffisait D'aimer (Celine Dion).mp3|3423492
Rien Qu'une Larme (Mike Brant).mp3|3265458

ShareListing.txt
Revoir (Art Sullivan).mp3|3119924
Resiste (France Gall).mp3|4244156
Remember.mp3|3521084
Regardes-moi (Celine Dion) .mp3|3664510
Qui Saura (Mike Brant).mp3|3247948
Quelque Chose Dans Mon Coeur (Elsa).mp3|3285050
Quand Tu N'est Plus La (Julio Iglesias).mp3|3399314
Quand Revient La Nuit (Johnny Hallyday).mp3|2441048
Quand On A Que L'amour (Celine Dion).mp3|4489754
Priere Paienne (Celine Dion).mp3|4719112
Pour Te Dire Je T'aime (Dalida).mp3|4143636
Pour Que Tu M'aimes Encore (Celine Dion).mp3|4949306
Poupee De Cire, Poupee De Son (France Gall) .mp3|2435216
Plus Haut (France Gall).mp3|4514360
Plus D'ete (France Gall).mp3|3499382
Pauvres Diables (Julio Iglesias).mp3|2877652
Paul Et Virgine (Celine Dion).mp3|3678692
Paroles (Dalida & Alain Delon).mp3|4089442
Paris Tu M'a Pris Dans Tes Bras (Enrico Macias).mp3|2752966
Papillon (Celine Dion).mp3|3843820
Ou Est Passe Ma Bohem (Julio Iglesias).mp3|3718736
On Ne Change Pas (Celine Dion).mp3|3974264
Oh Mon Amour (Christophe).mp3|2721276
Nostalgie (Julio Iglesias).mp3|3674540
Non Je Ne Regrette Rien (Edit Piaf).mp3|2256320
Nema Parle Plus D'amour (Julio Iglesias).mp3|3685378
Ne T'en Vas Pas Je T'aime (Julio Iglesias).mp3|2380174
Ne Me Quitte Pas (Jacques) .mp3|3681624
Ne Me Plaignez Pas (Celine Dion).mp3|3530656
N'avoue Jamais (Guy Marde).mp3|2745048
Mon Mec A Moi (Patricias Kass).mp3|4074844
Mon Amie M'a Quittee (Celine Dion).mp3|2847620
Main Dans La Main (Christophe).mp3|2877652
Magic Boulevard.mp3|3834662
Ma Chance Et Ma Chanson (Julio Iglesias).mp3|4086536
Love Me Please Love Me (Michel Polnaeff).mp3|4166184
Les Prenoms De Paris (Jacques Brel).mp3|2534876
Les Neiges Du KIlimandjaro (P.Danel) .mp3|3343026
Les Derniers Seront Les Premiers (Celine Dion & JJ.
Goldman.mp3|3617402
Les Chemins De Traverse (Francis Cabrel).mp3|2996078
Les Chemins De Ma Maison.mp3|4061100
Le Train Qui S'en Va (Helene).mp3|3702062
Le Temps Est Assasin (Veronique Sanson & I Muvrini).mp3|5040610
Le Temps De L'amour (Francoise Hardy).mp3|4020648
Le Premier Bonheur Du Jour (J.F Maurice).mp3|2693754
Le Monde Est Fou, Le Monde Est Beau (Julio Iglesias).mp3|2904338
La Viox Du Bon Dieu (Celine Dion).mp3|3099058
La Vie En Rose (Dalida).mp3|4247918
La Plus Belle Pour Aller Dancer (Sylvie Vartan).mp3|2549470
La Plage Aux Romantiques P. Daniel).mp3|3898046
La Panoma (Nana Mouskouri).mp3|4111138
La Nuit (Adamo).mp3|2999000
La Maritzta (Sylvie Vartan) .mp3|3574034
La Maladie D'amour (Michel Sardou).mp3|3366142
La Dodo La Do (Celine Dion).mp3|2893914
L'ete Indien (Joe Dassin).mp3|4337152
L'aventura (Stone & Charden).mp3|3369704
L'amour C'est Pour Rien (Enrico Macias).mp3|3066550
L'amour A La Plage (Nagara).mp3|3129932
L'abandon (Celine Dion ).mp3|4264594
Juste Qqn De Bien (Enzo Enzo).mp3|3940988
Jour De Neigne (Elsa).mp3|3865522

```
                         ShareListing.txt
Joe Le Taxi (Vanessa Paradis).MP3|1865272
Je Veux Vivre Au Pres De Toi.mp3|3041118
Je T'aime (Saint Tropez).mp3|6361688
Je Suis Parti (Christophe).mp3|2519862
Je Sais Pas (Celine Dion).mp3|4244162
Je Ne Veux Pas (Celine Dion).mp3|3870514
Je Ne T'aime Plus (Christophe).mp3|2929772
Je N'ai Pas Change (Julio Iglesias).mp3|3365544
Je L'aimais (France Gall).mp3|4065676
Je Crois Toi (Celine Dion).mp3|4866716
Je Chanterai (Celine Dion).mp3|3990202
Jammu Africa (Ismael Lo).mp3|4585390
J'irais Ou Tu Iras (Celine Dion).mp3|3615730
J'ecoute De La Musique Saoule.mp3|4029816
J'atendais (Celine Dion).mp3|4759140
J'ai Besoin De Vous (France Gall).mp3|5397570
J'ai Besoin De Toi (Julio Iglesias).mp3|3108250
J'ai Besoin D'un Peu D'Amour (Julio Iglesias).mp3|2858052
Il Te Suffisait Que Je T'aime (Charles Aznavour).mp3|3006496
Il Jouait Du Piano Debout (France Gall).mp3|4260408
Hymne A L'amitie (Celine Dion).mp3|3822138
Holiday (Michel Ponareff).mp3|3179980
Histoire D'un Amour (Dalida).mp3|2963548
Hello Mister Sam (Celine Dion).mp3|4035650
Guantanamera (Nana).mp3|3045278
Guan Tanamera.mp3|2789244
Girofle GIrofla (Yves Montand).mp3|2005700
Flash (Stephenia Monoca).mp3|3437676
Fidele (Julio Iglesias).mp3|3076560
Et Si Tu N'existais Pas (J.F Maurice).mp3|3292978
Ensemble (Art Sullivan).mp3|3650774
En Attendant Ses Pas (Celine Dion).mp3|3940986
En Amour (Celine Dion).mp3|3130762
Elle Etait Si Jolie (Alain Barriere).mp3|2813854
Donna (Claude Francois).mp3|2526534
Destin (Celine Dion).mp3|4011054
Dans Un Autre Monde (Celine Dion).mp3|4430966
Dans Le Soleil Et Dans Le Vent (Nana).mp3|3239606
Coupable (Jean Francois MIchael).mp3|2706676
Compagnon Disparu (Enrico Macias).mp3|3195812
Compagnon (Enrico Macias).mp3|3154124
Comme Toi (J.J.Goldman).mp3|4058170
Chariot (Petula Clark).mp3|2483586
Cezanne Peint (France Gall).mp3|4666992
Capri C'est Fini (Herve Vilard).mp3|3453532
Calypso (France Gall).mp3|2688334
C'est Pour Vivre (Celine Dion).mp3|3866352
C'est Ca La France (Marc Lavoine).mp3|3868436
Butterfly (Danyel Gerard).mp3|3320502
Besoin D'amour (France Gall).mp3|4496030
Besame Mucho (Dalida).mp3|2704594
Benjamin (Celine Dion).mp3|4433876
Bebe Comme La Vie (France Gall).mp3|4188690
Bambino (Dalida).mp3|3434344
autorun.inf|57
Au Jardin D'alice (Patrick Juvet).mp3|2790490
Amor Tambien (France Gall).mp3|4264672
Aline (Christophe).mp3|2735030
Adieu Sois Heureuse (Art Sullivan).mp3|3429758
Adieu Jolie Candy (Jean Francoise Hardy).mp3|3277136
A Present Tu Peux T'en Aller (Richard Anthony).mp3|2557382
28 A L'ombre (J.F.Maurice).mp3|3666604
```
License Backup

