UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>DOES 1 - 11,<br><br>　　　　　　　Defendants. | CIVIL ACTION No.<br><br>**05-10731 NG** |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Plaintiffs identify their parent corporations and any publicly held company that owns 10% or more of any Plaintiff's stock.

Plaintiff CAPITOL RECORDS, INC.'s parent corporation is EMI Group PLC, a company publicly traded in the U.K.

Plaintiff VIRGIN RECORDS AMERICA, INC.'s parent is EMI Group PLC, which is publicly traded in the U.K.

Plaintiff ELEKTRA ENTERTAINMENT GROUP INC.'s parent corporation is WMG Parent Corp., which is not publicly traded.

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a joint venture owned by USCO Holdings Inc., BeSo Holding LLC, Ariola Eurodisc, Inc., Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff ARISTA RECORDS LLC is a limited liability company owned by BMG Music, which is not publicly traded.

Plaintiff BMG MUSIC is a general partnership owned by Sony BMG Music Entertainment and Ariola Eurodisc LLC, neither of which is publicly traded.

Plaintiff ATLANTIC RECORDING CORPORATION's parent corporation is WMG Parent Corp., which is not publicly traded.

Plaintiff UMG RECORDINGS, INC.'s parent corporation is Vivendi Universal, S.A., which is publicly traded in the United States.

CAPITOL RECORDS, INC.; VIRGIN RECORDS AMERICA, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; BMG MUSIC; ATLANTIC RECORDING CORP.; and UMG RECORDINGS, INC.

By their attorneys,

DATED: 4.13.05

By: _____
Colin J. Zick (BBO No. 556538)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: (617) 832-1000
Fax:    (617) 832-7000

Of Counsel:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:    (310) 312-3100