ShareListing.txt

```
                drmv2key.bak|312
                drmv1lic.bak|401
                drmv1key.bak|4348
        Windows media player
            Unknown Artist
                Unknown Album (7 12 2002 8 36 38 AM)
                    17 Track 17.wma|6309395
                    16 Track 16.wma|6166259
                    15 Track 15.wma|6667235
                    14 Track 14.wma|8456435
                    13 Track 13.wma|5548985
                    12 Track 12.wma|5718959
                    11 Track 11.wma|7830215
                    10 Track 10.wma|7275563
                    09 Track 9.wma|5459523
                    08 Track 8.wma|4922763
                    07 Track 7.wma|5352171
                    06 Track 6.wma|6184149
                    05 Track 5.wma|7042965
                    04 Track 4.wma|5119575
                    03 Track 3.wma|6488313
                    02 Track 2.wma|5056953
                    01 Track 1.wma|4913817
                Unknown Album (7 4 2002 4 10 55 PM)
                    Yeu dai kho.wma|5898199
                    track 2.wma|6506511
                    Nhe anh.wma|5075167
                    15 Track 15.wma|7043243
                    14 Track 14.wma|7517427
                    13 Track 13.wma|6962711
                    12 Track 12.wma|4905131
                    11 Track 11.wma|5155619
                    10 Track 10.wma|8241989
                    09 Track 9.wma|9521265
                    08 Track 8.wma|8769801
                    07 Track 7.wma|7553145
                    06 Track 6.wma|5218239
                    05 Track 5.wma|5665539
                    04 Track 4.wma|6587043
                Unknown Album (7 1 2002 7 41 35 AM)
                    Thumbs.db|7680
                    Desktop.ini|301
AlbumArt_{BDA2F604-22D5-43D3-B7AC-007402226BE4}_Large.jpg|9706
                    AlbumArtSmall.jpg|2638
                    18 Track 18.wma|5004067
                    17 Track 17.wma|5666055
                    16 Track 16.wma|5138185
                    15 Track 15.wma|3733663
                    14 Track 14.wma|4878871
                    13 Track 13.wma|5818089
                    12 Track 12.wma|5442349
                    11 Track 11.wma|3930547
                    10 Track 10.wma|5567593
                    09 Track 9.wma|4261475
                    08 Track 8.wma|6560599
                    07 Track 7.wma|7169001
                    06 Track 6.wma|6229595
                    05 Track 5.wma|5782295
                    04 Track 4.wma|7160059
                    03 Track 3.wma|5120357
                    02 Track 2.wma|5138263
                    01 Track 1.wma|7195845
                        Page 18
```

```
                        ShareListing.txt
         Unknown Album (11 14 2002 9 37 38 AM)
                 13 Track 13.wma|6126243
                 12 Track 12.wma|4196641
                 11 Track 11.wma|4573003
                 10 Track 10.wma|5283909
                 09 Track 9.wma|4967285
                 08 Track 8.wma|4578975
                 07 Track 7.wma|5271959
                 06 Track 6.wma|4955337
                 04 Track 4.wma|5003129
                 03 Track 3.wma|5361569
                 02 Track 2.wma|5074817
                 01 Track 1.wma|5248063
         Unknown Album (11 19 2002 3 08 56 PM)
                 Thumbs.db|7168
                 Desktop.ini|282

AlbumArt_{F3E18B1D-29B9-4858-B6B1-C424288F18AD}_Large.jpg|6503
                 AlbumArtSmall.jpg|1960
                 18 Asian dream [#].wma|3689485
                 17 Innocence.wma|4292961
                 16 Track 16.wma|1710087
                 15 Theme from Dying Young.wma|3402845
                 14 Don't Make Me Wait for Love.wma|4508117
                 13 Baby G [#].wma|4233241
                 12 By the Time This Night Is Over.wma|3038523
                 11 Havana.wma|3211661
                 10 Going Home.wma|2942839
                 09 You Send Me [#].wma|3850893
                 08 Loving You [#].wma|4758975
                 07 How Could an Angel Break My Heart.wma|3922639
                 06 The Moment.wma|4143575
                 05 Sentimental.wma|4555821
                 04 Every Time I Close My Eyes.wma|4860507
                 03 Forever in Love.wma|4179441
                 02 Silhouette.wma|3157865
                 01 Songbird.wma|4233181
         Unknown Album (7 10 2002 8 23 34 PM)
                 UK
                     YEUDAI~1.WMA|5898153
                     TRACK2~1.WMA|6506465
                     NHEANH~1.WMA|5075121
                     10TRAC~1.WMA|8241943
                     09TRAC~1.WMA|9521219
                     08TRAC~1.WMA|8769755
                     07TRAC~1.WMA|7553099
                     06TRAC~1.WMA|5218193
                     05TRAC~1.WMA|5191203
                     04TRAC~1.WMA|6586931
                 22 Track 22.wma|3044165
                 21 Track 21.wma|3679331
                 20 Track 20.wma|5128583
                 19 Track 19.wma|4108739
                 18 Track 18.wma|4046117
                 17 Track 17.wma|3509357
                 16 Track 16.wma|5370125
                 15 Track 15.wma|7535057
                 14 Track 14.wma|4108739
                 13 Track 13.wma|3079949
                 12 Track 12.wma|5128583
                 11 Track 11.wma|3679331
                 10 Track 10.wma|4046229
                 09 Track 9.wma|3348439
                        Page 19
```

```
                        ShareListing.txt
                08 Track 8.wma|3348439
                07 Track 7.wma|4046115
                06 Track 6.wma|3509355
                05 Track 5.wma|5191203
                04 Track 4.wma|5388015
                03 Track 3.wma|7535055
                02 Track 2.wma|4108737
                01 Track 1.wma|4520253
        Thumbs.db|6656
        Desktop.ini|302
    Unknown Album (5 10 2004 9 41 37 AM)
                21 Track 21.wma|1509977
                20 Track 20.wma|1807175
                19 Track 19.wma|1726121
                18 Track 18.wma|1756207
                17 Track 17.wma|1918249
                16 Track 16.wma|1594033
                15 Track 15.wma|1807175
                14 Track 14.wma|1479957
                13 Track 13.wma|1693099
                12 Track 12.wma|1458943
                11 Track 11.wma|2263479
                10 Track 10.wma|2428589
                09 Track 9.wma|1711109
                08 Track 8.wma|1750135
                07 Track 7.wma|1419915
                06 Track 6.wma|1053671
                05 Track 5.wma|1254805
                04 Track 4.wma|1876219
                03 Track 3.wma|1143731
                02 Track 2.wma|2053337
                01 Track 1.wma|1987293
    english songs
        kazaa
                [Bang_Kieu]-Trai_Tim_khong_ngu_yen (1).mp3|3985624
                WYSYLM.mp3|5947461
                Without You.wma|4968010
                Winter Sonata- My Memory.mp3|4090150
                Winter Sonata - Don't Forget Me.mp3|3753984
                Whitney Houston - Saving All My Love For You.mp3|3805876
                Whitney Houston - I Will Always Love You.mp3|2147360
                What Do You Get When You Fall In Love.mp3|3207659
                Vicki Leandros - Tango D'amour.mp3|3485696
                Vanness Wu - Ai De Gan Jue (1).mp3|4507776
                Vanessa Williams - The Sweetest Days (1).mp3|3365157
                Vanessa Williams - Save The Best For Last.mp3|5290596
                utada hikaru jessa zaragoza - first love
(english).mp3|4206469
                Utada Hikaru - First Love.mp3|4125385
                Turtles - So Happy Together.mp3|2801546
                Trio Los Panchos - Quien Sera.mp3|3038273
                Trademark - Only Love.mp3|3909632
                TRADEMARK - MISS YOU FINALLY.mp3|3612912
                Trademark - I'll Be There For You
CyBeRwIz_M_J_...mp3|3888494
                Toybox - Witch Docter.mp3|2996352
                Toybox - Tarzan And Jane.mp3|3457176
                ToyBox - Superstar.mp3|3006380
                Toybox - I love you.mp3|3496646
                Toybox - Best Friend.mp3|3392540
                Toy Box - The sailor song.mp3|2965504
                Toxic.mp3|3275948
                Top Gun-Take My Breath Away.mp3|2642304
                        Page 20
```

```
                    ShareListing.txt
            Tommy Page - Shoulder To Cry On.mp3|3170599
            Tina Turner - Bond 007 Golden Eye.mp3|2964498
            theme - as time goes by casablanca.mp3|4231536
            The Last Waltz.mp3|2900602
            The Last Waltz - Max Bygraves.MP3|3258914
            the carpenters - THe End of the World.mp3|2949120
            the beatles - So Happy Together.mp3|3326336
            Temptations - You've Lost That Lovin' Feeling
(Original).mp3|3657944
            Tatu - All The Things She Said.mp3|3438592
            Tango Two Guitars.mp3|2738517
            Sydney Olympics - Nikki Webster - We'll be one.mp3|3461504
            str122.mp3|5388457
            soundtracks - you've lost that loving feelin.mp3|3629056
            Six Pence None The Richer - Don't Dream It's
Over.mp3|3968147
            Sheryl_Crow_-_Tommorow_Never_Dies.mp3|4618304
            Sherrie Austin - Never Been Kissed.mp3|3478331
            shakira - Whatever Whenever (english version).mp3|3997696
            Shakira - The One.mp3|3579112
            Shakira - Objection (Tango).mp3|4486795
            Samba - Jump In The Line - Klaus Hallen.mp3|3973120
            Ryan Adams - New York, New York.mp3|4553291
            Rod Stewart - Have I Told You Lately.mp3|3840593
            Petula Clark - Kiss Me Goodbye.mp3|3777524
            perry como - Feelings.mp3|2572714
            Patrick Normand - Feelings.mp3|4236508
            Original Broadway Cast - How I Know You.mp3|2484228
            Nirvana - sleep last night.mp3|4893312
            Nho em-Techno.asx|854495
            Never Been Kissed Soundtrack (REM) - At My Most
Beautiful.mp3|3002118
            MyTam DamVinh Hung - Nguoi Tinh Oi Mo Gi.mp3|5760441
            Mr. Big -  TO BE WITH YOU.mp3|4010368
            Moby - James Bond Theme.mp3|3277601
            Mob Hits - Dean Martin - Hey Mambo.mp3|2293760
            MLTR.mp3|5735619
            MLTR - Blue Night.mp3|3530752
            Michelle Branch - Are You Happy Now (2).mp3|3705543
            Michael Bolton & Kenny G - Missing You Now.mp3|4362240
            Me against the music - Breathe on me.mp3|810530
            Maybe Tonight.wma|5880512
            Mariah Carey - Never Too Far.mp3|3761760
            Mariah Carey - I Still Believe.mp3|3786002
            M2M - The Day You Went Away.mp3|3545984
            Luce - Good Day.mp3|3035011
            Love.mp3|3258368
            Led Zeppelin - Since I've been loving you.mp3|7075784
            Kopia av Toybox - Butterfly.mp3|2862496
            Keny G - Romantic Saxophone.mp3|4452330
            Kenny Loggins - Top Gun Soundtrack - Danger Zone -
01.mp3|2533415
            Kelly Rowland - Stole.mp3|2354806
            Keith Urban - Somebody Like You [Soundtrack
Remix].mp3|3708450
            KC and Jojo - All My Life.mp3|5293419
            Julio Iglesias - Feelings.mp3|3207552
            Judds - Wynonna Judd - To Be Loved By You.mp3|4722688
            JTL - A Better Day.mp3|3950934
            Josh Groban - to where you are.mp3|3810995
            Joe Satriani - Top Gun Theme.mp3|4008228
            jeremy jordan - never been kissed.mp3|3337787
            Javier Solis - Sombras.MP3|2846388
                        Page 21
```

```
                    ShareListing.txt
        Jason Mraz-The Remedy (studio).MP3|2054396
        I_Will_Carry_You.mp3|2281602
        Italian Shaft - Mambo italiano (club mix) (1).mp3|3906032
        I'll Be The One.mp3|3414016
        humble me-feels like home_norah jones.mp3|3891842
        how i know you.mp3|1544466
        Hong Nhung  Quang Vinh - Loi Cua Gio (streamload)
(1).mp3|2441216
        Hold Me For A While - Rednex.MP3|3101061
        Hay Noi Voi Em - My Tam & Bang Kieu.mp3|6332126
        Haddaway - What is Love.mp3|4338048
        Garbage - James Bond - The World Is Not Enough.mp3|5655668
        Fly Me To The Moon - Frank Sinatra - .mp3|2088960
        Fisher - L-O-V-E.mp3|2530829
        Eric Clapton - Wonderful Tonight.mp3|3505678
        Enia - Only Time.mp3|5226046
        Engelbert Humperdinck - Quando, Quando.mp3|3195008
        Eminem - Lose Yourself - No Skips Guaranteed - Please
Distribute - Nick.mp3|5306538
        Elton John - Sorry Seems To Be The Hardest Word.mp3|3685376
        Doris Day - Perhaps, Perhaps, Perhaps.mp3|2451584
        Doris Day - I'll Be Home for Christmas.mp3|2227086
        DIWALI RIDDIM - Sean Paul - Get Busy.mp3|3438516
        Dido - Thank You.mp3|3614989
        Diana Krall  - Cry Me a River - The Look of Love.mp3|4855100
        desktop.ini|319
        Dean Martin - Let it Snow.mp3|2900602
        Daniel Bedingfield - If Your Not the One.mov|52691783
        Daniel Bedingfield - If You're Not The One.asf|7794507
        Copy of Los Trios -Tango Azul.mp3|2433742
        Connie Francis - Domenico Modugno - Quando Quando
Quando.mp3|2359296
        clayaiken-dreamlover.mp3|2384960
        Clay Aiken - This Is The Night.mp3|3327211
        Clay Aiken - Tell Her About It.mp3|1958016
        Clay Aiken - I Could Not Ask For More (04-22-03).mp3|2392192
        Clay Aiken - Always and Forever (1).mp3|905718
        Citizen Jane - So Sad And Alone.mp3|3904992
        CHUD.mp3|4081664
        Christmas Songs-Vanessa Williams - I'll Be Home For
Christmas.mp3|3338368
        Christmas music - Kenny G.mp3|3910392
        Chantal Kreviazuk   Feels Like Home-Dawson's
Creek.mp3|3950464
        CCR - Who'll Stop The Rain.mp3|2390016
        Brooke Allison - Maybe Tonight.mp3|3901615
        broken vow (groban).mp3|4333879
        Britney Spears - Everytime (snl).mp3|3529969
        Boyzone - You needed me.mp3|3025188
        Bond - Explosive.mp3|3088384
        Bob Carlisle - Christmas Shoes .mp3|4325760
        Blue And Sudden.wma|2750264
        Blaque - Release Me.mp3|2947325
        Bic Runga - Sway.mp3|4213257
        Bf - Nsync - It's Gonna Be Me.mp3|4613008
        Bf - N'Sync - Bye Bye Bye.mp3|3215905
        Best of the Big 80s - Crowded House - Hey Now, Hey
Now.mp3|3767739
        Berlin - Take My Breath Away.mp3|4045009
        BeeGees_-02-_One.mp3|4460298
        Bed And Breakfast - If You Were Mine.mp3|3855296
        Beautiful Life.mp3|3096887
        Beatles - Oh Darlin'.mp3|3309568
                        Page 22
```

```
                              ShareListing.txt
               Beach Boys - Wouldnt It Be Nice.mp3|4535952
               Beach Boys - Don't Worry Baby.mp3|2693807
               Beach Boys - Don't Worry Baby (1).mp3|3364072
               Bang kieu - Anh se nho mai.mp3|5278848
               Band Aid - Do They Know Its Christmas.mp3|4648090
               Avril Lavigne - Let Go - 04 - I'm With You.MP3|3584223
               Autumn In My Heart OST - Reason.mp3|4074024
               Autumn In My Heart - Prayer (1).mp3|4517888
               artist - Track 05.mp3|4563783
               Andrea Bocelli Sara Brightman - Time to say
Goodbye.mp3|3458560
               And I Love Her.mp3|2954016
               Amiel - Lovesong.mp3|3317760
Forever.mp3|743424
               American Idol 2 audition - Clay Aiken - I'll Always Love You

               All I Have to Do is Dream.mp3|2289836
```

AlbumArt_{FB6EBF4A-4016-4B9E-B561-AD2FC6FFFAA7}_Small.jpg|2414

AlbumArt_{FB6EBF4A-4016-4B9E-B561-AD2FC6FFFAA7}_Large.jpg|10082

AlbumArt_{F0CE9EF1-49A3-4831-9598-9E6D2E789CCE}_Small.jpg|3258

AlbumArt_{F0CE9EF1-49A3-4831-9598-9E6D2E789CCE}_Large.jpg|11971

AlbumArt_{DE4B76F9-C21F-44C3-9ECE-FF5E458A2956}_Small.jpg|2254

AlbumArt_{DE4B76F9-C21F-44C3-9ECE-FF5E458A2956}_Large.jpg|8608

AlbumArt_{DA487763-32E3-426C-8E51-69A1D7A25748}_Large.jpg|7807

AlbumArt_{C3F814E8-9CF7-4E1D-8E82-210937EE31F3}_Small.jpg|2474

AlbumArt_{C3F814E8-9CF7-4E1D-8E82-210937EE31F3}_Large.jpg|10253

AlbumArt_{AB92F572-51D2-44A0-AD25-58D1A7A18FFE}_Small.jpg|1961

AlbumArt_{AB92F572-51D2-44A0-AD25-58D1A7A18FFE}_Large.jpg|6731

AlbumArt_{A8182B6E-9B46-425B-A1E5-31CDB977BAA3}_Small.jpg|3021

AlbumArt_{A8182B6E-9B46-425B-A1E5-31CDB977BAA3}_Large.jpg|12563

AlbumArt_{9E0A048A-1DA0-41A9-AC32-5ED983294EB9}_Small.jpg|2576

AlbumArt_{9E0A048A-1DA0-41A9-AC32-5ED983294EB9}_Large.jpg|9795

AlbumArt_{74F955BB-F87E-4DF1-9422-63A79C870A34}_Small.jpg|2773

AlbumArt_{74F955BB-F87E-4DF1-9422-63A79C870A34}_Large.jpg|9846

AlbumArt_{6F4EFA2A-E21A-4753-8051-F8319EEDAAD5}_Small.jpg|1956

AlbumArt_{6F4EFA2A-E21A-4753-8051-F8319EEDAAD5}_Large.jpg|6614

AlbumArt_{65BD60E8-3A1C-4F47-9C4A-C0E29E0F42F0}_Small.jpg|2892

AlbumArt_{65BD60E8-3A1C-4F47-9C4A-C0E29E0F42F0}_Large.jpg|11742

AlbumArt_{63E5CF3B-2F8C-463C-A973-06FCAEA0887B}_Small.jpg|1951

AlbumArt_{63E5CF3B-2F8C-463C-A973-06FCAEA0887B}_Large.jpg|7409

ShareListing.txt

AlbumArt_{3BEE0EE1-7BA4-4F20-962C-512AE20BAA6F}_Small.jpg|3124

AlbumArt_{3BEE0EE1-7BA4-4F20-962C-512AE20BAA6F}_Large.jpg|13672

AlbumArt_{37673AE3-6AE6-4BC6-B9A7-020E9C0B22F5}_Small.jpg|3053

AlbumArt_{37673AE3-6AE6-4BC6-B9A7-020E9C0B22F5}_Large.jpg|11408

AlbumArt_{2FEECCFF-60EC-4FF1-81B9-917BDFC14C22}_Small.jpg|2436

AlbumArt_{2FEECCFF-60EC-4FF1-81B9-917BDFC14C22}_Large.jpg|9315

AlbumArt_{17E408EE-F79F-47BF-A83B-C14E6E28383B}_Small.jpg|3342

AlbumArt_{17E408EE-F79F-47BF-A83B-C14E6E28383B}_Large.jpg|13894

AlbumArt_{14782C50-5C57-457C-9A72-B45E12F50BCE}_Small.jpg|2819

AlbumArt_{14782C50-5C57-457C-9A72-B45E12F50BCE}_Large.jpg|10399
AlbumArtSmall.jpg|2138
Aerosmith - I Don't Want To Miss A Thing.mpg|48082354
A better day (Instrumental).mp3|3983360
14-50_cent-21_questions_feat_nate_dogg-rns.mp3|3594159
10 - Die Another Day.mp3|3399118
1. Sunrise.wma|2046313

09-lonestar-my_front_porch_looking_in_(single_version)-xxl.mp3|5242832
08 - Britney Spears - Touch of My Hand.mp3|4154183
06 - Weight Of The World.mp3|5114322
04. Morris Albert - Feelings.mp3|3502593
04-Blue-Sorry Seems To Be The Hardest Word featuring Elton
John.MP3|5329247
02Korean Drama - Winter Sonata - Ryu - My Memory [Love
Song].mp3|4188387
02-Shakira-Underneath your clothes.mp3|4560896
02 Samba.mp3|5154816

01-black_eyed_peas_feat._justin_timberlake-where_is_the_love-cms.mp3|5465137
01 sunrise.mp3|4175789
(How to Lose a Guy in Ten Days) - Carly Simon - Your So
Vain.mp3|4133558
(How to Lose a Guy in Ten Days) - Beu Sisters - Catch Me If
You Can.mp3|3417320
(03) Clay Aiken - On The Wings Of Love.wma|2251647
EMINEM
Eminem
encore
Eminem - Encore (2004) - Rap
[www.torrentazos.com]
www.torrentazos.com - The best web
of music torrents!.url|140
eminem.jpg|8077

20-eminem-encore-curtains_down_(feat_dr_dre_and_50_cent)_(produced_by_dr_dre_and_mar
k_batson) - w.mp3|8364744
19-eminem-final_thought_(skit) -
www.torrentazos.com.mp3|728003

18-eminem-one_shot_2_shot_(feat_d-12)_(produced_by_eminem) -
www.torrentazos.com.mp3|6401172

17-eminem-crazy_in_love_(produced_by_eminem) - www.torrentazos.com.mp3|5818745

ShareListing.txt
16-eminem-mockingbird_(produced_by_eminem) - www.torrentazos.com.mp3|6021247

15-eminem-spend_some_time_(feat_obie_trice_stat_quo_and_50_cent)_(produced_by_eminem
) - www.torre.mp3|7460698

14-eminem-ass_like_that_(produced_by_dr_dre_and_mike_elizondo) -
www.torrentazos.com.mp3|6374840

13-eminem-just_lose_it_(produced_by_dr_dre_and_mike_elizondo) -
www.torrentazos.com.mp3|5975814
                                              12-eminem-em_calls_paul_(skit) -
www.torrentazos.com.mp3|1725462

11-eminem-big_weenie_(produced_by_dr_dre) - www.torrentazos.com.mp3|6409322

10-eminem-rain_man_(produced_by_dr_dre) - www.torrentazos.com.mp3|7535931
                                      09-eminem-paul_(skit) -
www.torrentazos.com.mp3|774396

08-eminem-my_1st_single_(produced_by_eminem) - www.torrentazos.com.mp3|7271363
                                      07-eminem-puke_(produced_by_eminem)
- www.torrentazos.com.mp3|5951029

06-eminem-mosh_(produced_by_dr_dre_and_mark_batson) -
www.torrentazos.com.mp3|7631225

05-eminem-like_toy_soldiers_(produced_by_eminem) - www.torrentazos.com.mp3|7127794

04-eminem-yellow_brick_road_(produced_by_eminem)-rns.mp3|8313335

03-eminem-never_enough_(feat_50_cent_and_nate_dogg)_(produced_by_dr_dre_and_mike_eli
zondo) - www..mp3|3837619

02-eminem-evil_deeds_(produced_by_dr_dre) - www.torrentazos.com.mp3|6233152

01-eminem-curtains_up_(encore_version) - www.torrentazos.com.mp3|1127989
                              The Eminem Show
                                    Thumbs.db|9728
                                    Desktop.ini|345

AlbumArt_{8792034B-4220-4919-9A4E-0449829823FE}_Large.jpg|8211
                                    AlbumArtSmall.jpg|2218
                                    18 'Till I Collapse.wma|7189828
                                    17 Say What You Say.wma|7485084
                                    16 When the Music Stops.wma|6510008
                                    15 Steve Berman (Skit).wma|829128
                                    14 Hailie's Song.wma|7744434
                                    13 Superman.wma|8451202
                                    12 Sing for the Moment.wma|8209714
                                    11 Paul Rosenberg [Skit].wma|569702
                                    10 Without Me.wma|7010958
                                    09 Drips.wma|6903562
                                    08 Say Goodbye Hollywood.wma|6581500
                                    07 Soldier.wma|5463192
                                    06 The Kiss [Skit].wma|1857968
                                    05 Square Dance.wma|7816022
                                    04 Cleanin Out My Closet.wma|7180850
                                    03 Business.wma|6089474
                                    02 White America.wma|7833942
                                    01 Curtains Up [Skit].wma|739638
                              Desktop.ini|346
              Good Charlotte
                  The Story Of My Life  Live at CBGB 10-23-01new.mp3|2955264
                              Page 25

ShareListing.txt
The Story Of My Life  Live at CBGB 10-23-01.mp3|2959360

Good_Charlotte_-_The_Young_And_The_Hopeless_-_04_-_Wondering.mp3|3442688
Good Charlotte- My Bloody Valentine.mp3|3283767
Good Charlotte - Young & Hopeless - 01 - A New
Beginning.mp3|1794048

Good Charlotte - the young and the hopeless.mp3|3454976
good charlotte - the young and the hopeless - 08 - hold
on.mp3|3989504

Good Charlotte - The Young And The Hopeless - 06 - Boys and
Girls.mp3|4392347

Good Charlotte - The Young And The Hopeless - 05 - My Old
Man.mp3|2654208

Good Charlotte - Say anything.mp3|4231168
Good Charlotte - Lifestyles Of The Rich And
Famous.mp3|3057040

Good Charlotte - Lifestyles Of The Rich And Famous
(1).mp3|3057040

Good Charlotte - Emotionless.mp3|3940352
Good Charlotte - Day that I die.mp3|3303635
Good Charlotte - 14 - Moving On.mp3|3328000
Good Charlotte - 09 - Riot Girl.mp3|2248704
desktop.ini|295

AlbumArt_{6910987C-97F6-468B-99C6-43A2D29CB4DE}_Large.jpg|12394
AlbumArtSmall.jpg|3140
05_GoodCharlotte_LosAnthem.mp3|2779945
Various Artists
Rock Ballads Vol 3
New Folder
more than words.wma|8054173
Desktop.ini|247
Desktop.ini|248
Evanescense
ons groepeke 3.mp3|3008640
Evenscence - Away From Me.mp3|3375104
evenessence so close.mp3|1889595
Evenescence-WhereWillYouGo.mp3|3645440
EVENESCENCE-my immortal.wma|4258069
EVENESCENCE-Bring Me Back To Life.mp3|3839142
Evenescence - Surrender.mp3|3450508
Evanescence - Going Under.mp3|8599894
evenescence  My Last Breath.mp3|3960249
Evanesence - Fields Of Innocence.mp3|5019646
EVANESCENCE_FALLEN_MISSING.mp3|3311450
Evanescence-Wash It All Away.mp3|7093612
Evanescence - Silver Rain Fell.mp3|5519360
Evanescence - Never Was Never Will Be.mp3|2579610
Evanescence - I Believe In You.mp3|3489627
Evanescence - Hello.mp3|3526704
Evanescence - Everybody's Fool(1).mp3|3871015
Evanescence  - Fallen - Breathe No More (1).mp3|3684396
desktop.ini|337

AlbumArt_{64AEA83C-5229-487D-86C4-5284D77FC4F0}_Large.jpg|10312
AlbumArtSmall.jpg|2759
11 Evenescence - 11-Whisper.mp3|5130240
07-Evanescence - Fallen - Imaginary.mp3|3393078
07 imaginary.mp3|4121204
(05) Evenescence - Haunted.mp3|5289677
3 doors down
track19.mp3|3143906
Running Out Of Days.mp3|5069722
Page 26

```
                            ShareListing.txt
                Nikki Webster - We'll be one (Sydney 2000 Close).mp3|3461504
                desktop.ini|359

AlbumArt_{C212FF41-147D-402C-BAC5-1284F8B4C802}_Large.jpg|6108
                AlbumArtSmall.jpg|1725
                3 doors down = Away From The Sun.mp3|3741113
                3 Doors Down - When I'm Gone.mp3|4980736
                3 Doors Down - The Road I'm On.mp3|3838627
                3 Doors Down - I Feel You.mp3|3600512
                3 Doors Down - 09 - Changes - simplemp3s.mp3|5690443
                12 [Untitled Hidden Track].wma|2581054
                11-Sarah Yellin'.mp3|3170432
                10-3_Doors_Down-Going_Down_in_Flames-RNS.mp3|3362150
                08-Dangerous Game.mp3|3454577
                06 Here Without You (1).wma|3845855
                04 Ticket to Heaven.wma|1681473
            Daniel Bedingfield
                [Daniel Beddingfield] Blown It Again.mp3|5197084
                Thumbs.db|10240
                dont love you like i do.mp3|3796707
                desktop.ini|365
                Daniel Bedingfield - Never Gonna Leave Your Side.mp3|3781502
                Daniel Bedingfield - If You're Not The One.mp3|4152229
                Daniel Bedingfield - i'm gonna get thru this funny
ending.mp3|2888515
                Daniel Bedingfield - I Can't Read You.mp3|3938488
                Daniel Bedingfield - Honest Questions.mp3|3436128
                DANIEL BEDINGFIELD - gotta get thru this-Without The
Girl-best mp3.mp3|3642140
                Daniel Bedingfield - Girlfriend.mp3|3081944
                DANIEL BEDINGFIELD - FRIDAY.MP3|3375497
                Daniel Bedingfield -  01 - James Dean (I Wanna Know)
(Single) James Dean (I Wanna Know).mp3|5335248
                Daniel Beddingfield - Inflate my ego.mp3|4887999
                Daniel Beddingfield - Gotta Get Through This (Jo Whiley Live
Lounge).mp3|2834304

AlbumArt_{F4DCFADB-38A4-4340-83F8-F472FC7907AC}_Large.jpg|9420
                AlbumArtSmall.jpg|2290
                04 Daniel Bedingfield - 04 - Right Girl.mp3|3768030
            Avril Lavigne - Live Acoustic EP (2004) - Rock [www.torrentazos.com]
                www.torrentazos.com - The best web of music
torrents!.url|140
                avrillavigne_livea.jpg|3032
                ABREME- OPEN ME.html|1042
                06-avril_lavigne-nobodys_home -
www.torrentazos.com.mp3|5337847
                05-avril_lavigne-take_me_away -
www.torrentazos.com.mp3|4248227
                04-avril_lavigne-dont_tell_me -
www.torrentazos.com.mp3|5293961
                03-avril_lavigne-sk8ter_boy -
www.torrentazos.com.mp3|5267295
                02-avril_lavigne-my_happy_ending -
www.torrentazos.com.mp3|5728430
                01-avril_lavigne-he_wasnt - www.torrentazos.com.mp3|4782379
            clay Aiken
                Clay Aiken - Bridge Over Troubled Water
                    desktop.ini|314

AlbumArt_{F0649410-7377-4AA6-88BD-9556A92109A1}_Large.jpg|8893
                    AlbumArtSmall.jpg|2385
                    02. This is the Night.mp3|3394093
                        Page 27
```

```
                          ShareListing.txt
                    01. Bridge Over Troubled Water.mp3|3866260
          Clay Aiken - Measure of a Man
                    desktop.ini|287

AlbumArt_{1464E6CE-7F96-487C-8B5B-E8315DD16A78}_Large.jpg|8703
                    AlbumArtSmall.jpg|2430
                    12. Touch.mp3|3702838
                    11. Measure of a Man.mp3|3826136
                    10. Perfect Day.mp3|3728752
                    09. This Is he Night.mp3|3404531
                    08. I Survived You.mp3|3438688
                    07. Shine.mp3|4005441
                    06. Run to Me.mp3|3416536
                    05. No More Sad Songs.mp3|3872112
                    04. When You Say You Love Me.mp3|3968660
                    03. The Way.mp3|3948598
                    02. I Will Carry You.mp3|3605036
                    01. Invisible.mp3|3908474
          Tracked_by_Demonoid_com.txt|34
          desktop.ini|288
          CA-MoaM.jpg|19048
          CA-BOTW-TitN.jpg|21660
    norah Jones
          Come away with me
                    norah jones - Nora Jones.mp3|2894872
                    Norah Jones -  What Am I To You (Bonus).mp3|3899226
                    Nora Jones-Something is Calling You.mp3|2881261
                    Nora Jones - Seven Years.mp3|2359021
                    Nora Jones - Come Away with Me (1).mp3|3898977
                    Nora Jones - Butterflies  (1).mp3|5767168
                    desktop.ini|356
                    14 - Norah Jones - The Nearness Of You
(1).mp3|3761553
                    13 - nora jones-13-The Long Day Is Over.mp3|2639498
                    12 - Norah Jones - One flight down.mp3|4452352
                    11 - Nora Jones - Nightingale.mp3|6650737
                    10-Nora Jones - Painter Song.mp3|3244494
                    09 - I've Got To See You Again.mp3|4091958
                    08 - Norah Jones - Lonestar.mp3|2983230
                    07 - Nora Jones - Turn Me On.mp3|2210541
                    06 - Nora Jones - ShootTheMoon.mp3|3925276
                    05 - Nora Jones - Come Away with Me (1)
(1).mp3|2604050
                    04 - Nora Jones-04 Feelin' In The Same
Way.mp3|2872275
                    03 - Nora Jones - Cold Cold Heart (1).mp3|4356683
                    02 - Norah Jones - Seven Years (1).mp3|2498560
                    01 - Norah jones - don't know why.mp3|2673536
          Norah Jones - Carnival Town.mp3|4627356
          Nora Jones - Nearness Of You, The.mp3|2740524
          desktop.ini|357

AlbumArt_{D9788F8F-F633-4950-8B56-D35BC5E55593}_Small.jpg|1899

AlbumArt_{D9788F8F-F633-4950-8B56-D35BC5E55593}_Large.jpg|7083

AlbumArt_{3C8C7997-9178-4F2B-990C-05DBC10E0BD1}_Small.jpg|1647

AlbumArt_{3C8C7997-9178-4F2B-990C-05DBC10E0BD1}_Large.jpg|5158

AlbumArt_{039FDA74-793F-434C-98BB-302EFCCB6BB5}_Small.jpg|2144

AlbumArt_{039FDA74-793F-434C-98BB-302EFCCB6BB5}_Large.jpg|7550
```

```
                            ShareListing.txt
                    13 Don't Miss You At All.mp3|4490491
            License Backup
            Feel like home
                    Norah Jones
                            Feels Like Home
                                    Thumbs.db|7168
                                    desktop.ini|332

AlbumArt_{58888B1C-40D4-4881-9457-DF8F7DA8983D}_Large.jpg|19460
                                    AlbumArtSmall.jpg|6257
                                    14 Track 14.wma|6123527
                                    13 Don'T Miss You At All.wma|4790399
                                    12 The Prettiest Thing.wma|5738913
                                    11 The Long Way Home.wma|4808319
                                    10 Above Ground.wma|5542035
                                    09 Humble Me.wma|6812623
                                    08 Toes.wma|5604663
                                    07 Creepin' In.wma|4584579
                                    06 Be Here To Love Me.wma|5184115
                                    05 In The Morning.wma|6114685
                                    04 Carnival Town.wma|4772517
                                    03 Those Sweet Words.wma|5032017
                                    02 What Am I To You-.wma|5210947
                                    01 Sunrise.wma|4987227
                            desktop.ini|333
                    License Backup
                            drmv2lic.bak|0
                            drmv2key.bak|488
                            drmv1lic.bak|1544
                            drmv1key.bak|4348
            Avril Lavigne - Under My Skin (2004) - Rock [www.torrentazos.com]
                    www.torrentazos.com - The best web of music
torrents!.url|140
                    Avril_under.jpg|5840
                    14 - Avril Lavigne - Nobodys Home (Live Acoustic Bonus
Track) - www.torrentazos.com.mp3|5243344
                    13 - Avril Lavigne - I Always Get What I Want (Bonus Track)
- www.torrentazos.com.mp3|3683520
                    12 - Avril Lavigne - Slipped Away -
www.torrentazos.com.mp3|5153064
                    11 - Avril Lavigne - Freak Out -
www.torrentazos.com.mp3|4642736
                    10 - Avril Lavigne - Fall To Pieces -
www.torrentazos.com.mp3|5012003
                    09 - Avril Lavigne - Who Knows -
www.torrentazos.com.mp3|5034573
                    08 - Avril Lavigne - Forgotten -
www.torrentazos.com.mp3|4740539
                    07 - Avril Lavigne - Nobodys Home -
www.torrentazos.com.mp3|5101028
                    06 - Avril Lavigne - My Happy Ending -
www.torrentazos.com.mp3|5821381
                    05 - Avril Lavigne - How Does It Feel -
www.torrentazos.com.mp3|5401959
                    04 - Avril Lavigne - He Wasnt -
www.torrentazos.com.mp3|4317982
                    03 - Avril Lavigne - Dont Tell Me -
www.torrentazos.com.mp3|4851507
                    02 - Avril Lavigne - Together -
www.torrentazos.com.mp3|4674710
                    01 - Avril Lavigne - Take Me Away -
www.torrentazos.com.mp3|4265946
            Elvis Presley
```

```
                       ShareListing.txt
           From the Heart
                    Desktop.ini|42
My Playlists
           record.wpl|3635
           record VN.wpl|3316
           Norah Jones.wpl|2213
           Norah Jones (1).wpl|2313
           New Playlist63.wpl|2995
           Daniel Bedingfield.wpl|2087
           9705.wpl|3004
           3 doors down.wpl|191
Ðánh roi bên h? - Thu Phuong.asf|852230
[47966]White_Christmas___Piano.wma|1519097
[47946]White_Christmas.wma|906801
[46722]WhiteChristmas.wma|1939996
ZOMBIE (GRANBERRIES).MP3|2443516
YOU'RE MY HEART, YOU'RE MY SOUL (MODERN TALKING).MP3|2674188
You're My Everything - Santa Esmeralda.mp3|5399196
YOU'RE A WOMAN (BAD BOYS BLUE).MP3|1883784
YOU'LL NEVER KNOW (MICHEAL LEARNS TO ROCK).MP3|1732364
YOU SAID (BED - BREAKFAST).MP3|1896928
YOU CAN WIN IF YOU WANT (MODERN TALKING).MP3|1825960
YOU BE MINE (SANDRA & C.C.CATCH).MP3|2080800
YOU ARE NOT ALONE (MICHEAL JACKSON).MP3|2752184
Yesterday - The Beatles.mp3|2045492
WORDS WITHOUT MEANING (3T).MP3|1915192
WORDS (BOYZONE).MP3|1929962
Wonderful.mp3|4515059
Woman in love - Sissy Taylor.mp3|3730703
withoutme.wma|217819
WITHOUT YOU (MARIAH CAREY).MP3|1684314
WITH A LITTLE LOVE (MODERN TALKING).MP3|1716138
WIND OF CHANGE (SCORPIONS).MP3|2499882
Whole New World.avi|14245888
White Christmas.mp3|4087712
Where you are.mp3|4281270
WHERE DO YOU GO FROM HERE (VANESSA WILLIAMS).MP3|2032086
WHERE DO YOU GO (OCEAN DRIVE)#.MP3|3592504
WHERE DO YOU GO (NO MERCY).MP3|2159176
WHEN I NEED YOU (LEO SAYER).MP3|1990284
WHEN I DIE (NO MERCY).MP3|2106968
When a man love a woman - Percy Sledge .mp3|2863856
WHEEL OF FORTUNE (ACE OF BASE).MP3|1878584
Whatever Will Be Will - Be Snowmoon.mp3|2020832
WHAT'S UP (4 NON BIONDES).MP3|2305232
Wet Wet Wet - Love Is All Around.mp3|3331181
WE'VE GOT IT GOING ON (BACKSTREET BOYS).MP3|1739226
WE LOVE TO LOVE (MIX).MP3|1823880
WANNA BE (SPICE GIRLS).MP3|1357548
Wallpaper White Christmas.jpg|151432
WAITING FOR MAGIC (ACE OF BASE).MP3|1865274
VOULEZ-VOUS DANSER (ACE OF BASE).MP3|1597786
VOLUEZ VOUS (ABBACADABRA)#.MP3|1884200
VitaminC - Graduation.mp3|5473977
Unchained Melody.MP3|3643714
Unchained Melody - Righteous Brothers.mp3|3459448
Unchained melody - Leann Rimes.MP3|3680828
UNBREAK MY HEART (TONI BRAXTON).MP3|2150652
TWO FOR THE PRICE OF ONE (ABBA).MP3|1740470
TWILIGHT ZONE (Z UNLIMITED).MP3|1982832
Track03.MP3|3180671
Track 4.wma|1527901
Track 15.wma|1572933
```

                              Page 30

ShareListing.txt
```
                    Track 14.wma|1921165
                    Track 13.wma|1825101
                    Track 12.wma|2536575
                    Track 10.wma|1828103
                    TONIGHT SO COLD (GINA TURNER).MP3|1813270
                    TONIGHT I CELEBRATE MY LOVE FOR YOU.MP3|1662468
                    Tonight I Celebrate My Love - Peabo Bryson & Roberta
Fluck.mp3|3322775
                    TIME AFTER TIME (CYNDI LAUPER).MP3|1900012
                    TILL YOU DO ME RIGHT (AFTER SEVEN).MP3|2434776
                    TIAMO (GINA G).MP3|1378384
                    Thumbs.db|15360
                    THINK YOU THE ONE FOR ME (ALL 4 ONE).MP3|2579546
                    THINK TWICE (KIAH DANTE)#.MP3|1783734
                    THINK TWICE (CELINE DION).MP3|1996726
                    THESE ARMS (ALL 4 ONE).MP3|2341594
                    THE SIGN (ACE OF BASE).MP3|1532056
                    THE LADY IN RED (CHRIS DE BURGH).MP3|2060584
                    THE DAY WE FIND LOVE (911).MP3|1969104
                    THE DAY AFTER TOMORROW (TAKE THAT).MP3|2296874
                    THE COLOUR OF MY DREAM (B.G. PRINCE OF RAP).MP3|1895640
                    THE BEST THING IN MY LIFE (K.L.M)#.MP3|2155222
                    THE ACTOR (MICHEAL LEARNS TO ROCK).MP3|2213046
                    THAT'S WHY YOU GO AWAY (MICHEAL LEARNS TO ROCK).MP3|2018774
                    THAT WAS SHE SAID (BACKSTREET BOYS).MP3|1965320
                    THAT THING YOU DO (THE WONQERS).MP3|1307420
                    Thank_You_For_The_Music.mp3|3693362
                    TEQUELLA SUNRISE () F1.MP3|1454096
                    Tennesse Waltz - Patty Page.zip|9130020
                    Tennesse Waltz - Patty Page.mp3|2886426
                    TELL LAURA I LOVE HER.MP3|1482552
                    TAKE YOUR CHANCE (FUN FACTORY).MP3|1907914
                    TAKE A BOW (MADONNA).MP3|2526922
                    SUNNY (BONEY M).MP3|1788728
                    STAY ANOTHER DAY (EAST 17).MP3|2125690
                    STAR (BRYAN ADAMS).MP3|1725500
                    STAND BY ME (JAM TRONIK).MP3|2528380
                    Speak Softly love - The Godfather - Andy Williams.mp3|2962912
                    Speak Softly Love - Andy Williams.mp3|2818298
                    SOMEONE TO LOVE (FEATURING BABYFACE).MP3|2272746
                    SOMEDAY (MICHEAL LEARNS TO ROCK).MP3|1872138
                    SMOOTH OPERATOR (SADE).MP3|2063292
                    SLOW DANCING WITH THE MOON (DOLLY - PARTON)!.MP3|1659770
                    SLEEPING CHILD (MICHEAL LEARNS TO ROCK).MP3|1680774
                    Sealed with a kiss 2- Briah Hyland.mp3|1026056
                    Sealed With A Kiss - Brian Hyland.mp3|2590928
                    Sealed with a kiss - Briah Hyland.mp3|1026056
                    SEAL IT FOREVER (SANDRA).MP3|2269836
                    SE A VIDA E - THAT'S THE WAY  LIFE IS (PET SHOP BOYS).MP3|1872554
                    Scarborough Fair.mp3|3033547
                    Scarborough Fair - Canticle - Andy Williams.mp3|3562684
                    Sayonara - Gina T.mp3|3990256
                    SAY YOU'LL BE THERE (SPICE GIRL) F1.MP3|1879664
                    SAY YOU WILL (TOKYO SQUARES).MP3|1850506
                    SAID I LOVE YOU BUT I LIED (MICHEAL BOLTON).MP3|2423962
                    SACRIFICE (ELTON JOHN).MP3|2446424
                    s102607669ucphm.wax|202
                    RUN TO YOU (WHITNEY HOUSTON).MP3|2091370
                    RUN AWAY (MC SAR & THE REAL MCCOY).MP3|1879000
                    ROOM WITH A VIEW (TONI CAREY).MP3|1602360
                    Right Here Waitting.avi|14934016
                    Right here waiting for you - Richard Max.mp3|4265691
                    Rhythm Of The Rain - Cascade.mp3|2418311
```
Page 31

ShareListing.txt
R. Kelley- If I could turn back the hands of time.mp3|6056548
QUIT PLAYIN' GAMES WITH MY HEART (BACKSTREET BOYS).MP3|1860282
Que Sera Sera - Doris Day.mp3|1994501
QuandoQuandoQuando-EngelbertHumperdinck.ram|511268
PRETTY YOUNG GIRL (BAD BOYS BLUE).MP3|1694502
POWER OF LOVE (MARIAH CAREY).MP3|2695822
PLEASE FORGIVE ME (PHILIP HUY) VN.MP3|2700182
Patty Page - Changing Partners (1953).mp3|2906112
PAINT MY LOVE (MICHEAL LEARNS TO ROCK).MP3|1789566
Over And Over - D Fannel.mp3|3071582
ONLY LOVE IS REAL (VINA UYEN MI, LAM NHAT TIEN).MP3|1947224
ON AND ON AND ON (ABBA).MP3|1774372
OH BABY I... (ETERNAL).MP3|2635914
OBSSESSIONS (BEE GEES).MP3|2262972
Now and Forever.MP3|3434902
Now And Forever.avi|12015616
Nothing's gonna change my love for you - Geogre Benson.mp3|3910008
NOTHING GONNA CHANGE MY LOVE FOR YOU.MP3|1908950
NOONE IN BETWEEN IS (KENNY ROBERS).MP3|1979050
NEVER FIND SOME ONE LIKE YOU (KEITH MARTIN).MP3|2233642
Natural Woman - Simone.mp3|2819550
NAKED (LOUISE).MP3|1668508
NA NA HEY HEY (MAGIC VISION FEAT)#.MP3|2680428
MY MIND (ACE OF BASE).MP3|2009418
My love.mp3.mp3|3701346
My All - Mariah Carey.mp3|3686784
MORE THAN JUST ONE NIGHT (WORLDS APART).MP3|2034588
MORE THAN A FEELING (BOSTON).MP3|2270040
Moon River - Andy Williams.wpk|449504
Moon River - Andy Williams.mp3|2609319
MLTR . You took my heart away.mp3|4319865
MISSING YOU (BACKSTREET BOYS).MP3|2104470
MISERY (SOUL ASYLUM).MP3|2205564
Mi chico latino - Geri Halliwell.mp3|3117056
MEGA MIX = RIVER... DADDY... RASPUTIN.. (BONEY M).MP3|1821592
ME AND I (ABBA).MP3|2358230
ME & YOU & DOG NAME BOO (LOBO).MP3|1411000
MaxPayne2_Theme.zip|3454325
MaxPayne2_Theme.mp3|3491484
Martina Mcbride - My Valentine.mp3|3140920
maroon 5- She Will Be Loved.wma|2103887
MA BAKER (BONEY M).MP3|2257150
LOVER IN THE SAND (BAD BOYS BLUE).MP3|1753790
LOVE WILL NEVER LIE (MICHEAL LEARNS TO ROCK).MP3|1723004
Love Story.avi|11192320
Love Story - Andy Williams.mp3|3053191
LOVE IS NO CRIME (BAD BOYS BLUE).MP3|1712184
LOVE AIN'T HERE ANYMORE (TAKE THAT).MP3|1844684
Love Actually Soundtrack - 16 - Billy Mack - Christmas Is All
Around.mp3|5531236
Love Actually - 16 - Billy Mack - Christmas Is All
Around.mp3|5531236
LOOKING THROUGH PATIENT EYES (PM DAWN).MP3|1964944
LIKE A DIRGIN (MADONNA).MP3|1758156
Let's Twist Again - Chubby Checker.mp3|2239007
LET'S GROOVE (HOUSE CLUB MIX)#.MP3|2063908
Let the music heal your soul.mp3.MP3|3736122
Let It Be - The Beatles.mp3|3925472
LEMOND TREE (FOOL'S GARDEN).MP3|1530190
LAY DOWN BESIDE ME (BACK STREET BOYS)!.MP3|1931836
LAY ALL YOUR LOVE ON ME (ABBA).MP3|2200154
LADY IN BLACK (BAD BOYS BLUE).MP3|1818060
La Bomba - Ricky Martin.mp3|4445910
Page 32

```
                          ShareListing.txt
KXmas_LastChristmas.wma|1666187
KNIFE.MP3|2445592
Kissme - SixPences None the Richers  .mp3|3189992
KISS YOU ALL OVER, BABY (BAD BOYS BLUE).MP3|2006922
Kiss from a rose.avi|14835712
KISS FROM A ROSE (SEAL).MP3|2292094
Killing Me Softly - Robert Flack.mp3|4585848
Kelly Clarkson - Breakaway.mp3|4256670
Kelly Clarkson - Breakaway .mp3|2684898
JustLoseIt_Eminem.wma|1517584
Journey - Foolish Heart.wma|1345214
JOHN_DENVER_THE_UNPLUGGED_COLLECTION-03-PERHAPS_LOVE.MP3|2562608
JOE LE TAXI (VANESSA PARADIS).MP3|1865272
JET AIRLINER (MODERN TALKING).MP3|2096778
JESUS TO A CHILD (GEORGE MICHEAL).MP3|3306918
JERK (KIM STOCKWOOD).MP3|2011500
JEANNY (RADIO HARD CLUB)#.MP3|2101566
I_LL_BE_HOME_FOR_CHRISTMAS_--_98.mp3|1986108
IT ONLY TAKES A MINUTE (TAKE THAT).MP3|1814312
INTRO - SPACEMAN (BABYLON ZOO).MP3|278254
INTRO - IN ANOTHER LIFE (NING BAIZURA).MP3|444426
INTRO - HEAD OVER HEELS (ABBA).MP3|224776
IN MY FANTASY (GINA T).MP3|1811024
Imagine_-_John_Lennon_-_Legend.mp3|4425958
IF YOU WERE MINE (BED & BREAKFAST).MP3|1878380
if you have my love.mp3|4255744
IF I NEVER KNEW YOU (JON SECADA).MP3|1960954
IF I DON'T HAVE YOU (BACKSTREET BOYS).MP3|2141500
IF (JOHN ALFORD)#.MP3|1151420
I'm gonna be around.mp3|4189470
I'LL REMEMBER YOU (ATALANTIS).MP3|2057878
I'LL NEVER BREAK YOU HEART (BACKSTREET BOYS).MP3|2197868
I'LL MAKE YOUR BED (DOLLY - PARTON)!.MP3|1547448
I'LL MAKE LOVE TO YOU (BOYZ II MEN).MP3|1892106
I WILL FOLLOW HIM.MP3|1134156
I WANT YOU (WET WET WET)!.MP3|2048108
I WANT TO KNOW WHAT LOVE IS (FOREIGNER).MP3|2398590
I WANNA HEAR YOUR HEART BEAT - SUNDAY GIRL (BAD BOYS
BLUE).MP3|1940156
I WANNA BE WITH YOU (BACKSTREET BOYS).MP3|1957418
I SWEAR (ALL 4 ONE).MP3|2051644
I NEED YOU (3T).MP3|1891068
I MISS YOU.MP3|2871372
I LOVE YOU, OK! (SY DAN).MP3|2224906
I FINALLY FOUND SOMEONE (BARBRA STREISAND & BRYAN ADAMS).MP3|1749004
I don't really want to know.DAT|46776620
I Don't Like To Sleep Alone - Paul Anka.mp3|3145142
I COULD NOT LOVE YOU MORE (BEE GEES).MP3|1806414
I CAN LOVE YOU LIKE THAT (ALL 4 ONE).MP3|2046646
HowCanINotLoveYou-JoyEnriquez.wma|1137989
HOW DEEP IS YOUR LOVE (TAKE THAT).MP3|1769174
HOW COME HOW LONG (BABYFACE).MP3|2529832
How can I tell her - Lobo.MP3|4046120
HOW AM I SUPPOSED TO LIVE WITHOUT YOU (MICHEAL BOLTON).MP3|2035000
HOTEL CALIFORNIA (EAGLES).MP3|3352058
HOT TO HANDLE (MICHEAL LEARNS TO ROCK).MP3|1635224
Hoobastank - Reason 346 (2).mp3|4711709
HEY LITTLE GIRL () F1.MP3|1880080
HERO (MARIAH CAREY).MP3|2047068
HELLO.MP3|1943274
HEAVEN (BRYAN ADAMS).MP3|1932876
HARD TO SAY I'M SORRY (CHICAGO).MP3|1837820
Happy New Year - ABBA.mp3|4227657
                          Page 33
```

ShareListing.txt
HAPPY EVER AFTER (BEE GEES)!.MP3|2872828
Happy Birthday to you - New Kid On The Block.mp3|2730099
GREENFIELD.MP3|2194514
GRADUATION__FRIENDS_FOREVER.MP3|5441536
Good bye - Air Supply.mp3|3905166
GIMME GIMME YOUR LOVIN' - LITTLE LADY (BAD BOYS BLUE).MP3|1879420
GET DOWN - YOU'RE THE THE ONE FOR ME (BACKSTREET BOYS).MP3|1855912
GERONIMO'S CADILAC (MODERN TALKING).MP3|1581142
Geri Halliwell 02 - Shake Your Bootie Cutie.mp3|3913641
Geri Halliwell - Go Faster.mp3|3502126
Geri Halliwell - Calling.mp3|4220928
FOREVER.MP3|2591360
FOREVER WITH YOU (PORTRAIT & JY PARK).MP3|2274828
FOREVER LOVE (JAM TRONIK)#.MP3|1966780
FOR YOU I WILL (MONICA).MP3|2350332
flamego dance.wma|2149427
FIVE HUNDRED MILES.MP3|1501066
FINAL_FANTASY_VII.MP3|5455872
FATHER FIGURE (GEORGE MICHEAL).MP3|2711000
FANTASY (SY DAN).MP3|1797882
FALLING IN LOVE (BED & BREAKFAST).MP3|1874010
EXPERIENCE.MP3|2280232
EVERYTIME YOU GO AWAY.MP3|2102604
EVERYTHING I DO, I DO IT FOR YOU (BRIAL ADAMS).MP3|1988826
EVERY TIME I CLOSE MY EYES (BACKSTREET BOYS).MP3|1877338
Eternal Flame - Human Nature.mp3|3275964
ETERNAL FLAME (RANGLES).MP3|1880874
ESPECIALLY FOR YOU (KYLIE MINOGUE & JASON DONOVAN).MP3|2373836
ERIC_CLAPTON___TEARS_IN_HEA.MP3|3168256
Eric Clapton - Change the World.mp3|3777515
Engelbert Humperdink - The Last Waltz_the Very Best Of Englebert
Humperdinck.mp3|3622912
ENDLESS LOVE (LIONEL RICHIE & DIANO ROSS).MP3|2126730
END OF THE ROAD (BOYZ II MEN).MP3|2035664
Empty.mp3|3299300
Eminem and DMX - Party Up vs. Real Slim Shady.mp3|5204472
Elvis Presley - White Christmas.mp3|2316288
Drop It Like Its Hot.mp3|4352867
DREAM OF YOU (SELENA).MP3|2460816
DREAM ABOUT YOU (ALL 4 ONE).MP3|2467638
download.htm|90
DON'T WALK AWAY, SUZANNE (BAD BOYS BLUE).MP3|1820134
DON'T TURN AROUND (ACE OF BASE).MP3|1838646
DON'T SPEAK (CLUBLESS)#.MP3|1830328
DON'T KNOW MUCH (AARON NEVILLE & LIIVDA RONST HINDT).MP3|1706776
DOCTOR FOR MY HEART (MODERN TALKING).MP3|1600904
DO YOU REMEBER (PHIL COLLINS).MP3|2182056
Do They Know It's Christmas.mp3|3602936
DMX - Party Up.mp3|4396478
desktop.ini|342
Delilah - Tom Jones.mp3|3271784
DDoYouKnowWhereYouAreGo.wma|1280052
DARLIN'  (BACKSTREET BOYS).MP3|2643612
DANSER IN A DAYDREAM (ACE OF BASE).MP3|1758154
Cutting crew - I just died in your arms.wma|1722098
Crying_in_the_Rain.mp3|5180061
CRAZY DREAM (MICHEAL LEARNS TO ROCK).MP3|1931834
Cranberries - Twenty One.mp3|2254848
Cranberries - Salvation.mp3|2267299
Cranberries - Promises.mp3|5241336
Cranberries - Let It Linger.mp3|4388058
Cranberries - Just My Imagination.mp3|3188224
Cranberries - Animals Insticnt .mp3|3384862
Page 34

```
                        ShareListing.txt
Country Music Stars - White Christmas.mp3|2098525
COMPLICATED HEART (MICHEAL LEARNS TO ROCK).MP3|2135884
COME BACK AND STAY (BAD BOYS BLUE).MP3|1968236
COLORS OF THE WORLD (VARRESSA WILLAMS).MP3|2157094
Color of the night.mp3|3776512
Christina Milian - When You Look At Me.mp3|3614734
CHERISH.MP3|2227612
CHERI CHERI LADY (MODERN TALKING).MP3|1820554
CHANGE THE WORLD (ERIC CLAPTON).MP3|1338410
Casablanca - Bertie Higgins.mp3|4439562
Careless Whispers - Wham.mp3|4770168
CANDLE IN THE WIND (ELTON JOHN).MP3|1827836
CAN'T FIGHT THIS FEELING (REO SPEEDWAGON).MP3|2334108
CAN YOU FEEL THE LOVE TO NIGHT (ELTON JOHN).MP3|1924972
BROTHER LOUIE (MODERN TALKING).MP3|1781452
BREATHE AGAIN (TONI BRAXTON).MP3|2153772
Breakaway-Kelly Clarkson.mp3|7676330
Boyzone- When All Is Said And Done.mp3|2624000
Boyzone- Together.mp3|3130880
Boyzone- So Good.mp3|2608640
Boyzone- She Moves Through The Fair.mp3|3820251
Boyzone- Oh Carol.mp3|3048228
Boyzone- Love Me For A Reason.mp3|3101988
Boyzone- Key To My Life.mp3|3183543
Boyzone- Isn't It A Wonder.mp3|3212068
Boyzone- If You Were Mine.mp3|3819520
Boyzone- I'll Be There.mp3|3142583
Boyzone- Father And Son.mp3|2652891
Boyzone- Coming Home Now.mp3|3208045
Boyzone- Can't Stop Me.mp3|2661668
Boyzone- Believe In Me.mp3|3200365
Boyzone- Arms Of Mary.mp3|2391040
Boyzone- A Different Beat.mp3|3812205
Boulevard - Dan Bryd.mp3|3861942
BLUE MOON (BAD BOYS BLUE).MP3|2167500
BECAUSE YOU LOVE ME () F1.MP3|2178144
BECAUSE I LOVE YOU.MP3|1546826
Bailamos - enrique iglesias.wma|1732223
BACK FOR GOOD (TAKE THAT).MP3|1912282
BABY BLUE (BAD BOYS BLUE).MP3|1824508
BABY (TAKE THAT).MP3|2361144
ATLANTIS IS CALLING - S.O.S. FOR LOVE (MODERN TALKING).MP3|1839066
AS LONG AS YOU LOVE ME (BACKSTREET BOYS).MP3|1742138
are you sure - the alisons.wma|518695
Aphrodite's Child-Rain and Tears.mp3|3125248
ANYWHERE FOR YOU (BACKSTREET BOYS).MP3|2243836
ANY MAN OF MINE (SHANIA TWAIN).MP3|1960742
ANOTHER DAY IN PARADISE (PHIL COLLINS).MP3|2570604
ALWAYS.MP3|2272332
AllYouNeedIsLove.wma|1289223
ALL OUT OF LOVE (AIR SUPPLY).MP3|1913736
AlbumArt_{FE477500-3A48-4792-85E5-39B70DC88299}_Small.jpg|2298
AlbumArt_{FE477500-3A48-4792-85E5-39B70DC88299}_Large.jpg|8478
AlbumArt_{EDA3C930-2305-43EE-AA04-1A33545FEA8A}_Small.jpg|1636
AlbumArt_{EDA3C930-2305-43EE-AA04-1A33545FEA8A}_Large.jpg|4633
AlbumArt_{E942BFE2-D1A5-4D0D-9BF1-BE03A437125B}_Small.jpg|2665
AlbumArt_{E942BFE2-D1A5-4D0D-9BF1-BE03A437125B}_Large.jpg|10514
AlbumArt_{DD65222D-F0DA-44B6-B5B7-F1C196783052}_Small.jpg|3281
AlbumArt_{DD65222D-F0DA-44B6-B5B7-F1C196783052}_Large.jpg|13680
AlbumArt_{D7858D82-D3FA-49C0-832B-E02014F69C37}_Small.jpg|2112
AlbumArt_{D7858D82-D3FA-49C0-832B-E02014F69C37}_Large.jpg|6784
AlbumArt_{CC8A5F0F-26EE-4882-8EB0-FB5D4692B467}_Small.jpg|2038
AlbumArt_{CC8A5F0F-26EE-4882-8EB0-FB5D4692B467}_Large.jpg|6014
                            Page 35
```

```
                          ShareListing.txt
     AlbumArt_{A60231CF-1EAE-42CE-AACD-7AFA582D1343}_Small.jpg|2499
     AlbumArt_{A60231CF-1EAE-42CE-AACD-7AFA582D1343}_Large.jpg|9331
     AlbumArt_{58F1AA2D-1050-4966-B338-DCA11CCF127A}_Small.jpg|1820
     AlbumArt_{58F1AA2D-1050-4966-B338-DCA11CCF127A}_Large.jpg|6964
     AlbumArt_{3BF3D63E-DABF-4235-A0F1-8CC6B6C29A45}_Small.jpg|1990
     AlbumArt_{3BF3D63E-DABF-4235-A0F1-8CC6B6C29A45}_Large.jpg|7243
     AlbumArt_{24A67C91-E1F1-4F11-AD62-8D53A4583E3B}_Large.jpg|7585
     AlbumArt_{1DC0BD54-57E3-42FA-8722-9E4EE2BB2AAA}_Small.jpg|2333
     AlbumArt_{1DC0BD54-57E3-42FA-8722-9E4EE2BB2AAA}_Large.jpg|9167
     AlbumArt_{1DBCE58C-2F86-4B25-B524-8296683D6442}_Small.jpg|2206
     AlbumArt_{1DBCE58C-2F86-4B25-B524-8296683D6442}_Large.jpg|8340
     AlbumArt_{1BD7FA5F-4B6D-4D33-B16D-01B0AF72510A}_Small.jpg|2374
     AlbumArt_{1BD7FA5F-4B6D-4D33-B16D-01B0AF72510A}_Large.jpg|9020
     AlbumArt_{09D3D629-46D5-4D71-AA78-534E04819E1D}_Small.jpg|1987
     AlbumArt_{09D3D629-46D5-4D71-AA78-534E04819E1D}_Large.jpg|7436
     AlbumArt_{079614F7-2D0F-4271-A517-8A3F5A088C3A}_Small.jpg|2471
     AlbumArt_{079614F7-2D0F-4271-A517-8A3F5A088C3A}_Large.jpg|8941
     AlbumArtSmall.jpg|2242
     AGAINST ALL ODDS (PHIL COLLINS).MP3|1352064
     AGAIN (JANET JACKSON).MP3|1641466
     A WORLD WITHOUT YOU (BAD BOYS BLUE).MP3|1733196
     25 MINUTES (MICHEAL LEARNS TO ROCK).MP3|2048110
     20-n.o.r.e.mp3|5669888
     2 BECOMES 1 (SPICE GIRLS).MP3|1859968
     19 James Bond Theme 44.mp3|3649536
     17.wma|1426087
     15 Are you lonesome tonight.wma|4476075
     12 Promise me.wma|1790559
     12 Fool rush.wma|4341863
     12 - Aaliyah - I Can Be - Aaliyah.mp3|2158407
     09 Over and Over.wma|4069389
     08 - I dont want to be.mp3|3581953
     03 Love Is All Around.mp3|3569560
     010_Cranberries - I Really Hope.mp3|3575422
     00Mario-Let Me Love You.wma|3982519
     '74 - '75 (THE CONNELS).MP3|1098112
My Playlists
     Tet.wpl|3427
     Karaoke.wpl|187
     dance music.wpl|390
     chi ha.wpl|6258
Sample Music.lnk|542
Music Videos & More on LAUNCH.url|204
Internet Radio on LAUNCH.url|215
Desktop.ini|187
```